# Exhibit 13

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,290,579**

**Registered Sep. 19, 2017**

**Int. Cl.: 10**

**Trademark**

**Principal Register**

Align Technology, Inc. (DELAWARE CORPORATION)
2560 Orchard Parkway
San Jose, CA 95131

CLASS 10: Dental apparatus, namely, orthodontic appliances

FIRST USE 6-20-2016; IN COMMERCE 6-20-2016

The mark consists of a stylized sunburst design.

SER. NO. 87-352,832, FILED 02-28-2017
DORITT CARROLL, EXAMINING ATTORNEY



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office