# Exhibit 14

# United States of America
### United States Patent and Trademark Office



**Reg. No. 3,911,988**
**Registered Jan. 25, 2011**

**Int. Cls.: 9, 10, 40, 41, and 44**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

ALIGN TECHNOLOGY, INC. (DELAWARE CORPORATION)
2560 ORCHARD PARKWAY
SAN JOSE, CA 95131

FOR: COMPUTER SOFTWARE, NAMELY, DIGITAL IMAGING SOFTWARE USED TO DEPICT TOOTH MOVEMENT AND PROPOSED TREATMENT PLANS; COMPUTER SOFTWARE USED IN CREATION OF INDIVIDUALLY CUSTOMIZED COURSES OF ORTHODONTIC TREATMENT; COMPUTER SOFTWARE USED TO PROVIDE, TRACK AND MODIFY PROPOSED COURSES OF ORTHODONTIC TREATMENT AND PATIENT DATA RELATED THERETO, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-11-2010; IN COMMERCE 10-11-2010.

FOR: DENTAL APPARATUS, NAMELY, ORTHODONTIC APPLIANCES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 9-30-2010; IN COMMERCE 9-30-2010.

FOR: CUSTOM MANUFACTURE OF ORTHODONTIC APPLIANCES; DENTAL LABORATORY SERVICES, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FIRST USE 12-29-2009; IN COMMERCE 12-29-2009.

FOR: TRAINING IN THE FIELDS OF DENTISTRY AND ORTHODONTIA, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-28-2010; IN COMMERCE 2-28-2010.

FOR: DENTISTRY; ORTHODONTIC SERVICES; CONSULTATION SERVICES IN THE FIELDS OF DENTISTRY AND ORTHODONTIA, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 2-28-2010; IN COMMERCE 2-28-2010.

OWNER OF U.S. REG. NOS. 2,409,473, 3,418,121, AND OTHERS.

THE MARK CONSISTS OF A SUNBURST DESIGN AND THE WORDING "INVISALIGN".

SN 77-831,375, FILED 9-21-2009.

JEAN IM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office