UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants | Case No. 6:24-cv-00187 <br><br> **JURY TRIAL DEMANDED** <br><br> **RELATED CASE** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiff Align Technology, Inc. ("Align") hereby submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Align has no parent corporation, and no publicly held company owns 10% or more of its corporate stock.

Dated: April 11, 2024

Respectfully submitted,

*/s/ Brian C. Nash*
Brian C. Nash (TX Bar No. 24051103)
Austin M. Schnell (TX Bar No. 24095985)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel: (512) 617-0650
Fax: (737) 910-0730
BNash@mofo.com
ASchnell@mofo.com

*Attorneys for Plaintiff*
*ALIGN TECHNOLOGY, INC.*