# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | |
| Plaintiff, | |
| v. | Case No. 6:24-cv-00187 |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, | **JURY TRIAL DEMANDED** |
| Defendants | **RELATED CASE** |

## <u>NOTICE OF RELATED CASE</u>

This case is related to *Align Technology, Inc. v. 3Shape A/S et al*, 6:20-cv-00979-ADA (W.D. Tex.) (Albright, J.).

Dated: April 11, 2024

Respectfully submitted,

*/s/ Brian C. Nash*
Brian C. Nash (TX Bar No. 24051103)
Austin M. Schnell (TX Bar No. 24095985)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel: (512) 617-0650
Fax: (737) 910-0730
BNash@mofo.com
ASchnell@mofo.com

*Attorneys for Plaintiff*
*ALIGN TECHNOLOGY, INC.*