**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants | Case No. 6:24-cv-00187-ADA-DTG <br><br> **JURY TRIAL DEMANDED** <br><br> **RELATED CASE** |

## PLAINTIFF'S SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT

Plaintiff Align Technology, Inc. ("Align") hereby submits the following supplemental statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Align has no parent corporation. Blackrock, Inc. is a publicly held corporation that owns 10% or more of Align's corporate stock.

1

Dated: May 16, 2024                                  Respectfully submitted,

                                                     /s/ Brian C. Nash
                                                     Brian C. Nash (TX Bar No. 24051103)
                                                     Austin M. Schnell (TX Bar No. 24095985)
                                                     MORRISON & FOERSTER LLP
                                                     300 Colorado Street, Suite 1800
                                                     Austin, TX 78701
                                                     Tel: (512) 617-0650
                                                     Fax: (737) 910-0730
                                                     BNash@mofo.com
                                                     ASchnell@mofo.com

                                                     Daralyn J. Durie (*pro hac vice*)
                                                     Rich S.J. Hung (*pro hac vice*)
                                                     Forrest McClellen (*pro hac vice*)
                                                     Ian Bennett (*pro hac vice*)
                                                     MORRISON & FOERSTER LLP
                                                     425 Market St.
                                                     San Francisco, CA 94105
                                                     Tel: (415) 268-7000
                                                     Fax: (415) 268-7522
                                                     DDurie@mofo.com
                                                     RHung@mofo.com
                                                     FMcclellen@mofo.com
                                                     IBennett@mofo.com

                                                     *Attorneys for Plaintiff*
                                                     *ALIGN TECHNOLOGY, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document has been served on all counsel of record via the Court's ECF system on May 16, 2024.

*/s/ Brian C. Nash*
Brian C. Nash