UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>                 Plaintiff,<br>v.<br><br>CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., and INSTITUT STRAUMANN AG,<br><br>                 Defendants. | **Civil Action No.: 6:24-cv-00187**<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## DEFENDANTS' NOTICE OF ADDITIONAL ATTACHMENTS

Defendants ClearCorrect Operating, LLC, ClearCorrect Holdings, Inc., and Institut Straumann AG file this Notice and attach the Declaration of Omar Khan and Exhibits to Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 31).

Dated: June 20, 2024                                                  Respectfully submitted,

                                                                           */s/ Melissa R. Smith*
                                                                           Melissa R. Smith
                                                                           Texas Bar No. 24001351
                                                                           melissa@gillamsmithlaw.com
                                                                           **GILLAM AND SMITH, LLP**
                                                                           303 South Washington Avenue
                                                                           Marshall, TX 75670
                                                                           (903)934-8450
                                                                           Fax: (903)934-9257

                                                                           Omar A. Khan
                                                                           Joseph J. Mueller
                                                                           WILMER CUTLER PICKERING HALE AND
                                                                              DORR LLP
                                                                           250 Greenwich Street

New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com
joseph.mueller@wilmerhale.com

Gerard A. Salvatore
Robert B. Stiller
WILMER CUTLER PICKERING HALE AND
  DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
jerry.salvatore@wilmerhale.com
robert.stiller@wilmerhale.com

Hannah Santasawatkul
Texas State Bar No. 24107617
WILMER CUTLER PICKERING HALE AND
  DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
(720) 274-3135
hannah.santasawatkul@wilmerhale.com

***Attorneys for Defendants***
***ClearCorrect Operating, LLC***
***ClearCorrect Holdings, Inc.***

***Limited and Special Appearance for***
***Defendant Institut Straumann AG***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 20, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith