# Exhibit 2



# Premier aligner.
# Proven results.

## ClearCorrect® aligners represent the culmination of decades of material science, research, and innovation.

From our proprietary ClearQuartz tri-layer material, to the technology and design processes that shape it, to the clinical features that customize it, our premier aligner provides the ultimate orthodontic tool for your practice.

   

**ClearQuartz™ tri-layer material**    **Performance Trimline**    **Scientifically-proven ClearControl™ clinical features**    **Stain resistant material**



## ClearQuartz

**Our industry-leading tri-layer material provides greater orthodontic control by combining two layers of resilient polymers with an elastomeric inner layer, resulting in gentle, consistent application of force.**

While the elastomeric inner layer provides sustained gentle force, ClearQuartz's outer layers provide remarkable durability, demonstrated to be four times more tear resistant than single-layer polymers[1].



A - Low-porosity material, for durability and stain-resistance
B - Elastomeric layer, applies gentle, consistent, and continuous force

[1] Data on file.
*ClearQuartz tri-layer material is not available in all markets.

## Force retention over time

Due to the unique properties of ClearQuartz, ClearCorrect aligners retain ten times more of their initial force than competitors. This increased consistency of force may lead to more efficient tooth movement[2], and because the material holds its shape well throughout treatment time, ClearQuartz supports greater predictability of tooth movement[3].



[2] Data on file. Over 72 hours.
[3] Data on file.

## Precision engineering.
## For more predictable outcomes.

The aligner material is just the beginning. ClearCorrect's Performance Trimline, ClearControl™ clinical features, and custom manufacturing technology and processes result in an aligner that delivers greater control and consistent force application to achieve complex movements more predictably.



1 - High and flat  
2 - Scalloped  

A - Higher force transmission  
B - Lower force transmission

Extending beyond the gingival margin, aligners with a high and flat trimline have been clinically proven to optimize force transmission for more accurate tooth movement and enchanced root control.[4]

It's also proven to be up to 2.5x more retentive than scalloped aligners, which reduces the need for retentive engagers.[5]



POUNDS PER SQUARE INCH

| | | |
|---|---|---|
| SCALLOPED TRIMLINE | 5.985 | WITH ENGAGERS |
| | 8.860 | WITHOUT ENGAGERS |
| FLAT TRIMLINE 2MM ABOVE GINGIVAL ZENITH | 22.122 | WITH ENGAGERS |
| | 16.276 | WITHOUT ENGAGERS |

Additionally, ClearCorrect's custom manufacturing process improves tooth surface contact for optimized force distribution and accurate tooth movement.[6]

[4] Elshazly, T. et al. Effect of Trimming Line Design and Edge Extension of Orthodontic Aligners on Force Transmission: An in vitro Study. Journal of Dentistry (2022). doi: https://doi.org/10.1016/j.jdent.2022.1042765.
[5] The effect of gingival-margin design on the retention of thermoformed aligners" by Daniel P. Cowley, James Mah, and Brendan O'Toolein the Journal of Clinical Orthodontics: JCO 11/2012; 46(11):697-702.6.
[6] Data on File. 90% accuracy within 100 microns. 98% accuracy with 150 microns.

## Scientifically-Proven ClearControl™ Clinical Features

Our ClearControl clinical features have been optimized to tailor your patient's treatment precisely to their needs: from customizable engagers, to bite ramps, to cutouts for elastics, to pontics, bars, and guides, clinicians can incorporate any number of treatment strategies to address cases ranging from simple to complex.



| Standard Engagers | Extended-beveled Engagers | Anterior Bite Ramps | Posterior Bite Ramps |
| Cutouts | Pontics | Bars | Guides |

*Not all features available in all markets.

# Better experiences.
## Happier patients.

**Patient satisfaction can make all the difference, and we developed the ClearCorrect aligner for exactly that purpose.**

Thanks to the tri-layer design of our ClearQuartz material, patients can experience improved comfort, with 1/3 less initial force on the teeth[7]. In addition to this, ClearCorrect's digital manufacturing technology enhances the trimline design of each aligner to help ensure a more customized, comfortable fit. These features enhance ClearCorrect aligners without sacrificing clarity or durability, and when combined with our clinical protocols, patients may achieve faster results.

Another feature your patients will love: ClearCorrect aligners have been proven to be more stain-resistant than the leading aligner brand[8].



7. Data on file vs 0.030 single-layer material.
8. Data on file. Aligners immersed in the respective substances for 24 hours at 37°C.



## Become a partner today

REGISTER

### ClearCorrect
Become a provider
Contact us

### Products & Solutions
Empowering Digital Workflow
Dental Monitoring

### Services
Ortho Campus
Marketing Resources
Support
Doctor Portal

### Highlights
Premier Aligner
ClearPilot

### Straumann Group
Company
Careers
Media
Investors
Patients

### Straumann Group Focus
Solution areas
Professional dentistry
Training, education and science
YouTooth

480.774_en_07 03/24

© 2024 Institut Straumann AG

Legal notice    Privacy notice    Imprint    Manage Consent Preferences