■

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., and INSTITUT STRAUMANN AG, <br><br> Defendants. | Civil Action No.: 6:24-cv-00187 <br><br> **JURY TRIAL DEMANDED** <br><br> **PATENT CASE** <br><br> **PUBLIC VERSION** |

**DECLARATION OF URS HAAG IN SUPPORT OF DEFENDANT INSTITUT STRAUMANN AG'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2)**

I, Urs Haag, hereby declare the following:

1. I provide this declaration in support of Defendant Institut Straumann AG's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3).

2. I am over the age of 18 and am the Head of Tax for Institut Straumann AG. I have been employed by Institut Straumann AG since 2013 and have served as Head of Tax since 2019.

3. I neither work in nor reside in Texas.

4. Unless otherwise indicated below, the statements in this declaration are based upon my personal knowledge, my review of corporate records maintained in the ordinary course of business, or information provided to me in my role as Head of Tax for Institut Straumann AG ("Institut Straumann").

5. Institut Straumann is a foreign company incorporated under the laws of Switzerland with its principal place of business located at Peter Merian-Weg 12, 4052 Basel, Switzerland.

6. Institut Straumann does not operate in the United States and has no operations in Texas.

1

7. Institut Straumann does not have any offices of places of business in the United States, including Texas.

8. ████████████████████████████████████████████████████████████████████████████████████████████████████

9. Institut Straumann and ClearCorrect are separate corporate entities with separate offices and operations.

10. Institut Straumann and ClearCorrect each maintains corporate formalities and is wholly responsible for its own day-to-day management.

11. ████████████████████████████████████████████

12. ████████████████████████████

13. ██████████████████████████████████████████████

14. ████████████████████████████████████████████████
████████████

15. ████████████████████████████████████████████████
████████████████████████████████████
████

\* \* \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Basel, Switzerland this 18th of June 2024.

_____
Urs Haag

2