# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants. | Case No. 6:24-cv-00187-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF JURISDICTIONAL DISCOVERY

Plaintiff Align Technology, Inc. provides notice that it intends to conduct jurisdictional discovery in the above-captioned case, pursuant to the Standing Order Governing Proceedings (OGP) 4.4—Patent Cases.

Defendant Institut Straumann AG ("Straumann") filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) on June 20, 2024. ECF No. 30. Jurisdictional discovery must be completed by August 29, 2024. *See* OGP, Section V (jurisdictional discovery "shall be completed no later than 10 weeks after the filing of [an initial jurisdictional] motion."). Plaintiff will respond to the jurisdictional motion to dismiss within two weeks of the completion of jurisdictional discovery.

| | |
|---|---|
| Dated: June 27, 2024 | MORRISON & FOERSTER LLP, |

By:   */s/ Brian C. Nash*
    Brian C. Nash (TX Bar No. 24051103)
    Austin M. Schnell (TX Bar No. 24095985)
    MORRISON & FOERSTER LLP
    300 Colorado Street, Suite 1800
    Austin, TX 78701
    Tel: (512) 617-0650
    Fax: (737) 910-0730
    BNash@mofo.com
    ASchnell@mofo.com

    Daralyn J. Durie *(pro hac vice)*
    Rich S.J. Hung *(pro hac vice)*
    Forrest McClellen *(pro hac vice)*
    Ian Bennett *(pro hac vice)*
    MORRISON & FOERSTER LLP
    425 Market St.
    San Francisco, CA 94105
    Tel: (415) 268-7000
    Fax: (415) 268-7522
    DDurie@mofo.com
    RHung@mofo.com
    FMcclellen@mofo.com
    IBennett@mofo.com

    *Attorneys for Plaintiff*
    *ALIGN TECHNOLOGY, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court' s local rules.

*/s/ Brian C. Nash*
Brian C. Nash
