# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>    Plaintiff,<br>v.<br><br>CLEARCORRECT OPERATING, LLC,<br>CLEARCORRECT HOLDINGS, INC., and<br>INSTITUT STRAUMANN AG,<br><br>    Defendants. | Civil Action No.: 6:24-cv-00187<br><br>JURY TRIAL DEMANDED<br>PATENT CASE |

## CLEARCORRECT'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, ClearCorrect Operating, LLC and ClearCorrect Holdings, Inc. (collectively, "ClearCorrect") hereby submit the following corporate disclosure statement:

ClearCorrect Operating, LLC is a wholly owned subsidiary of ClearCorrect Holdings, Inc. ClearCorrect Holdings, Inc. is a wholly owned subsidiary of Straumann Manufacturing, Inc. Straumann Manufacturing, Inc. is a wholly owned subsidiary of Straumann Holding AG, a publicly traded company on the SIX Swiss Exchange under the ticker symbol STMN. No publicly held corporation owns 10% or more of ClearCorrect Operating, LLC's stock. No publicly held corporation owns 10% or more of ClearCorrect Holdings, Inc.'s stock.

Dated: July 1, 2024

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM AND SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
(903)934-8450
Fax: (903)934-9257

Joseph J. Mueller
WILMER CUTLER PICKERING HALE AND
 DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
joseph.mueller@wilmerhale.com

Omar A. Khan
WILMER CUTLER PICKERING HALE AND
 DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com

Gerard A. Salvatore
Robert B. Stiller
WILMER CUTLER PICKERING HALE AND
 DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
jerry.salvatore@wilmerhale.com
robert.stiller@wilmerhale.com

Hannah Santasawatkul
Texas State Bar No. 24107617
WILMER CUTLER PICKERING HALE AND
 DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
(720) 274-3135

hannah.santasawatkul@wilmerhale.com

*Attorneys for Defendants*
*ClearCorrect Operating, LLC*
*ClearCorrect Holdings, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 1, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith