# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., and INSTITUT STRAUMANN AG, <br><br> Defendants. | Civil Action No.: 6:24-cv-00187 <br><br> JURY TRIAL DEMANDED <br> PATENT CASE |

## INSTITUT STRAUMANN AG'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure Institut Straumann AG hereby submits the following corporate disclosure statement:[1]

Institut Straumann AG is a wholly owned subsidiary of Straumann Holding AG a publicly traded company on the SIX Swiss Exchange under the ticker symbol STMN.  Straumann Holding AG owns 10% or more of Institut Straumann AG's stock.

By providing this information, Institut Straumann AG does not intend to waive any defenses or consent to the jurisdiction of this Court.

---

[1] Institut Straumann AG has entered a limited and special appearance to file its motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2). Dkt. 30.  By providing this information, Institut Straumann does not intend to waive the arguments raised in its motion or consent to the jurisdiction of this Court.

Dated: July 1, 2024                                      Respectfully submitted,

                                                         */s/ Melissa R. Smith*
                                                         Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM AND SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
(903)934-8450
Fax: (903)934-9257

Joseph J. Mueller
WILMER CUTLER PICKERING HALE AND
  DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
joseph.mueller@wilmerhale.com

Omar A. Khan
WILMER CUTLER PICKERING HALE AND
  DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com

Gerard A. Salvatore
Robert B. Stiller
WILMER CUTLER PICKERING HALE AND
  DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
jerry.salvatore@wilmerhale.com
robert.stiller@wilmerhale.com

Hannah Santasawatkul
Texas State Bar No. 24107617
WILMER CUTLER PICKERING HALE AND
  DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
(720) 274-3135

hannah.santasawatkul@wilmerhale.com

*Limited Appearance for Defendant Institut Straumann AG*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 1, 2024.

>*/s/ Melissa R. Smith*
>Melissa R. Smith