# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., and INSTITUT STRAUMANN AG, <br><br> Defendants. | Civil Action No.: 6:24-cv-00187 <br><br> **JURY TRIAL DEMANDED** <br><br> **PATENT CASE** |
| CLEARCORRECT OPERATING, LLC & STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC. <br><br> Counterclaim-Defendant. | |

## STRAUMANN USA, LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure Straumann USA, LLC hereby submits the following corporate disclosure statement:

Straumann USA, LLC is a wholly owned subsidiary of Straumann Manufacturing, Inc., a privately-held corporation. Straumann Manufacturing, Inc., in turn, is a wholly-owned subsidiary of Straumann Holding AG, a publicly-traded company on the SIX Swiss Exchange under the ticker symbol STMN. No publicly held corporation owns 10% or more of Straumann USA, LLC's stock.

By providing this information, Straumann USA, LLC does not intend to waive any defenses or consent to the jurisdiction of this Court.

Dated: July 9, 2024                    Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM AND SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
(903)934-8450
Fax: (903)934-9257

***Attorney for Defendant***
***Straumann USA, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 9, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith