# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br>    Plaintiff, <br><br>v. <br><br>CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br>    Defendants. | Case No. 6:24-cv-00187-ADA-DTG <br><br> PATENT CASE <br><br> **JURY TRIAL DEMANDED** |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br>    Counterclaim-Plaintiffs, <br><br>v. <br><br>ALIGN TECHNOLOGY, INC., <br><br>    Counterclaim-Defendant. | |

## PLAINTIFF'S NOTICE OF ADDITIONAL ATTACHMENTS

Plaintiff Align Technology, Inc files this Notice and attaches Exhibit 5 to the Declaration of Forrest McClellen in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 57).

1

Dated: July 19, 2024                    MORRISON & FOERSTER LLP

By: */s/ Brian C. Nash*
Brian C. Nash (TX Bar No. 24051103)
Austin M. Schnell (TX Bar No. 24095985)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel: (512) 617-0650
Fax: (737) 910-0730
BNash@mofo.com
ASchnell@mofo.com

Daralyn J. Durie *(pro hac vi*ce)
Rich S.J. Hung *(pro hac vi*ce)
Forrest McClellen *(pro hac vi*ce)
Ian Bennett *(pro hac vi*ce)
MORRISON & FOERSTER LLP
425 Market St.
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522
DDurie@mofo.com
RHung@mofo.com
FMcClellen@mofo.com
IBennett@mofo.com

*Attorneys for Plaintiff*
*ALIGN TECHNOLOGY, INC.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 19, 2024.

*/s/ Brian C. Nash*
Brian C. Nash