# Exhibit 5



**Straumann decides not to explore intraoral scanner collaboration with Align Technology**

**Basel, 14 June 2019 –** Straumann has decided not to explore a potential scanner collaboration with Align Technology, which was discussed in connection with the patent settlement agreement announced by the two companies in March.

As part of the settlement, which brought to an end a long-standing patent dispute between Align and ClearCorrect, Straumann and Align signed a non-binding Letter of Intent to explore the development and distribution of iTero intraoral scanners made by Align, which would be fully integrated into Straumann's CARES workflow. Straumann committed to pay Align an additional USD 16 million, if the companies failed to enter into the potential development and distribution agreement. Accounting for this and a settlement consideration in the ClearCorrect acquisition agreement, the Group expects a one-time exceptional expense of CHF 24 million in its 2019 H1 results – as previously communicated in April.

Straumann will continue to build on its current intraoral scanning capabilities – which include the recently announced Straumann® Virtuo Vivo™ intraoral scanner – and partnerships to expand its digital business solutions and to unleash the full potential of its fast-growing ClearCorrect business.

**About Straumann**
The Straumann Group (SIX: STMN) is a global leader in tooth replacement and orthodontic solutions that restore smiles and confidence. It unites global and international brands that stand for excellence, innovation and quality in replacement, corrective and digital dentistry, including Straumann, Neodent, Anthogyr, Medentika, ClearCorrect, Dental Wings, and other fully/partly owned companies and partners. In collaboration with leading clinics, institutes and universities, the Group researches, develops, manufactures and supplies dental implants, instruments, CADCAM prosthetics, biomaterials and digital solutions for use in tooth replacement and restoration or to prevent tooth loss.

Headquartered in Basel, Switzerland, the Group currently employs more than 6000 people worldwide and its products, solutions and services are available in more than 100 countries through a broad network of distribution subsidiaries and partners.

---

**Straumann Holding AG**, Peter Merian-Weg 12, 4002 Basel, Switzerland.
Phone: +41 (0)61 965 11 11 / Fax: +41 (0)61 965 11 01
Homepage: www.straumann-group.com

**Contacts:**

**Corporate Communications**
Mark Hill: +41 (0)61 965 13 21
Thomas Konrad: +41 (0)61 965 15 46
e-mail: corporate.communication@straumann.com

**Investor Relations**
Fabian Hildbrand: +41 (0)61 965 13 27
e-mail: investor.relations@straumann.com



**Disclaimer**
This release contains certain forward-looking statements that reflect the current views of management. Such statements are subject to known and unknown risks, uncertainties and other factors that may cause actual results, performance or achievements of the Straumann Group to differ materially from those expressed or implied in this release. Straumann is providing the information in this release as of this date and does not undertake any obligation to update any statements contained in it as a result of new information, future events or otherwise.

# # #