IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ALIGN TECHNOLOGY, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG,**<br><br>Defendants.<br><br>**CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC,**<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>**ALIGN TECHNOLOGY, INC.,**<br><br>Counterclaim-Defendant. | Civil Action No. 6:24-cv-00187-ADA-DTG<br><br>JURY TRIAL DEMANDED |

**DEFENDANT INSTITUT STRAUMANN AG'S UNOPPOSED MOTION**

Defendant Institut Straumann AG ("Institut Straumann") respectfully brings this unopposed motion for leave to join Defendants ClearCorrect Operating, LLC, and ClearCorrect Holdings, Inc.'s (collectively "ClearCorrect") pending motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6). (Dkt. 31)

Institut Straumann further moves for leave to withdraw its pending Motion to Dismiss Based on Lack of Personal Jurisdiction (Dkt. 30). In light of changed circumstances specific to the above-captioned litigation since the filing of the motion, Institut Straumann AG will no longer contest that specific personal jurisdiction is proper in this case, given the nature of the claims, defenses, and counterclaims in this particular case. Institut Straumann

1

reserves the right to contest personal jurisdiction in other cases involving different claims and defenses.

Plaintiff Align does not oppose this motion.

For the reasons set forth herein, Institut Straumann's Unopposed Motion should be granted.

Dated: August 20, 2024 						Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM AND SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
Fax: (903)934-9257

Joseph J. Mueller
Vinita Ferrera
Mark A. Ford
Marissa A. Lalli
Holly A. Ovington
Tyler L. Shearer
WILMER CUTLER PICKERING HALE AND
  DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
joseph.mueller@wilmerhale.com
vinita.ferrera@wilmerhale.commailto:
mark.ford@wilmerhale.com
marissa.lalli@wilmerhale.com
holly.ovington@wilmerhale.com
tyler.shearer@wilmerhale.com


Omar A. Khan
WILMER CUTLER PICKERING HALE AND
  DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com

<pre>
Gerard A. Salvatore
Robert B. Stiller
WILMER CUTLER PICKERING HALE AND
   DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
jerry.salvatore@wilmerhale.com
robert.stiller@wilmerhale.com

Hannah Santasawatkul
Texas State Bar No. 24107617
WILMER CUTLER PICKERING HALE AND
   DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
(720) 274-3135
hannah.santasawatkul@wilmerhale.com
</pre>

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 20, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant met and conferred with counsel for Plaintiff, and counsel for Plaintiff indicated that Plaintiff does not oppose the relief sought by this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith