**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **ALIGN TECHNOLOGY, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG,** <br><br> Defendants. | Civil Action No. 6:24-cv-00187-ADA-DTG <br><br> JURY TRIAL DEMANDED |
| **CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC,** <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> **ALIGN TECHNOLOGY, INC.,** <br><br> Counterclaim-Defendant. | |

## ORDER GRANTING DEFENDANT INSTITUT STRAUMANN AG'S UNOPPOSED MOTION

Before the Court is Defendant Institut Straumann AG's Unopposed Motion for leave to join Defendants ClearCorrect Operating, LLC, and ClearCorrect Holdings, Inc.'s (collectively "ClearCorrect") pending motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6) (Dkt. 31), and for leave to withdraw its pending Motion to Dismiss Based on Lack of Personal Jurisdiction (Dkt. 30).

IT IS HEREBY ORDERED this ___ day of _____, 2024, that Defendant Insititut Straumann AG's Unopposed Motion is GRANTED.

_____
The Honorable Alan D Albright
United States District Judge