# Exhibit 2

# FILED UNDER SEAL

CONFIDENTIAL – FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CLEARCORRECT OPERATING, LLC,<br>CLEARCORRECT HOLDINGS, INC., &<br>INSTITUT STRAUMANN AG,<br><br>    Defendants. | |
| CLEARCORRECT OPERATING, LLC,<br>CLEARCORRECT HOLDINGS, INC., &<br>STRAUMANN USA, LLC,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>    Counterclaim-Defendant. | Case No. 6:24-cv-00187-ADA-DTG<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

# DECLARATION OF DAVE SCANNELL REGARDING CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., INSTITUT STRAUMANN AG, AND STRAUMANN USA, LLC'S MOTIONS TO QUASH AND FOR PROTECTIVE ORDER

I, Dave Scannell, hereby declare the following:

1. I provide this declaration in support of ClearCorrect Operating, LLC, ClearCorrect Holdings, Inc., Institut Straumann AG, and Straumann USA, LLC's (collectively, "ClearCorrect") motion to quash and motion for a protective order related to Align Technology, Inc.'s ("Align") subpoena to SoftSmile, Inc. ("SoftSmile").

2. I am over the age of 18 and am Deputy General Counsel for Straumann USA, LLC. I have been employed by Straumann USA, LLC since January 2018.

3. Unless otherwise indicated below, the statements in this declaration are based upon my personal knowledge, my review of corporate records maintained in the ordinary course of business, or information provided to me in my role as Deputy General Counsel.





**CONFIDENTIAL – FILED UNDER SEAL**



I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Andover, Massachusetts this 26th of August, 2024.

_Dave Scannell_