# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants. | Case No. 6:24-cv-00187-ADA-DTG <br><br> PATENT CASE <br><br> **JURY TRIAL DEMANDED** |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA LLC <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | |

# DECLARATION OF FORREST MCCLELLEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

I, Forrest McClellen, declare as follows:

1. I am an attorney admitted to practice in the State of California. I am an attorney at the law firm of Morrison Foerster, LP, counsel for Plaintiff and Counterclaim-Defendant Align Technology, Inc.

2. Unless otherwise indicated below, the statements in this declaration are based on my personal knowledge and my review of the documents cited herein. If called to testify as a witness, I could and would competently do so under oath.

3. Attached as **Exhibit A** is a true and correct copy of a printout of the LinkedIn profile for Artem Borovinskikh, available at https://www.linkedin.com/in/artem-borovinskikh-a983601/.

4. Attached as **Exhibit B** is a true and correct copy of an article titled "ClearCorrect launches ClearPilot platform" and dated October 1, 2020, available at https://www.dentalproductsreport.com/view/clearcorrect-launches-clearpilot-platform.

5. Attached as **Exhibit C** is a true and correct copy of an article titled "New Digital Solutions Launch Globally" and dated March 27, 2024, available at https://www.pressreleasefinder.com/ClearCorrect/SCCPR007/en/.

6. Attached as **Exhibit D** is a true and correct copy of excerpts from Defendants and Counterclaim-Plaintiff's First Amended Initial Disclosures in this action.

7. Attached as **Exhibit E** is a true and correct copy of Plaintiff and Counterclaim Defendant's First Set of Requests for Production Regarding Jurisdiction in this action.

8. Attached as **Exhibit F** is a true and correct copy of an email chain between myself and counsel for ClearCorrect.

9. Attached as **Exhibit G** is a true and correct copy of excerpts from Defendants and Counterclaim-Plaintiffs' responses to Plaintiff and Counterclaim-Defendant's First Set of Requests for Production in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 10, 2024

By: *Forrest McClellen*<br>Forrest McClellen