# Exhibit A

   Home  My Network  Jobs  Messaging  Notifications  Me  For Business  Reactivate Prem 50% Off



### Artem Borovinskikh · 3rd
Software Leader in Straumann Group



- Moscow State University of Economics, Statistics and Informatics (MESI)

Cedar Park, Texas, United States · Contact info

500+ connections

Message    Follow   More

## About

Strong leadership and technology experience in software, 3D graphics, medical devices, manufacturing automation. Lead multiple cross-functional teams to successful execution of different products and infrastructure development projects. Very result oriented and customer focused, passionate for new product development.

## Featured

Document

artem_borovinskih_res
Resume

## Activity
954 followers

**Artem hasn't posted yet**
Recent posts Artem shares will be displayed here.

Show all activity →

## Experience

 **Ormco**
4 yrs 1 mo

**VP of Research and Development, Digital Solutions**
Full-time
Apr 2016 - Apr 2020 · 4 yrs 1 mo

Brea, CA

**Director of Software Engineering**
Apr 2016 - Nov 2018 · 2 yrs 8 mos
Orange County, California Area


**Align Technology, Inc**
16 yrs 2 mos
San Jose, California

**Director of Product Engineering**
Apr 2006 - Mar 2016 · 10 yrs

As a director of product engineering I am responsible for the roadmap, design and development of several Invisalign products both external (Doctor communication tools) and internal - manufacturing automation, treatment planning etc. I have also worked with multiple external partners to develop and launch joined integration projects.

**Software Development Manager**
Feb 2000 - Apr 2006 · 6 yrs 3 mos

I have worked in multiple roles in the company starting from software engineering in 3D area and manufacturing automation and ending as a…

**Software Engineer**
Cortek INC
Nov 1998 - Jan 2000 · 1 yr 3 mos
Moscow, Russian Federation

Designed, developed and launched the software for Atomic Spectrometers produced by the company.

**Software Engineer**
Animatek International Inc · Full-time
1997 - 1998 · 1 yr
Moscow, Russian Federation

Worked on the company's technology "Believable Character" for processing motion capture animation of human skeletons. Developed a set of 3D MA…

## Education


**Moscow State University of Economics, Statistics and Informatics (MESI)**
Master, Computer Science
1996 - 2001

I have studies applied math and computer science.

## Skills

**Agile Methodologies**

 Endorsed by Sebastien Hareng who is highly skilled at this

 Endorsed by 23 colleagues at  Align Technology

 28 endorsements

**Management**

 Endorsed by 6 colleagues at  Align Technology

 8 endorsements

Show all 27 skills →

## Recommendations
**Received**    Given

**Nothing to see for now**
Recommendations that Artem receives will appear here.

## Patents

**ORTHODONTIC APPLIANCES THAT ACCOMMODATE INCREMENTAL AND CONTINUOUS TOOTH MOVEMENT, SYSTEMS AND METHODS**
US · Issued Aug 31, 2014

**Adjustment of tooth position in a virtual dental model**
US 9,414,897 B2

See patent

Show all 3 patents →

## Languages

**English**

**Russian**

## Interests

**Companies**    Groups    Newsletters    Schools

**3M**
2,196,454 followers
+ Follow

**Stryker**
1,334,330 followers
+ Follow

Show all companies →

**More profiles to browse**

**Natalia Mamkina** · 3rd
Software Engineer at Google
View profile

(1) Artem Borovinskikh | LinkedIn

**Sergey Nikolskiy** · 3rd
VP of Software Engineering | Serial innovator in Healthcare and Medtech | Cloud Evangelist

View profile

**Vladimir Ivin** · 3rd
PhD., R&D/SW Engineering professional

View profile

**Camila Finzi** · 3rd
Executive Leadership in Pharma, Medical Device & OTC Consistently Delivering Extraordinary Results

View profile

**Florian J. Kirsch** · 3rd
Head Integrated Dental Technologies (IDT) - Member of the Executive Management Board

View profile

Show all

**Grow your network**
Premium peer suggestions

**Rikki Stern** · 2nd
Senior Associate at King & Spalding

+ Connect

**Michael A.** · 2nd
Associate at Ropes & Gray LLP

+ Connect

**People you may know**
From Artem's company

**Vince Vu**
Territory Sales Manager - Orthodontics

+ Connect

**Maria José Mendes**
Médica Dentista

+ Connect

**Martin Janak**
Country Manager Czech Republic, Slovakia at Ormco

+ Connect

**Louis Patel**
Country Manager Portugal

+ Connect

**Allison Thobe**
Strategic Account Manager - AOA Lab

+ Connect

Show all

**You might like**
Pages for you

**IAM**
Information Services
13,452 followers

55 connections follow this page

+ Follow

**LiveLaw**
Media Production
281,156 followers

19 connections follow this page

+ Follow

Show all

