# Exhibit B

![Dental Products Report]

News▾  Media▾  Issues▾  Resources▾  Subscribe  Continuing Education▾

Choose Specialty▾   Spotlight -  5Ws*  |  New Dental Products  |  Oral-Systemic Health  |  Restorative Dentistry  |  Spring Selection    DENTALPRODUCTSREPORT▾

Advertisement



# ClearCorrect launches ClearPilot platform

October 1, 2020

Article



*ClearPilot is a digital design treatment tool for clinicians to track clear aligner cases.*



Clear aligners manufacturer, ClearCorrect, is set to launch ClearPilot, a new digital treatment design tool that is designed to give providers visibility and control as they review and approve their ClearCorrect aligner cases.

The web-based platform is said to expand on the tools that providers can utilize to create personalized treatment plans for patients. ClearPilot features easy-to-access comments and technician notes, prescription details in one place for side-by-side comparison, treatment overview, movement table, superimposition, millimeter grids, and more.

"ClearPilot is an innovative advancement in ClearCorrect clear aligner treatment, offering enhanced convenience and tools that meet providers' needs," said Artem Borovinskikh, global head of Ortho Software Technology for Straumann Group Orthodontics, ClearCorrect's parent company. "We're proud to offer an enhanced web-based functionality that ensures our providers receive the latest updates without having to download or upgrade patches."

The platform was designed based on feedback from clinicians, and ClearCorrect is committed to continuing to improve the clinician experience by providing the tools they need to move their practices forward, a statement from the company read. For more information, visit clearcorrect.com/clearpilot.

Advertisement



**Recent Content**

 Henry Schein One Unveils 2 Dentrix Eligibility Offerings

Formlabs Announces New Post-Processing Tools and Materials

Microcopy's NeoBurr Max2 Metal Cutter Designed to Cut With Ease

3D Printing: Bigger & Better

View More Recent Content→

Advertisement





clearcorrect.com/clearpilot.

## Recent Videos



- 2024 Chicago Dental Society Midwinter Meeting – Interview with Chris Hadziev, Director of Sales at Planet DDS
- GNYDM23 Product Focus: CandidPro with Kristin Lange, VP of Sales at Candid
- Greater New York Dental Meeting 2023 – Interview with Sima Yakoby Epstein, DMD

## Related Content

Orthodontics



### SureSmile Clear Aligners Offer Predictable, Positive Outcomes

Jeff Rohde, DDS
August 2nd 2024
Article

"With SureSmile, I have a single fee for the laboratory case that covers any number of trays and any number of refinements for 3 years."



### Product Bites – November 24, 2023

November 24th 2023
Podcast

Product Bites makes sure you don't miss the next innovation for your practice. This week's Product Bites podcast features new launches from Orascoptic, Keystone Dental, Kerr, Nexa3D, 3D Systems, Retainer Club, Dentsply Sirona, and Overjet.



### Dental Innovation Alliance Backs Alta Smiles

Noah Levine
July 15th 2024
Article

Dental venture capital firm makes an investment in company developing hidden orthodontic solutions.

### Product Bites – November 3, 2023





**Recent Content**

- Henry Schein One Unveils 2 Dentrix Eligibility Offerings
- Formlabs Announces New Post-Processing Tools and Materials
- Microcopy's NeoBurr Max2 Metal Cutter Designed to Cut With Ease
- 3D Printing: Bigger & Better



hidden orthodontic solutions.



### Product Bites – November 3, 2023
November 3rd 2023
Podcast

The weekly new products podcast from Dental Products Report is back. With a quick look at all of the newest dental product launches, Product Bites makes sure you don't miss the next innovation for your practice. This week's Product Bites podcast features new launches from Premier Dental, Denti.AI, and Clear Correct. [3 Minutes]



### NDX Introduces NDX Aligners
Kellie Nock
June 17th 2024
Article

NDX has launched NDX Aligners, a new orthodontic solution made from Zendura® FLX, offering clear, comfortable, and effective teeth straightening.



### Mainstage Speakers for Dentsply Sirona World 2024 Include New Master of Ceremonies
Noah Levine
June 14th 2024
Article

Mona Patel, DDS, will be the new master of ceremonies at the landmark event in Las Vegas Sept. 26-28.




About Us
Contact Us
Do Not Sell My Personal Information

Advertise
Terms and Conditions

Editorial
Privacy Policy

Contact Info
2 Commerce Drive
Cranbury, NJ 08512
609-716-7777

AN MJH life sciences BRAND

© 2024 MJH Life Sciences
All rights reserved.

Document title: ClearCorrect launches ClearPilot platform
Capture URL: https://www.dentalproductsreport.com/view/clearcorrect-launches-clearpilot-platform
Capture timestamp (UTC): Thu, 05 Sep 2024 17:40:31 GMT
Page 3 of 3