# Exhibit C

27 Mar 2024

# New Digital Solutions Launch Globally

ClearCorrect® excitedly unveiled a new suite of products and features globally, on March 26, 2024. These products and features aim to elevate clinicians' practices, to achieve their full potential. Clinicians can enjoy an enhanced ClearCorrect Digital Workflow, with more features and improvements, to take their digital orthodontic practices even further. Upgrades to the Virtuo Vivo workflow and Sync Mobile App redefine efficiency, streamlining record collection, case submission and case review management. ClearPilot™ 8.0 also implemented upgrades, offering increased setup control and accuracy.



**Virtuo Vivo Expanded Workflow**

The Virtuo Vivo expanded workflow* supports all ClearCorrect workflows, including new aligner orders, new retainer orders and case revisions, giving clinicians maximum flexibility, and empowering them to do their best work.

- Create new aligner orders
- Create new retainer orders
- Seamlessly handle case revisions
- Fast scanning feature for ClearCorrect cases

The latest IOS integrations, including the expanded Virtuo Vivo workflow, make it easy for clinicians to delegate operational steps in the intraoral scanning process to their staff.** ClearCorrect is committed to the continuous empowerment of clinicians, development of their staff and elevation of their practices.

*Revision workflow available in April*
**Where allowed by law*



**ClearCorrect Sync Mobile App 2.0**

Clinicians can further streamline their workflows with the latest version of the ClearCorrect Sync App, digitalizing their operations for more efficient practice management. The app includes an expanded range of features that enable clinicians to easily start, review and manage cases:

- View all cases from the Doctor Portal
- Receive notifications for cases that need attention
- Access to case details, such as shipment tracking
- Access the Doctor Portal and ClearPilot directly in-app*

With the Sync Mobile App 2.0, clinicians will benefit from a seamless digital end-to-end experience, making collecting and submitting records, to reviewing and managing cases, more streamlined.

*When an action is needed*



**ClearPilot™ 8.0**

ClearPilot 8.0 empowers clinicians with more control and better experiences. The software continues to empower clinicians with advanced editing tools, like Bite Jump Editing, Tilt/Cant positioning, Multiple IPR Editing and user interface improvements.

- Bite Jump Editing allows the position of the jaw to be adjusted, to more accurately visualize potential treatment outcomes, when using advanced techniques
- Tilt/Cant allows the 3D model's position to be adjusted, to more accurately reflect the jaw position, to fit the patient's facial lines
- Multiple IPR Editing applies and distributes IPR values, among several teeth at once
- User interface improvements, such as a keyboard shortcut guide, improved visualization and optimized utilities for a better user experience

> "This launch is about transforming smiles and lives. I am excited to witness the positive impact that ClearCorrect's Digital Workflow, and Practice Growth Offering will have on clinicians, their staff and their patients."



**Florian Kirsch**
Head of Orthodontic Business Unit and Connected Customer Solutions at Straumann Group

# Exceptional Service and Support for Practice Growth

**Practice Growth Offering**

ClearCorrect's Practice Growth Offering brings a comprehensive suite of marketing, education and business resources, to empower clinicians and staff to grow their practices and offer ClearCorrect with confidence.

- Patient Marketing Kit
- Patient Conversion Kit
- Practice Growth Education & Guides



With a foundation clinicians can trust, along with comprehensive, continuous education options, ClearCorrect is proud to offer a partnership that helps clinicians build a thriving practice.

Explore ClearCorrect's
New Solutions
(https://www.straumann.com/clearcorrect/en/landing/partnership.html).

**The Partnership That Elevates**

Created by doctors, for doctors, and aspiring to be the world's most customer-centric aligner brand, ClearCorrect carefully listens to the needs of clinicians, swiftly responding with solutions they need to reach their practice goals, ultimately changing patients' lives.

ClearCorrect is backed by the Straumann Group, which includes brands that can look back on a history of over 70 years of research and innovation. This enables the creation of cutting-edge products, with advanced technology, fully integrated digital workflows, combined with outstanding service, support and education. All of this makes ClearCorrect the partner in clinical excellence.

To date, the company has supported partners across more than 60 countries, and they have transformed over a million smiles. Together with clinicians, ClearCorrect looks forward to creating healthier, more confident smiles around the world.

"As an orthodontist, ClearCorrect has been my trusted ally in crafting countless smiles, each one a testament to its power and reliability. Now, with the launch of the new software, I cannot wait for even more precision and efficiency that it will bring to my treatments, enabling me to do more, in less time and with less effort."



**Dr. Mostafa Altalibi**
Chief Orthodontist at Transforme Ortho

Explore ClearCorrect's
New Solutions
(https://www.straumann.com/clearcorrect/en/landing/partnership.html).

# Reader enquiries

**ClearCorrect**
Institut Straumann AG
Postfach
4002 Basel
Switzerland

- +41 61 965 11 11 (tel:+41 61 965 11 11)
- www.straumann.com/clearcorrect (http://www.straumann.com/clearcorrect)
- @clearcorrect (https://twitter.com/clearcorrect)
- ClearCorrect/ (https://www.facebook.com/ClearCorrect/)
- ClearCorrect (https://www.youtube.com/user/ClearCorrect)
- clearcorrect/?hl=en (https://www.instagram.com/clearcorrect/?hl=en)

# Notes for editors

### About ClearCorrect®
ClearCorrect is a leading provider of clear aligners, and accompanying workflow software solutions, for orthodontists globally. ClearCorrect aligners are customized to fit every individual patient's smile, offering a discrete, removable and comfortable solution, that enable people to live life on their terms.

Based in Round Rock, Texas, ClearCorrect's end-to-end clear aligner experience fuels constant innovation, and enhancement of a solutions portfolio, empowering clinicians to achieve their finest work. Together with clinicians, ClearCorrect delivers healthy, confident smiles that transform people's lives.

### About Straumann
The Straumann Group (SIX: STMN) is home to a portfolio of global brands that stand for excellence, innovation and quality in replacement, corrective and digital dentistry. These brands include Anthogyr, ClearCorrect®, Dental Wings, Medentika, Neodent, NUVO, Straumann and other fully or partly owned companies and partners. Headquartered in Basel, Switzerland, the Group employs more than 11,000 people worldwide.

## Related images



⬇ SCCPR007a
(http://www.pressreleasefinder.com/primages/2024/hi/SCCPR007a_49241628.jpg)

## Related documents

⊕ New Digital Solutions Launch Globally (/prdocs/2024/New_Digital_Solutions_Launch_Globally.docx)

## Editorial enquiries

**Adriana Pagels**
**Account Manager**
**EMG**

📞 +31 164 317 031 (tel:+31 164 317 031)
✉ apagels@emg-marcom.com (mailto:apagels@emg-marcom.com)
in in/adriana-pagels (https://www.linkedin.com/in/adriana-pagels)

# Related links



(https://www.pressreleasefinder.com/prdocs/2024/SCCPR007EN0324_March_Launch_Infographic.pdf)

Download the March Launch Infographic PDF
(https://www.pressreleasefinder.com/prdocs/2024/SCCPR007EN0324_March_Launch_Infographic.pdf)