# Exhibit F

| From: | McClellen, Forrest M. |
|---|---|
| To: | Ovington, Holly; Mueller, Joseph; Khan, Omar; Santasawatkul, Hannah; Shearer, Tyler L.; Ferrera, Vinita; Lalli, Marissa; Ford, Mark; Stiller, Robert B.; Salvatore, Jerry A.; WH ClearCorrect Align Service List; melissa@gillamsmithlaw.com; Travis Underwood |
| Cc: | MoFo_Align_Straumann |
| Subject: | RE: Align v. Institut Straumann AG - Jurisdictional Discovery Requests |
| Date: | Thursday, August 15, 2024 12:37:47 PM |
| Attachments: | image001.png |

Hi Holly,

Align will agree:

- To an extension of Institut's deadline to serve its responses to Align's jurisdictional discovery by one week
- To not argue that Institut waived its objections because it did not respond sooner than the updated deadline

If Institut agrees:

- To extend the jurisdictional discovery period by two weeks (e.g., both sides' timelines shift by one week)
- To not object to Align's deposition notices on the specific basis that they are untimely (Institut can raise other objections)

Please let us know if Institut agrees and we can prepare the joint motion to extend.

Best,
Forrest

**From:** Ovington, Holly <Holly.Ovington@wilmerhale.com>
**Sent:** Wednesday, August 14, 2024 2:05 PM
**To:** McClellen, Forrest M. <FMcClellen@mofo.com>; Mueller, Joseph <Joseph.Mueller@wilmerhale.com>; Khan, Omar <Omar.Khan@wilmerhale.com>; Santasawatkul, Hannah <Hannah.Santasawatkul@wilmerhale.com>; Shearer, Tyler L. <Tyler.Shearer@wilmerhale.com>; Ferrera, Vinita <Vinita.Ferrera@wilmerhale.com>; Lalli, Marissa <Marissa.Lalli@wilmerhale.com>; Ford, Mark <Mark.Ford@wilmerhale.com>; Stiller, Robert B. <Robert.Stiller@wilmerhale.com>; Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; WH ClearCorrect Align Service List <WHClearCorrectAlignServiceList@wilmerhale.com>; melissa@gillamsmithlaw.com; Travis Underwood <Travis@gillamsmithlaw.com>
**Cc:** MoFo_Align_Straumann <MoFo_Align_Straumann@mofo.com>
**Subject:** RE: Align v. Institut Straumann AG - Jurisdictional Discovery Requests

**External Email**

Forrest:

Thank you for your email. We had an incorrect date docketed on our end. We had believed the objections were due August 20, and are prepared to serve then. Will you consent to that short extension? We would be willing to offer a reciprocal one week extension to the jurisdictional discovery period.

Best,
Holly

**From:** McClellen, Forrest M. <FMcClellen@mofo.com>
**Sent:** Wednesday, August 14, 2024 2:21 PM
**To:** Mueller, Joseph <Joseph.Mueller@wilmerhale.com>; Khan, Omar <Omar.Khan@wilmerhale.com>; Ovington, Holly <Holly.Ovington@wilmerhale.com>; Santasawatkul, Hannah <Hannah.Santasawatkul@wilmerhale.com>; Shearer, Tyler L. <Tyler.Shearer@wilmerhale.com>; Ferrera, Vinita <Vinita.Ferrera@wilmerhale.com>; Lalli, Marissa <Marissa.Lalli@wilmerhale.com>; Ford, Mark <Mark.Ford@wilmerhale.com>; Stiller, Robert B. <Robert.Stiller@wilmerhale.com>; Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; WH ClearCorrect Align Service List <WHClearCorrectAlignServiceList@wilmerhale.com>; melissa@gillamsmithlaw.com; Travis Underwood <Travis@gillamsmithlaw.com>
**Cc:** MoFo_Align_Straumann <MoFo_Align_Straumann@mofo.com>
**Subject:** RE: Align v. Institut Straumann AG - Jurisdictional Discovery Requests

**EXTERNAL SENDER**

Counsel,

Institut's responses to Align's jurisdictional discovery requests and accompanying document production were due Monday. *See* OGP, 5. Institut has waived its objections.

Please immediately serve Institut's responses and document production.

Best,
Forrest

**From:** McClellen, Forrest M.
**Sent:** Tuesday, July 23, 2024 6:46 PM
**To:** Mueller, Joseph <Joseph.Mueller@wilmerhale.com>; Khan, Omar <Omar.Khan@wilmerhale.com>; 'Ovington, Holly' <Holly.Ovington@wilmerhale.com>; Santasawatkul, Hannah <Hannah.Santasawatkul@wilmerhale.com>; 'tyler.shearer@wilmerhale.com' <tyler.shearer@wilmerhale.com>; 'vinita.ferrera@wilmerhale.com' <vinita.ferrera@wilmerhale.com>; Lalli, Marissa <Marissa.Lalli@wilmerhale.com>; 'mark.ford@wilmerhale.com' <mark.ford@wilmerhale.com>; Stiller, Robert B.

<[Robert.Stiller@wilmerhale.com](mailto:Robert.Stiller@wilmerhale.com)>; Salvatore, Jerry A. <[Jerry.Salvatore@wilmerhale.com](mailto:Jerry.Salvatore@wilmerhale.com)>; 'WH ClearCorrect Align Service List' <[WHClearCorrectAlignServiceList@wilmerhale.com](mailto:WHClearCorrectAlignServiceList@wilmerhale.com)>; [melissa@gillamsmithlaw.com](mailto:melissa@gillamsmithlaw.com); Travis Underwood <[Travis@gillamsmithlaw.com](mailto:Travis@gillamsmithlaw.com)>
**Cc:** MoFo_Align_Straumann <[MoFo_Align_Straumann@mofo.com](mailto:MoFo_Align_Straumann@mofo.com)>
**Subject:** Align v. Institut Straumann AG - Jurisdictional Discovery Requests

Counsel,

Attached for service are:

- Align's first set of jurisdictional requests for production to Institut Straumann AG
- Align's first set of jurisdictional interrogatories to Institut Straumann AG

Best,
**Forrest McClellen** (he/him)
Associate
T +1 (415) 268-6824
M +1 (415) 425-3648

**MORRISON FOERSTER**

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.