# EXHIBIT 4



# How to Submit Cases with an iTero Scanner Tutorial

Updated 1 year ago

**Table of contents**

Using iTero Scanner

Submitting Cases with iTero Scanner

Uploading STL Files into the Doctor Portal

**For further information, refer to the following:**

- Using iTero Scanner
- Submitting Cases with iTero Scanner
- Uploading STL Files into the Doctor Portal

## Using iTero Scanner

If you are an iTero user wanting to transmit orthodontic STL files for their models with an iTero, you must either have an annual subscription which includes their service plan and updates. In order to do this, your iTero must include the "orthodontic" module instead or in addition to, the "restorative" module.

If you do not have the "orthodontic" module you will need to upgrade by contacting iTero support. Give them your iTero model number and installed "restorative" module information. You may also want to consider getting either a subscription or fee per case agreement (if you do not already have one), which will allow you to store and send STL files to ClearCorrect, or any other lab.

**If you fall into one of the following categories and are experiencing issues with the instructions provided, we have some additional suggestions you can perform.**

1. If you need to update **iTero** software (Current version OrthoCAD-5.9.1.50).

   If you have old or outdated software, you can go to the following link which may be helpful: https://www.itero.com/education-and-support/softwaredownloads.

2. If you have the **iTero Restorative** scanner.

   If your scanner does not support scanning in iRecord mode, or if you have updated your software and are still having difficulties, additional steps may need to be taken for STL file export. Please visit the iTero training center for additional information based on your specific system: https://www.itero.com/education-and-support

[Back to top](#)

## Submitting Cases with iTero Scanner

**NOTE:** With the iTero, patient scans are saved as a STL files to your desktop. We suggest creating a desktop folder named "exported scans", or something similar. You will then upload the scans directly via the Doctor Portal when submitting the case.

**To submit cases with iTero scanner, perform the following steps:**

**WARNING:** Before starting to scan the patient, make sure you choose the option **iCast** or **iRecord**. This is important because if you choose the **Invisalign** option, you will not be able to export these files for use by ClearCorrect.

**1.** Click **iTero Orthodontic**.

**2.** Select case type as **iRecord.**

> **NOTE:** Once you have scanned both arches and the bite, the information is stored in **myaligntech.com.**

**3.** Log into **myaligntech.com**.

> **NOTE:** This will take you to the orders page where your scans are.

**4.** On the top left side, under **Quick Search**, select the drop down menu to the option **patient name**.

**5.** Enter the patient name and their case will display under **Orders**.

**6.** Click their **ID #** in blue, and this will take you to the order information page.

**7.** From the **Order Information** page, click **Export (OrthoCAD 3.5 or higher)** to begin the export process.

> **NOTE:** A box will pop up, click **allow**.



**8.** A pop up box that says **OrthoCAD Export** will appear. For the **Export Type** choose **Open Shell**.



9. For **Data Format**, choose **Two Files (arches oriented in occlusion)**.



10. For the **Folder name**, change the number to the name of patient.



11. Select **Export**, click **ok**, and then a window opens up with 8-9 files in it.

> **NOTE:** The 1st two files are in the **STL** format that we use. The first one has a "**l**" for lower and the second "**u**" for upper and both are designated with a golden certificate. Those are the 2 files we upload/drag into the Doctor Portal.
>
> **NOTE:** For those with an upgraded operating system, try this:



Once you click export, a window will open that says **Model data was exported to c:cadent/export/(patients last name)**. To open the export folder, click **Yes**.

Back to top

# Uploading STL Files into the Doctor Portal

1. Log into the Doctor Portal and proceed through the steps of Creating an order. Scans can be uploaded in the **Records Uploader** section.

2. Select the tab for **3D-Models**.



3. Click on the dropdown menu to select scanner.



4. Select **Add Files** to upload images from your files for both upper arch and lower arch.



**Intraoral Scans**

Scans are needed of both arches, even if you're only treating one arch, so we can properly articulate the digital models for the setup.

- Select your scanner and either drag and drop the files directly into the box or you can click within the box to upload.
- We only require the upper and lower arch scans because the positional data from the occlusal scan is embedded in the upper and lower files themselves. We know

that some scanners generate three files, but since all the pertinent positional data is included in just the two, we don't need the third.

[Back to top]

480.1368_en_01

## ⭐ Articles in this section

How to Submit Cases with a 3Shape TRIOS Scanner

How to Submit a Case with Alliedstar

Intraoral Scanning

Intraoral Scanning Issues

How to Submit a Case with a Virtuo Vivo Scanner Tutorial

How to Submit Cases with a Carestream Scanner Tutorial

How to Submit Cases with a CEREC Scanner Tutorial

How to Submit Cases with CEREC Ortho Tutorial

How to Submit Cases with an iTero Scanner Tutorial

How to Submit a Case Using a Medit Scanner Tutorial

See more

## Was this article helpful?

Yes       No

49 out of 60 found this helpful

## Comments

0 comments

Please sign in to leave a comment.

🔍 Search…



## Have more questions?

Submit a request

## Share it, if you like it.

ClearCorrect +

Products and Solutions +

Services +

Highlights +

Straumann Group +

Straumann Group Focus +

International - English

©2024 Institut Straumann AG

480.772_en_03 10/23