# EXHIBIT 5



Arlington Heights
847-632-1030
Deerfield
847-945-3700

Menu

HOME    OFFICE    PATIENT    TREATMENT    OUR BLOG

CONTACT US    REVIEW US

# iTero and Clear Correct

Posted on 01/28/2019

[Parent Appreciation Special!](#)

Now that school is back in session and the kids are back in school, mom and dad why don't you do something for yourself? At Jarosz & Valente Orthodontics, we're proud to help our parents of all ages throughout the Arlington Heights & Deerfield, IL areas achieve beautiful, healthy smiles through quality orthodontic treatment. We truly feel blessed to get to do the work that we do, as there's no feeling like helping someone achieve the smile of their dreams - and none of it would be possible without our parents.

## Our New Orthodontic Treatment

Whether you are an adult needing braces for the first time or you're considering **revitalizing your smile as an adult**, orthodontic treatment can reinvigorate your life with a new smile. And now, as a gesture of appreciation for all our parents that make it possible for us to serve the Deerfield and Arlington Heights communities with high-quality orthodontic treatment, we're offering an exciting opportunity. If your consultation reveals that you may be eligible for the virtually-invisible, completely removable treatment option of **ClearCorrect orthodontic aligners**, then treatment will be even more convenient thanks to our new iTero Intraoral Scanner.

## About iTero & ClearCorrect



Arlington Heights
847-632-1030
Deerfield
847-945-3700

Menu

HOME    OFFICE    PATIENT    TREATMENT    OUR BLOG
CONTACT US    REVIEW US

realized, 3D computer model of your mouth. We simply wave the wand around your mouth for a minute or so, and viola - we have a digitized model of your mouth that we can use to accurately plan your treatment. Plus, iTero allows us to see if you're eligible for ClearCorrect: an orthodontic treatment that uses virtually-invisible, removable clear aligners instead of metal braces to straighten teeth. With both the iTero system and ClearCorrect there's never been a more convenient way to achieve a gorgeous new smile! Check out the following videos to learn a little more about iTero, and ClearCorrect!

ClearCorrect patient review: Mercedes Flores



iTero Element® Orthodontic Patient Video





# Arlington Heights
847-632-1030
# Deerfield
847-945-3700

HOME   OFFICE   PATIENT   TREATMENT   OUR BLOG   CONTACT US   REVIEW US

You deserve a smile you truly feel proud of, and we're here to help. **Contact us today** to learn more about iTero and ClearCorrect, as well as to schedule your orthodontic consultation. We can't wait to hear from you, and we're excited to help you achieve your dream smile more conveniently!

## Jarosz & Valente Orthodontics, P.C.

**Arlington Heights Office -**  3430 N. Old Arlington Heights Rd., Arlington Heights, IL 60004 |  Phone: 847-632-1030

**Deerfield Office -**  720 Osterman Ave., Suite 201, Deerfield, IL 60015 |  Phone: 847-945-3700

2024 © All Rights Reserved | Website Design By: **Televox** |  **Login**