# EXHIBIT 7



November 14, 2017

# Align Technology Files Six Patent Infringement Lawsuits Asserting 26 Patents Against 3Shape

## Align's Inventions Infringed by Trios Intraoral Scanning System and Restorative and Orthodontic Software

SAN JOSE, CA -- (Marketwired) -- 11/14/17 -- Align Technology, Inc. (NASDAQ: ALGN) today announced that it has filed six patent infringement lawsuits asserting 26 patents against 3Shape A/S, a Danish corporation, and a related U.S. corporate entity, asserting that 3Shape's Trios intraoral scanning system and Dental System software infringe Align patents.

Align filed two Section 337 complaints with the U.S. International Trade Commission (ITC) alleging that 3Shape violates U.S. trade laws by selling for importation and importing its infringing Trios intraoral scanning system and Dental System software. Align's ITC complaints seek cease and desist orders and exclusion orders prohibiting the importation of 3Shape's Trios scanning system and Dental System software products into the U.S.

Align also filed four separate complaints in the United States District Court for the District of Delaware alleging patent infringement by 3Shape's Trios intraoral scanning system and Dental System software. All of these district court complaints seek monetary damages and injunctive relief against further infringement.

Commenting on Align's patent infringement lawsuits against 3Shape, Roger E. George, vice president, legal affairs and general counsel for Align said, "Over the past 20 years, Align has been at the forefront of digital dentistry evolution, and it is committed to continued innovation and technology development to facilitate the adoption of digital dentistry. The 26 patents we are asserting are integral components of our broad patent portfolio and represent key inventions and technologies fundamental to Align's digital dentistry strategy. Align is a leader in the intraoral scanning systems and digital dentistry market and we will not allow competitors to copy our products and their features or infringe our patents. We will vigorously defend our intellectual property, whether it relates to clear aligners, dental scanners, or digital dentistry more broadly. We have strong legal claims against 3Shape and believe we will succeed both at the ITC and in the federal district court."

Align's twenty-six patents asserted against 3Shape are:

| Patent No. | Title |
| --- | --- |
| 9,615,901 | Method and apparatus for imaging three-dimensional structure |
| 9,566,132 | Smile Designer |
| 9,510,757 | Identification of areas of interest during intraoral scans |
| 9,451,873 | Automatic selection and locking of intraoral images |
| 9,427,916 | Method for preparing a physical plaster model |
| 9,299,192 | Methods and systems for creating and interacting with three dimensional virtual models |
| 9,101,433 | Method and apparatus for colour imaging a three-dimensional structure |
| 8,845,330 | Method for preparing a physical plaster model |
| 8,734,149 | Systems and methods for fabricating a dental template |
| 8,675,207 | Method and apparatus for colour imaging a three-dimensional structure |
| 8,638,448 | Method and apparatus for imaging three-dimensional structure |
| 8,638,447 | Method and apparatus for imaging three-dimensional structure |
| 8,545,221 | Smile Designer |
| 8,454,364 | Method for preparing a physical plaster model |
| 8,451,456 | Method and apparatus for colour imaging a three-dimensional structure |
| 8,363,228 | Method and apparatus for colour imaging a three-dimensional structure |
| 8,092,215 | Smile Designer |
| 7,112,065 | Method for defining a finish line of a dental prosthesis |
| 7,092,107 | Method and apparatus for imaging three-dimensional structure |
| 7,056,115 | Systems and methods for fabricating a dental template |
| 6,948,931 | Digitally modeling the deformation of gingival tissue during orthodontic treatment |
| 6,845,175 | Dental image processing method and system |

| 6,685,470 | Digitally modeling the deformation of gingival tissue during orthodontic treatment |
| 6,514,074 | Digitally modeling the deformation of gingival |
| 6,334,853 | Method for obtaining a dental occlusion map |
| 6,227,850 | Teeth viewing system |

### *About Align Technology, Inc.*

Align Technology designs and manufactures the Invisalign® system, the most advanced clear aligner system in the world, and iTero® intraoral scanners and services. Align's products help dental professionals achieve the clinical results they expect and deliver effective, cutting-edge dental options to their patients. Visit www.aligntech.com for more information.

For additional information about the Invisalign system or to find an Invisalign provider in your area, please visit www.invisalign.com. For additional information about iTero digital scanning system, please visit www.itero.com.

Align Technology
Shirley Stacy
(408) 470-1050
sstacy@aligntech.com

Ethos Communication
Shannon Mangum Henderson
(678) 261-7803
align@ethoscommunication.com

Source: Align Technology

News Provided by Acquire Media