# EXHIBIT 8



Dentsply
Sirona

# National PDC 2022 Promotions

## March 10-12, 2022

One DS Canada Loyalty Program
CAD/CAM
Restorative/Hygiene/ Anesthetics
Imaging
Endodontics
Treatment Centres/Lasers
DS Implants
Dental Lab & Denture Clinic
Orthodontics
BIGE Bundle Promotions
www.dentsplysirona.com
/dentsplysirona.canada
dentsplysirona.canada







One DS
Elevate Your Practice

**Have you signed up to our Loyalty Program?**

**One** person in mind, **YOU!**
With **One** program,
you get **One** comprehensive
Dentsply Sirona experience.

Ask you local Dentsply Sirona Rep
or visit **OneDSCanada.com** to get started.

# Sign-up for One DS Canada today

## and learn how you can earn cashback rewards on all your DS purchases!

**As an eligible One DS Canada member you can earn up to 12%* in cash-back rebates!***
Plus, One DS members have access to valuable perks such as special software programs that can help you elevate your practice!*
*Terms and conditions apply.

IMPLANTS

ENDODONTICS

ORTHODONTICS

PREVENTIVE

RESTORATIVE

INSTRUMENTS

IMAGING

TREATMENT CENTRES

CAD/CAM

*It just takes **One** step to get started!*

Visit **OneDSCanada.com** to learn more!

One DS Loyalty Program

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions





Dentsply Sirona

# National PDC 2022 Promotions

VIRTUAL
EXPERIENCE

MAR 10-12 2022

Chairside Promotions valid from **FEBRUARY 14 - MARCH 18, 2022**

Increase your purchasing power with One DS **cashback rewards.** All PDC purchases are eligible.

**OneDSCanada.com**

Restorative/ Hygiene/ Anesthetics

## CLASS II SOLUTION WORKFLOW

For more information on these products: **CLICK HERE**

#PDC22-Q1-4

Matrix
Palodent® 360

**Band is easy to tighten, loosen, and adjust. Simple and quick for a more efficient workflow.**

**4+1** OR **10+3**

*Eligible Brands: Palodent 360, Palodent Plus.*

#PDC22-Q1-5

Universal Adhesive
Prime&Bond

**Prime and Bond Elect is a universal adhesive with self-etching abilities for excellent bonding performance.**

**3+1** OR **2+Calibra**

*Eligible Brands: Prime&Bond NT/XP/elect and Calibra Bio/Ceram/Veneer/Universal.*

#PDC22-Q1-6

Curing Light
SmartLite Pro

**Features 10 mm active curing diameter to cover bigger restorations.**

**2+1** OR **Trade-in Offer**

Trade in old Curing Light with a purchase of a SmartLite Pro Intro Kit, **GET $1,000 in DS Composite FREE!**

*Eligible Brands: TPH Spectra ST, TPH Spectra Effects, flow, SDR flow+, Surefil one*

Cannot be combined with any other promotion.

**HOW TO REDEEM YOUR FREE PRODUCT:**
Once you receive your invoice, please complete the SmartLite Pro Trade-In Form by scanning this QR code. All forms to be completed by July 15, 2022 to qualify – include an image of your trade-in light and purchasing invoice. Free product fulfilled by Dentsply Sirona Customer Care.

#PDC22-Q1-7

Bulk Fill Flowable
SDR® flow+

**Easy convenient bulk fill for a more efficient workflow.**

**4+1** OR **10+3**

#PDC22-Q1-8

Composite
TPH Spectra® ST

**Manage cashflow. Achieve excellent outcomes without having to stock so many colours.**

**4+1** OR **10+3**

*Eligible Brands: TPH Spectra ST, TPH Spectra Effects, Esthet-X HD.*

#PDC22-Q1-9

Composite
TPH Spectra® ST flow

**Excellent Handling. Great colour coverage. Superior esthetics.**

**2+1**

#PDC22-Q1-10

Finishing/Polishing
Enhance®

**Streamline your materials and use one disc for polishing.**

**4+1** OR **10+3**

*Eligible brands: Enhance, Enhance mini and Enhance PoGo.*

## DS SMALL EQUIPMENT

For more information on these products: **CLICK HERE**

#PDC22-Q1-11

Midwest Handpieces

**Consistent power and torque in a quieter, lightweight design.**

**3+1** OR **4+2**

*Eligible brands: Nupro Freedom Package, Phoenix, Stylus Plus, Tradition Plus/Pro, Midwest E Plus/Pro.*

Ask about our Handpieces Promo with Purchase of a DS Treatment Centre.

## INJECTABLE ANESTHETICS

For more information on these products: **CLICK HERE**

#PDC22-Q1-12

Astracaine

**5+1** OR **10+3** OR **15+6**

#PDC22-Q1-13

Xylocaine, Citanest or Polocaine

**6+1** OR **10+2**

#PDC22-Q1-14

Accuject Needles

**5+1** OR **10+3**

Free goods must be of equal or lesser value. Promotions cannot be combined. Promotional offers valid in Canada.



Dentsply Sirona

# National PDC 2022 Promotions

VIRTUAL
EXPERIENCE

MAR 10-12 2022

Chairside Promotions valid from **FEBRUARY 14 - MARCH 18, 2022**

Amplify your savings with One DS **cashback rewards** on top of PDC specials. **OneDSCanada.com**

## SINGLE-UNIT CROWN SOLUTION WORKFLOW

For more information on these products: **CLICK HERE**

#PDC22-Q1-15

VPS Impression Materials
### Aquasil

Avoid final impression errors due to problems with crown fit. Aquasil has the best contact angle and best fit.

**4+1** OR **10+5**

*Eligible Brands: Aquasil Family, Reprosil, Regisil, Algin-X*

#PDC22-Q1-16

Temporary Materials
### Integrity®

Repairs and remakes can cost over $900/month. Integrity removes the challenges of shrinkages, repairs for more profitable procedures.

**3+1** OR **2+TEMPGRIP**

*Eligible Brands: Integrity, Integrity MultiCure, Integrity TempGrip*

#PDC22-Q1-17

### Jeltrate

Get a quality impression without the excessive flow.

**7+2**

*Eligible Brands: Jeltrate, Jeltrate Plus, Jeltrate Chroma*

## INFECTION PREVENTION SOLUTIONS

For more information on these products: **CLICK HERE**

#PDC22-Q1-18

### Purevac HVE

Removes 90% more aerosols generated during ultrasonic scaling compared to a low-volume saliva ejector.

**MIRROR TIPS**

Buy 2 Purevac HVE System Kits,
**Get FREE Purevac HVE Mirror Tips (3-pk)!**

#PDC22-Q1-19

### Practice Protect Line

**4+1** OR **10+3**

*Eligible Brands: Purevac SC Evacuation System Cleaner Assure Sterilization Pouches, Flash Tips Disposable Air/Water Syringe Tips, Resurge Cleaning Solution, Disposa-Shield Disposable Barriers*

#PDC22-Q1-20

### Com-Fit Masks

Plush Natural Fit Face Mask ASTM Level 1, 2 or 3

**6+4**

Mix and match within brand only. Free goods must be of equal or lesser value. Promotions cannot be combined. Promotional offers valid in Canada.

**www.dentsplysirona.com** /dentsplysirona.canada dentsplysirona.canada

**Contact your local Dentsply Sirona Territory Manager**

**Authorized Dealers** • Henry Schein Canada • Patterson Dental Canada • Sinclair Dental • K-Dental • Acmedent • Northern Surgical • Central Dental (MB) • Central Dental (ON) • Westan Distributors

**Program Rules:** Bundles cannot be combined. All FREE Goods which are product-related are to be shipped by the Dealer and claimed back from Dentsply Sirona Canada with proof of sale to the End User. Free Goods must be of equal or lesser value and the above promotions cannot be combined. Promotions valid only for the dates indicated. Purchases made as related to free products and/or rebates are strictly non-returnable for credit. Purchases for the above promotions do not qualify for any other Dentsply Sirona special programs. Dentsply Sirona Canada reserves the right to change or cancel these promotions at any time. Offers valid in Canada. **Please note that our BONUS SHOW BUNDLE OFFERS are valid only in MB, AB, SK and BC.**

**For Mail-in rebate bundle redemptions:** please email your invoice copy to promotions.Canada@dentsplysirona.com. Invoices must be dated between February 14-March 18, 2022. Offer expires March 18, 2022. Redemption deadline for invoice submissions is April 30, 2022.

Dentsply Sirona

Restorative/ Hygiene/ Anesthetics

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions



Dentsply Sirona

# National PDC 2022 Promotions

VIRTUAL
EXPERIENCE

MAR 10-12 2022

Chairside Promotions valid from **FEBRUARY 14 - MARCH 18, 2022**

One DS
Elevate Your Practice

One DS members enjoy the best value and get special perks.
**Sign up today and learn how you can earn cashback rewards on all your PDC purchases.**

**OneDSCanada.com**

Cash is the lifeline of the business. Get One DS **cashback rewards** to excel your business performance. Sign up today.

## HYGIENE WORKFLOW

For more information on these products: **CLICK HERE**

Scaling

### Cavitron® Ultrasonic Packages

**Use Cavitron ultrasonics for a more efficient hygiene workflow.**
**Increase patient comfort to secure repeat visits that translates to a more predictable revenue stream**
**For a better, safer, faster scaling experience**

#PDC22-Q1-21

**$200 REBATE** BUY a Cavitron Plus Package, **GET a $200 REBATE!**

**3 YEAR Warranty!**

**Package includes:**
- 4 x FREE Inserts
- 1 x FREE Steri-Mate

PLUS: 3-Year Warranty!

**Cavitron® Plus**
#8161425

#PDC22-Q1-22

**$300 REBATE** BUY a Cavitron 300 Package, **GET A $300 REBATE!**

**4 YEAR Warranty!**

**Package includes:**
- **4 x FREE Inserts**
- **3 x FREE Steri-Mates**

**PLUS: 4-Year Warranty!**

**Cavitron® 300**
#8161429

#PDC22-Q1-20

### Cavitron + PureVac HVE Bundles

BUY an Eligible Cavitron Ultrasonic Package
AND a PureVac HVE Kit,
**Get a Cavitron Rebate PLUS a Hygiene Bundle FREE!**

Eligible brands: Cavitron 300, Cavitron Plus AND a Purevac HVE System Kit.

**HYGIENE BUNDLE**

Includes: 1x Nupro Sensodyne Prophy Paste, 1x Nupro Varnish, 1x Oraqix & 1 dispenser.

**FOR REBATE REDEMPTIONS:**
**Email invoice copy to: Promotions.Canada@dentsplysirona.com within 30 days of purchase.**

#PDC22-Q1-23

Polish
### Nupro Prophy Paste

**Nupro delivers consistent, splatter-free treatment for greater patient comfort.**

#PDC22-Q1-24

Fluoride Treatment
### Nupro White Varnish

**Shorter 2-hour wear time so patients can quickly resume eating and drinking.**

3+1
OR
5+2

Mix & match allowed. Free goods must be of equal or lesser value.

#PDC22-Q1-25

Scaling
### Inserts

**Using worn out inserts decreases efficiency: 30% more time consuming and requires 40% more pressure.**

**3+1** OR  **6+3**

#PDC22-Q1-26

Cavitron

Scaling
### Steri-Mate

**Proper sterilization of inserts is essential to running a clean, safe practice.**

**3+1**

Free goods must be of equal or lesser value. Promotions cannot be combined. Promotional offers valid in Canada.

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions

Dentsply Sirona

# National PDC 2022 Promotions

VIRTUAL
EXPERIENCE

MAR 10-12 2022

Chairside Promotions valid from **FEBRUARY 14 - MARCH 18, 2022**

Leverage the power of OneDS **cashback** rewards to build a **healthy practice** to deliver healthy smiles. Sign up today.

**OneDSCanada.com**

## NEW PRODUCTS SHOWCASE

#PDC22-Q1-1

### Calibra® Bio
**one and done**

3+1

Buy 3 Calibra Family Refills, **GET 1 FREE!**

**Eligible Brands:**
Calibra Bio, Calibra Ceram, Calibra Veneer, Calibra Universal

Scan to learn more

Mix and Match available. Free goods must be of equal or lesser value.

#PDC22-Q1-2

### Surefil one™
**it's time to move on**

3+1

BUY 3 Surefil one Refills, **GET 1 FREE!**

**FREE PROMIX ONE**

BUY a Surefil one Intro Kit, **GET a Promix one™ FREE!**

Scan to learn more

## BONUS SHOW BUNDLES: DS Consumables & Small Equipment

#PDC22-Q1-3

Buy more, **Get More Cash Back!**

BUY **$3,500*** GET a **$175 rebate**
*Cavitrons are not included*

BUY **$6,500*** GET a **$450 rebate**
*Cavitrons are not included*

BUY **$9,500** GET a **$800 rebate**

BUY **$12,500** GET a **$1,250 rebate**

Buy from a minimum of 3 different Categories below, **GET a Mail-in Rebate!**

**BONUS SHOW BUNDLES** are eligible only in **BC, AB, SK and MB.**

- CLASS II SOLUTION
- DS SMALL EQUIPMENT
- INJECTABLE ANESTHETICS
- SINGLE-UNIT CROWN SOLUTION
- INFECTION PREVENTION SOLUTIONS
- HYGIENE

For a full list of eligible brands in each category, please see prior pages for breakdowns.

**For Rebate Redemptions:** please email your invoice copy to promotions.Canada@dentsplysirona.com. Invoices must be dated between February 14-March 18, 2022. Offer expires March 18, 2022. **Redemption deadline for invoice submissions is April 30, 2022. BONUS SHOW BUNDLES are eligible only in BC, AB, SK and MB.**

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions

Mix & match where applicable. Free goods must be of equal or lesser value. Promotions cannot be combined. Promotional offers valid in Canada.





Dentsply Sirona

# National PDC 2022 Promotions

VIRTUAL
EXPERIENCE

MAR 10-12 2022

PDC Reference Promo Code = ZAF

ENDO Promotions valid from
**FEBRUARY 14 - MARCH 18, 2022**

Endodontics

Increase your purchasing power with One DS **cashback rewards.** All PDC purchases are eligible.

OneDSCanada.com

## PDC GO BROAD PROMOTIONS

VALID ONLY IN BC, AB, SK AND MB

| Tier | Discount | Campaign ID |
|---|---|---|
| $1,000 - $2,499 | **15% off** total order | PDCS15 |
| $2,500 - $4,999 | **20% off** total order | PDCS20 |
| $5,000 - $7,499 | **25% off** total order | PDCS25 |
| **$7,500 +** | **35% off** total order | PDCS35 |

*Based on Retail pricing

## 1.0 - Procedural Kit PDC

### 30% Off — Endodontic Starter Kit

#### ProMark® Motor COMBO

**Promo Price $5,382.51CAD**
**Save $2,306.77 *(Reg $7,689.28)***

KIT DETAILS:
7 - Packs WaveOne® Gold Reciprocating Files
4 - Small Packs GuttaCore® Obturators
4 - Large Packs GuttaCore® Obturators
1 - Obturation Oven
1 - EndoActivator® Handpiece
3 - Boxes EndoActivator® Tips, assorted 25-count
1 - Endo Access Kit
3 - Boxes ProRinse® Irrigation Needles, 5-count
1 - Box ProLube® Root Canal Conditioner, 35-count
2 - Bottles QMix® 2in1 Irrigating Solution, 60 mL
1 - File Measuring Block
3 - Packs WaveOne Gold Glider or
ProGlider® Rotary Glide Path Files
8 - Packs Lexicon® K-Files, any size

**Promark Starter Kit + GC Large Kit + Irrigation Starter Kit**

Promark Endodontic Motor
Rotary & Reciprocation

PROCEDURAL KIT PDCS
WIGPG-PM30 | GCLG-30 | IRRIGAT130

PK1

### 25% Off

#### Irrigation Starter Kit

**Promo Price $543.05CAD**
**Save $181.02 *(Reg $724.07)***

KIT DETAILS:
1 - EndoActivator® Handpiece
3 - Boxes EndoActivator® Tips
1 - Bottle QMix® 2in1 Irrigating Solution, 60 mL
1 - Box Protective Barriers, 100-count

PROCEDURAL KIT PDCS
IRRIG125

PK2

### 25% Off

#### GuttaCore® Starter Kit

**Promo Price $1,769.93CAD**
**Save $589.98 *(Reg $2,359.91)***

KIT DETAILS:
4 - Small Packs GuttaCore® Obturators
4 - Large Packs GuttaCore® Obturators
1 - Obturation Oven
1 - ThermaSeal® Plus Ribbon® Sealer
5 - Boxes Lexicon® Absorbent Points, sterilized
1 - Training Block
1 - Tip Card
+-DFUs

PROCEDURAL KIT PDCS
GCLG-25

PK3

Dentsply Sirona Canada reserves the right to change or cancel these promotions at any time.

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions





Dentsply Sirona

# National PDC 2022 Promotions

VIRTUAL
EXPERIENCE

MAR 10-12 2022

ENDO Promotions valid from
**FEBRUARY 14 - MARCH 18, 2022**

Endodontics

## 1.0 - Procedural Kit PDC

**25% Off**

*SAVE ON THE FILES OF YOUR CHOICE*

### ProMark® Starter Kit

with your choice of WaveOne® Gold OR ProTaper Gold® files

**Promo Price $3,453.99CAD**
**Save $1,151.31 *(Reg $4,605.30)***

KIT DETAILS:
- 7 - Packs WaveOne® Gold Reciprocating Files or ProTaper Gold® Rotary Files
- 1 - Bottle QMix® 2in1 Irrigating Solution, 60 mL
- 8 - Packs Lexicon® K-Files, any size
- 3 - Boxes ProRinse® Irrigation Needles, 5-count
- 3 - Packs WaveOne Gold Glider or ProGlider® Rotary Glide Path Files
- 1 - Box ProLube® Root Canal Conditioner, 35-count
- 1 - Endo Access Kit
- 1 - File Measuring Block
- +- Tip Cards

PROCEDURAL KIT PDCS
W1GPG-PM25 **or** PTGPG-PM25

PK4

**25% off Equipment**

**SAVE 25%** off retail

**on any endodontic motor, apex locator, warm obturation devices, the EndoActivator® System Kit, and ProUltra® Piezo Ultrasonic Unit.**

Codes may only be applied to a single order.
Qualification criteria applies.

PROCEDURAL KIT PDCS
25OFFEQUIP

PK5

Retail savings **of $1,150+**

### ProMark® Power Pack

**Promo Price $2,680.27**

**PROMARK® POWER PACK BUNDLE**

Includes a ProMark motor, Contra Angle, 4 packs of WaveOne Gold files and 2 packs of WaveOne Gold Gliders

PROCEDURAL KIT PDCS
PMKPWRPK

PK6

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions

Leverage the power of OneDS **cashback** rewards to build a **healthy practice** to deliver healthy smiles. Sign up today.

OneDSCanada.com

Dentsply Sirona Canada reserves the right to change or cancel these promotions at any time.





Dentsply
Sirona

# National PDC 2022 Promotions

ENDO Promotions valid from
**FEBRUARY 14 - MARCH 18, 2022**

VIRTUAL
EXPERIENCE

MAR 10-12 **2022**

Endodontics

## 2.0 - Volume Purchase PDC

### Rotary Files

**Get 20% OFF Retail** for the ENTIRE ORDER when you buy 20 packs*

20FOR20

**OR**

***STOCK UP & SAVE***

Buy 6, **Get 1 FREE!**

Buy 80, **Get 30 FREE!**

Buy 100, **Get 50 FREE!**

Buy 120, **Get 65 FREE!**

*TruNatomy not included. Rotary File offers cannot be combined with other discounts.

VOLUME PURCHASE PDC RTB6G1 RTB80G30 RTB100G50 RTB120G65

VP1

### Free Obturation Oven

Buy 4 Large GuttaCore® packs, **Get a FREE Oven!**

VOLUME PURCHASE PDC BUY4GOVEN

VP2

### GuttaCore®

Buy 4 Large packs, **Get 1 Large pack FREE!**

Buy 8 Large packs, **Get 3 Large packs FREE!**

VOLUME PURCHASE PDC OBTB4G1L OBTB8G3L

VP3

### Contra Angles

Buy 4 Large GuttaCore® packs, **Get a Contra Angle FREE!**

VOLUME PURCHASE PDC BUY4CONTRA

VP4

Save up to **$815CAD**

### Contra Angles

Buy 2 handpieces, **Get 1 FREE!**

(TUL-1, TUL-8M, TUL-16M of equal value not including handpiece in starter kits)

VOLUME PURCHASE PDC CAB2G1

VP5

Save up to **$340CAD**

### Gutta-Percha

Buy 10 Packs, **Get 3 packs FREE!**

Buy 30 Packs, **Get 12 packs FREE!**

VOLUME PURCHASE PDC TSGPB10G3 | TSGB30G5

VP6

Save up to **$200CAD**

### QMix® 2in1

Buy 2 bottles, **Get 1 FREE!** (of equal value)

Available in 60 ml or 480 ml.

VOLUME PURCHASE PDC QMIXB2G1

VP7

Amplify your savings with One DS **cashback rewards** on top of PDC specials. **OneDSCanada.com**

Dentsply Sirona Canada reserves the right to change or cancel these promotions at any time.

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions





Dentsply Sirona

# National PDC 2022 Promotions

VIRTUAL
EXPERIENCE

MAR 10-12 2022

ENDO Promotions valid from
**FEBRUARY 14 - MARCH 18, 2022**

Endodontics

## 2.0 - Volume Purchase PDC

Save up to **$894 CAD**

### Lexicon® Sterilized Hand Files

Buy 30 Packs,
**Get 10 packs FREE!**

Buy 50 Packs,
**Get 20 packs FREE!**

Buy 100 Packs,
**Get 50 packs FREE!**

VOLUME PURCHASE PDC TSHFB30G10 TSHFB50G20 TSHFB100G5

VP8

Save up to **$124 CAD**

### ProUltra® SINE, Endo & Surgical Tips

BUY 3,
**Get 1 FREE!**

VOLUME PURCHASE PDC TIPS

VP9

## 3.0 - Endodontic Product PDC

Save up to **$43 CAD**

### ThermaSeal® Plus RIBBON®

**PDC Price: $112.50 CAD**

PRODUCT PDCS RIBBONDSC

EP1

Save up to **$37 CAD**

### ProLube® Conditioner

**PDC Price: $108.50 CAD**

100 count box

PRODUCT PDCS PROLUBDISC

EP2

Save up to **$34 CAD**

### ProRinse® Irrigation Probes

**PDC Price: $142.00 CAD**

PRODUCT PDCS MAXPDISC

EP3

Save up to **$660 CAD**

### ProUltra® System

**PDC Price $1,900.00 CAD**

PRODUCT PDCS PULTRADISC

EP4

**Contact local rep to order | 800-662-1202 or email to Tulsa.Orders@dentsplysirona.com**

YouTube

Learn more: **DS Endodontics**

Scan to find information on DS Endodontic Webinars

**Have you signed up to our Loyalty Program?**

**One** person in mind, **YOU!** With **One** program, you get **One** comprehensive Dentsply Sirona experience.

Ask your local Dentsply Sirona Rep or visit OneDSCanada.com to get started.

It just takes One step to get started.

One DS
Elevate Your Practice

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions

Dentsply Sirona Canada reserves the right to change or cancel these promotions at any time.



Dentsply Sirona

# National PDC 2022 Promotions

VIRTUAL
EXPERIENCE

MAR 10-12 2022

Implant Promotions valid from **FEBRUARY 14 - MARCH 18, 2022**

DS Implants

IMPLANTS

## Implants Bundle Offers

Buy 100 EV Implants,
**GET 50 Implants and 75 Healing Abutments FREE!** (offer code **PDC22-OMSDI0016**)

Buy 50 EV Implants,
**GET 20 Implants and 30 Healing Abutments FREE!** (offer code **PDC22-OMSDI0017**)

Buy 20 EV Implants,
**GET 8 Implants FREE!** (offer code **PDC22-OMSDI0018**)

IMPLANTS

## New Implant User

Buy 10 Astra Implant at retail price,
**GET a Surgical Kit FREE!**

Buy 30 Implants at retail price,
**GET an Overlay 3 Surgical Kit and an Implant Surgical Motor FREE!**

**ONE-TIME PURCHASE OF 50% OFF** additional components; Healing abutments, coverscrews, impression copings, analogs (some exceptions apply)

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions

**Have you signed up to our Loyalty Program?**

**One** person in mind, **YOU!** With **One** program, you get **One** comprehensive Dentsply Sirona experience.

Ask your local Dentsply Sirona Rep or visit OneDSCanada.com to get started.

It just takes One step to get started.

One DS
Elevate Your Practice

www.dentsplysirona.com
/dentsplysirona.canada
dentsplysirona.canada

Program Rules: Cannot be combined with other offers and/or specials. Additional taxes and shipping charges may apply. Offer valid for orders placed through the Virtual PDC 2022 Show. Products purchased and provided through these specials cannot be returned, but they can be exchanged for products of equal or lesser value. Dentsply Sirona Canada reserves the right to change or cancel these promotions at any time.

Dentsply Sirona



# National PDC 2022 Promotions




MAR 10-12 2022

Implant Promotions valid from **FEBRUARY 14 - MARCH 18, 2022**

DS Implants

Increase your purchasing power with One DS **cashback rewards.** All PDC purchases are eligible. **OneDSCanada.com**




OSSIX®

BUY any 2 OSSIX® Products, **GET 1 FREE!**
(offer code **OSSIX25H2**)

SCAN TO LEARN MORE

**Eligible Products:** OSSIX® Plus, OSSIX™ Bone or OSSIX® Volumax
*Can be purchased in multiple units*

## OSSIX® Order Form

For assistance: 800-531-3481
www.dentsplysirona.com

Customer name:______ Promo Reference/PO:______

Dentsply Sirona Implants Customer No.: CA______ Delivery address:______

Phone number:______

Ordered by:______ Date:______

**FAX ORDERS: 781-890-6808*** *Must have DS Implant Account number to order via fax

**bone graft materials — OSSIX™ Bone**

| Item | Size | Price |
|---|---|---|
| 32310009 | 5x5x5 mm | $140 |
| 32310010 | 5x5x10 mm | $210 |
| 32310011 | 5x10x10 mm | $320 |

**membrane — OSSIX® Plus**

| Item | Size | Price |
|---|---|---|
| 32905284 | 15x25 mm | $170 |
| 32905285 | 25x30 mm | $250 |
| 32905286 | 30x40 mm | $280 |

**scaffolds — OSSIX® Volumax**

| Item | Size | Price |
|---|---|---|
| 32905287 | 10x12.5 mm | $170 |
| 32905288 | 15x25 mm | $255 |
| 32905289 | 25x30 mm | $305 |
| 32905290 | 10x40 mm | $280 |

*Prices shown are CAD.*


One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions





www.dentsplysirona.com /dentsplysirona.canada dentsplysirona.canada

Program Rules: Cannot be combined with other offers and/or specials. Additional taxes and shipping charges may apply. Offer valid for orders placed through the Virtual PDC 2022 Show. Products purchased and provided through these specials cannot be returned, but they can be exchanged for products of equal or lesser value. Dentsply Sirona Canada reserves the right to change or cancel these promotions at any time.



# National PDC 2022 Promotions

VIRTUAL
EXPERIENCE

MAR 10-12 2022

Orthodontic Promotions valid from **FEBRUARY 14 - MARCH 18, 2022**

Orthodontics

## Scan. Check. Send. Love.

**Primescan Digital Impressions for SureSmile**

### Get into Digital

**SureSmile Aligner** is the clinically powered, full-service clear aligner solution from Dentsply Sirona. Combining clinically superior planning capabilities with state-of-the-art manufacturing, SureSmile Aligners and digital planning software deliver a complete, clinician controlled clear aligner treatment solution for you and your patients.

### Clinically proven. Clinician controlled.

Digital model superiority for ideal smile design.

### An aligner focused platform with intuitive interface

Advanced software capabilities that are user friendly.

### Prescribe and order full arch aligners

Choose complete or select for aligners your way.

### At your service

Expert support from our most advanced digital orthodontics platform.

### State-of-the-art fabrication

It's all in the details

## Primescan and SureSmile PROMOTION

Buy a Primescan and commit to 24 SureSmile cases for one year **and get the Primescan for $35K***

*Conditions apply. Offer open to existing SureSmile customer with commitment starting at 24 cases for one year.

## SureSmile Advantages:

- Fewer refinements than average aligner treatments[1]
- Faster treatment times[2]
- Flexible treatment options
- Expert clinical support throughout the course of treatment

## Have you signed up to our Loyalty Program?

**One** person in mind, **YOU!** With **One** program, you get **One** comprehensive Dentsply Sirona experience.

Ask your local Dentsply Sirona Rep or visit OneDSCanada.com to get started.

It just takes One step to get started.

One DS
Elevate Your Practice

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions

Offer valid in Canada only. All orders must be placed through an authorized Dentsply Sirona distributor. All purchases must appear on a single invoice between February 14th – March 18th, 2022. Dentsply Sirona reserves the right to modify or cancel these promotions at any time. Promotions not eligible for additional discounting. All pricing is in Canadian dollars. Conditions apply.

[1]Among those that use a Dentsply Sirona scanner to submit clear aligner cases. Independent third-party survey among 295 U.S. Clear Aligner Clinicians, 2020. Data on file.
[2]Independent third-party survey among 295 U.S. Clear Aligner Clinicians, 2020. Data on file.

THE DENTAL SOLUTIONS COMPANY™



Dentsply Sirona

# National PDC 2022 Promotions

VIRTUAL
EXPERIENCE

MAR 10-12 2022

CAD/CAM Promotions valid from **FEBRUARY 14 - MARCH 18, 2022**

CAD/CAM

## Introducing

# CEREC Tessera™

Advanced lithium disilicate

4.5 Minute Firing
Speed
Now available in CANADA
Greater than 700 MPa
Dentsply Sirona
CEREC Tessera™
HT A2 C14
Strength
Esthetics

3+1 Buy 3 CEREC Tessera Refills, **GET 1 Refill FREE!**

Mix and Match available. All FREE GOODS are shipped by Dealer.

www.dentsplysirona.com/CERECTessera

## Have you signed up to our Loyalty Program?

**One** person in mind, **YOU!** With **One** program, you get **One** comprehensive Dentsply Sirona experience.

Ask your local Dentsply Sirona Rep or visit OneDSCanada.com to get started.

It just takes One step to get started.

One DS
Elevate Your Practice

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions

www.dentsplysirona.com /dentsplysirona.canada

dentsplysirona.canada

Promotions available in CANADA only. All orders must be placed through an authorized Dentsply Sirona distributor.
All purchases must appear on a single invoice between 02/14/22 - 03/18/22.
Dentsply Sirona reserves the right to modify or cancel these promotions at any time.



Dentsply Sirona

# National PDC 2022 Promotions

VIRTUAL
EXPERIENCE

MAR 10-12 2022

Equipment Promotions valid from **FEBRUARY 14 - MARCH 18, 2022**

Imaging

NEW

## TRADE-IN

a Competitor or Dentsply Sirona 2D unit for a new Orthophos E/S 2D/SL 2D unit

**Get $5K off MSPP!**

NEW

## TRADE-UP

a Competitor or Dentsply Sirona 2D unit for a new Axeos or Orthophos S 3D/SL 3D unit

**Get $10K off MSPP!**

imaging reimagined

## Heliodent Plus

The confidence needed for your daily diagnostics

**NOW WITH A 5-YEAR WARRANTY!**

**PLUS:** One DS Canada members are eligible for a **cash-back rebate of up to 12%*!**

**Not a member yet?**

Contact your DS representative today to sign up or visit **OneDSCanada.com** to get started!

*The rebate values listed above are for reference only and serve as an approximate One DS rebate amount. Rebate amount can vary and depends on the final selling price and the investment level. Promotion and rebates are valid for Canadian licensed dentists only.

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions

www.dentsplysirona.com /dentsplysirona.canada dentsplysirona.canada

Program Rules: Promotions expire March 31, 2022. Purchases made as related to free products and/or rebates are strictly non-returnable for credit.
Purchases for the above promotions do not qualify for any other Dentsply Sirona special programs.
Dentsply Sirona Canada reserves the right to change or cancel these promotions at any time.
Offers valid in Canada only for Canadian Dentists only.

Dentsply Sirona





Dentsply
Sirona

# National PDC 2022 Promotions

VIRTUAL
EXPERIENCE

MAR 10-12 2022

Equipment Promotions valid from **FEBRUARY 14 - MARCH 18, 2022**

Treatment Centres/Lasers

## TREATMENT CENTRES

Treatment Centres
**The flagship of every practice**

**5-YEAR extended warranty*** on ALL Treatment Centres

**Including FREE MAINTENANCE KIT****

**Ask about our 1+1 on Handpieces Promotion with Purchase of a Sinius or Teneo Treatment Centre**

**Short Delivery Time** (Ask your dealer rep for more information)

**PLUS:** Contact your DS Representative to see if you can qualify for savings through our One DS Program.

Buy a Dentsply Sirona Treatment Centre and **take advantage of the following discounts:**

Teneo
25% off MSRP
Intego Pro
25% off MSRP

Sinius
25% off MSRP
Intego
25% off MSRP

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions

*Condition for extended warranty: annual maintenance must be completed in order to get additional warranty and proof of maintenance will be required for any warranty claims past the standard 2-year warranty. **Warranty includes: 1 FREE Maintenance Kit for Teneo, Sinius, Intego and Intego Pro. Does not include labour costs.

Promotions expire March 31, 2022. Purchases made as related to free products and/or rebates are strictly non-returnable for credit.
Purchases for the above promotions do not qualify for any other Dentsply Sirona special programs.
Dentsply Sirona Canada reserves the right to change or cancel these promotions at any time. Offers valid in Canada only for Canadian Dentists only.







Dentsply Sirona

# National PDC 2022 Promotions

VIRTUAL EXPERIENCE

MAR 10-12 2022

Lab Promotions valid from **FEBRUARY 14 - MARCH 18, 2022**

Dental Lab & Denture Clinic

INLAB

## TRADE-IN & TRADE-UP

### InLab & Competitive Trade-In and Trade-Up Offer

#PDCLAB22-Q1-1

| TRADE-IN | PURCHASE | RECEIVE |
|---|---|---|
| any Dentsply Sirona inLab milling unit or scanner unit, or competitive unit | a new inLab MC X5 and/or inLab inEos X5 | $7000 CAD credit for MC X5 and $5000 CAD credit for inEos X5 |

Note: All inLab purchases are subject to training fees, please refer to inLab training fee guide.
Qualifying Dentsply Sirona trade in equipment (inEos Blue and inLab MC XL)
Customer can receive a trade in credit of up to $12,000 CAD.

DIGITAL DENTAL LABORATORY EQUIPMENT

## inEos X5

*The inEos X5 allows you to make scans for all indications and is your lab specialist for every digitization task.*

Buy an inEos X5
*PC and SW 20 CAD.*
*All Software Modules are included.*
**Get the following FREE:**
**Valued at $610**

#PDCLAB22-Q1-2

| LABORATORY & DENTURIST PACKAGE | |
|---|---|
| SKU | PRODUCT DESCRIPTION |
| 6547405 | Calibration set for inEos X5 |

## inLab MC X5

*The inLab MC X5 five-axis mill was designed as a universal unit for cost efficient production.*

Buy an MC X5, **Choose from the following Bundles:**

| #1 FIXED LAB BUNDLE (#PDCLAB22-Q1-3) | #2 REMOVABLE LAB AND DENTURIST BUNDLE (#PDCLAB22-Q1-4) | #3 FIXED PRIME BUNDLE (#PDCLAB22-Q1-5) |
|---|---|---|
| Cercon htML: 18mm Disc x10<br>Cercon htML: 14mm Disc x10<br>Cercon xtML: 18mm Disc x10<br>Cercon xtML: 14mm Disc x10<br>Burs-Diamond Coated: 2.2 x2, 1.2 x2, 1.4 x2, 0.6 x2<br>CEREC Tessera Starter Kit: SKU 5365430113 | Lucitone Digital Fit: 25mm Disc x20<br>Lucitone Digital Fit: 30mm Disc x20<br>IPN 3D Teeth: 100 Cards<br>Composite Burs: 2.5 x5, 1.0 x5, 0.5 x5 | Choose 25 Cercon Discs of your choosing (htML, xtML, Base, XT or HT)<br>CEREC Tessera Starter Kit: SKU 5365430113<br>Atlantis Custom Abutments x5 FREE |

**PROMOTIONS FOR NEW CUSTOMERS ONLY – January - March 2022**

**1** Buy a full inLab system, attend an inLab training of your choosing (Level 1 Denturism or Dentsply Sirona Materials Program) at the all-new DS Canada Academy for FREE in 2022
Hotel and tuition covered (flight not included)

**2** Buy one piece of digital Lab equipment (MC X5, Primescan and InEox X5), Tuition covered (hotel and flight not included)

*Valid in CANADA only. All orders must be placed through an authorized Dentsply Sirona distributor. All purchases must appear on a single invoice between 02/14/22 - 03/31/22. Dentsply Sirona reserves the right to modify or cancel these promotions at any time. All pricing is in Canadian dollars. ©2022 Dentsply Sirona.

Click here for Authorized Dealers

**Program Rules: All FREE goods are shipped by the Dealer unless otherwise indicated. FREE goods must be of equal or lesser value. Offers valid in Canada only.**

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions



Dentsply Sirona

# National PDC 2022 Promotions

VIRTUAL
EXPERIENCE

MAR 10-12 2022

Lab Promotions valid from **FEBRUARY 14 - MARCH 18, 2022**

Dental Lab & Denture Clinic

## Try Genios Premium Denture Teeth

For the patient seeking outstanding aesthetics and perfect anatomical shape. Genios' unique blend and excellent surface texture gives an impressive nature-like appearance. The tooth looks impressively natural thanks to its unique multi-zone design with five distinct zones. Genios denture teeth is top in class for removable dentures and implant cases.

Genios®
Outstanding Aesthetics with
an outstanding range of indications

## DIGITAL CONSUMABLES

#PDCLAB22-Q1-10

Cercon ht ML, Cercon xt ML, Cercon ht, Cercon xt, 98mm

- **6+2** BUY 6, **GET 2 FREE!**
- **OR**
- **12+5** BUY 12, **GET 5 FREE!**
- **OR**
- **36+13** BUY 36, **GET 13 FREE!**

#PDCLAB22-Q1-11

ML PMMA, Shaded PMMA, Burnout, Wax, 98mm

- **4+1** BUY 4, **GET 1 FREE!**
- **OR**
- **10+3** BUY 10, **GET 3 FREE!**

One DS Loyalty Program

Restorative/ Hygiene/ Anesthetics

Endodontics

DS Implants

Orthodontics

CAD/CAM

Imaging

Treatment Centres / Lasers

Dental Lab

BIGE Bundle Promotions

## Have you signed up to our Loyalty Program?

**One** person in mind, **YOU!** With **One** program, you get **One** comprehensive Dentsply Sirona experience.

Ask your local Dentsply Sirona Rep or visit OneDSCanada.com to get started.

It just takes One step to get started.

One DS
Elevate Your Practice

Click here for Authorized Dealers

**Consumables Program Rules: Promotions valid only for the dates indicated and cannot be combined**. Free goods must be of equal or lesser value. All FREE products which are product-related are to be shipped by the Dealer and claimed back from Dentsply Sirona Canada with proof of sale to the End User. Promotions cannot be combined with any other Dentsply Sirona offer. Purchases made as related to FREE products are strictly not returnable for credit. Promotions valid only for the dates indicated. Dentsply Sirona Canada reserves the right to change or cancel these promotions at any time. Offers valid in Canada only.




VIRTUAL
EXPERIENCE

Dentsply Sirona

# National PDC 2022 Promotions

MAR 10-12 2022

BIGE BUNDLE Promotions valid from
**FEBRUARY 14 - MARCH 18, 2022**

BIGE Bundle Promotions

## BIGE BUNDLE PROMOTIONS

### BUY IMPLANTS GET EQUIPMENT

Dentsply Sirona offers the most **aesthetically-driven**, modern product line in implant dentistry.

Powered by **Primescan** – our digital Implant workflow is seamless and fully integrated, for both **single *and* multi-unit Implant restorations.**

With the latest software advancements from Dentsply Sirona, **full arch scanning** (even on an edentulous ridge) has never been easier.

**84%** of implant patients prefer digital to conventional impression taking[1]

DIAGNOSIS + TREATMENT PLAN | AUGMENTATION | IMPLANT TREATMENT | HEALING | FINAL IMPRESSION | FINAL RESTORATION

## BIGE BUNDLES:

**OPTION 1***

**BUY 230 Implants, get PRIMESCAN FREE**

**OPTION 2***

**BUY 125 Implants, get PRIMESCAN at 50% off retail price**

**12-month financing option available*

**BIGE BUNDLES INCLUDE:**

- Connect software and updates
- STL- Export Scans
- Complimentary Portal
- No additional scan fees

- **Full Surgical & Prosthetic kits**
- **50 Healing Abutments**
- **25 Coverscrews**
- **5 Intra Oral IO-FLO scanbodies**

NEW!

## MONTHLY COMMITMENT BIGE'S

**OPTION 1**

Commit to purchasing
**5 Implant units per month,** for 24 months
**Get PRIMESCAN for $35,000**

**5 Implant units per month BIGE INCLUDES:**

- **2 Healing abutments/month** (total of 48 HA over 24 months)
- **1 Coverscrew/month** (total of 24 CS over 24 months)
- Full Surgical & Prosthetic kits
- 5 Intra Oral IO-FLO scanbodies

**OPTION 2**

Commit to purchasing
**3 Implant units per month,** for 24 months
**Get PRIMESCAN for $35,000**

1. Haddadi Y, Bahrami G, Isidor F, Evaluation of Operating Time and Patient Perception Using Conventional Impression Taking and Intraoral Scanning for Crown Manufacture: A Split-mouth, Randomized Clinical Study. Int J Prosthodont 2018;31(31):55-59.

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions



DS Implants

# BIGE PROMOTIONS:

Dentsply Sirona

OPTION SELECTED:

Customer name: Reference/PO:

Customer number: Requested delivery date:

Phone number: Alternate delivery address:

Ordered by: Date:

## FAX ORDERS: 781-890-6808

### Astra Tech Implant EV 3.0

Straight implants

| REF | Length | Price |
|---|---|---|
| 26301 | 8 mm | 479.00 |
| 26302 | 9 mm | 479.00 |
| 26303 | 11 mm | 479.00 |
| 26304 | 13 mm | 479.00 |
| 26305 | 15 mm | 479.00 |

### Astra Tech Implant EV 3.6

Straight implants

| REF | Length | Price |
|---|---|---|
| 26310 | 6 mm | 479.00 |
| 26311 | 8 mm | 479.00 |
| 26312 | 9 mm | 479.00 |
| 26313 | 11 mm | 479.00 |
| 26314 | 13 mm | 479.00 |
| 26315 | 15 mm | 479.00 |
| 26316 | 17 mm | 479.00 |

### Astra Tech Implant EV 4.2

Straight implants

| REF | Length | Price |
|---|---|---|
| 26320 | 6 mm | 479.00 |
| 26321 | 8 mm | 479.00 |
| 26322 | 9 mm | 479.00 |
| 26323 | 11 mm | 479.00 |
| 26324 | 13 mm | 479.00 |
| 26325 | 15 mm | 479.00 |
| 26326 | 17 mm | 479.00 |

Conical implants

| REF | Length | Price |
|---|---|---|
| 26331 | 8 mm | 479.00 |
| 26332 | 9 mm | 479.00 |
| 26333 | 11 mm | 479.00 |
| 26334 | 13 mm | 479.00 |
| 26335 | 15 mm | 479.00 |
| 26336 | 17 mm | 479.00 |

### Astra Tech Implant EV 4.8

Straight implants

| REF | Length | Price |
|---|---|---|
| 26340 | 6 mm | 479.00 |
| 26341 | 8 mm | 479.00 |
| 26342 | 9 mm | 479.00 |
| 26343 | 11 mm | 479.00 |
| 26344 | 13 mm | 479.00 |
| 26345 | 15 mm | 479.00 |
| 26346 | 17 mm | 479.00 |

Conical implants

| REF | Length | Price |
|---|---|---|
| 26351 | 8 mm | 479.00 |
| 26352 | 9 mm | 479.00 |
| 26353 | 11 mm | 479.00 |
| 26354 | 13 mm | 479.00 |
| 26355 | 15 mm | 479.00 |
| 26356 | 17 mm | 479.00 |

### Astra Tech Implant EV 5.4

Straight implants

| REF | Length | Price |
|---|---|---|
| 26360 | 6 mm | 479.00 |
| 26361 | 8 mm | 479.00 |
| 26362 | 9 mm | 479.00 |
| 26363 | 11 mm | 479.00 |
| 26364 | 13 mm | 479.00 |
| 26365 | 15 mm | 479.00 |

### Cover Screw EV

| REF | Size |
|---|---|
| 25280 | 3.0 |
| 25281 | 3.6 – 0 mm |
| 25282 | 4.2 – 0 mm |
| 25283 | 4.8 – 0 mm |
| 25284 | 5.4 – 0 mm |

### HealDesign™ EV 3.0

| REF | Size |
|---|---|
| 25297 | Ø 3.5 – 4.5 mm |
| 25298 | Ø 3.5 – 3.5 mm |
| 25795 | Ø 3.5 – 6.5 mm |

### HealDesign™ EV 3.6

| REF | Size |
|---|---|
| 25300 | Ø 4 – 3.5 mm |
| 25299 | Ø 4 – 4.5 mm |
| 25796 | Ø 4 – 6.5 mm |
| 25301 | Ø 5 – 3.5 mm Triangular |

### HealDesign™ EV 4.2

| REF | Size |
|---|---|
| 25501 | Ø 5 – 3.5 mm |
| 25302 | Ø 5 – 4.5 mm |
| 25797 | Ø 5 – 6.5 mm |
| 25303 | Ø 5 – 3.5 mm Triangular |
| 25304 | Ø 6.5 – 3.5 mm Triangular |

### HealDesign™ EV 4.8

| REF | Size |
|---|---|
| 25502 | Ø 5 – 3.5 mm |
| 25306 | Ø 6.5 – 4.5 mm |
| 25798 | Ø 6.5 – 6.5 mm |
| 25305 | Ø 5 – 3.5 mm Triangular |
| 25307 | Ø 6.5 – 3.5 mm Triangular |

### HealDesign™ EV 5.4

| REF | Size |
|---|---|
| 25309 | Ø 6.5 – 3.5 mm |
| 25308 | Ø 6.5 – 4.5 mm |
| 25799 | Ø 6.5 – 6.5 mm |

### Healing Uni EV 3.0

| REF | Size |
|---|---|
| 25574 | 2 mm |
| 25575 | 3 mm |
| 25576 | 4 mm |
| 25577 | 6 mm |

### Healing Uni EV 3.6

| REF | Size |
|---|---|
| 25285 | 2 mm/Ø 4 |
| 25578 | 3 mm/Ø 4 |
| 25286 | 4 mm/Ø 4 |
| 25287 | 6 mm/Ø 4 |

### Healing Uni EV 4.2

| REF | Size |
|---|---|
| 25288 | 2 mm/Ø 4 |
| 25579 | 3 mm/Ø 4 |
| 25289 | 4 mm/Ø 4 |
| 25290 | 6 mm/Ø 4 |

### Healing Uni EV 4.8

| REF | Size |
|---|---|
| 25291 | 2 mm/Ø 4.3 |
| 25580 | 3 mm/Ø 4.3 |
| 25292 | 4 mm/Ø 4.3 |
| 25293 | 6 mm/Ø 4.3 |

### Healing Uni EV 5.4

| REF | Size |
|---|---|
| 25294 | 2 mm/Ø 4.8 |
| 25581 | 3 mm/Ø 4.8 |
| 25295 | 4 mm/Ø 4.8 |
| 25296 | 6 mm/Ø 4.8 |

### Other

| QTY | REF |
|---|---|
| | |

Pricing valid through December 31, 2022.

For assistance: 1-800-531-3481

**Contact your Dentsply Sirona Implants Representative to order**

www.dentsplysirona.com /dentsplysirona.canada dentsplysirona.canada

Product illustrations are not to scale.

Dentsply Sirona does not waive any right to its trademarks by not using the symbols ® or ™. © 2021 Dentsply Sirona. All rights reserved.

BIGE Bundle Promotions

One DS Loyalty Program
Restorative/ Hygiene/ Anesthetics
Endodontics
DS Implants
Orthodontics
CAD/CAM
Imaging
Treatment Centres / Lasers
Dental Lab
BIGE Bundle Promotions

