# EXHIBIT 9

# Primescan Savings
## The Biggest Savings **EVER** on Primescan™!



**Purchase a Primescan Intraoral Scanner at $44,995**

**+**

**Register for** Dentsply Sirona World 2020

**=**

**$7,500 instant rebate on Primescan**

Purchase Primescan and register for Dentsply Sirona World to save **THOUSANDS**.



**One DS 2.0+** — Making More Smiles

Up to $20,000 in rebates on qualifying purchases.



**Clinical Accelerator** ADVANCED TRAINING KITS

4 days of hands-on clinical education and up to $2,500 on DS Consumables included with Primescan purchase.



**SureSmile®**

Get **1 SureSmile Aligner Starter Kit,** including one free case.



**Midwest®**

Buy 2 Midwest Handpieces, **Get 2 FREE.**

**Healthy practices and healthy smiles start with superior digital impressions**

✓ Comfortable digital impressions without risk of contaminated impression trays.

✓ Delivers ease of use, clinically proven accuracy, and a better patient experience.

✓ Enables efficient Restorative, Implant and Orthodontic workflows.

✓ Supports expansion into single-visit dentistry, which is preferred by 85% of patients.[1]

**ACT NOW!** This is an extremely limited-time offer that expires November 30, 2020.



Dentsply Sirona | Healthy Practices. Healthy Smiles.

## Get Cash Back With One DS 2.0+

When you purchase a new piece of qualifying Dentsply Sirona Equipment, you qualify to enroll in the One DS 2.0+ Rewards Program and earn cash-back rebates on consumables.

Terms and Conditions apply. Visit **dentsplysirona.com/one-ds-2** for details.



## Grow Your Practice With Clinical Accelerator- Advanced Training Kit

Your choice of clinical accelerator is included with the purchase of qualifying equipment. Each Accelerator includes up to $2,500 in Dentsply Sirona Consumables, two 2-day vouchers for hands-on education and training.

Terms and Conditions apply. Visit **dentsplysirona.com/clinical-accelerator** for details.



## Midwest High Speed Handpieces - The Power of Choice

Buy 2, Get 2 **FREE**! Choose from Midwest® Phoenix, Midwest® Phoenix ZR, Midwest® Stylus Plus, and Midwest® Stylus Plus Mini.

Exclusive for **One DS Members** only!

See promotional flyer for details and complete program rules.



## SureSmile Aligner- Starter Kit

The SureSmile Aligner System is powered by a robust, clinically driven digital treatment planning platform.

The Starter Kit has all of the tools necessary to begin your first case, including Patient Consultation Model with a clear aligner, patient marketing brochures, and much more!

SureSmile kit must be claimed by 3/31/2021. See promotional flyer for details.



Promo code: **DIDSW2020**

Visit **dentsplysironaworld.com/programs** for full program details and Terms and Conditions.

The Dentsply Sirona Primescan Savings is an exclusive promotion for registrants of DENTSPLY SIRONA's DS World virtual event being held between November 13 – 20, 2020. Promotion valid between October 2, 2020 and November 30, 2020. Registrants who purchase a Primescan® DI product, featuring Clinical Accelerator – Advanced Training Kit, will receive an instant rebate of $7,500 off the Primescan DI unit, as well as a SureSmile® Starter Kit (valued at $1,995) free of charge. No substitutions or transfers permitted. Not valid toward previous purchases. Sorry, this Promotion is not available to DSO, group purchasing or support organizations, government, institutional, university, or other school accounts. Other restrictions may apply. To the extent required by law, participants must fully and accurately disclose the amount of this discount in any cost report or claim for reimbursement submitted to any applicable government healthcare program. See complete terms and conditions. [1]Data on file.