# EXHIBIT 10




# Experience Clear Aligner Excellence with ClearCorrect & 3Shape TRIOS 5

Are you prepared to upgrade your orthodontic practice? Don't miss out on the opportunity to secure access to ClearCorrect's exclusive Commitment Bundle—where your monthly case purchase commitment earns you a complimentary scanner!*

**Here's what awaits you:**

- A brand-new TRIOS 5 Intraoral Scanner with ZERO upfront costs.
- An open and semleass digital workflow for simplicity and convenience
- In-person training and precision laptop to start overdriving your clear aligner revenue stream






# Complete the Form to Learn More



ClearCorrect collects your information to facilitate the commercial relationship, contact you regarding future product offerings and promotion and all other permissible business purposes. Please see our privacy policy for more information.

\* Terms and conditions apply. No substitutions on IOS. No returns. Offers cannot be combined with any other promotions. Commitment term is 24 months; case commitment can be a combination of case types as long as dollar amount is achieved — see contract for full details. For more information, reach out to your local ClearCorrect territory manager or dentalgroups@clearcorrect.com. Monthly purchases are based on local currency. Straumann, ClearCorrect and 3Shape trademarks and logos from each entity that are mentioned herein are the trademarks or registered trademarks of their respective owners and affiliates. All rights reserved.

ClearCorrect +

Products & Solutions +

Services +

Highlights +

 

Straumann Group Focus +

🇺🇸 United States – English

© 2024 Institut Straumann AG

Legal notice | Privacy notice | Imprint | Manage Consent Preferences