# EXHIBIT 13

# U.S. Dentist Demographics Dashboard

Interactive dashboard below provides the profile of your state's dentist workforce

## Visualize your state's dental workforce by age, gender, race and ethnicity, and more

The dashboard data cover the years 2001 to 2023.

- Hover over any data point to reveal the tooltip for more information.
- Use the drop-down menus on the right to filter by state and data year.
- Download the results in PDF format for your presentation needs.
- Click on the rectangle icon in the bottom right corner to view a full-page version.

For complete instructions, download our help guide (PDF).

For supply of dentists data in Excel format, download our Supply of Dentists in the U.S., 2001-2023 (XLSX) report.

For data on wages and job counts of general practitioner dentists and dental hygienists and assistants, see our Wages and Job Count Dashboard



Do you have questions or feedback for us?

We'd love to hear your thoughts about this dashboard!

Please submit suggestions for improvement and any other comments about HPI's Dentist Demographic Dashboard in the comment box belo

*

If you'd like to be contacted by HPI based on your feedback above, please provide your email address:

Submit

Powered by Qualtrics

ADVERTISEMENT

# ADA

## ADA

About
ADA Member App
Press Releases
ADA Jobs
ADA Foundation

## Advertise

Media Kit
Product Portfolio
Publication Rates
Ad Standards
Digital Advertising

## Contact

Chat Now

Contact us

312.440.2500

© 2024 American Dental Association