UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants. | Case No. 6:24-cv-00187-ADA-DTG <br><br> PATENT CASE <br><br> **JURY TRIAL DEMANDED** |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | |

## ORDER

On September 13, 2024, Plaintiff and Counterclaim-Defendant Align Technology, Inc. ("Align") filed a Motion to Dismiss Defendants and Counterclaim-Plaintiffs' Counterclaims Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Motion to Dismiss").

The Court, having considered Align's Motion to Dismiss, all papers filed in support of and in opposition, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that Align's Motion to Dismiss is **GRANTED**.

DATED: _____

THE HONORABLE UNITED STATES
MAGISTRATE JUDGE DEREK GILLILAND