# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>CLEARCORRECT OPERATING, LLC,<br>CLEARCORRECT HOLDINGS, INC., &<br>INSTITUT STRAUMANN AG,<br><br>       Defendants.<br><br>―――――――――――――――――<br><br>CLEARCORRECT OPERATING, LLC,<br>CLEARCORRECT HOLDINGS, INC., &<br>STRAUMANN USA, LLC,<br><br>       Counterclaim-Plaintiffs,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>       Counterclaim-Defendant. | Case No. 6:24-cv-00187-ADA-DTG<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM-DEFENDANT'S REQUEST FOR JUDICIAL NOTICE AND <u>MOTION TO DISMISS</u>

On September 13, 2024, Plaintiff and Counterclaim-Defendant Align Technology, Inc. ("Align") filed a request for judicial notice and a motion to dismiss the counterclaims filed by ClearCorrect Operating, LLC, ClearCorrect Holdings, Inc., and Straumann USA, LLC (collectively, "ClearCorrect"). Dkt. 96; Dkt. 97, Dkt. 98. ClearCorrect's response to Align's

filings are currently due on September 27, 2024. ClearCorrect respectfully requests that its deadline to respond be extended by 16 days and the Court enter an order extending the deadline to October 14, 2024. Align does not oppose this motion. As Align explained in its request for an extension of time to file its response to ClearCorrect's counterclaims, "Align and the Counterclaim-Plaintiffs agreed to reciprocal sixteen-day extensions to oppose any motion to dismiss and to reply in support of any motion to dismiss." Dkt. 65, at 2 n.1.

The parties have conferred and agree that the requested extension will serve the interests of justice and will not disrupt or cause undue delay in this case or prejudice any party.

Dated: September 16, 2024                                   Respectfully submitted,

                                                 */s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM AND SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
(903)934-8450
Fax: (903)934-9257

James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM AND SMITH, LLP
102 N. College, Suite 800
Tyler, TX 75702
(903) 934-8450
Fax: (903)934-9257

Joseph J. Mueller
Vinita Ferrera
Mark A. Ford
Marissa A. Lalli
Holly A. Ovington
Harry Hanson
Tyler L. Shearer
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
joseph.mueller@wilmerhale.com
vinita.ferrera@wilmerhale.com
mark.ford@wilmerhale.com
marissa.lalli@wilmerhale.com
holly.ovington@wilmerhale.com
harry.hanson@wilmerhale.com
tyler.shearer@wilmerhale.com

Omar A. Khan
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street

New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com

Gerard A. Salvatore
Robert B. Stiller
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
jerry.salvatore@wilmerhale.com
robert.stiller@wilmerhale.com

Hannah Santasawatkul
Texas State Bar No. 24107617
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
(720) 274-3135
hannah.santasawatkul@wilmerhale.com

***Attorneys for Defendant***
***Institut Straumann AG***

***Attorneys for Defendants and Counterclaim***
***Plaintiffs***
***ClearCorrect Operating, LLC***
***ClearCorrect Holdings, Inc.***

***Attorneys Counterclaim Plaintiff***
***Straumann USA LLC***

**CERTIFICATE OF CONFERENCE**

The undersigned counsel conferred with opposing counsel concerning the relief sought in this Motion and was advised that opposing counsel did not oppose this Motion.

/s/ *Holly A. Ovington*
Holly A. Ovington

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

/s/ *Melissa R. Smith*
Melissa R. Smith