# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **ALIGN TECHNOLOGY, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG,**<br><br>Defendants.<br><br>**CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC,**<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>**ALIGN TECHNOLOGY, INC.,**<br><br>Counterclaim-Defendant. | **Case No. 6:24-cv-00187-ADA-DTG** |

## ORDER

Before the Court is Counterclaim-Plaintiffs ClearCorrect Operating, LLC, ClearCorrect Holdings, Inc., and Straumann USA, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff and Counterclaim-Defendant Align's Request for Judicial Notice and Motion to Dismiss. Having considered the parties' positions, and for good cause, the Court finds the Motion shall be GRANTED.

Counterclaim-Plaintiffs' deadline to respond to Counterclaim-Defendant's motion to dismiss and associated request for judicial notice is extended up to and including October 14, 2024.

**SIGNED** this ___ day of _____, 2024.

                                    _____
                                    DEREK T. GILLILAND
                                    UNITED STATES MAGISTRATE JUDGE