# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **ALIGN TECHNOLOGY, INC.,**<br><br>  Plaintiff,<br><br>v.<br><br>**CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG,**<br><br>  Defendants.<br><br>---<br><br>**CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC,**<br><br>  Counterclaim-Plaintiffs,<br><br>v.<br><br>**ALIGN TECHNOLOGY, INC.,**<br><br>  Counterclaim-Defendant. | **Case No. 6:24-cv-00187-ADA-DTG**<br><br>**JURY TRIAL DEMANDED** |

## ORDER DENYING COUNTERCLAIM-DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

Before the Court is Counterclaim-Defendant Align's Request for Judicial Notice. Having considered the parties' positions, the Court finds that the motion shall be DENIED.

**SIGNED** this ___ day of _____, 2024.

                      _____
                      The Honorable Alan D. Albright
                      U.S. District Judge, Western District of Texas