UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG,<br><br>        Defendants.<br><br>CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC,<br><br>        Counterclaim-Plaintiffs,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>        Counterclaim-Defendant. | Case No. 6:24-cv-00187-ADA-DTG<br><br>PATENT CASE<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLEARCORRECT'S OPPOSITION TO ALIGN'S MOTION TO DISMISS**

On October 14, 2024, Counterclaim-Plaintiffs ClearCorrect Operating, LLC, ClearCorrect Holdings, Inc., and Straumann USA, LLC (collectively, "ClearCorrect"), filed a sealed Opposition to Plaintiff Align Technology, Inc.'s ("Align") Motion to Dismiss. ECF No. 113.

Align's current deadline to reply in support of its motion to dismiss is October 21, 2024. Align respectfully requests that its deadline to reply be extended and the Court enter an order extending the deadline to November 6, 2024. ClearCorrect does not oppose. As ClearCorrect noted in its request for an extension of time to file its opposition to Align's motion to dismiss, the

parties agreed to reciprocal 16-day extensions to oppose any motion to dismiss by Align and to reply in support of any motion to dismiss by Align.  ECF No. 102 at 2.

The parties have conferred and agree that the requested extension will serve the interests of justice and will not disrupt or cause undue delay in this case or prejudice any party.

| | |
|---|---|
| Dated: October 15, 2024 | MORRISON & FOERSTER LLP, |

By: */s/ Forrest M. McClellen*
 Brian C. Nash (TX Bar No. 24051103)
 Austin M. Schnell (TX Bar No. 24095985)
 MORRISON & FOERSTER LLP
 300 Colorado Street, Suite 1800
 Austin, TX 78701
 Tel: (512) 617-0650
 Fax: (737) 910-0730
 bnash@mofo.com
 aschnell@mofo.com

 Daralyn J. Durie (*pro hac vice*)
 Rich S.J. Hung (*pro hac vice*)
 Forrest M. McClellen (*pro hac vice*)
 Ian Bennett (*pro hac vice*)
 Jenny Xin (*pro hac vice*)
 MORRISON & FOERSTER LLP
 425 Market St.
 San Francisco, CA 94105
 Tel: (415) 268-7000
 Fax: (415) 268-7522
 ddurie@mofo.com
 rhung@mofo.com
 fmcclellen@mofo.com
 ibennett@mofo.com
 jxin@mofo.com

 Bradley S. Lui (*pro hac vice*)
 MORRISON & FOERSTER LLP
 2100 L Street, NW, Suite 900
 Washington, DC 20037
 Tel: (202) 887-1500
 Fax: (202) 887-0763
 blui@mofo.com

 Malavika M. Fitzgerald (*pro hac vice*)
 MORRISON & FOERSTER LLP
 250 West 55th Street
 New York, NY 10019
 Tel: (212) 468-8000
 Fax: (212) 468-7900
 mfitzgerald@mofo.com

 *Attorneys for Plaintiff*
 *ALIGN TECHNOLOGY, INC.*

## CERTIFICATE OF CONFERENCE

I certify that the undersigned counsel conferred with counsel for Defendants and Counterclaim-Plaintiffs, and they do not oppose this motion.

*/s/ Forrest M. McClellen*
Forrest M. McClellen

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Forrest M. McClellen*
Forrest M. McClellen