# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants. | Case No. 6:24-cv-00187-ADA-DTG <br><br> PATENT CASE <br><br> **JURY TRIAL DEMANDED** |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | |

## ORDER

Before the Court is Counterclaim-Defendant Align Technology, Inc.'s ("Align") Unopposed Motion for Extension of Time to Respond to Counterclaim-Plaintiffs ClearCorrect Operating, LLC, ClearCorrect Holdings, Inc., and Straumann USA, LLC's (collectively, "ClearCorrect") Opposition to Align's Motion to Dismiss. ECF No. 113. Having considered the parties' positions, and for good cause, the Court finds the Motion should be GRANTED.

Align's deadline to reply in support of its motion to dismiss is extended up to and including November 6, 2024.

**SIGNED** this ___ day of _____, 2024.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE