UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | | |
|---|---|---|---|
| ALIGN TECHNOLOGY, INC. | § § | | |
| vs. | § § § | NO: | WA:24-CV-00187-ADA-DTG |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., INSTITUT STRAUMANN AG | § | | |

### ORDER RESETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for DISCOVERY HEARING VIA ZOOM (re Discovery Dispute chart emailed on 10/25/24) on Friday, November 01, 2024 at 10:00 AM (1 hour time block) before the Honorable Derek T. Gilliland. The Zoom hearing link has already been provided to counsel.

SIGNED this 28th day of October, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE