# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants. | Civil Action No. 6:24-cv-00187-ADA-DTG <br><br> JURY TRIAL DEMANDED |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | |

**DECLARATION OF ZIXIANG XIONG, PH.D. IN SUPPORT OF CLEARCORRECT'S OPENING CLAIM CONSTRUCTION BRIEF**

# I.    INTRODUCTION

1.    I have been retained by ClearCorrect Operating LLC, ClearCorrect Holdings, Inc., and Institut Straumann AG (collectively, "ClearCorrect") to provide my expert analysis in this matter.

2.    I understand that Align Technology, Inc. ("Align") has accused ClearCorrect of infringing certain claims in U.S. Patent Nos. 8,038,444 (the "'444 patent"), 10,456,217 (the "'217 patent"), 10,524,879 (the "'879 patent"), 11,369,456 (the "'456 patent") (collectively, the "Treatment Planning Patents"), and 10,791,936 (the "'936 patent") (collectively, the "Asserted Patents").

3.    I am being compensated for my time at $850 an hour, which is my standard consulting rate.   My compensation is not dependent on the conclusions expressed in this Declaration or the outcome of this matter.

4.    I have been asked for my conclusions concerning the proper construction of certain disputed claim terms in the Treatment planning Patents.  I have reviewed those patents and their prosecution histories, and the parties' Disclosure of Preliminary Claim Constructions.

# II.    QUALIFICATIONS

5.    Currently, I am a full professor and associate head of the Electrical and Computer Engineering Department at Texas A&M University.  I am also the Director of the Multimedia Laboratory at Texas A&M.  I have been with Texas A&M for 25 years.

6.    I received a Bachelor of Science degree in Electrical Engineering from Wuhan University, China in 1987.  I was a Master of Science student at the University of the Chinese Academy of Sciences between September 1987 and December 1989.  I came to the United States in January of 1990 to further my education.  I received a Master of Arts degree in Mathematics from the University of Kansas in 1991, a Master of Science degree in Electrical Engineering from

the Illinois Institute of Technology in 1992, and the Doctor of Philosophy (Ph.D.) degree in Electrical Engineering in 1996 from the University of Illinois at Urbana-Champaign. In the fall of 1995, I followed my Ph.D. adviser to Princeton University, first as a visiting student (1995-1996), then as a research associate (1996-1997).

7.      I have nearly 40 years of R&D experience on image/video processing & coding, multimedia communications, pattern recognition, and computer vision. I have published 11 book chapters, 152 journal articles and 249 conference papers. I am also listed as an inventor on 23 patents.

8.      I am well experienced with reading and writing software code and software algorithms. For example, I have extensive source code (C/C++ & Verilog) review experience. I have also written sophisticated image/video compression software in C/C++ and used object-oriented programming utilizing Microsoft Visual C++ to implement a multiprocessing computation-based system called AnatomicAligner in computer-aided simulation for streamlined orthognathic surgical planning.

9.      My academic career started at the University of Hawaii at Manoa in 1997. Two years later, I moved to Texas A&M University. I teach undergraduate courses in circuit theory, signal and systems, digital signal processing, and probability theory. I also teach graduate courses in digital image processing & computer vision, advanced digital signal processing, random processes, information theory, pattern recognition, data compression, and network information theory and coding.

10.     I was a visiting professor at the Houston Methodist Hospital Research Institute during 2011-2013, working on design, development and clinical validation of computer-aided surgical simulation system for streamlined orthognathic surgical planning, application of cone-

beam computed tomography on dentomaxillofacial imaging and orthodontic practice, and digital dental model articulation.

11.    Because of my Ph.D. thesis work on the best wavelet-based image codec, I was fortunate to receive three prestigious research awards in my early career: an NSF Career Award in 1999, an ARO Young Investigator Award in 2000, and an ONR Young Investigator Award in 2001.  These grants allowed me to fund graduate students and postdocs to work on distributed video coding.

12.    In 2004, I was invited to write a feature article entitled "Distributed source coding for sensor networks" for the IEEE Signal Processing Magazine – the most cited IEEE journal according to the annual Journal Citation Report (2003 edition) published by the Institute for Scientific Information.  This article subsequently received the 2006 IEEE Signal Processing Magazine best paper award.  In the same year, I was elevated to an IEEE fellow for my contribution to source and channel coding.  At that time, I was still an associate professor.

13.    I am also co-recipient of top 10% paper awards at the 2011 and 2015 IEEE Multimedia Signal Processing (MMSP) Workshops, an IBM best student paper award at the 2016 IEEE International Conference on Pattern Recognition (ICPR), and the best demo paper award at the 2018 IEEE International Conference on Multimedia and Expo (ICME).

14.    I was a visiting professor in (a) the Department of Electrical Engineering at Stanford University in Spring 2010, and (b) the Department of Electrical and Computer Systems Engineering, Monash University, Melbourne, Australia during 2016-2018.

15.    I served as an associate editor for the IEEE Transactions on Circuits and Systems for Video Technology (1999-2005), the IEEE Transactions on Image Processing (2002-2005), the IEEE Transactions on Signal Processing (2002-2006), the IEEE Transactions on Systems, Man,

and Cybernetics (part B) (2005-2009), the IEEE Transactions on Communications (2008-2013), and the IEEE Transactions on Multimedia (2017-2020). I also served as a guest editor for IEEE Signal Processing Magazine: Special Issue on Signal Processing for Multiterminal Communication Systems, September 2007, and IEEE Journal of Selected Topics in Signal Processing: Special Issue on MIMO-Optimized Transmission Systems for Delivering Data and Rich Content, April 2008.

16. I served as chair of video and image processing track of IEEE ICME in 2003; publications chair of the IEEE International Conference on Acoustics, Speech, and Signal Processing (ICASSP) in 2007; technical program committee co-chair of the IEEE Information Theory Workshop (ITW) in 2007; Tutorial chair of IEEE International Symposium on Information Theory (ISIT) in 2010; award chair of IEEE Global Communications Conference (Globecom) in 2014; and general co-chair of IEEE MMSP Workshop in 2017.

17. I was an invited Panelist on Distributed Video Coding: Trends and Challenges at the IEEE Picture Coding Symposium (PCS) in 2007. I also co-organized special sections on topics related to distributed source/video coding, distributed joint source-channel coding, and networked video at major conferences such as IEEE ICASSP, IEEE International Conference on Image Processing (ICIP), IEEE ICME, and IEEE/SPIE International Conference on Visual Communications and Image Processing (VCIP). I was also a tutorial presenter on these topics at ICASSP 2005, VCIP 2005, ICME 2007, Globecom 2007, and VCIP 2010.

18. I served on the IEEE Signal Processing Society Multimedia Signal Processing Technical Committee, the IEEE Communications Society Multimedia Communications Technical Committee, and the IEEE Circuits and Systems Society Multimedia Systems & Applications Technical Committee. I also served on the IEEE Transactions Circuits and Systems for Video

Technology best paper award committee and was the best paper award chair for the IEEE Transactions Multimedia in 2017 and 2018. I was elected as a Distinguished Lecturer of the IEEE Circuits and Systems Society for 2008-2009.

19. Additional qualifications are included in my CV, which is attached as Exhibit A. My CV also identifies the cases that I have testified as an expert at trial or by deposition in.

## III. LEGAL STANDARD

20. I am not an attorney. For the purposes of this declaration, I have been informed about certain aspects of the law that are relevant to my conclusions expressed herein. My understanding of the law is as follows.

### A. CLAIM CONSTRUCTION

21. I understand that patent claim terms are generally given their ordinary and customary meaning. That is the meaning the term would have for a person of ordinary skill in the art at the time of the claimed invention—i.e., when the application for the patent was filed.

22. I understand that claim terms should be understood in the context of the claim as a whole. I further understand that the patent's specification is relevant to the meaning of a claim term. I understand that the claims must be read in light of the specification. I also understand that the file history may be considered when interpreting the meaning of a patent's claims.

23. I understand that the claim language, specification, and file history are called "intrinsic evidence," and are the most important tools for determining the meaning of a claim term. I also understand that other evidence, such as testimony from the inventors named on the patent at issue, dictionaries, treaties, and other evidence of the understanding of persons of ordinary skill in the art can be relevant in determining how a person of ordinary skill in the art would understand the claims. I understand that this evidence, which is called "extrinsic evidence," should be considered in the context of the intrinsic evidence and cannot be used to change the meaning of a

claim term to be inconsistent with the intrinsic evidence. Evidence and opinions from an expert in the field regarding a claim term's meaning is another type of extrinsic evidence.

### B. INDEFINITENESS

24.     I have been informed and understand the Patent Act (35 U.S.C. § 112 ¶ 2) requires a patent specification to conclude with claims "particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention." I understand that a patent claim that does not meet this standard is invalid as indefinite. I understand that a claim is indefinite if, when read in light of the patent specification and prosecution history, the claim fails to inform a person of ordinary skill in the art, with reasonable certainty, about the scope of the claimed invention. I understand that absolute or mathematical precision is not required in a claim, but a claim must, when read in light of the specification and the prosecution history, provide objective boundaries for those of skill in the art.

### C. MEANS-PLUS-FUNCTION

25.     I understand that the Patent Act allows "means-plus-function" claims, which are governed by 35 U.S.C. § 112, ¶ 6, printed below:

> An element in a claim for a combination may be expressed as a means or step for performing a specified function without the recital of structure, material, or acts in support thereof, and such claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof.

26.     I understand that claim limitations that recite the word "means" are presumptively interpreted as means-plus-function claims under 35 U.S.C. § 112, ¶ 6.

27.     I understand that the construction of a means-plus-function limitation under 35 U.S.C. § 112, ¶ 6, requires a two-step approach.

28.     I understand that the first step is to identify the claimed function, staying true to the claim language and the limitations expressly recited by the claims. One must be careful not to

adopt a function different from that explicitly recited in the claim, because an error in identification of the function could improperly alter the identification of the structure corresponding to that function.

29.     I understand that the second step is to ascertain the corresponding structures in the written description that perform those functions.  A disclosed structure is corresponding if the specification clearly links or associates that structure to the function recited in the claim.  I understand that it is improper to import into the claim structural limitations from the written description that are unnecessary to perform the claimed function.

30.     I understand that the specification must contain sufficient descriptive text by which a person of skill in the field of the invention would know and understand what structure corresponds to the means limitation.  I further understand that when the disclosed structure for a means-plus-function claim is a computer or microprocessor, the disclosed structure is not the general-purpose computer by itself, and the specification must disclose the algorithm for performing the function.  The specification can express the algorithm in any understandable terms including as a mathematical formula, in prose, or as a flow chart, or in any other manner that provides sufficient structure.  The algorithm—regardless of its form—must describe how the function is performed.  I understand that it is not enough for the specification to provide examples of the results of the operation of an unspecified algorithm.

## IV.     THE TREATMENT PLANNING PATENTS

### A.  OVERVIEW

31.     I understand that Align has asserted that ClearCorrect infringes all of the claims of the Treatment Planning Patents.  That is, Align has asserted that ClearCorrect infringes claims 1-42 of the '444 patent, claims 1-20 of the '217 patent, claims 1-24 of the '879 patent, and claims 1-19 of the '456 patent.

32.	The '444 patent is titled "Automated Treatment Staging for Teeth."[1]  I understand that the inventors on the '444 patent are Ian Kitching, Alexander Dmitriev, and Alexey Vishnevskiy.  I also understand that the '444 patent claims priority to two provisional applications that were both filed on August 30, 2006.

33.	For the purposes of my analysis, I have assumed that the priority date for the '444 patent is August 30, 2006.

34.	The Abstract of the '444 patent states that:

> Apparatus, system, and methods for utilizing one or more computing devices to stage the movement of teeth during an alignment treatment are disclosed.  The computing device receives an electronic representation of the patient's teeth in their initial position and an electronic representation of the teeth a final position for each tooth.  A route each tooth will travel to reach its final position is determined, and the teeth are scheduled to move according to a movement pattern.  Moreover, the schedule of movement takes into account a maximum rate of tooth movement for each tooth, the path of movement for each tooth, the distance each tooth needs to move, any needed tooth staggering, any needed round-tripping or tooth movement slowing.  The invention also includes techniques for determining an optimum number of stages for the treatment based on the schedule of movement.

35.	The Field of the Invention section of the '444 patent states:

> The present invention is related generally to the field of orthodontics, and more particularly to staging a path of movement for correcting the position of one or more teeth.  '444 patent, 1:18.

36.	The '444 patent states that "[i]n currently available systems for providing clear, removable tooth aligners, it is often necessary to manually manipulate digital and/or physical models of a patient's teeth to plan movements of the teeth through their various treatment stages,

---

[1] The other treatment planning patents (i.e., the '217 patent, the '879 patent, and the '456 patent) share the same title, figures, and specification with the '444 patent.  Therefore, the discussion in this section regarding the '444 patent's specification and figures is also applicable to the other treatment planning patents.

and, thus, to manufacture the corresponding stages of aligners." '444 patent, 1:45-50. The '444 patent purportedly addresses the "need … for apparatus, systems, and methods to increase automation of a tooth movement treatment planning process." '444 patent, 1:64-66; *see id*. at 1:50-53.

37. The '444 patent states that the "present invention provide[s] apparatus, systems, and methods for automated staging of teeth, from an initial position to a final, corrected position" and that, "[d]epending upon the particular needs of the patient, the patient's teeth are scheduled to move according to various movement patterns, routes, rates, and/or distances; and the need for utilizing tooth staggering, round-tripping, and/or slowing techniques." '444 patent, 2:6-12. "Furthermore, the invention provides techniques for minimizing the treatment period of the patient based upon the pattern, route, rate, and/or distance selected for the patients individual needs, as well as the need for any tooth staggering, round-tripping and/or slowing technique(s)." '444 patent, 2:12-17.

## B. DISPUTED CLAIM TERMS

38. I understand that ClearCorrect and Align dispute the proper construction of several different claim terms. With respect to the Treatment Planning Patents, I have been asked to analyze only the parties' disputes regarding the Means-Plus-Function terms (i.e., the claim terms that being with the term "means"). In particular, I have been asked to analyze whether the specification discloses an algorithm for the computer to perform the stated function.

### 1. "means for receiving an electronic representation of each dental object of the plurality of dental objects in relation to one another" (Claim 15)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for receiving an electronic representation of each dental object of the plurality of dental objects in relation to one another"<br><br>'444 patent, cl. 15 | Subject to § 112 ¶ 6<br><br>• Function:  receiving an electronic representation of each dental object of the plurality of dental objects in relation to one another<br><br>• Structure:  None<br><br>Indefinite | a computing device and equivalents<br><br>*E.g.*, '444 patent, 5:12-16 |

### a.  The Claimed Function

39.     As discussed above, I understand the first step in a means-plus-function analysis is to determine what the claimed function is.

40.     I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "receiving an electronic representation of each dental object of the plurality of dental objects in relation to one another."  In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b.  The Alleged Sufficient Structure

41.     As discussed above, I understand the second step of a means-plus-function analysis then requires ascertaining whether the specification discloses sufficient corresponding structure.

42.     Align identifies the '444 patent 5:12-16 as providing structure for this term.[2]  I have reproduced this portion of the specification below.

> In accordance with one exemplary embodiment, a computing device is configured to receive an electronic representation of the patient's teeth in an initial position taken by, for example, an intra-oral scanner (i.e., a CT scanner) based on an impression or partial impression of the patient's teeth.

43.     This passage does not provide structure for performing the function of "receiving an electronic representation of each dental object of the plurality of dental objects in relation to one another."

44.     This passage refers to only a generic "computing device" that "is configured to receive an electronic representation of the patient's teeth in an initial position taken" and thus largely repeats the claimed function without identifying any structure other than a computing device.  The specification does not provide any software algorithm or any other guidance or particular method by which the computing device is to be configured to receive an electronic representation of the patent's teeth.  In addition, this passage does not make reference to how the "electronic representation of each dental object of the plurality of dental objects [is] *in relation to one another*" (emphasized).

45.     Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "receiving an electronic representation of each dental object of the plurality of dental objects in relation to one another."

---

[2] While Align's disclosure of proposed constructions does not expressly state what it contends is sufficient structure, I understand that the parties are in agreement that each of the Means-Plus-Function terms are governed by § 112, ¶ 6.  In light of this, I have used the specification citations following the "*E.g.*," in Align's October 10, 2024 Disclosure of Proposed Constructions as what Align contends provides sufficient structure in the specification.  This point holds true for each of the Means-Plus-Function terms I discuss in my declaration.

### 2. "means for receiving an electronic representation of a desired final position for each respective dental object" (Claim 15)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for receiving an electronic representation of a desired final position for each respective dental object"<br><br>'444 patent, cl. 15 | Subject to § 112 ¶ 6<br><br>• Function:  receiving an electronic representation of a desired final position for each respective dental object<br><br>• Structure:  None<br><br>Indefinite | a computing device and equivalents<br><br>*E.g.*, '444 patent, 5:16-19 |

#### a. The Claimed Function

46.     I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "receiving an electronic representation of a desired final position for each respective dental object."  In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

#### b. The Alleged Sufficient Structure

47.     Align identifies the '444 patent, 5:16-19 as providing sufficient structure for this term.  I have reproduced this portion of the specification below.

> In addition, the computing device is configured to receive or generate an electronic representation of a desired final position for each of the patient's teeth.

48.     This passage does not provide structure for performing the function of "receiving an electronic representation of a desired final position for each respective dental object."

49.     As with the prior limitation, this passage refers only to a generic "computing device" that is "configured to receive or generate an electronic representation of a desired final position for each of the patient's teeth."  The specification does not provide any sort of algorithm or any other guidance or particular method by which the computing device is to be "configured" to receive or generate an electronic representation of a desired final position for each of the patient's teeth.

50.     Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "receiving an electronic representation of a desired final position for each respective dental object."

3.  **"means for determining an order of movement for each respective dental object such that the dental objects avoid colliding with each other on their respective routes from said initial position to said desired final position" (Claim 15)**

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for determining an order of movement for each respective dental object such that the dental objects avoid colliding with each other on their respective routes from said initial position to said desired final position"<br><br>'444 patent, cl. 15 | Subject to § 112 ¶ 6<br><br>• Function:  determining an order of movement for each respective dental object such that the dental objects avoid colliding with each other on their respective routes from said initial position to said desired final position<br><br>• Structure:  None<br><br>Indefinite | a computer program that performs the steps identified in Figure 2B and equivalents<br><br>*E.g.*, '444 patent, 5:19-22, 5:29-6:46, Fig. 2B |

### a. The Claimed Function

51.     I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "determining an order of movement for each respective dental object such that the dental objects avoid colliding with each other on their respective routes from said initial position to said desired final position." In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

52.     Align identifies the '444 patent, 5:19-22, 5:29-6:46, and Fig 2B as providing sufficient structure for this term.  I discuss each of these portions of the specification in turn and have reproduced them below.

53.     The *first* passage Align cites to is '444 patent, 5:19-22, which I have reproduced below.

> The program stored within the computing device is configured to analyze the initial and final positions, and automatically create a route for each tooth to move from its initial position to its final position.

54.     This passage does not provide structure for performing the function of "determining an order of movement for each respective dental object such that the dental objects avoid colliding with each other on their respective routes from said initial position to said desired final position."

55.     As an initial matter, this passage does not refer to any sort of algorithm.  It simply refers to a "program stored within the computing device" and describes what functions that computer program may perform, which includes being "configured to analyze the initial and final positions, and automatically create a route for each tooth to move from its initial position to its final position."  Thus, there is no algorithm described in this passage.

56.     This passage also does not refer to all of the aspects of the claimed function.  For example, this passage does not even mention collision avoidance.  It therefore provides no information on this aspect of the function.

57.     The **second** passage Align cites to is '444 patent, 5:29-6:46, which I have reproduced below.

> FIG. 2B is a flow diagram illustrating a plurality of patterns and options available to a system user and a computing device for optimizing the movement of a patient's teeth during treatment.  After the computing device generates the electronic representation of the patient's teeth with respect to the desired final position, in accordance with an exemplary embodiment, the system user can decide which pattern, or combination of patterns thereof, to suitably utilize for moving the patient's teeth to achieve the desired final position, for example, by determining whether the patient's teeth does not require complex movements, and/or has gaps, crowding or are otherwise skewed.  The computer program then calculates the planned stages in between the current and desired final position. If the patient does not require complex movements, an "all-equal" pattern 300 (discussed below) of teeth movement can be selected by the system user and utilized by the program.  For patients having too much space between teeth (i.e., gaps between teeth), the system user can enable the program to be configured to utilize an "A-shaped" pattern 400 (discussed below) to coordinate the movement of the patient's teeth.  For the opposite case (i.e., crowded teeth), the system user can enable the program to be configured to utilize a "V-shaped" pattern 500 (discussed below) to coordinate the movement of the patient's teeth.  If a patient's teeth are skewed to the left or right of the patient's mid-line, a "Mid-Line Shift" pattern 600 (discussed below) for small shifts or a Mid-Line Shift pattern 600' (discussed below) can be selected by the system user to enable the program to coordinate the staged movement of the patient's teeth. For a set of teeth having gaps between both posterior and anterior teeth, the system user can enable the program to be configured to utilize an "M-shaped" pattern 700 (discussed below) to coordinate teeth movement.  In addition, any other treatment patterns can be suitably selected from other orthodontic treatment patterns for treating space closure, reproximation, dental expansion, flaring, distalization, and/or lower incisor extraction, such as those patterns disclosed in U.S. Pat. No. 6,729,876, entitled "Tooth Path Treatment Plan" issued on May 4, 2004 and assigned to Align Technology, Inc.

Selection of a pattern, e.g., patterns for addressing all equal, gapped, crowded or skewed teeth, can be suitably determined by the system user through use of one or more command or input screens of a computing device. For example, in accordance with an exemplary embodiment, a computing device can be configured to allow the system user to assess the initial and desired final positions of a patient's teeth and then suitably select from such command screens appropriate movement patterns, as well as the extent or degree of stages within any pattern and/or the severity of the teeth misalignment, the speed of movement during treatment for each of the teeth and other treatment criteria. Such a configuration can include various known orthodontic treatment protocols, or any devised hereinafter.

While an exemplary embodiment may be configured to have a system user select a suitably pattern for treatment, in accordance with another exemplary embodiment, the computer program can be suitably configured to determine and select such a pattern. For example, by measuring distances of movement needed and/or otherwise analyzing the electronic representation of the patient's teeth in initial and final positions, and then based on algorithms to determine whether the teeth need approximately all-equal movement, or whether the teeth are gapped, crowded or skewed, or some combination thereof, the computer program can select a suitable pattern for treatment planning.

After the system user and/or computer program has decided which pattern to utilize, the system user can determine, and/or computer program is configured to determine, if the pattern should be modified to accommodate the teeth movement of the current patient to avoid collision. In accordance with an exemplary embodiment, to determine whether a collision is likely, the computer program can suitably calculate distances between a first tooth and a second tooth and then apply geometrical techniques, such as those disclosed in disclosed in U.S. Pat. No. 6,729,876, entitled "Tooth Path Treatment Plan" issued on May 4, 2004 and assigned to Align Technology, Inc.

In one embodiment, the program is configured to "stagger", "round trip" and/or slow the movement (each of which is discussed below, respectively) of one or more teeth if the patient's teeth cannot be moved without colliding with and/or obstructing another tooth/teeth. Based on that assessment, the program determines the most efficient path to take through some combination of patterns and accommodation of movement thereof.

58. This passage also does not provide structure for performing the function of "determining an order of movement for each respective dental object such that the dental objects avoid colliding with each other on their respective routes from said initial position to said desired final position."

59. This passage does not refer to any sort of algorithm for determining an order of movement so that teeth avoid colliding with each other. The first paragraph of passage starts by describing Figure 2B. In this discussion, the specification describes a series of different movement patterns that that are "available to a system user and a computing device." This passage also discusses how "the system user can decide which pattern, or combination of patterns thereof, to suitably utilize for moving the patient's teeth to achieve the desired final position." It then refers to a series of different movement patterns (e.g., A-shaped, V-shaped, etc.). Nowhere does this paragraph provide an algorithm that can be used for collision avoidance.

60. The second and third paragraphs, similar to the first, also do not mention collision avoidance. Instead, these paragraphs refer to how the "[s]election of a pattern … can be suitably determined by the system user through one or more command or input screens of a computing device" or how "an exemplary embodiment may be configured to have a system user select a suitably pattern for treatment" where "the computer program can be suitably configured to determine and select such a pattern." The third paragraph does refer "algorithms" to determine a suitable movement pattern based on the initial positions of the patient's teeth, but the specification does not disclose what those algorithms are, and as noted, this discussion has nothing to do with collision avoidance.

61. The fourth and fifth passages do refer to avoiding collision, but do not describe any algorithm for how collision avoidance is to occur.

62.     For example, paragraph the fourth paragraph states that "the system user can determine, and/or computer program is configured to determine, if the pattern should be modified to accommodate the teeth movement of the current patient to avoid collision."  This paragraph does not describe how it is determined whether a collision will occur (i.e., there is no algorithm).  Nor does this paragraph describe any algorithm for the computer to determine an order of movement "such that the dental objects ***avoid colliding with each other on their respective routes***" (emphasized).  There is simply no algorithm or description of how this function occurs.

63.     The fifth (and last cited) paragraph states that "the program is configured to 'stagger', 'round trip' and/or slow the movement (each of which is discussed below, respectively) of one or more teeth if the patient's teeth cannot be moved without colliding with and/or obstructing another tooth/teeth."  This also does not constitute an algorithm for avoiding collisions.  Rather, this language is akin to telling an air traffic controller that he or she can ensure that airplanes do not collide by using some combination of basic techniques—e.g., delaying planes, accelerating planes, or moving planes to another runway.  But the description of possible techniques one might use in an algorithm is not the disclosure of an algorithm.  This passage simply provides no limitations on how the use of staggering, round-tripping, or slowing the movement of teeth are combined, weighted, or decided to be used to perform collision avoidance.  This is underscored by the last sentence of the paragraph which states, "[b]ased on that assessment, the program determines the most efficient path to take through some combination of patterns and accommodation of movement thereof."  There is simply no guidance on how the most efficient path is determined; nor how a "combination of patterns and accommodation of movement" is weighed to arrive at the "most efficient path."

64.     The ***third*** passage Align cites to is Figure 2B, which I have reproduced below.



FIG. 2B

65. Figure 2B is a pictorial depiction of the first passage discussed above. Nothing in this picture adds structure beyond the text I discussed in paragraphs 57-63 above. Indeed, this flow diagram does even mention collision avoidance and provides no algorithm for how that claimed function is performed.

66. Moreover, the last box in Figure 2B simply recites "determine most efficient path" but provides no guidance at all on how to determine what constitutes the most efficient path; nor does the specification provide any guidance. Figure 2B provides no information on how one is supposed to combine picking a pattern term with one or more "movement" (like tooth staggering, round-tripping, and/or slowing movement.

67. As discussed above, individually none of the cited portions provide sufficient structure for performing the function of "determining an order of movement for each respective dental object such that the dental objects avoid colliding with each other on their respective routes from said initial position to said desired final position." Nor does reading these portions of the specification together provide sufficient structure for performing the claimed function.

Accordingly, Align has not cited, and I have not found, any sufficient structure for performing the function of "determining an order of movement for each respective dental object such that the dental objects avoid colliding with each other on their respective routes from said initial position to said desired final position."

### 4. "means for determining a route each respective dental object will move to achieve its respective final position" (Claim 16)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for determining a route each respective dental object will move to achieve its respective final position"<br><br>'444 patent, cl. 16 | Subject to § 112 ¶ 6<br><br>• <u>Function</u>: determining a route each respective dental object will move to achieve its respective final position<br><br>• <u>Structure</u>: None<br><br>Indefinite | a computer program that is configured to segment an initial digital dataset into digital models of individual dental objects and gingival tissue, calculate a transformation for each dental object, and then calculate one or more intermediate positions for each dental object, taking into account any constraints imposed on the movement of dental objects and any collisions that might occur between dental objects as the dental objects move from one treatment stage to the next and equivalents<br><br>*E.g.*, '444 patent, 3:19-24, 3:36-61 |

#### a. The Claimed Function

68.     I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "determining a route each respective dental object will move to achieve its respective final position." In light of my

review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

69.     Align identifies two passages of the '444 patent as providing sufficient structure for this term: '444 patent, 3:19-24 and 3:36-61.  I discuss each of these portions of the specification in turn and have reproduced them below.

70.     The *first* passage Align cites to is '444 patent, 3:19-24, which I have reproduced below.

> For example, one such technique involves receiving an initial data set that represents the patient's teeth before treatment, specifying a desired arrangement of the patient's teeth after treatment, and calculating transformations that will move the teeth from the initial to the final positions over desired treatment paths.

71.     This passage does not provide structure for performing the function of "determining a route each respective dental object will move to achieve its respective final position."

72.     As an initial matter, this passage does not refer to any sort of algorithm.  The passage refers to performing the functions of receiving data, specifying a desired arrangement, and calculating transformations.  But the passage does not describe how any of these functions are performed or implemented.

73.     The *second* passage Align cites to is '444 patent, 3:36-61, which I have reproduced below.

> FIGS. 1A, **1**B, and **1**C show a patient's dentition at three stages during a course of treatment. FIG. 1A illustrates the initial positions of the patient's teeth before treatment begins.  A digital model of the teeth at these initial positions is captured in an initial digital data set (IDDS).  The digital model contained in the IDDS also includes portions representing gingival tissue surrounding the patient's teeth.  A computer program segments the IDDS into digital models of individual teeth and the gingival tissue.

FIG. 1B illustrates an example of how the patient's teeth may be oriented at an intermediate stage in the treatment process, and FIG. 1C illustrates an example of how the patient's teeth may be oriented at their final positions. A human operator and/or a computer program manipulate the digital models of the patient's teeth to achieve the final tooth positions. The program then calculates one or more of the intermediate positions, taking into account any constraints imposed on the movement of the teeth by the human operator or by the natural characteristics of the teeth themselves. The program also accounts for any collisions that might occur between teeth as the teeth move from one treatment stage to the next. Selecting the final and intermediate tooth positions and the treatment paths along which the teeth move is described in more detail in one or more of the Patent Applications discussed above, which are all hereby incorporated by reference, in their respective entireties.

74.     As an initial matter, this passage also does not refer to any sort of algorithm.

75.     This passage refers to and describes three figures (Figures 1A, 1B, and 1C). Those figures are stylized cartoon images of a patient's teeth. There is no algorithm or any sort of discussion regarding how a computer program is to perform "determining a route each respective dental object will move to achieve its respective final position."

76.     Nor does the rest of the passage provide any algorithm or description of how a computer program is to perform "determining a route each respective dental object will move to achieve its respective final position." For example, stating that a "human operator and/or a computer program manipulate the digital models of the patient's teeth to achieve the final tooth positions," does not describe how the route is determined. Likewise, stating that the "program also accounts for any collisions that might occur between teeth as the teeth move from one treatment stage to the next," does not provide any detail on how the route is determined.

77.     The passage concludes with referencing how "[s]electing the final and intermediate tooth positions and the treatment paths along which the teeth move is described in more detail in one or more of the Patent Applications discussed above, which are all hereby incorporated by

reference, in their respective entireties." This language also does not describe how the function of for "determining a route each respective dental object will move to achieve its respective final position." I also understand from counsel that a patent specification cannot rely on the incorporation of other references to provide the necessary structure for a means-plus-function term. But even if such incorporation by reference were permissible, the specification's general reference to a number of other patent applications fails to link any specific structure to the claimed function, which, as noted above, I understand is required for means-plus-function claims.

78. As discussed above, individually none of the cited portions provide sufficient structure for performing the function of "determining a route each respective dental object will move to achieve its respective final position." Nor does reading these portions of the specification together provide structure for performing the claimed function. Accordingly, Align has not cited, and I have not found, any sufficient structure for performing the function of "determining a route each respective dental object will move to achieve its respective final position."

**5. "means for determining the distance each respective dental object will move to achieve its respective final position" (Claim 16)**

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for determining the distance each respective dental object will move to achieve its respective final position"<br><br>'444 patent, cl. 16 | Subject to § 112 ¶ 6<br><br>• Function: determining the distance each respective dental object will move to achieve its respective final position<br><br>• Structure: None<br><br>Indefinite | a computer program that determines the distance each respective dental object will move to achieve its respective final position and equivalents<br><br>*E.g.*, '444 patent, 4:58-5:10 |

**a. The Claimed Function**

79.     I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "determining the distance each respective dental object will move to achieve its respective final position." In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

80.     Align identifies the '444 patent, 4:58-5:10 as providing sufficient structure for this term. I have reproduced this portion of the specification below.

> As those skilled in the art will appreciate, any computing device utilized by a user may include an operating system (e.g., Windows NT, 95/98/2000, OS2, UNIX, Linux, Solaris, MacOS, etc.) as well as various conventional support software and drivers typically associated with computers. As will be appreciated by one of ordinary skill in the art, each computing device may be embodied as a customization of an existing system, an add-on product, upgraded software, a stand alone system, a distributed system, a method, a data processing system, a device for data processing, and/or a computer program product. Accordingly, any program stored therein may take the form of an entirely software embodiment, an entirely hardware embodiment, or an embodiment combining aspects of both software and hardware. Furthermore, any program may take the form of a computer program product on a computer-readable storage medium having computer-readable program code means embodied in the storage medium. Any Suitable computer-readable storage medium may be utilized, including hard disks, CD-ROM, optical storage devices, magnetic storage devices, and/or the like.

81.     This passage does not provide structure for performing the function of "determining the distance each respective dental object will move to achieve its respective final position."

82.     As an initial matter, this passage does not refer to any sort of algorithm. Instead, this passage refers to "any computing device utilized by a user." But "any computing device" cannot perform the function of "determining the distance each respective dental object will move to achieve its respective final position."

83.     The remainder of this passage, which refers to the computing device potentially having an operating system, "conventional support software," or generally referring to "any program" does not provide any guidance on how the function of "determining the distance each respective dental object will move to achieve its respective final position." Nor would any such computing device with these additional features be able to perform the function of "determining the distance each respective dental object will move to achieve its respective final position."

84.     For at least these reasons, the specification fails to provide sufficient structure for performing the function of "determining the distance each respective dental object will move to achieve its respective final position." Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "determining the distance each respective dental object will move to achieve its respective final position."

### 6. "means for determining a rate at which each respective dental object will move along its respective route" (Claim 16)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for determining a rate at which each respective dental object will move along its respective route"<br><br>'444 patent, cl. 16 | Subject to § 112 ¶ 6<br><br>• <u>Function</u>: determining a rate at which each respective dental object will move along its respective route<br><br>• <u>Structure</u>: None<br><br>Indefinite | a computer program that determines a rate at which each respective dental object will move along its respective route<br><br>*E.g.*, '444 patent, 4:58-5:10 |

### a. The Claimed Function

85.     I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "determining a rate at which each respective dental object will move along its respective route." In light of my review

of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified

is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

86.     Align identifies the '444 patent, 4:58-5:10 as providing sufficient structure for this

term.  I have reproduced this portion of the specification below.

> As those skilled in the art will appreciate, any computing device
> utilized by a user may include an operating system (e.g., Windows
> NT, 95/98/2000, OS2, UNIX, Linux, Solaris, MacOS, etc.) as well
> as various conventional support software and drivers typically
> associated with computers.  As will be appreciated by one of
> ordinary skill in the art, each computing device may be embodied as
> a customization of an existing system, an add-on product, upgraded
> software, a stand alone system, a distributed system, a method, a
> data processing system, a device for data processing, and/or a
> computer program product.  Accordingly, any program stored
> therein may take the form of an entirely software embodiment, an
> entirely hardware embodiment, or an embodiment combining
> aspects of both software and hardware.  Furthermore, any program
> may take the form of a computer program product on a computer-
> readable storage medium having computer-readable program code
> means embodied in the storage medium.  Any Suitable computer-
> readable storage medium may be utilized, including hard disks, CD-
> ROM, optical storage devices, magnetic storage devices, and/or the
> like.

87.     This passage does not provide structure for performing the function of "determining

a rate at which each respective dental object will move along its respective route."

88.     As an initial matter, this passage does not refer to any sort of algorithm.

89.     Instead, this passage refers to "any computing device utilized by a user."  Any

computing device cannot perform the function of "determining a rate at which each respective

dental object will move along its respective route."

90.     The remainder of this passage, which refers to the computing device potentially

having an operating system, "conventional support software," or generally referring to "any

program" does not provide any guidance on how the function of "determining a rate at which each

respective dental object will move along its respective route." Nor would any such computing device with these additional features be able to perform the function of "determining a rate at which each respective dental object will move along its respective route."

91. I also note that the specification separately discloses, in a passage that Align does not cite, that "[t]he system user and/or program can suitably select a rate of tooth movement for each stage, such as by system user input on a command screen, or by computer algorithm." '444 patent, 7:12-14. But despite mentioning the use of computer algorithms, the specification is absolutely silent as to what that algorithm should be.

92. Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "determining a rate at which each respective dental object will move along its respective route."

### 7. "means for determining (a), (b), and (c) in relation to each of the other dental objects" (Claim 17)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|------|------|------|
|      |      |      |

| "means for determining (a), (b), and (c) in relation to each of the other dental objects"<br><br>'444 patent, cl. 17 | Subject to § 112 ¶ 6<br><br>• <u>Function</u>: determining (a), (b), and (c) in relation to each of the other dental objects<br><br>• <u>Structure</u>: None<br><br>Indefinite | a computer program that is configured to segment an initial digital dataset into digital models of individual dental objects and gingival tissue, calculate a transformation for each dental object, and then calculate one or more intermediate positions for each dental object, taking into account any constraints imposed on the movement of dental objects and any collisions that might occur between dental objects as the dental objects move from one treatment stage to the next and equivalents<br><br>*E.g.*, '444 patent, 3:19-24, 3:36-61 |

### a. The Claimed Function

93. As an initial matter, I note that (a), (b), and (c) are the (a), (b), and (c) terms from claim 16.

94. I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "determining (a), (b), and (c) in relation to each of the other dental objects." In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

95. Align identifies two passages of the '444 patent as providing sufficient structure for this term: '444 patent, 3:19-24 and 3:36-61. I discuss each of these portions of the specification in turn and have reproduced them below. I also note that these are the same portions Align

identified as providing sufficient structure for "means for determining a route each respective dental object will move to achieve its respective final position."

96. The *first* passage Align cites to is '444 patent, 3:19-24, which I have reproduced below.

> For example, one such technique involves receiving an initial data set that represents the patient's teeth before treatment, specifying a desired arrangement of the patient's teeth after treatment, and calculating transformations that will move the teeth from the initial to the final positions over desired treatment paths.

97. This passage does not provide structure for performing the function of "determining a route each respective dental object will move to achieve its respective final position."

98. As an initial matter, this passage does not refer to any sort of algorithm.

99. Instead, this passage refers to performing the functions of receiving data, specifying a desired arrangement, and calculating transforms. The passage does not describe how any of these functions are performed or implemented.

100. The *second* passage Align cites to is '444 patent, 3:36-61, which I have reproduced below.

> FIGS. 1A, **1**B, and **1**C show a patient's dentition at three stages during a course of treatment. FIG. 1A illustrates the initial positions of the patient's teeth before treatment begins. A digital model of the teeth at these initial positions is captured in an initial digital data set (IDDS). The digital model contained in the IDDS also includes portions representing gingival tissue surrounding the patient's teeth. A computer program segments the IDDS into digital models of individual teeth and the gingival tissue.
>
> FIG. 1B illustrates an example of how the patient's teeth may be oriented at an intermediate stage in the treatment process, and FIG. 1C illustrates an example of how the patient's teeth may be oriented at their final positions. A human operator and/or a computer program manipulate the digital models of the patient's teeth to achieve the final tooth positions. The program then calculates one or more of the intermediate positions, taking into account any constraints imposed on the movement of the teeth by the human

operator or by the natural characteristics of the teeth themselves. The program also accounts for any collisions that might occur between teeth as the teeth move from one treatment stage to the next. Selecting the final and intermediate tooth positions and the treatment paths along which the teeth move is described in more detail in one or more of the Patent Applications discussed above, which are all hereby incorporated by reference, in their respective entireties.

101.   As an initial matter, this passage also does not refer to any sort of algorithm.

102.   This passage refers to and describes three figures (Figures 1A, 1B, and 1C). Those figures are cartoons of a patient's teeth. There is no algorithm or any sort of discussion regarding how a computer program is to perform "determining (a), (b), and (c) in relation to each of the other dental objects."

103.   Nor does the rest of the passage provide any algorithm or description of how a computer program is to perform "determining (a), (b), and (c) in relation to each of the other dental objects." For example, stating that a "human operator and/or a computer program manipulate the digital models of the patient's teeth to achieve the final tooth positions," does not describe how (a), (b), and (c) are determined in relation to another. Likewise, stating that the "program also accounts for any collisions that might occur between teeth as the teeth move from one treatment stage to the next," does not provide any detail on how the route is determined.

104.   The passage concludes with referencing how "[s]electing the final and intermediate tooth positions and the treatment paths along which the teeth move is described in more detail in one or more of the Patent Applications discussed above, which are all hereby incorporated by reference, in their respective entireties." This language also does not describe how the function of for "determining (a), (b), and (c) in relation to each of the other dental objects." As noted above, I understand from counsel that a patent specification cannot rely on the incorporation of other references to provide the necessary structure for a means-plus-function term, and in any event, the

general reference here to other patent applications does not provide the required linking of any specific structure to the claimed function.

105. As discussed above, individually none of the cited portions provide sufficient structure for performing the function of "determining (a), (b), and (c) in relation to each of the other dental objects." Nor does reading these portions of the specification together provide sufficient structure for performing the claimed function. Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "determining (a), (b), and (c) in relation to each of the other dental objects."

### 8. "means for adjusting at least one of the route and the rate of at least one dental object to avoid collision with at least one other dental object" (Claim 18)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for adjusting at least one of the route and the rate of at least one dental object to avoid collision with at least one other dental object"<br><br>'444 patent, cl. 18 | Subject to § 112 ¶ 6<br><br>• Function: adjusting at least one of the route and the rate of at least one dental object to avoid collision with at least one other dental object<br><br>• Structure: None<br><br>Indefinite | a computer program that performs collision avoidance via round-tripping, staggering, or slowing, wherein the computer program first attempts staggering of the teeth movement, followed by slowing-down/interim key frames if the staggering does not avoid collisions, and then followed by round-tripping as a last resort and equivalents p<br><br>*E.g.*, '444 patent, 12:41-65 |

### a. The Claimed Function

106. I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "adjusting at least one of the route and the rate of at least one dental object to avoid collision with at least one other dental object." In light of my review of the '444 patent and the prosecution history, I agree that

32

the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

107.    Align identifies '444 patent,12:41-65 as providing sufficient structure for this term. I have reproduced this portion of the specification below.

> As referenced above, in cases where teeth may collide with or obstruct one another during movement, the program is configured to suitably stagger, slow down and/or plan-round tripping for the teeth movement. "Staggering" is the process of delaying one or more teeth from moving one or more stages where it would otherwise move in order to prevent another tooth from colliding with and/or obstructing the path of the delayed tooth. "Slowing down" is the process of having one or more teeth scheduled to move at a rate less than the rate of other teeth, or even stopping using interim key frames, so that collisions and/or obstructions do not occur. "Round-tripping" is the technique of moving a first tooth out of the path of a second tooth, and once the second tooth has moved sufficiently, moving the first tooth back to its previous position before proceeding to a desired final position of that first tooth. Such staggering, slowing down and/or round-tripping can be suitably applied alone or in combination, and in any order. In an exemplary embodiment, the computer program first attempts staggering of the teeth movement, followed by slowing-down/interim key frames if the staggering does not avoid collisions, and then followed by round-tripping as a last resort. In addition, each of staggering, slowing down and round-tripping techniques can be applied to any of the patterns discussed above, or any other movement patterns hereinafter developed in the field of orthodontics.

108.    This passage does not provide structure for performing the function of "adjusting at least one of the route and the rate of at least one dental object to avoid collision with at least one other dental object."

109.    I understand from counsel that the term "at least one of" when used in a conjunctive list (i.e., the listing of two or more options with an "and" as opposed to an "or") means that both options must happen. Put another way, I understand that the language "adjusting at least one of the route and the rate" requires adjusting both the route and the rate.

110.     This passage starts by stating that "in cases where teeth may collide with or obstruct one another during movement, the program is configured to suitably stagger, slow down and/or plan-round tripping for the teeth movement."  As I discussed above, 63language like this does not constitute an algorithm for avoiding collisions.  Rather, this language is akin to telling an air traffic controller that he or she can avoid airplane collisions by "suitably" using basic techniques such as delaying planes, accelerating planes, or moving planes to another runway.  But the description of possible techniques one might use in an algorithm and saying one should use them "suitably" is not the disclosure of an algorithm.  This passage thus provides no algorithm; indeed, it provides no guidance whatsoever regarding how staggering, round-tripping, or slowing the movement of teeth are chosen, combined, or weighted in order to perform collision avoidance.

111.     The next portion of this passage provides definitions for staggering, slowing down, round tripping.  These definitions do not provide an algorithm for "adjusting at least one of the route and the rate of at least one dental object to avoid collision with at least one other dental object."  Instead, this passage merely describes potential options.  Using the air traffic control example, this is simply defining what it would mean to delay or accelerate a plane or move it to another runway.

112.     The next portion of this passage provides a priority for which collision avoidance technique should be used—prioritizing staggering, then slowing down, and then round tripping as a last resort.  This too does not constitute an algorithm for "adjusting at least one of the route and the rate of at least one dental object to avoid collision with at least one other dental object."  For example, there is no discussion of how to determine whether the collision would be avoided.  This portion of the passage just states that if a collision is detected, the software should consider staggering, if that does not work, consider slowing down, and if that does not work, consider round

34

tripping. The specification also does not disclose anything about how to configure the required computer program, much less describe how to perform staggering, slowing down, or round tripping—e.g., how long to stagger the movement of a tooth, how much to slow down the movement of a tooth, how much to change the route of a tooth. There is simply no algorithm to perform the required function.

113. Moreover, if the computer program ultimately selected the options of staggering or slowing down, then only the rate (as opposed to the route) would be adjusted for the particular tooth. That is because, based on the definitions provided in the specification, neither staggering nor slowing down results in a change of the route for a particular tooth. Instead, only the rate of the movement would be changed.

114. The last portion states that these techniques can be used with any patterns. This language does not provide not an algorithm, but just broadly describes additional use cases.

115. Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "adjusting at least one of the route and the rate of at least one dental object to avoid collision with at least one other dental object."

### 9. "means for determining an optimal number of stages for the order of movement of the dental objects" (Claim 19)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for determining an optimal number of stages for the order of movement of the dental objects"<br><br>'444 patent, cl. 19 | Subject to § 112 ¶ 6<br><br>• Function: determining an optimal number of stages for the order of movement of the dental objects<br><br>• Structure: None<br><br>Indefinite | a computer program that determines an optimal number of stages by selecting the largest number of the minimum number of stages needed to place the dental objects in their final, desired positions and equivalents<br><br>*E.g.*, '444 patent, 15:6-20 |

### a. The Claimed Function

116.    I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "determining an optimal number of stages for the order of movement of the dental objects." In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.[3]

### b. The Alleged Sufficient Structure

117.    Align identifies the '444 patent, 15:6-20 as providing sufficient structure for this term. I have reproduced this portion of the specification below.

> In one exemplary embodiment, determining the optimum number of stages includes determining the minimum number of stages needed for each respective tooth to be placed in its final, desired position. In another exemplary embodiment, the optimum number of stages is the largest number of the minimum stages needed to place the patient's teeth in their final, desired position. For example, a patient has three teeth that need to be moved during treatment, wherein the first tooth needs 4 stages to move to its final position, the second tooth needs 9 stages to move to its final position, and the third tooth needs 6 stages to move to its final position. Assuming each of these teeth is scheduled to begin moving at the same stage, the optimum number of stages is 9 since this is the minimum number of stages needed to place all of the teeth in their final position.

---

[3] I understand from counsel that Dr. Harrell, an orthodontist, has opined on whether the term "an optimal number of stages for the order of movement of the dental objects" is indefinite. I have reviewed his analysis regarding the "an optimal number of stages for the order of movement of the dental objects." Based on his analysis and coupled with my experience, there is no objective method by which computer scientists or programmers could write software to determine "an optimal number of stages for the order of movement of the dental objects." Each programmer would necessarily have to implement a subjective weighting of orthodontic treatment factors, which would mean that different programs would result in different numbers of stages, even for the same patient.

118.     This passage does not provide structure for performing the function of "determining an optimal number of stages for the order of movement of the dental objects."

119.     As an initial matter, this passage does not refer to any sort of algorithm.

120.     The passage describes that "determining the optimum number of stages includes ***determining the minimum number of stages***" (emphasized).  But the passage does not describe how the computer program is to determine the "minimum of stages" for a particular tooth.  While the example provides the 'number' of stages for different teeth and then picks the smallest number, it does not describe how the number of stages themselves are determined.  Put another way, using the example in the specification, nowhere does the specification describe how to determine that the first tooth needs a minimum number of 4 stages, the second tooth needs a minimum number of 9 stages, and the third tooth needs a minimum number of six stages.  Thus, this passage does not describe how to perform "determining an optimal number of stages for the order of movement of the dental objects."  This passage simply provides examples of the results of the operation using an unspecified algorithm.

121.     Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "determining an optimal number of stages for the order of movement of the dental objects."

### 10. "means for determining a total distance each respective dental object will move" (Claim 20)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|------|--------------------------------------|-------------------------------|

| "means for determining a total distance each respective dental object will move"<br><br>'444 patent, cl. 20 | Subject to § 112 ¶ 6<br><br>• <u>Function</u>: determining a total distance each respective dental object will move<br><br>• <u>Structure</u>: None<br><br>Indefinite | a computer program for determining a total distance each respective dental object will move and equivalents<br><br>*E.g.*, '444 patent, 4:58-5:10 |

### a. The Claimed Function

122.     I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "determining a total distance each respective dental object will move."  In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

123.     Align identifies the '444 patent, 4:58-5:10 as providing sufficient structure for this term.  I have reproduced this portion of the specification below.

> As those skilled in the art will appreciate, any computing device utilized by a user may include an operating system (e.g., Windows NT, 95/98/2000, OS2, UNIX, Linux, Solaris, MacOS, etc.) as well as various conventional support software and drivers typically associated with computers.  As will be appreciated by one of ordinary skill in the art, each computing device may be embodied as a customization of an existing system, an add-on product, upgraded software, a stand alone system, a distributed system, a method, a data processing system, a device for data processing, and/or a computer program product.  Accordingly, any program stored therein may take the form of an entirely software embodiment, an entirely hardware embodiment, or an embodiment combining aspects of both software and hardware.  Furthermore, any program may take the form of a computer program product on a computer-readable storage medium having computer-readable program code means embodied in the storage medium.  Any Suitable computer-readable storage medium may be utilized, including hard disks, CD-

ROM, optical storage devices, magnetic storage devices, and/or the like.

124. This passage does not provide structure for performing the function of "determining a total distance each respective dental object will move."

125. As an initial matter, this passage does not refer to any sort of algorithm.

126. Instead, this passage refers to "any computing device utilized by a user." Any computing device cannot perform the function of "determining a total distance each respective dental object will move."

127. The remainder of this passage, which refers to the computing device potentially having an operating system, "conventional support software," or generally referring to "any program" does not provide any guidance on how the function of "determining a total distance each respective dental object will move." Nor would any such computing device with these additional features be able to perform the function of "determining a total distance each respective dental object will move."

128. For at least these reasons, the specification fails to provide sufficient structure for performing the function of "determining a total distance each respective dental object will move." Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "determining a total distance each respective dental object will move."

### 11. "means for dividing the total distance for each dental object by its respective maximum speed to determine a number of movement stages for each dental object" (Claim 20)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|------|--------------------------------------|-------------------------------|
|      |                                      |                               |

| "means for dividing the total distance for each dental object by its respective maximum speed to determine a number of movement stages for each dental object;"<br><br>'444 patent, cl. 20 | Subject to § 112 ¶ 6<br><br>• <u>Function</u>: dividing the total distance for each dental object by its respective maximum speed to determine a number of movement stages for each dental object<br><br>• <u>Structure</u>: None<br><br>Indefinite | computer program for dividing the total distance for each dental object by its respective maximum speed to determine a number of movement stages for each dental object and equivalents e<br><br>*E.g.*, '444 patent, 4:58-5:10 |

### a. The Claimed Function

129.    I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "dividing the total distance for each dental object by its respective maximum speed to determine a number of movement stages for each dental object." In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

130.    Align identifies '444 patent, 4:58-5:10 as providing sufficient structure for this term. I have reproduced this portion of the specification below.

> As those skilled in the art will appreciate, any computing device utilized by a user may include an operating system (e.g., Windows NT, 95/98/2000, OS2, UNIX, Linux, Solaris, MacOS, etc.) as well as various conventional support software and drivers typically associated with computers. As will be appreciated by one of ordinary skill in the art, each computing device may be embodied as a customization of an existing system, an add-on product, upgraded software, a stand alone system, a distributed system, a method, a data processing system, a device for data processing, and/or a computer program product. Accordingly, any program stored therein may take the form of an entirely software embodiment, an entirely hardware embodiment, or an embodiment combining aspects of both software and hardware. Furthermore, any program

may take the form of a computer program product on a computer-readable storage medium having computer-readable program code means embodied in the storage medium. Any Suitable computer-readable storage medium may be utilized, including hard disks, CD-ROM, optical storage devices, magnetic storage devices, and/or the like.

131.   This passage does not provide structure for performing the function of "dividing the total distance for each dental object by its respective maximum speed to determine a number of movement stages for each dental object."

132.   As an initial matter, this passage does not refer to any sort of algorithm.

133.   Instead, this passage refers to "any computing device utilized by a user." Any computing device cannot perform the function of "dividing the total distance for each dental object by its respective maximum speed to determine a number of movement stages for each dental object."

134.   The remainder of this passage, which refers to the computing device potentially having an operating system, "conventional support software," or generally referring to "any program" does not provide any guidance on how the function of "dividing the total distance for each dental object by its respective maximum speed to determine a number of movement stages for each dental object." Nor would any such computing device with these additional features be able to perform the function of "dividing the total distance for each dental object by its respective maximum speed to determine a number of movement stages for each dental object."

135.   Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "dividing the total distance for each dental object by its respective maximum speed to determine a number of movement stages for each dental object."

## 12. "means for determining a number of non-movement stages for each respective dental object" (Claim 20)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|------|-------------------------------------|-------------------------------|
| "means for determining a number of non-movement stages for each respective dental object;"<br><br>'444 patent, cl. 20 | Subject to § 112 ¶ 6<br><br>• Function: determining a number of non-movement stages for each respective dental object<br><br>• Structure: None<br><br>Indefinite | a computer program for determining a number of non-movement stages for each respective dental object and equivalents<br><br>*E.g.*, '444 patent, 4:58-5:10 |

### a. The Claimed Function

136.    I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "determining a number of non-movement stages for each respective dental object." In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

137.    Align identifies '444 patent, 4:58-5:10 as providing sufficient structure for this term. I have reproduced this portion of the specification below.

> As those skilled in the art will appreciate, any computing device utilized by a user may include an operating system (e.g., Windows NT, 95/98/2000, OS2, UNIX, Linux, Solaris, MacOS, etc.) as well as various conventional support software and drivers typically associated with computers. As will be appreciated by one of ordinary skill in the art, each computing device may be embodied as a customization of an existing system, an add-on product, upgraded software, a stand alone system, a distributed system, a method, a data processing system, a device for data processing, and/or a computer program product. Accordingly, any program stored therein may take the form of an entirely software embodiment, an entirely hardware embodiment, or an embodiment combining aspects of both software and hardware. Furthermore, any program may take the form of a computer program product on a computer-readable storage medium having computer-readable program code

means embodied in the storage medium. Any Suitable computer-readable storage medium may be utilized, including hard disks, CD-ROM, optical storage devices, magnetic storage devices, and/or the like.

138. This passage does not provide structure for performing the function of "determining a number of non-movement stages for each respective dental object."

139. As an initial matter, this passage does not refer to any sort of algorithm.

140. Instead, this passage refers to "any computing device utilized by a user." Any computing device cannot perform the function of "determining a number of non-movement stages for each respective dental object."

141. The remainder of this passage, which refers to the computing device potentially having an operating system, "conventional support software," or generally referring to "any program" does not provide any guidance on how the function of "determining a number of non-movement stages for each respective dental object." Nor would any such computing device with these additional features be able to perform the function of "determining a number of non-movement stages for each respective dental object."

142. Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "determining a number of non-movement stages for each respective dental object."

### 13. "means for adding the number of movement stages to the number of non-movement stages for each dental object to determine a minimum number of stages for each respective dental object" (Claim 20)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|

| "means for adding the number of movement stages to the number of non-movement stages for each dental object to determine a minimum number of stages for each respective dental object"<br><br>'444 patent, cl. 20 | Subject to § 112 ¶ 6<br><br>• <u>Function</u>: adding the number of movement stages to the number of non-movement stages for each dental object to determine a minimum number of stages for each respective dental object<br><br>• <u>Structure</u>: None<br><br>Indefinite | computer program for adding the number of movement stages to the number of non-movement stages for each dental object to determine a minimum number of stages for each respective dental object and equivalents<br><br>*E.g.*, '444 patent, 4:58-5:10 |

### a. The Claimed Function

143.    I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "adding the number of movement stages to the number of non-movement stages for each dental object to determine a minimum number of stages for each respective dental object." In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

144.    Align identifies the '444 patent, 4:58-5:10 as providing sufficient structure for this term. I have reproduced this portion of the specification below.

> As those skilled in the art will appreciate, any computing device utilized by a user may include an operating system (e.g., Windows NT, 95/98/2000, OS2, UNIX, Linux, Solaris, MacOS, etc.) as well as various conventional support software and drivers typically associated with computers. As will be appreciated by one of ordinary skill in the art, each computing device may be embodied as a customization of an existing system, an add-on product, upgraded software, a stand alone system, a distributed system, a method, a data processing system, a device for data processing, and/or a computer program product. Accordingly, any program stored therein may take the form of an entirely software embodiment, an entirely hardware embodiment, or an embodiment combining

aspects of both software and hardware.  Furthermore, any program
may take the form of a computer program product on a computer-
readable storage medium having computer-readable program code
means embodied in the storage medium.  Any Suitable computer-
readable storage medium may be utilized, including hard disks, CD-
ROM, optical storage devices, magnetic storage devices, and/or the
like.

145.    This passage does not provide structure for performing the function of "adding the number of movement stages to the number of non-movement stages for each dental object to determine a minimum number of stages for each respective dental object."

146.    As an initial matter, this passage does not refer to any sort of algorithm.

147.    Instead, this passage refers to "any computing device utilized by a user."  Any computing device cannot perform the function of "adding the number of movement stages to the number of non-movement stages for each dental object to determine a minimum number of stages for each respective dental object."

148.    The remainder of this passage, which refers to the computing device potentially having an operating system, "conventional support software," or generally referring to "any program" does not provide any guidance on how the function of "adding the number of movement stages to the number of non-movement stages for each dental object to determine a minimum number of stages for each respective dental object."  Nor would any such computing device with these additional features be able to perform the function of "adding the number of movement stages to the number of non-movement stages for each dental object to determine a minimum number of stages for each respective dental object."

149.    Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "adding the number of movement stages to the number of non-movement stages for each dental object to determine a minimum number of stages for each respective dental object."

### 14. "means for selecting the largest of the minimum number of stages" (Claim 20)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|------|------|------|
| "means for selecting the largest of the minimum number of stages"<br><br>'444 patent, cl. 20 | Subject to § 112 ¶ 6<br><br>• Function: selecting the largest of the minimum number of stages<br><br>• Structure: None<br><br>Indefinite | a computer program for selecting the largest of the minimum number of stages and equivalents<br><br>*E.g.*, '444 patent, 4:58-5:10 |

#### a. The Claimed Function

150. I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "selecting the largest of the minimum number of stages." In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

#### b. The Alleged Sufficient Structure

151. Align identifies '444 patent, 4:58-5:10 as providing sufficient structure for this term. I have reproduced this portion of the specification below.

> As those skilled in the art will appreciate, any computing device utilized by a user may include an operating system (e.g., Windows NT, 95/98/2000, OS2, UNIX, Linux, Solaris, MacOS, etc.) as well as various conventional support software and drivers typically associated with computers. As will be appreciated by one of ordinary skill in the art, each computing device may be embodied as a customization of an existing system, an add-on product, upgraded software, a stand alone system, a distributed system, a method, a data processing system, a device for data processing, and/or a computer program product. Accordingly, any program stored therein may take the form of an entirely software embodiment, an entirely hardware embodiment, or an embodiment combining aspects of both software and hardware. Furthermore, any program

46

> may take the form of a computer program product on a computer-readable storage medium having computer-readable program code means embodied in the storage medium. Any Suitable computer-readable storage medium may be utilized, including hard disks, CD-ROM, optical storage devices, magnetic storage devices, and/or the like.

152. This passage does not provide structure for performing the function of "selecting the largest of the minimum number of stages."

153. As an initial matter, this passage does not refer to any sort of algorithm.

154. Instead, this passage refers to "any computing device utilized by a user." Any computing device cannot perform the function of "selecting the largest of the minimum number of stages."

155. The remainder of this passage, which refers to the computing device potentially having an operating system, "conventional support software," or generally referring to "any program" does not provide any guidance on how the function of "selecting the largest of the minimum number of stages." Nor would any such computing device with these additional features be able to perform the function of "selecting the largest of the minimum number of stages."

156. Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "selecting the largest of the minimum number of stages."

### 15. "means for ordering the movement of the dental objects in an all-equal pattern" (Claim 21)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for ordering the movement of the dental objects in an all-equal pattern"<br><br>'444 patent, cl. 21 | Subject to § 112 ¶ 6<br><br>• Function:  ordering the movement of the dental objects in an all-equal pattern<br><br>• Structure:  None<br><br>Indefinite | a computer program configured to utilize the pattern depicted in Figure 3 and equivalents<br><br>*E.g.*, '444 patent, 6:47-51, 7:27-29, Fig. 3 |

### a.  The Claimed Function

157.    I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "ordering the movement of the dental objects in an all-equal pattern."  In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b.  The Alleged Sufficient Structure

158.    Align identifies the '444 patent, 6:47-51, 7:27-29, Fig. 3 as providing sufficient structure for this term.  I discuss each of these portions of the specification in turn and have reproduced them below.

159.    The ***first*** passage Align cites to is '444 patent, 6:47-51, which I have reproduced below.

> As discussed above, for patients that do not require complex tooth movement coordination between multiple teeth or for teeth needing relatively simple correction, the program is configured to utilize an "all-equal" pattern in staging a set of aligners to correct the teeth.

160.    This passage does not provide structure for performing the function of "ordering the movement of the dental objects in an all-equal pattern."

161.    As an initial matter, this passage does not refer to any sort of algorithm.  It simply states (1) a use case for the all-equal pattern (i.e., if the patient does not require complex tooth movement); and (2) that a "program is configured" to utilize the pattern.  This is not an algorithm and does not describe how the program is configured—just that it is.

162.    The **second** passage Align cites to is '444 patent,7:27-29, which I have reproduced below.

> FIG. 3 is a diagram representing one example of an "all equal" pattern 300 for moving the teeth of a patient in accordance with one exemplary embodiment of the invention

163.    This language is not an algorithm.  It provides no information about how the computer program is programmed to perform the function of "ordering the movement of the dental objects in an all-equal pattern."

164.    The **third** portion Align cites to is Figure 3 of the '444 patent, which I have reproduced below.



FIG. 3

165.    This figure provides no information about an algorithm.  It does not provide any information about how the computer program is programmed to perform the function of "ordering the movement of the dental objects in an all-equal pattern."

166.    As discussed above, individually none of the cited portions provide any structure for performing the function of "ordering the movement of the dental objects in an all-equal

pattern." Nor does reading these portions of the specification together provide structure for performing the claimed function. Accordingly, Align has not cited, and I have not found, any sufficient structure for performing the function of "ordering the movement of the dental objects to form an all-equal pattern."

167. In addition, notwithstanding my nearly 40 years of experience in the software coding and programming field spanning numerous industries, I have never come across the term "all-equal pattern" used in the Treatment Planning patents

### 16. "means for ordering the movement of the dental objects in a V-shaped pattern" (Claim 22)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for ordering the movement of the dental objects in a V-shaped pattern" <br><br> '444 patent, cl. 22 | Subject to § 112 ¶ 6 <br><br> • Function: ordering the movement of the dental objects in a V-shaped pattern <br><br> • Structure: None <br><br> Indefinite | a computer program configured to utilize the pattern depicted in Figure 5 and equivalents <br><br> *E.g.*, '444 patent, 9:12-15, 9:42-44, Fig. 5 |

### a. The Claimed Function

168. I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "ordering the movement of the dental objects in a V-shaped pattern." In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

169.    Align identifies the '444 patent, 9:12-15, 9:42-44 and Fig. 5 as providing sufficient structure for this term.  I discuss each of these portions of the specification in turn and have reproduced them below.

170.    The *first* passage Align cites to is '444 patent, 9:12-15, which I have reproduced below.

> For a set of teeth lacking space in between at least two teeth (i.e., over-crowding), the program is configured to utilize a "V-shaped" pattern in staging a set of aligners to correct the teeth.

171.    This passage does not provide structure for performing the function of "ordering the movement of the dental objects in a V-shaped pattern."

172.    As an initial matter, this passage does not refer to any sort of algorithm.  It simply states (1) a use case for the V-shaped pattern (i.e., a set of teeth lacking space in between at least two teeth; and (2) that a "program is configured" to utilize the pattern.  This is not an algorithm and does not describe how the program is configured—just that it is.

173.    The *second* passage Align cites to is '444 patent, 9:42-44, which I have reproduced below.

> FIG. 5 is a diagram illustrating an example of a "V-shaped" pattern 500 in accordance with one exemplary embodiment of the invention.

174.    This language is not an algorithm.  It provides no information about how the computer program is programmed to perform the function of "ordering the movement of the dental objects in a V-shaped pattern."

175.    The *third* portion Align cites to is Fig. 5 of the '444 patent, which I have reproduced below.



FIG. 5

176.    This figure provides no information about an algorithm.  It does not provide any information about how the computer program is programmed to perform the function of "ordering the movement of the dental objects in a V-shaped pattern."  Nor does it even describe what the particular V-shaped pattern should look like, such as how deep the "V" should be.

177.    As discussed above, individually none of the cited portions provide sufficient structure for performing the function of "ordering the movement of the dental objects in a V-shaped pattern."  Nor does reading these portions of the specification together provide sufficient structure for performing the claimed function.  Accordingly, Align has not cited, and I have not found, any sufficient structure for performing the function of "ordering the movement of the dental objects to form a V-shaped pattern."

178.    In addition, notwithstanding my nearly 40 years of experience in the software coding and programming field spanning numerous industries, I have never come across the term "V-shaped pattern" used in the Treatment Planning patents.

**17. "means for ordering the movement of the dental objects in an A-shaped pattern" (Claim 23)**

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for ordering the movement of the dental objects in an A-shaped pattern"<br><br>'444 patent, cl. 23 | Subject to § 112 ¶ 6<br><br>• Function: ordering the movement of the dental objects in an A-shaped pattern<br><br>• Structure: None<br><br>Indefinite | a computer program configured to utilize the pattern depicted in Figure 4 and equivalents<br><br>*E.g.*, '444 patent, 7:47-49, 8:26-28, Fig. 4 |

### a. The Claimed Function

179.    I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "ordering the movement of the dental objects in an A-shaped pattern."  In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

180.    Align identifies the '444 patent, 7:47-49, 8:26-28, Fig. 4 as providing sufficient structure for this term.  I discuss each of these portions of the specification in turn and have reproduced them below.

181.    The *first* passage Align cites to is the '444 patent, 7:47-49, which I have reproduced below.

> For a set of teeth having gaps between at least two posterior teeth, the program is configured to utilize an "A-shaped" pattern in staging a set of aligners to correct the teeth.

182.    This passage does not provide structure for performing the function of "ordering the movement of the dental objects in an A-shaped pattern."

183.    As an initial matter, this passage does not refer to any sort of algorithm.  It simply states (1) a use case for the A-shaped pattern (i.e., a set of teeth having gaps between at least two posterior teeth); and (2) that a "program is configured" to utilize the pattern.  This is not an algorithm and does not describe how the program is configured—just that it is.

184.    The **second** passage Align cites to is '444 patent, 8:26-28, which I have reproduced below.

> FIG. 4 is a diagram illustrating an example of an "A-shaped" pattern 400 in accordance with one exemplary embodiment of the invention.

185.    This language is not an algorithm.  It provides no information about how the computer program is programmed to perform the function of "ordering the movement of the dental objects in a A-shaped pattern."

186.    The **third** portion Align cites to is Figure 4 of the '444 patent, which I have reproduced below.



FIG. 4

187. This figure provides no information about an algorithm. It does not provide any information about how the computer program is programmed to perform the function of "ordering the movement of the dental objects in an A-shaped pattern." Nor does it even describe what the particular A-shaped pattern should look like, such as how sharp the "A" should be.

188. As discussed above, individually none of the cited portions provide sufficient structure for performing the function of "ordering the movement of the dental objects in an A-shaped pattern." Nor does reading these portions of the specification together provide any sufficient structure for performing the claimed function. Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "ordering the movement of the dental objects in an A-shaped pattern."

189. In addition, notwithstanding my nearly 40 years of experience in the software coding and programming field spanning numerous industries, I have never come across the term "A-shaped pattern" used in the Treatment Planning patents

### 18. "means for ordering the movement of the dental objects to form an M-shaped pattern" (Claim 24)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for ordering the movement of the dental objects to form an M-shaped pattern"<br><br>'444 patent, cl. 24 | Subject to § 112 ¶ 6<br><br>• Function:  ordering the movement of the dental objects to form an M-shaped pattern<br><br>• Structure:  None<br><br>Indefinite | a computer program configured to utilize the pattern depicted in Figure 7 and equivalents<br><br>*E.g.*, '444 patent, 11:41-44, 12:7-9, Fig. 7 |

#### a. The Claimed Function

190.    I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "ordering the movement of the dental objects to form an M-shaped pattern." In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

191.    Align identifies the '444 patent, 11:41-44, 12:7-9, Fig. 7 as providing sufficient structure for this term. I discuss each of these portions of the specification in turn and have reproduced them below.

192.    The *first* passage Align cites to is the '444 patent, 11:41-44, which I have reproduced below.

> For a set of teeth having gaps between posterior teeth and anterior teeth, the program is configured to utilize an "M-shaped" pattern in creating a set of aligners to correct the teeth.

193.    This passage does not provide structure for performing the function of "ordering the movement of the dental objects to form an M-shaped pattern."

194.    As an initial matter, this passage does not refer to any sort of algorithm. It simply states (1) a use case for the M-shaped pattern (i.e., a set of teeth having gaps between posterior teeth and anterior teeth); and (2) that a "program is configured" to utilize the pattern. This is not an algorithm and does not describe how the program is configured—just that it is.

195.    The *second* passage Align cites to is the '444 patent, 12:7-9, which I have reproduced below.

> FIG. 7 is a diagram illustrating an example of an "M-shaped pattern" 700 in accordance with one exemplary embodiment of the invention.

196.    This language is not an algorithm.  It provides no information about how the computer program is programmed to perform the function of "ordering the movement of the dental objects to form an M-shaped pattern."

197.    The ***third*** portion Align cites to is Figure 7 of the '444 patent, which I have reproduced below.



FIG. 7

198.    This figure provides no information about an algorithm.  It does not provide any information about how the computer program is programmed to perform the function of "ordering the movement of the dental objects to form an M-shaped pattern."  Nor does it even describe what the particular M-shaped pattern should look like, such as how sharp or deep the arches in the "M" should be.

199.    As discussed above, individually none of the cited portions provide sufficient structure for performing the function of "ordering the movement of the dental objects to form an M-shaped pattern."  Nor does reading these portions of the specification together provide sufficient structure for performing the claimed function.  Accordingly, Align has not cited, and I have not

found, any sufficient structure for performing the function of "ordering the movement of the dental objects to form an M-shaped pattern."

200.    In addition, notwithstanding my nearly 40 years of experience in the software coding and programming field spanning numerous industries, I have never come across the term "M-shaped pattern" used in the Treatment Planning patents.

### 19. "means for ordering the movement of the dental objects in a mid-line shift pattern" (Claim 25)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|------|--------------------------------------|-------------------------------|
| "means for ordering the movement of the dental objects in a mid-line shift pattern"<br><br>'444 patent, cl. 25 | Subject to § 112 ¶ 6<br><br>• Function: ordering the movement of the dental objects in a mid-line shift pattern<br><br>• Structure: None<br><br>Indefinite | a computer program configured to utilize either the pattern depicted in Figure 6A or Figure 6B and equivalents<br><br>*E.g.*, '444 patent, 10:19-21, 10:57-60, 11:17-20, Fig. 6A, Fig. 6B |

#### a. The Claimed Function

201.    I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "ordering the movement of the dental objects in a mid-line shift pattern."  In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

#### b. The Alleged Sufficient Structure

202.    Align identifies the '444 patent, 10:19-21, 10:57-60, 11:17-20, Fig. 6A, Fig. 6B as providing sufficient structure for this term.  I discuss each of these portions of the specification in turn and have reproduced them below.

203. The ***first*** passage Align cites to is the '444 patent, 10:19-21, which I have reproduced below.

> For a set of teeth that is off-centered (i.e., skewed to one side), the program is configured to utilize a "mid-line shift" pattern in staging a set of aligners to correct the teeth.

204. This passage does not provide structure for performing the function of "ordering the movement of the dental objects in a mid-line shift pattern."

205. As an initial matter, this passage does not refer to any sort of algorithm. It simply states (1) a use case for the mid-line shift pattern (i.e., a set of teeth that is off-centered); and (2) that a "program is configured" to utilize the pattern. This is not an algorithm and does not describe how the program is configured—just that it is.

206. The ***second*** and ***third*** passages Align cites to are the '444 patent,10:57-60, 11:17-20, which I have reproduced below.

> FIG. 6A is a diagram illustrating an example of a "mid-line shift" pattern 600 for teeth skewed (to the patient's left) less than about 1.0 mm in accordance with one exemplary embodiment of the invention.
>
> FIG. 6B is a diagram illustrating an example of an "mid line shift" pattern 600' for teeth skewed (to the patient's right) more than about 1.0 mm in accordance with one exemplary embodiment of the invention.

207. This language is not an algorithm. Neither passage provides information about how the computer program is programmed to perform the function of "ordering the movement of the dental objects in a mid-line shift pattern."

208. The ***third*** and ***fourth*** portion Align cites to are Figure 6A and Figure 6B of the '444 patent, which I have reproduced below.



FIG. 6A



FIG. 6B

209.    These figures provide no information about an algorithm.  They do not provide any information about how the computer program is programmed to perform the function of "ordering the movement of the dental objects in a mid-line shift pattern."

210.    As discussed above, individually none of the cited portions provide sufficient structure for performing the function of "ordering the movement of the dental objects in a mid-line shift pattern."  Nor does reading these portions of the specification together provide sufficient structure for performing the claimed function.  Accordingly, Align has not cited, and I have not found, any sufficient structure for performing the function of "ordering the movement of the dental objects in a mid-line shift pattern."

211.    In addition, notwithstanding my nearly 40 years of experience in the software coding and programming field spanning numerous industries, I have never come across the term "mid-line shift pattern" used in the Treatment Planning patents.

### 20. "means for staggering the movement of at least two dental objects" (Claim 26)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for staggering the movement of at least two dental objects"<br><br>'444 patent, cl. 26 | Subject to § 112 ¶ 6<br><br>• <u>Function</u>: staggering the movement of at least two dental objects<br><br>• <u>Structure</u>: None<br><br>Indefinite | a computer program configured to delay one or more teeth from moving one or more stages where it would otherwise move in order to prevent another tooth from colliding with and/or obstructing the path of the delayed tooth and equivalents<br><br>*E.g.*, '444 patent, 12:44-48 |

### a. The Claimed Function

212.　　I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "staggering the movement of at least two dental objects."　In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

213.　　Align identifies the '444 patent, 12:44-48 as providing sufficient structure for this term.　I have reproduced this portion of the specification below.

> "Staggering" is the process of delaying one or more teeth from moving one or more stages where it would otherwise move in order to prevent another tooth from colliding with and/or obstructing the path of the delayed tooth.

214.　　This passage does not provide structure for performing the function of "staggering the movement of at least two dental objects."

215.    This passage only provides a definition for "staggering"; it does not provide an algorithm or otherwise explain ***how*** the computer is to be configured to perform the function of "staggering the movement of at least two dental objects."

216.    Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "staggering the movement of at least two dental objects."

### 21. "means for round tripping at least one dental object" (Claim 27)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for round tripping at least one dental object"<br><br>'444 patent, cl. 27 | Subject to § 112 ¶ 6<br><br>• Function: round tripping at least one dental object<br><br>• Structure: None<br><br>Indefinite | a computer program configured to move a first tooth out of the path of a second tooth, and once the second tooth has moved sufficiently, move the first tooth back to its previous position before proceeding to a desired final position of the first tooth and equivalents<br><br>*E.g.*, '444 patent, 12:51-55 |

### a. The Claimed Function

217.    I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "round tripping at least one dental object." In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b. The Alleged Sufficient Structure

218.    Align identifies the '444 patent, 12:51-55 as providing sufficient structure for this term.  I have reproduced this portion of the specification below.

> "Round-tripping" is the technique of moving a first tooth out of the path of a second tooth, and once the second tooth has moved sufficiently, moving the first tooth back to its previous position before proceeding to a desired final position of that first tooth.

219.    This passage does not provide structure for performing the function of "round tripping at least one dental object."

220.    This passage only provides a definition for "round tripping"; it does not provide an algorithm or otherwise explain ***how*** the computer is to be configured to perform the function of "round tripping at least one dental object."

221.    Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "round tripping at least one dental object."

### 22. "means for slowing the movement of at least one dental object" (Claim 28)

| Term | ClearCorrect's Proposed Construction | Align's Proposed Construction |
|---|---|---|
| "means for slowing the movement of at least one dental object"<br><br>'444 patent, cl. 28 | Subject to § 112 ¶ 6<br><br>• Function:  slowing the movement of at least one dental object<br><br>• Structure:  None<br><br>Indefinite | a computer program configured to schedule one or more teeth to move at a rate less than the rate of other teeth, or even stopping the one or more teeth using interim key frames, so that collisions and/or obstructions do not occur and equivalents<br><br>*E.g.*, '444 patent, 12:48-51 |

### a.  The Claimed Function

222.    I have reviewed the parties' proposed constructions, reproduced above, and Align has not identified a function, while ClearCorrect has stated that the function is "slowing the movement of at least one dental object."  In light of my review of the '444 patent and the prosecution history, I agree that the function that ClearCorrect identified is the correct function for the claim—it mirrors the claim language.

### b.  The Alleged Sufficient Structure

223.    Align identifies the '444 patent,12:48-51 as providing sufficient structure for this term.  I have reproduced this portion of the specification below.

> "Slowing down" is the process of having one or more teeth scheduled to move at a rate less than the rate of other teeth, or even stopping using interim key frames, so that collisions and/or obstructions do not occur.

224.    This passage does not provide structure for performing the function of "slowing the movement of at least one dental object."

225.    This passage only provides a definition for "slowing down"; it does not provide an algorithm or otherwise explain ***how*** the computer is to be configured to perform the function of "slowing the movement of at least one dental object."

226.    Accordingly, for at least these reasons, Align has not cited, and I have not found, any sufficient structure for performing the function of "slowing the movement of at least one dental object."

## V.    MATERIALS CONSIDERED

227.    In forming my conclusions, I have considered the materials listed below, in addition to any materials referenced in this Declaration.

| Description | Bates Number |
|---|---|
| U.S. Patent No. 8,038,444 | |
| U.S. Patent No. 10,456,217 | |
| U.S. Patent No. 10,524,879 | |
| U.S. Patent No. 11,369,456 | |
| File History for U.S. Patent No. 10,456,217 | ALGN00001020-ALGN00001410 |
| File History for U.S. Patent No. 10,524,879 | ALGN00001411-ALGN00001822 |
| File History for U.S. Patent No. 11,369,456 | ALGN00007541-ALGN00010913 |
| File History for U.S. Patent No. 8,038,444 | ALGN00011450 -ALGN00014839 |
| File History for U.S. Patent No. 11,717,381 | CC_ALGN_00020187-CC_ALGN_00020436 |
| File History for U.S. Patent No. 10,402,631 | CC_ALGN_00020437-CC_ALGN_00020713 |
| File History for U.S. Application No. 18/481,798 | CC_ALGN_00020714 -CC_ALGN_00020783 |
| File History for U.S. Patent No. 9,326,830 | CC_ALGN_00020784-CC_ALGN_00021291 |
| File History for U.S. Patent No. 11,950,777 | CC_ALGN_00021292-CC_ALGN_00021488 |
| U.S. Provisional Application No. 60/824,022 | CC_ALGN_00020068-CC_ALGN_00020122 |
| U.S. Provisional Application No. 60/824,024 | CC_ALGN_00020123 -CC_ALGN_00020186 |
| Declaration of Dr. William Harrell Jr., DMD | |

Dated:  October 31, 2024

_____
<u>Zixiang Xiong Ph.D.</u>

# EXHIBIT A

# ZIXIANG (ZX) XIONG

Department of Electrical and Computer Engineering
Texas A&M University, College Station, TX 77843
Tel: (832) 606-7962
Email: zx@ece.tamu.edu; zxiong@yahoo.com
URL: http://lena.tamu.edu



**EXPERTISE**

1. Machine learning (ML), artificial intelligence (AI), computer vision, and pattern recognition
   - MLP, RNN, CNN, VGG-16, AlexNet, ResNet, Transformer and MetaFormer.
   - Federated learning
   - Image/video segmentation
   - Face/object recognition & tracking
   - Image denoising/enhancement/super-resolution
   - Image/video inpainting
   - Action detection and recognition
2. Audio/speech/image/video coding
   - MP3, AAC, AMR-NB/WB, FLAC
   - JPEG/JPEG-2000/HEIC/BPG
   - MPEG2/H.263/H.264/H.265/H.266, VP8, VP9, AV1
3. Internet streaming
   - CDN, MPEG2-TS, MPEG4 DASH, WebM, and HLS
4. Audio/image/video processing
   - AR/VR
   - Camera ISP and tuning
   - Mobile remote deposit capture
   - Image data hiding and digital watermarking/fingerprinting
   - Automatic content recognition (ACR)
   - Video summarization
5. 4G LTE and 5G Wireless communications
   - Source and channel coding, turbo equalization, and MIMO OFDM
6. Channel coding
   - Advanced channel coding (turbo/LDPC/polar codes) and erasure codes in storage systems
7. Medical imaging
   - 3D medical/dental imaging and compressive sensing

**PROFESSIONAL EMPLOYMENT**

| | |
|---|---|
| 2007-present | Professor, Dept of ECE, Texas A&M University |
| 2016-2018 | Visiting professor, Dept of ECSE, Monash University, Australia |
| Spring 2010 | Visiting professor, Dept of EE, Stanford University |
| 2002-2007 | Associate professor, Dept of ECE, Texas A&M University |
| 1999-2002 | Assistant professor, Dept of ECE, Texas A&M University |
| 1997-1999 | Assistant professor, Dept of EE, University of Hawaii at Manoa |
| 1995-1997 | Visiting student/Research associate, Dept of EE, Princeton University |

**ADMINISTRATIVE EXPERIENCE**

| 2019-present | Associate department head |
| 2014-2016 | Chair of T&P committee, Dept of ECE, Texas A&M U. |
| 2012-2015 | Leader, Information Science and Systems group, Dept of ECE, Texas A&M U. |

**INDUSTRY EXPERIENCE**

| 2013-present | Consultant, Shell Technology Center, Houston, TX |
| 2011-2013 | Visiting professor, The Methodist Hospital Res. Inst., Houston, TX |
| Summer 2000, 2001, 2007 & 2010 | Visiting researcher, Microsoft Research, Beijing, China |
| Winter 1999, 2000, 2003 & 2006 | Visiting researcher, Microsoft Research, Beijing, China |
| Summer 1998 & 1999 | Visiting researcher, Microsoft Research, Redmond, WA |
| 1995-1997 | MTS (part-time), Sarnoff Corporation, Princeton, NJ |

**LITIGATION & CONSULTING EXPERIENCE (2020-2024)**

27. **Law Firm:** Troutman Pepper Hamilton Sanders LLP (on behalf of plaintiff VideoLabs, Inc.)
    **Case No.:** Civil Action No. 6:22-cv-00720; Western District of Texas, Waco Division.
    **Parties:** VideoLabs, Inc. v. ASUSTeK Computer Inc.
    **Claim:** Plaintiff alleged patent infringement.
    **Technology:** H.264 & H.265 video compression.
    **Dates:** Oct. 2024-present.
    **Status:** My involvement in this case is ongoing.

26. **Law Firm:** Troutman Pepper Hamilton Sanders LLP (on behalf of plaintiff VideoLabs, Inc.)
    **Case No.:** Civil Action No. 6:22-cv-01086; Western District of Texas, Waco Division.
    **Parties:** VideoLabs, Inc. v. HP Inc.
    **Claim:** Plaintiff alleged patent infringement.
    **Technology:** H.264 & H.265 video compression.
    **Dates:** Oct. 2024-present.
    **Status:** My involvement in this case is ongoing.

25. **Law Firm:** WilmerHale LLP (on behalf of defendant ClearCorrect Operating, LLC et al.)
    **Case No.:** Civil action No. 6:24-cv-00187. Western District of Texas, Waco Division.
    **Parties:** Align Technology, Inc. v. ClearCorrect Operating, LLC et al.
    **Claim:** Plaintiff alleged patent infringement.
    **Technology:** 3D medical/dental imaging and treatment planning software.
    **Dates:** Sept. 2024-present.
    **Status:** My involvement in this case is ongoing.

24. **Law Firm:** Saikrishna Associates, India (on behalf of defendant Transsion Holdings.)
    **Case No.:** CS(COMM) 96/2024 at the High Court of Delhi
    **Parties:** Philips v. Transsion Holdings Co. Ltd.
    **Claim:** Plaintiff alleged patent infringement.
    **Technology:** Audio coding.
    **Dates:** Aug 2024-present.
    **Status:** My involvement in this case is ongoing.

23. **Law Firm:** Barnes & Thornburg LLP (on behalf of plaintiff Video Solutions Pte. Ltd.)
    **Case No.:** IPR2024-00922.
    **Parties:** Video Solutions Pte. Ltd. v. Cisco Systems, Inc.
    **Claim:** Plaintiff alleged patent infringement.
    **Technology:** Video streaming.

**Dates:** Aug 2024-present.

**Status:** My involvement in this case is ongoing.

22. **Law Firm:** Barnes & Thornburg LLP (on behalf of plaintiff Video Solutions Pte. Ltd.)

   **Case No.:** Civil Action No. 2:23-cv-222-JRG. Eastern District of Texas, Marshall Division.

   **Parties:** Video Solutions Pte. Ltd. v. Cisco Systems, Inc.

   **Claim:** Plaintiff alleged patent infringement.

   **Technology:** Video coding, transmission, and gaming.

   **Dates:** May 2024-present.

   **Status:** My involvement in this case is ongoing.

21. **Law Firm:** Barnes & Thornburg LLP (on behalf of plaintiff Video Solutions Pte. Ltd.)

   **Case No.:** IPR2024-00194 & IPR 2024-00695.

   **Parties:** Video Solutions Pte. Ltd. v. Cisco Systems, Inc.

   **Claim:** Plaintiff alleged patent infringement.

   **Technology:** Video coding, transmission, and gaming.

   **Dates:** May 2024-present.

   **Status:** I submitted my declaration in June 2024.

20. **Law Firm:** Farella Braun + Martel LLP (on behalf of defendant Adobe, Inc.)

   **Case No.:** Civil action No. 2:23-cv-06224. Central District of California.

   **Parties:** Jaffe v. Adobe Inc.

   **Claim:** Plaintiff alleged patent infringement.

   **Technology:** Digital fingerprinting and watermarking.

   **Dates:** Mar. 2024-present.

   **Status:** I submitted my declaration in Aug. 2024.

19. **Law Firm:** Alston & Bird LLP (on behalf of plaintiff Ericsson, Inc.)

   **Case No.:** ITC Investigation No. 337-TA-1387.

   **Parties:** Ericsson, Inc. v. Lenovo Group Limited.

   **Claim:** Plaintiff alleged patent infringement.

   **Technology:** HEVC/H.265 video compression.

   **Dates:** Feb. 2024-present.

   **Status:** I conducted extensive review of source code from Intel (in DC), Qualcomm (in LA), Nvidia (in Palo Alto), Apple (in Palo Alto), Microsoft (in Seattle), and AMD (in Austin) in June 2024. These source codes are mostly written in Verilog or C/C++. I also performed testing of Lenovo's redesigned products (in DC) in July. I submitted my open report on infringement in July 2024 and I was deposed in Aug. 2024.

18. **Law Firm:** McDonnell Boehnen Hulbert & Berghoff LLP (on behalf of plaintiff the Nielsen Company, LLC)

   **Case No.:** Civil action No. 23-cv-00136-GBW (Consolidated). District of Delaware.

   **Parties:** The Nielsen Company (US), LLC v. Hyphametrics, Inc.

   **Claim:** Plaintiff alleged patent infringement.

   **Technology:** Machine learning based video overlay/logo detection.

   **Dates:** Nov. 2023-present.

   **Status:** I filed my open claim construction report.

17. **Law Firm:** Spencer Fane LLP (on behalf of plaintiff Quantum Imaging, LLC)

   **Case No.:** Civil action No. 6:22-CV-00573. Western District of Texas, Austin Division.

   **Parties:** Quantum Imaging, LLC v. Sony Entertainment Inc., et al.

   **Claim:** Plaintiff alleged patent infringement.

   **Technology:** Software/Computer Hardware Architecture.

**Dates:** Oct. 2023-present.

**Status:** I conducted extensive source code review. I also submitted my declaration in support of plaintiff's opposition to defendant's motion for summary judgement of invalidity. I submitted my report on infringement in July 2024 and I was deposed in Aug. 2024.

16. **Law Firm:** Alston & Bird LLP (on behalf of plaintiff InterDigital, Inc.)

    **Case No.:** ITC Investigation No. 337-TA-1373.

    **Parties:** InterDigital, Inc. v. Lenovo Group Limited.

    **Claim:** Plaintiff alleged patent infringement.

    **Technology:** VP9/AV1 video compression.

    **Dates:** Apr. 2023-Aug. 2024.

    **Status:** I conducted extensive review of source code from Google, Apple (Palo Alto), Nvidia (in Palo Alto), MediaTek (Birmingham, AL), AMD (in San Francisco), Intel (in San Diego), and Qualcomm (in LA) during Feb-May 2024. These source codes are mostly written in Verilog or C/C++. I also performed testing of Lenovo products in April & May of 2024. I submitted my open and rebuttal report on validity in May 2024 and I was deposed in Jun. 2024. I testified on validity in the Aug. 2024 ITC hearing.

15. **Law Firm:** Fabricant LLP and McKool Smith (on behalf of plaintiff Advanced Coding Technologies LLC)

    **Case No.:** Civil action No. 2:22-cv-00499-JRG. Eastern District of Texas, Marshall Division.

    **Parties:** Advanced Coding Technologies LLC v. Samsung Electronics Co., Ltd. and LG Electronics Inc.

    **Claim:** Plaintiff alleged patent infringement.

    **Technology:** Multiview video coding and video editing.

    **Dates:** Apr. 2024-Aug. 2024.

    **Status:** I reviewed Samsung's source code in C++ and Verilog (in DC) in May 2024. I also tested Samsung Galaxy Ultra S22 phone in May 2024. I submitted my open report on infringement and rebuttal report on validity in June 2024 and was deposed in July 2024. **The case was settled in Aug. 2024.**

14. **Law Firm:** Troutman Pepper Hamilton Sanders LLP (on behalf of plaintiff 3Shape A/S)

    **Case No.:** Civil Action No. 6:22-cv-00443-ADA-DTG; Western District of Texas, Waco Division.

    **Parties:** 3Shape A/S v. Medit Corp.

    **Claim:** Plaintiff alleged patent infringement.

    **Technology:** 3D medical/dental imaging.

    **Dates:** Oct. 2022-Oct.2023.

    **Status:** I filed my open claim construction report. My involvement in this case is over. No deposition or trial testimony.

13. **Law Firm:** Troutman Pepper Hamilton Sanders LLP (on behalf of plaintiff 3Shape A/S)

    **Case No.:** Civil Action No. 1-22-cv-01829-WMR; Northern District of Georgia.

    **Parties:** 3Shape A/S v. Carestream Dental, LLC.

    **Claim:** Plaintiff alleged patent infringement.

    **Technology:** 3D medical/dental imaging.

    **Dates:** October 2022-Oct 2023.

    **Status:** I submitted by declaration in support of 3Shape's opening brief on claim construction in Jan. 2023 and my declaration in support of 3Shape's responsive brief on claim construction in Feb. 2023. No deposition or trial testimony.

12. **Law Firm:** Troutman Pepper Hamilton Sanders LLP (on behalf of plaintiff VideoLabs, Inc.)

    **Case No.:** ITC Investigation No. 337-TA-1341.

    **Parties:** VideoLabs, Inc. v. HP Inc.

    **Claim:** Plaintiff alleged patent infringement.

**Technology:** H.264 & H.265 video compression.

**Dates:** Jan 2023-Oct 2023.

**Status:** I conducted extensive review of source code from Intel (in DC), Google/AmLogic (in San Francisco), Nvidia (in Palo Alto), and Qualcomm (in LA) during Jan-Feb. 2023. These source codes are mostly written in Verilog (with a small portion in C++). I submitted my expert report on infringement & rebuttal report on validity in Aug. 2023 and I was deposed in Sept. 2023. I testified on infringement and validity in the Oct. 2023 ITC hearing.

11. **Law Firm:** Finnegan, Henderson, Farabow, Garrett & Dunner, LLP (on behalf of defendant Truist Bank.)

   **Case No.:** Civil Action No. 2:22-cv-00291; Eastern District of Texas, Marshall Division.

   **Parties:** United Services Automobile Association v. Truist Bank.

   **Claim:** Plaintiff alleged patent infringement.

   **Technology:** Mobile remote deposit capture.

   **Dates:** October 2022-October 2023.

   **Status:** My involvement in this case is over. No deposition or trial testimony.

10. **Law Firm:** Troutman Pepper Hamilton Sanders LLP (on behalf of defendant Capital One Bank USA, N.A.)

   **Case No.:** Civil action No. 1:22-cv-00031-MAC; Eastern District of Texas, Beaumont Division.

   **Parties:** Welch et al v. Capital One Bank USA, N.A. et al.

   **Claim:** Plaintiffs alleged that they never enrolled in the CreditWise service.

   **Technology:** Consumer credit service enrollment and login.

   **Dates:** May 2023 – Oct 2023.

   **Status:** I conducted source code review and submitted my expert report. No deposition or trial testimony.

9. **Law Firm:** Skiermont Derby LLP

   **Party:** Lens Correction Technologies Corp (LCT).

   **Technology:** Camera image signal processing (ISP) and tuning.

   **Dates:** Feb. 2023-May 2023.

   **Status:** My involvement is over. No deposition or trial testimony.

8. **Law Firm:** Troutman Pepper Hamilton Sanders LLP (on behalf of plaintiff VideoLabs, Inc.)

   **Case No.:** ITC Investigation No. 337-TA-1323.

   **Parties:** VideoLabs, Inc. v. Acer America Corporation; Acer Inc.; ASUS Computer International; ASUSTeK Computer Inc.; Lenovo Group Limited; Lenovo (United States) Inc.; Micro-Star International Co. Ltd.; Motorola Mobility LLC; MSI Computer Corporation.

   **Claim:** Plaintiff alleged patent infringement.

   **Technology:** H.264 & H.265 video compression.

   **Dates:** August 2022-April 2023.

   **Status:** I conducted extensive review of source code from Intel (in DC), AMD (in Austin), Google/AmLogic (in San Francisco), Nvidia (in Palo Alto), and Qualcomm (in LA) during Jan-Feb. 2023. These source codes are mostly written in Verilog (with a small portion in C++). I submitted my expert report in Feb. 2023 and I was deposed in Mar. 2023. My involvement in this case is over.

7. **Law Firm:** King & Wood Mallesons (on behalf of plaintiff ZTE Corp.)

   **Case No.:** (2021)粤 03 民初 6820 号; Shenzhen Intermediate People's Court, China.

   **Parties:** ZTE Corp. v. Tinno Mobile.

   **Claim:** Plaintiff alleged patent infringement.

   **Technology:** Wireless communications (4G/LTE & 5G).

   **Dates:** April 2022-December 2022.

   **Status:** The case is settled. No deposition or trial testimony.

6. **Law Firm:** Baker-Botts LLP

**Party:** Dell Inc.
**Technology:** H.265 video compression.
**Dates:** October 2022-December 2022.
**Status:** My involvement is over. No deposition or trial testimony.

5. **Law Firm:** McDermott Will & Emery
   **Party:** Dell Inc.
   **Technology:** H.264 & H.265 video compression.
   **Dates:** August 2022-December 2022.
   **Status:** My involvement is over. No deposition or trial testimony.

4. **Law Firm:** Baker-Botts LLP
   **Party:** Dell Inc.
   **Technology:** H.264 & H.265 video compression.
   **Dates:** January 2021-June 2022.
   **Status:** My involvement is over. No deposition or trial testimony.

3. **Law Firm:** Irell & Manella LLP (on behalf of plaintiff StreamScale, Inc.)
   **Case No.:** IPR2021-01330; IPR2021-01408.
   **Parties:** Intel Corporation v. StreamScale, Inc.
   **Claim:** Plaintiff alleged patent infringement.
   **Technology:** Erasure codes & network codes in storage systems.
   **Dates:** February 2022-April 2022.
   **Status:** The case was settled in March 2022. No deposition or trial testimony.

2. **Law Firm:** Questel Orbit Inc.
   **Party:** ZTE Corporation.
   **Technology:** Wireless communications (4G/LTE & 5G).
   **Dates:** October 2020-March 2022.
   **Status:** My involvement is over. No deposition or trial testimony.

1. **Law Firm:** Wilson Sonsini Goodrich & Rosati PC (on behalf of Defendant Bytedance Inc)
   **Case No.:** Class Action No. 5:19-cv-07792; Northern District of California.
   **Parties:** Misty Hong v. Bytedance Inc.; TikTok, Inc., et al.
   **Claim:** Plaintiff alleged personal data collection without permission.
   **Technology:** Mobile image/video sharing and network communications.
   **Dates:** April 2020-Nov. 2020.
   **Status:** I reviewed TikTok's source code remotely in summer'20 for a period of two months and set up a proxy server at home to monitor traffic (e.g., TikTok's) over my iPhone and Galaxy phones. Android version of TikTok's code is written in Java and the iOS version in Swift and Objective-C. I submitted my report in July 2020. **The case was settled in March 2021.**

## PROFESSIONAL EXPERIENCE

1. Member: *IEEE Signal Processing Society Multimedia Signal Processing Technical Committee*, 2003-2006.
2. Member: *IEEE Communications Society Multimedia Communications Technical Committee*, 2001-present.
3. Member: *IEEE Circuits and Systems Society Multimedia Systems & Applications Technical Committee*, 2001present.
4. Associate editor: *IEEE Trans. Multimedia*, 2017-2020.
5. Associate editor: *IEEE Trans. Communications*, 2008-2013.
6. Associate editor: *IEEE Trans. Systems, Man, and Cybernetics, Part B*, 2005-2009.
7. Associate editor: *IEEE Trans. Signal Processing*, 2002-2006.

8. Associate editor: *IEEE Trans. Image Processing*, 2002-2005.

9. Associate editor: *IEEE Trans. Circuits and Systems for Video Tech*, 1999-2005.

10. Guest editor: *IEEE Journal on Selected Topics in Signal Processing*, 2008.

11. Guest editor: *IEEE SPM: Special issue on signal processing for multiterminal communication systems*, 2007.

12. Guest editor: *EURASIP Signal Processing: Special issue on distributed source coding*, 2006.

13. Guest editor: *EURASIP JASP: Special issue on multimedia over IP and wireless networks*, February 2004.

14. Tutorial presenter: "Multiterminal video coding: Theory and practice," VCIP'10, Huangshan, July 2010.

15. Tutorial presenter: "Code design for MT comm. networks," Globecom'07, Washington, DC, Nov, 2007.

16. Tutorial presenter: "Distributed video coding: A summary and roadmap," ICME'07, Beijing, July, 2007.

17. Tutorial presenter: "Distributed video coding," VCIP'05, Beijing, China, July 12, 2005.

18. Tutorial presenter: "Distributed source coding: Theory, algorithms and applications," ICASSP'05, 2005.

19. Member of organizing committee, ISBI'25, Houston, TX, 2025.
20. General co-chair, MMSP'17, Luton, UK, 2017.
21. General co-chair, SIDAS'16, Wuhan, China, 2016.
22. Awards chair, Globecom'14, Austin, TX, 2014.
23. Tutorial chair, ISIT'10, Austin, TX, 2010.
24. Technical program committee co-chair, ITW'07, Lake Tahoe, CA, 2007.
25. Publications chair, ICASSP'07, Honolulu, HI, 2007.
26. Publications chair, GENSIPS'06, College Station, TX, 2006.
27. Chair of "Video and image processing" track, ICME'03, Baltimore, MD, July 2003.
28. Invited panelist on "Compressive sensing," Huangshan, Anhui, China, July 13, 2010.
29. Invited panelist on "Distributed video coding: Trends and challenges," PCS'07, Lisbon, Portugal, Nov. 2007.
30. Co-organizer of special session on "Distributed video coding," VCIP'08, San Jose, CA, January 2008.
31. Co-organizer of the Sensor Networks Session at CTW'07, Sedona, AZ, 2007.
32. Co-organizer of the Multiuser Wireless Networks Session at CTW'05, Park City, UT, June 2005.
33. Co-organizer of SS on "Distributed Source and JSCC," ICASSP'05, Philadelphia, PA, March 2005
34. Co-organizer of special session on "Distributed Source Coding," ICIP'03, Barcelona, Spain, September 2003.
35. Co-organizer of special session on "Networked Video," ICME'03, Baltimore, MD, July 2003.
36. Technical program committee member: ICASSP'02-ICASSP'13.
37. Technical program committee member: ICIP'98-ICIP'13.
38. Technical program committee member: ICME'01-ICME'13.
39. Technical program committee member: ISCAS'98-ISCAS'13.
40. Technical program committee member: VCIP'99-VCIP'13.
41. IEEE Trans. Multimedia best paper award committee chair: 2018, 2019.
42. IEEE Trans. Circuits and Systems for Video Tech. best paper award committee member: 2000, 2001, 2005.
43. NSF grant panelist: 2000, 2002, 2008, 2009, 2012, 2013, 2014, 2015, 2021, 2022.

**EDUCATION**

| | |
|---|---|
| 1996 | Ph.D. Electrical Engineering, University of Illinois at Urbana-Champaign |
| 1992 | M.S. Electrical Engineering, Illinois Institute of Technology |
| 1991 | M.A. Mathematics, University of Kansas |

1987           B.S. Electrical Engineering, Wuhan University, P. R. China

**CUMMULALTIVE RESEARCH SUPPORT**

1. $5.151 million joint grants ($1.68 million prorated) from the National Science Foundation, Qatar National Research Fund, Texas A&M University, and the industry.
2. Additional $1.911 million sole-PI grants from the National Science Foundation, the Office of Naval Research, the Army Research Office, and the industry.

**AWARDS AND HONORS**

| | |
|---|---|
| 2024 | Members-At-Large of Board of Governors |
| | Asia-Pacific Signal and Information Processing Association (APSIPA) |
| 2023 | Fellow of Asia-Pacific Artificial Intelligence Association (AAIA) |
| 2018 | Best demo paper award, 2018 IEEE Intl Conference on Multimedia and Expo |
| 2016 | IBM best student paper award, 2016 IEEE Intl Conference on Pattern Recognition |
| 2015 | Top 10% paper award, 2015 IEEE Multimedia Signal Processing Workshop |
| 2011&2012 | Office of Technology Commercialization's Patent Award, Texas A&M University |
| 2011 | Top 10% paper award, 2011 IEEE Multimedia Signal Processing Workshop |
| 2010 | William Keeler Fellow Award, Texas A&M University |
| 2008-2009 | IEEE Circuits and Systems Society Distinguished Lecturer |
| 2007 | Award for Engineering Contributions, Texas A&M University |
| 2006 | *IEEE Signal Processing Magazine* best paper award |
| 2003 | Faculty Fellow Award, Texas A&M University |
| 2002 | Select Young Faculty Award, Texas A&M University |
| 2001 | Eugene Webb Faculty Fellow Award, Texas A&M University |
| 2001 | Office of Naval Research (ONR) Young Investigator Award |
| 2000 | Army Research Office (ARO) Young Investigator Award |
| 1999 | National Science Foundation (NSF) Career Award |

**PATENTS**

1. B. Wang, Z. Xiong, D. Zhang, and H. Yu, "Bilateral denoising for digital camera images," US patent 9,275,438, filed March 2014, issued March 2016.
2. Z. Liu, V. Stankovic, and Z. Xiong, "Compress-forward coding with N-PSK modulation for the half-duplex Gaussian relay channel," US patent 8,363,747, filed March 2011, issued January 2013.
3. Q. Xu, V. Stankovic, and Z. Xiong, "Distributed source-channel coding of video using Raptor codes," US patent 8,315,306, filed September 2006, issued November 2012.
4. Y. Sun, A. Liveris, V. Stankovic, and Z. Xiong, "Source-channel approach to channel coding with side information," US patent 8,245,119, filed August 2011, issued August 2012.
5. Y. Yang and Z. Xiong, "Wyner-Ziv coding based on TCQ and LDPC codes," US patent 8,207,874, filed August 2008, issued June 2012.
6. Q. Xu, V. Stankovic, and Z. Xiong, "Layered Wyner-Ziv video coding for transmission over unreliable channels," US patent 8,073,052, filed July 2006, issued December 2011.
7. V. Stankovic, A. Liveris, Z. Xiong, and C. Georghiades, "Multi-source data encoding, transmission and decoding using Slepian-Wolf codes based on channel code partitioning," US patent 8,065,592, filed July 2010, issued November 2011.
8. Y. Sun, A. Liveris, V. Stankovic, and Z. Xiong, "Source-channel approach to channel coding with side information," US patent 8,020,082, filed March 2007, issued September 2011.
9. J. Xu, S. Li, Y. Zhang, and Z. Xiong, "Memory efficient 3-D wavelet transform for video coding without boundary effects," US patent 7,949,049, filed August 2004, issued May 2011.

10. Z. Liu, V. Stankovic, and Z. Xiong, "Compress-forward coding with N-PSK modulation for the half-duplex Gaussian relay channel," US patent 7,912,147, filed March 2006, issued March 2011.

11. V. Stankovic, A. Liveris, Z. Xiong, and C. Georghiades, "Multi-source data encoding, transmission and decoding using Slepian-Wolf codes based on channel code partitioning," US patent 7,779,326, filed March 2005, issued August 2010.

12. V. Stankovic, A. Liveris, Z. Xiong, and C. Georghiades, "Multi-source data encoding, transmission and decoding using Slepian-Wolf codes based on channel code partitioning," US patent 7,653,867, filed March 2005, issued January 2010.

13. Z. Liu S. Cheng, A. Liveris, and Z. Xiong, "Data encoding and decoding using Slepian-Wolf coded nested quantization to achieve Wyner-Ziv coding," US patent 7,649,479, filed October 2007, issued January 2010.

14. Z. Liu S. Cheng, A. Liveris, and Z. Xiong, "Data encoding and decoding using Slepian-Wolf coded nested quantization to achieve Wyner-Ziv coding," US patent 7,602,317, filed October 2007, issued October 2009.

15. Z. Liu S. Cheng, A. Liveris, and Z. Xiong, "Data encoding and decoding using Slepian-Wolf coded nested quantization to achieve Wyner-Ziv coding," US patent 7,420,484, filed October 2007, issued September 2008.

16. Y. Yang and Z. Xiong, "Wyner-Ziv coding based on TCQ and LDPC codes," US patent 7,414,549, filed August 2006, issued August 2008.

17. Z. Liu S. Cheng, A. Liveris, and Z. Xiong, "Data encoding and decoding using Slepian-Wolf coded nested quantization to achieve Wyner-Ziv coding," US patent 7,295,137, filed March 2005, issued November 2007.

18. H. Cai, G. Shen, Z. Xiong, S. Li, and B. Zeng, "Packetization of FGS/PFGS video bitstreams," US patent 7,283,589, filed March 2003, issued October 2007.

19. Z. Liu S. Cheng, A. Liveris, and Z. Xiong, "Data encoding and decoding using Slepian-Wolf coded nested quantization to achieve Wyner-Ziv coding," US patent 7,256,716, filed March 2005, issued August 2007.

20. S. Cheng, H. Yu, and Z. Xiong, "Enhanced method for digital data hiding," US patent 7,076,659, filed February 2002, issued July 2006.

21. S. Cheng, H. Yu, and Z. Xiong, "Method and apparatus for audio error concealment using data hiding," US patent 7,047,187, filed February 2002, issued May 2006.

22. J. Xu, S. Li, Z. Xiong, and Y.-Q. Zhang, "Memory efficient 3-D wavelet transform for video coding without boundary effects," US patent 6,795,504, filed June 2000, issued September 2004.

23. T. Chiang, J. Lee, Y.-Q. Zhang, and Z. Xiong, "Apparatus and method for quadtree based variable block size motion estimation," US patent 6,084,908, filed October 1996, issued July 2000.

**BOOK CHAPTERS**

1. Z. Xiong, "Distributed video coding," *Multimedia Image and Video Processing*, L. Guan, Y. He, and S.-Y. Kung (Eds.), CRC, 2012.

2. Z. Xiong, A. Liveris, and Y. Yang, "Distributed source coding," *Handbook on Sensor and Array Processing*, R. Liu and S. Haykin (Eds.), Wiley, 2009.

3. Z. Xiong and K. Ramchandran, "Wavelet image compression," *The Essential Guide to Image Processing*, A. Bovik, ed., Elsevier, 2009.

4. V. Stankovic, A. Host-Madsen, and Z. Xiong, "Cooperative diversity for wireless ad hoc networks: Capacity bounds and code designs," *Adaptive processing in wireless communications*, M. Ibnkahla, (Ed.), CRC Press, 2008.

5. R. Hamzaoui, V Stankovic, Z. Xiong, K. Ramchandran, R. Puri, A. Majumdar, and J. Chou "Channel protection and joint source channel coding techniques," *Multimedia over IP and Wireless Networks: Compression, Networking, and Systems*, M. van der Schaar and P. Chou (Eds.), Academic Press, 2007.

6. R. Hamzaoui, V Stankovic, and Z. Xiong, "Forward error control for packet loss and corruption," *Multimedia over IP and Wireless Networks: Compression, Networking, and Systems*, M. van der Schaar and P. Chou (Eds.), Academic Press, 2007.

7. Z. Xiong and K. Ramchandran, "Wavelet image compression," *Handbook of Image and Video Processing*, A. Bovik (Ed.), 2nd ed., Academic Press, 2005.

8. Z. Xiong and K. Ramchandran, "Wavelet image compression," *Handbook of Image and Video Processing*, A. Bovik (Ed.), Academic Press, 2000.

9. A. Nosratinia, G. Davis, Z. Xiong, and R. Rajagopalan, "Subband image compression," *Wavelet, subband and block transforms in communications and multimedia*, A. Akansu and M. Medley (Eds.), Kluwer, 1999.

10. W. A. Pearlman, B.-J. Kim, and Z. Xiong, "Very low bitrate embedded video coding with 3D SPIHT," *Wavelet Image and Video Compression*, P. Topiwala (Ed.), Kluwer, 1998.

11. Z. Xiong, K. Ramchandran, and M. T. Orchard, "Space-frequency quantization for wavelet image coding," *Wavelet Image and Video Compression*, P. Topiwala (Ed.), Kluwer, 1998.

**JOURNAL PAPERS – ACCEPTED/PUBLISHED**

1. J. Yang, Z. Wang, B. Huang, J. Ai, Y. Yang, J. Xiao, and Z. Xiong, ``Luminance decomposition and reconstruction for high dynamic range video quality assessment," Pattern Recognition, to appear.

2. C. Du, Z. Yan, Z. Xiong, and L. Yu, ``Boosting integral-based human pose estimation through implicit heatmap learning," Neural Networks, vol. 179, #106524, Nov. 2024.

3. M. Xiong, Y. Xua, R. Hub, Z. Wang, J. Del Serd, K. Muhammadf, and Z. Xiong, ``Domain generalized person reidentification based on skewness regularity of higher-order statistics," Knowledge-Based Systems, vol. 301, #112206, Oct. 2024.

4. J. Wang, Z. Wang, B. Huang, J. Ai, Y. Wang, and Z. Xiong, ``Joint distortion restoration and quality feature learning for no-reference image quality assessment," ACM Trans. on Multimedia Computing Communications and Applications, vol. 20, Article No.195, pp. 1–20, March 2024.

5. K. Zhao, T. Lu, J. Wang, Y. Zhang, J. Jiang, and Z. Xiong ``Hyper-Laplacian prior for remote sensing image super-resolution," IEEE Trans. Geoscience and Remote Sensing, vol. 62, #5634514, 2024.

6. M. Li, Y. Hou, X. Song, C. Hou, Z. Xiong, and D. Ma, ``Self-attention guided multi-indicator retrieval for ocean surface wind field with multi-modal data augmentation and fusion," IEEE Trans. Geoscience and Remote Sensing, vol. 62, #4108822, 2024

7. M. Li, Y. Hou, X. Song, C. Hou, Z. Wang, Z. Xiong, and D. Ma, "WSPTGAN for global ocean surface wind speed generation with high temporal resolution and spatial coverage," IEEE Trans. Geoscience and Remote Sensing, vol. 62, #4102719, 2024.

8. K. Zhao, T. Lu, Y. Zhang, J. Jiang, Z. Wang, and and Z. Xiong, ``Structure-texture dual preserving for remote sensing image super-resolution," IEEE Journal of Selected Topics in Applied Earth Observations and Remote Sensing, vol. 17, pp. 5527-5540, 2024.

9. T. Lu, Y. Wang, Y. Zhang, J. Jiang, Z. Wang, and and Z. Xiong, "Rethinking prior-guided face super-resolution: A new paradigm with facial component prior," IEEE Trans. Neural Networks and Learning Systems, vol. 35, no. 3, pp. 3938-3952, March 2024.

10. Y. Wang, T. Lu, Y. Yao, Y. Zhong, and Z. Xiong, ``Learning to hallucinate face in the dark," IEEE Trans. Multimedia, vol. 26, pp. 2314-2326, 2024.

11. K. Jiang, Z. Wang, P. Yi, C. Chen, G. Wang, Z. Han, J. Jiang, and Z. Xiong, "Multi-scale hybrid fusion network for single image deraining," IEEE Trans. Neural Networks and Learning Systems, vol. 34, no. 7, pp. 3594-3608, July 2023.

12. Y. Wang, T. Lu, Y. Zhang, Z. Wang, J. Jiang, and Z. Xiong, ``FaceFormer: Aggregating global and local representation for face hallucination," IEEE Trans. Circuits and Systems for Video Tech, vol. 33, no. 6, pp. 2533-2545, June 2023.

13. C. Du, Z. Yan, H. Yu, L. Yu, and Z. Xiong, "Hierarchical associative encoding and decoding for bottom-up human pose estimation," IEEE Trans. Circuits and Systems for Video Tech, vol. 33, pp. 1762-1774, April 2023.

14. K. Zeng, Z. Wang, T. Lu, J. Chen, J. Wang, and Z. Xiong, ``Self-attention learning network for face super-resolution," Neural Networks, vol. 160, pp. 164-174, March 2023.

15. X. Song, X. Song, L. Yang, M. Li, C. Hou, and Z. Xiong, "Body size measurement based on deep learning for image segmentation by binocular stereovision system," Multimedia Tools and Applications, 2022.

16. M. Hu, R. Hu, Z. Wang, Z. Xiong, and R. Zhong, "Spatio-temporal attention model for unsupervised video summarization," Multimedia Tools and Applications, 2022.

17. J. Chen, Z. Wang, K. Zeng, Z. He, and Z. Xiong, "Rethinking lightweight: Multi-angle strategy for efficient video action recognition," IEEE Signal Processing Letters, vol. 20, pp. 498-502, January 2022.

18. K. Jiang, Z. Wang, P. Yi, T. Lu, J. Jiang, and Z. Xiong, "Dual-path deep fusion network for face image hallucination," IEEE Trans. Neural Networks and Learning Systems, vol. 33, pp. 378-391, Jan. 2022.

19. K. Jiang, Z. Wang, P. Yi, C. Chen, X. Wang, J. Jiang, and Z. Xiong, "Multi-level memory compensation network for rain removal via divide-and-conquer strategy," IEEE Journal of Selected Topics in Signal Processing: Special Issue on Deep Learning for Image/Video Restoration and Compression, vol. 15, pp. 216-228, Feb. 2021.

20. L. Yang, Q. Huang, X. Song, M. Li, C. Hou, and Z. Xiong, "Girth measurement based on multiview stereo images for garment design," IEEE Access, vol. 8, pp. 160338-160354, 2020.

21. M. Radosavljevic, Z. Xiong, L. Lu, D. Hohl, and D. Vukobratovic, "High bit-depth seismic data compression: A novel codec under the framework of HEVC," IEEE Access, vol. 8, pp. 114443-114459, 2020.

22. M. Radosavljevic, B. Brkljac, P. Lugonja, V. Crnojevic, Z. Trpovski, Z. Xiong, and D. Vukobratovic, "Lossy compression of multispectral satellite images with application to crop thematic mapping: A HEVC comparative study," Remote Sensing, 12, 1590, May 2020.

23. M. Baig, L. Yu, Z. Xiong, A. Host-Madsen, H. Li, and W. Li, "On the energy-delay tradeoff in streaming data," IEEE Trans. on Information Theory, vol. 66, pp. 1861-1881, March 2020.

24. L. Zhou, Z. Wang, Y. Luo, and Z. Xiong, "Separability and compactness network for image recognition and super-resolution," IEEE Trans. Neural Networks and Learning Systems, vol. 30, pp. 3275-3286, Nov. 2019.

25. L. Yang, M. Li, X. Song, Z. Xiong, C. Hou, and B. Qu, "Vehicle speed measurement based on binocular stereovision system," IEEE Access, vol. 7, pp. 106628-106641, 2019.

26. T. Lu, X. Hao, Y. Zhang, K. Liu, and Z. Xiong, "Parallel region-based deep residual networks for face hallucination," IEEE Access, vol. 7, pp. 81266-81278, 2019.

27. K. Liu, R. Wang, C. Yue, F. Liu, T. Lu, and Z. Xiong, "Interference range-reduced cooperative multiple access with optimal relay selection for large scale wireless networks," Sensors, 19, 2565, June 2019.

28. Y. Cui, S. Chen, Z. Xiong, X. Wang, and D. Li, "iLDPC coded RCM scheme with optimised interleaver," IET Communications, vol. 12, pp. 2052-2057, 2018.

29. L. Arjomandi, G. Khadka, Z. Xiong, and N. Karmakar, "Document verification: A cloud-based computing pattern recognition approach to chipless RFID," IEEE Access, vol. 6, pp. 78007-78015, Dec. 2018.

30. T. Lu, K. Zeng, Y. Zhang, J. Jiang, and Z. Xiong, "Group embedding for face hallucination," IEEE Access, vol. 6, pp. 63402-63415, Dec. 2018.

31. K. Guo, T. Liu, C. Yang, and Z. Xiong, "Interference coordination and resource allocation planning with predicted average channel gains for HetNets," IEEE Access, vol. 6, pp. 60137-60151, Dec. 2018.

32. T. Lu, X. Chen, Y. Zhang, C. Chen, and Z. Xiong, "SLR: Semi-coupled locality-constrained representation for very low resolution face recognition and super resolution," IEEE Access, vol. 6, pp. 56269-56281, Dec. 2018.

33. K. Guo, C. Yang, T. Liu, and Z. Xiong, "Jointly optimizing user association and BS muting for cache-enabled networks with network-coded multicast and reconstructed interference cancelation," IEEE Trans. Communications, vol. 66, pp. 5539-5553, Nov. 2018.

34. T. Lu, Y. Guan, Y. Zhang, S. Qu, and Z. Xiong, "Robust and efficient face recognition via low-rank supported extreme learning machine," Multimedia Tools and Applications, vol. 77, pp. 11219-11240, 2018.

35. C. Zhu, L. Yu, and Z. Xiong, "A non-coverage field model for improving the rendering quality of virtual views," IEEE Trans. Multimedia, vol. 20, pp. 738-753, March 2018.

36. P. Yuan, H. Mai, J. Li, D. Ho, Y. Lai, S. Liu, D. Kim, Z. Xiong, D. Alfi, J. Teichgraeber, J. Gateno, and J. Xia, "Design, development and clinical validation of computer-aided surgical simulation system for streamlined orthognathic surgical planning," Intl Journal of Computer Assisted Radiology and Surgery, vol. 12, pp. 2129-2143, Dec. 2017.

37. Y. Lyu, S. Hong, L. Wang, and Z. Xiong, ``Reliability oriented decoding strategy for LDPC codes based D-JSCC system,'' *IEEE Communications Letters*, vol. 21, pp. 2364-2367, Nov. 2017.

38. T. Lu, Z. Xiong, Y. Zhang, B. Wang, and T. Lu, ``Robust face super-resolution via locality-constrained low-rank representation,'' *IEEE Access: Special Section on Advanced Data Analytics for Large-scale Complex Data environments*, vol. 5, pp. 13103 - 13117, 2017.

39. B. Chen, C. Yang, and Z. Xiong, "Optimal caching and scheduling for cache-enabled D2D communications", IEEE Communications Letters, vol. 21, pp. 1155-1158, May 2017.

40. Y. Pan, R. Liu, B. Guan, Q. Du, and Z. Xiong, "Accurate depth extraction method for multiple light-coding based depth cameras," IEEE Trans. Multimedia, vol. 19, pp. 685-701, April 2017.

41. W. Duan, M. Wen, Z. Xiong, and M. Lee, "Two-stage power allocation for dual-hop relaying systems with non-orthogonal multiple access," IEEE Access, vol. 5, pp. 2254 - 2261, March 2017.

42. C. Yao, C. Yang, and Z. Xiong, "Predictive energy-saving resource planning and allocation," IEEE Trans. Communications, vol. 64, pp. 5078-5095, Dec. 2016.

43. J. Xiao, R. Hu, L. Liao, Y. Chen, Z. Wang, and Z. Xiong, "Knowledge-based coding of objects for multisource surveillance video data," IEEE Trans. Multimedia, vol. 16, pp. 1691-1706, Sept. 2016.

44. Q. Chen, L. Wang, S. Hong, and Z. Xiong, "Performance improvement of JSCC scheme through re-designing channel code," IEEE Communications Letters, vol. 20, pp. 1088-1091, June 2016.

45. M. Liao, Y. Zhang, and Z. Xiong, "The diversity of STF-coded MIMO-OFDM systems with a general correlation model," EURASIP Journal on Wireless Communications and Networking, 2016:39, 2016.

46. C. Chen, L. Wang, and Z. Xiong, "Matching criterion between source statistics and source coding rate," *IEEE Communications Letters*, vol. 19, pp. 1504-1507, Sept. 2015.

47. D. Wu, C. Yang, and Z. Xiong, "On maximum linearly achievable degrees of freedom region of 2x2x2 interference network with arbitrary antenna configurations," *IEEE Trans. Signal Processing*, vol. 63, pp. 3770-3782, July 2015.

48. N. Jiang, Y. Yang, A. Host-Madsen, and Z. Xiong, "On the minimum energy of sending correlated sources over the Gaussian MAC," *IEEE Trans. Information Theory*, vol. 60, pp. 6254-6275, October 2014.

49. Q. Huang, L. Tang, Z. Wang, Z. Xiong, and S. He, "Low-complexity encoding of quasi-cyclic codes based on the Galois Fourier transform," *IEEE Trans. Communications*, vol. 62, pp. 1757-1767, June 2014.

50. Y. Yang and Z. Xiong, "Distributed compression of linear functions: Partial sum-rate tightness and gap to optimal sum-rate," *IEEE Trans. Information Theory*, vol. 60, pp. 2835-2855, May 2014.

51. R. Zhang, C. Zhao, Z. Xiong, and X. Zhou, "Pathway bridge based multi-objective optimization approach for lurking pathway prediction," *BioMed Research International*, vol. 2014, ID 351095, April 2014.

52. D. Wu, C. Yang, T. Liu, and Z. Xiong, "Feasibility conditions for interference neutralization in relay-aided interference channel," *IEEE Trans. Signal Processing*, vol. 62, pp. 1408-1423, March 2014.

53. M. Uppal, G. Yue, Y. Xin, X. Wang, and Z. Xiong, "A robust multi-level design for dirty-paper coding," *IEEE Trans. Communications*, vol. 61, pp. 2612-2623, July 2013.

54. Y. Chang, J. Xia, P. Yuan, T. Kuo, Z. Xiong, J. Gateno, and X. Zhou, "3D segmentation of maxilla in cone-beam computed tomography imaging using base invariant wavelet active shape model on customized two-manifold topology," *Journal of X-Ray Science and Technology*, vol. 21, no. 3, pp. 251-282, 2013.

55. Y. Yang, Y. Zhang, and Z. Xiong, "A new sufficient condition for sum-rate tightness in quadratic Gaussian multiterminal source coding," *IEEE Trans. Information Theory*, vol. 59, pp. 408-423, January 2013.

56. Y. Yang, Z. Xiong, Y. Wu, and P. Zhang, "A density evolution based framework for dirty paper code design using TCQ and multilevel LDPC codes," *IEEE Communications Letters*, vol. 16, pp. 1544-1547, October 2012.

57. Y. Yang and Z. Xiong, "On the generalized Gaussian CEO problem," *IEEE Trans. Information Theory*, vol. 58, pp. 3350-3372, June 2012.

58. Y. Chang, J. Xia, X. Zhou, J. Gateno, Z. Xiong, J. Teichgraeber, and R. Lasky, "In-vitro evaluation of a new approach to digital dental model articulation," *Journal of Oral and Maxillofacial Surgery*, , vol. 70, pp. 952-962, April 2012.

59. Y. Yang and Z. Xiong, "The sum-rate bound for a new class of quadratic Gaussian multiterminal source coding problems," *IEEE Trans. Information Theory*, vol. 58, pp. 693-707, February 2012.

60. A. Host-Madsen, M. Uppal, and Z. Xiong, "On outage capacity in the low power regime," *IEEE Trans. Information Theory*, vol. 58, pp. 888-896, February 2012.

61. Y. Yang, Y. Zhang, and Z. Xiong, "On the sum-rate loss of quadratic Gaussian multiterminal source coding," *IEEE Trans. Information Theory*, vol. 57, pp. 5588-5614, September 2011.

62. M. Guo, Z. Xiong, F. Wu, X. Ji, D. Zhao, and W. Gao, "Witsenhausen-Wyner video coding," *IEEE Trans.*

63. *Circuits and Systems for Video Tech.*, vol. 21, pp. 1049-1060, August 2011.

64. M. Uppal, G. Yue, X. Wang, and Z. Xiong, "A rateless coded protocol for half-duplex wireless relay channels," *IEEE Trans. Signal Processing*, vol. 59, pp. 209-222, January 2011.

65. Y. Chang, J. Xia, J. Gatena, Z. Xiong, X. Zhou, and S. Wong, "An automatic and robust algorithm of reestablishment of digital dental occlusion," *IEEE Trans. Medical Imaging*, vol. 58, pp. 4720-4734, September 2010.

66. M. Uppal, Z. Yang, A. Host-Madsen, and Z. Xiong, "Cooperation in the low power regime for the MAC using multiplexed rateless codes," *IEEE Trans. Signal Processing*, vol. 58, pp. 4720-4734, September 2010.

67. M. Uppal, Z. Liu, V. Stankovic, and Z. Xiong, "Compress-forward coding with BPSK modulation for the half-duplex Gaussian relay channel," *IEEE Trans. Signal Processing*, vol. 57, pp. 4467-4481, November 2009.

68. D. Vukobratovic, V. Stankovic, D. Sejdinovic, L. Stankovic, and Z. Xiong, "Scalable video multicast using expanding window Fountain codes," *IEEE Trans. Multimedia: Special Issue on Quality-Driven Cross-Layer Design for Multimedia Communications* , vol. 11, pp. 1094-1104, October 2009.

69. Y. Sun, Y. Yang, A. Liveris, V. Stankovic, and Z. Xiong, "Near-capacity dirty-paper code design: A source-channel coding approach," *IEEE Trans. Information Theory*, vol. 55, pp. 3013-3031, July 2009.

70. M. Uppal, V. Stankovic, and Z. Xiong, "Code design for MIMO broadcast channels," *IEEE Trans. Communications*, vol. 57, pp. 986-996, April 2009.

71. C. Khirallah, V. Stankovic, L. Stankovic, Y. Yang, and Z. Xiong, "Compress-spread-forward with multiterminal source coding and complete complementary sequences," *IEEE Trans. Communications*, vol. 57, pp. 884-887, April 2009.

72. Y. Wu, V. Stankovic, Z. Xiong, and S. Y. Kung, "On practical design for joint distributed source and network coding," *IEEE Trans. Information Theory*, vol. 55, pp. 1709-1720, April 2009.

73. Y. Yang, V. Stankovic, Z. Xiong, and W. Zhao, "Two-terminal video coding," *IEEE Trans. Image Processing*, vol. 18, pp. 534-551, March 2009.

74. Y. Yang, S. Cheng, W. Zhao, and Z. Xiong, "Wyner-Ziv coding based on TCQ and LDPC codes," *IEEE Trans. Communications*, vol. 57, pp. 376-387, February 2009.

75. C. Khirallah, V. Stankovic, L. Stankovic, Y. Yang, and Z. Xiong, "Bandwidth efficient multi-station streaming based on complete complementary sequences," *IEEE Trans. Wireless Communications*, vol. 8, pp. 552-556, February 2009.

76. Q. Xu, J. Hua, Z. Xiong, M. Bittner, and E. Dougherty, "The effect of microarray image compression on expression-based classification," *Signal, Images and Video Processing*, vol. 3, pp. 53-61, February 2009.

77. Y. Yang, V. Stankovic, W. Zhao, and Z. Xiong, "On multiterminal source code design," *IEEE Trans. Information Theory*, vol. 54, pp. 2278-2302, May 2008.

78. Y. Sun, M. Uppal, A. Liveris, S. Cheng, V. Stankovic, and Z. Xiong, "Nested turbo codes for the Costa problem," *IEEE Trans. Communications*, vol. 56, pp. 388-399, March 2008.

79. L. Zou, S. Cheng, Z. Xiong, M. Lu, and K. Castleman, "3D feature extraction based on wrapped example faces," *IEEE Trans. Information Forensics and Security: Special Issue on on Human Detection and Recognition*, vol. 2, pp. 513-528, September 2007.

80. V. Stankovic, Y. Yang, and Z. Xiong, "Distributed source coding for multimedia multicast over heterogeneous networks," *IEEE Journal on Selected Topics in Signal Processing: Special Issue on Network-Aware Multimedia Processing and Communications*, vol. 1, pp. 220-230, August 2007.

81. Q. Xu, V. Stankovic, and Z. Xiong, "Wyner-Ziv video compression and fountain codes for receiver-driven layered multicast," *IEEE Trans. Circuits and Systems for Video Tech.*, vol. 17, pp. 901-906, July 2007.

82. Q. Xu, V. Stankovic, and Z. Xiong, "Distributed source-channel coding of video using Raptor codes," *IEEE JSAC on Cross-Layer Optimized Wireless Multimedia Communications* , vol. 25, pp. 851-861, May 2007.

83. K. Yang, V. Stankovic, Z. Xiong, and X. Wang, "Scalable video over a multicarrier chip-interleaved multiuser UWB system," *Wireless Communications and Mobile Computing: Special Issue on Video Communications for 4G Wireless Systems*, vol. 7, pp. 143-158, February 2007.

84. N. Raja, Z. Xiong, and M. Fossorier, "Combined source-channel coding of images under power and bandwidth constraints," *EURASIP Journal on Applied Signal Processing*, vol. 2007, article ID 49172, 9 pages, 2007.

85. Y. Sun, Z. Xiong, and X. Wang, "Scalable image transmission over differentially space-time coded OFDM systems," *Wireless Communications and Mobile Computing*, vol. 6, pp. 1057-1075, December 2006.

86. Q. Xu, J. Hua, Z. Xiong, E. Suh, and E. Dougherty, "Confidence intervals for the true classification error conditioned on the estimated error," *Technology in Cancer Research and Treatment: Special Issue on Microarray Technology in Cancer Research*, vol. 5, pp. 579-590, December 2006.

87. Q. Xu and Z. Xiong, "Layered Wyner-Ziv video coding," *IEEE Trans. Image Processing*, vol. 15, pp. 3791-3803, December 2006.

88. Q. Xu, V. Stankovic, and Z. Xiong, "Layered Wyner-Ziv video coding for transmission over unreliable channels," *Signal Processing: Special Section on Distributed Source Coding*, vol. 86, pp. 3212-3225, November 2006.

89. Z. Liu, S. Cheng, A. Liveris, and Z. Xiong, "Slepian-Wolf coded nested lattice quantization for Wyner-Ziv coding: High-rate performance analysis and code design," *IEEE Trans. Information Theory*, vol. 52, pp. 4358-4379, October 2006.

90. V. Stankovic, A. Host-Madsen, and Z. Xiong, "Cooperative diversity for wireless ad hoc networks: Capacity bounds and code designs," *IEEE Signal Processing Magazine*, vol. 23, pp. 37-49, September 2006.

91. Y. Sun and Z. Xiong, "Scalable image transmission over space-time coded OFDM systems with adaptive modulation," *IEEE Trans. Mobile Computing*, vol. 5, pp. 1016-1028, August 2006.

92. C. Lan, K. Narayanan, and Z. Xiong, "Source-optimized irregular repeat accumulate codes with inherent unequal error protection capabilities and their application to scalable image transmission," *IEEE Trans. Image Processing*, vol. 15, pp. 1740-1750, July 2006.

93. H. Cai, B. Zeng, G. Shen, Z. Xiong, and S. Li, "On packetization of fine granularity scalable video bitstreams for scalable streaming," *EURASIP Journal on Applied Signal Processing: Special Issue on Advanced Video Technologies and Applications for H.264/AVC and Beyond*, vol. 2006, Article ID 45412, 11 pages, 2006.

94. J. Hua, Y. Balagurunathan, Y. Chen, J. Lowey, M. Bittner, Z. Xiong, Ed Suh, and E. Dougherty, "Normalization benefits microarray-based classification," *EURASIP Journal on Bioinformatics and Systems Biology*, vol. 2006, Article ID 43056, 13 pages, 2006.

95. J. Hua, J. Lowey, Z. Xiong, E. Suh, and E. Dougherty, "Noise-injected neural networks show promise for use on small-sample expression data," *BMC bioinformatics*, vol. 7:273, May 2006.

96. S. Zhao, Z. Xiong, X. Wang, and J. Hua, "Progressive video delivery over wideband wireless channels using space-time differentially coded OFDM systems", *IEEE Trans. Mobile Computing*, vol. 5, pp. 303-316, April 2006.

97. V. Stankovic, A. Liveris, Z. Xiong, and C. Georghiades, "On code design for the Slepian-Wolf problem and for lossless multiterminal communication networks," *IEEE Trans. Information Theory*, vol. 52, April 2006.

98. V. Stankovic, S. Cheng, and Z. Xiong, "On dualities in multiterminal coding problems," *IEEE Trans. Information Theory*, vol. 52, pp. 307-315, January 2006.

99. S. Cheng, V. Stankovic, and Z. Xiong, "Computing the channel capacity and rate-distortion function with two-sided state information," *IEEE Trans. Information Theory*, vol. 51, pp. 4418-4425, December 2005.

100. Z. Liu, M. Zhao, and Z. Xiong, "Efficient rate allocation for progressive image transmission over finite-state Markov channels," *IEEE Trans. Signal Processing*, vol. 53, pp. 4330-4338, November 2005.

101. R. Hamzaoui, V. Stankovic, and Z. Xiong, "Efficient error protection of scalable image bitstreams," *IEEE Signal Processing Magazine*, November 2005.

102. R. Hamzaoui, V. Stankovic, and Z. Xiong, "Fast algorithm for distortion-based error protection of embedded image codes," *IEEE Trans. Image Processing*, vol. 14, pp. 1417- 1421, October 2005.

103. S. Cheng and Z. Xiong, "The nonuniform modulated complex lapped transform and its application to audio coding and image denoising," *IEEE Trans. Multimedia*, vol. 7, pp. 817- 827, October 2005.

104. E. Dougherty, J. Hua, Z. Xiong, and Y. Chen, "Optimal robust classifiers," *Pattern Recognition*, pp. 15201532, October 2005.

105. Q. Wu, Z. Liu, T. Chen, Z. Xiong, and K. Castleman, "Subspace-based prototyping and classification of chromosomes images," *IEEE Trans. Image Processing: Special Issue on Molecular and Cellular Bioimaging*, vol. 14, pp. 1277-1287, September 2005.

106. S. Cheng and Z. Xiong, "Successive refinement for the Wyner-Ziv problem and layered code design," *IEEE Trans. Signal Processing*, vol. 53, pp. 3269-3281, August 2005.

107. L. Zou, M. Lu, and Z. Xiong, "A distributed algorithm for the dead-end problem of location-based routing in sensor networks," *IEEE Trans. Vehicular Technology*, July 2005.

108. J. Hua, Z. Xiong, Q. Wu, and K. Castlemen, "Wavelet-based wavelet compression of M-FISH images," *IEEE Trans. Biomedical Engineering*, vol. 52, pp. 890-900, May 2005.

109. Y. Sun, Z. Xiong, and X. Wang, "EM-based iterative receiver design with carrier frequency offset estimation for OFDM-coded MIMO systems," *IEEE Trans. Communications*, vol. 53, pp. 581-586, April 2005.

110. J. Hua, Z. Xiong, J. Lowey, E. Suh, and E. Dougherty, "A study of the optimal number of features as a function of sample size for various classification rules," *Bioinformatics*, vol. 21, pp. 1509-1515, April 2005.

111. J. Hua, Z. Xiong, and E. Dougherty, "Determination of the optimal number of features for quadratic discriminant analysis via the normal approximation to the discriminant distribution," *Pattern Recognition*, vol. 38, pp. 403-421, March 2005.

112. V. Stankovic, R. Hamzaoui, and Z. Xiong, "Packet erasure protection for multicasting," *IEEE Signal Processing Letters*, vol. 12, pp. 154-157, February 2005.

113. S. Zhao, Z. Xiong, and X. Wang, "Optimal resource allocation for wireless video over CDMA networks," *IEEE Trans. Mobile Computing*, vol. 4, pp. 56-67, January/February 2005.

114. Q. Zhang, G. Wang, Z. Xiong, J. Zhou, and W. Zhu, "Error robust scalable audio streaming over wireless IP networks," *IEEE Trans. Multimedia*, vol. 6, pp. 897-909, December 2004.

115. Z. Xiong, A. Liveris, and S. Cheng, "Distributed source coding for sensor networks," *IEEE Signal Processing Magazine*, vol. 21, pp. 80-94, September 2004.

116. L. Luo, F. Wu, S. Li, Z. Xiong, and Z. Zhuang, "Advanced motion-threading techniques for 3D wavelet video coding," *Signal Processing: Image Communication: Special Issue on Subband/Wavelet Interframe Video Coding*, vol. 19, pp. 601-616, August 2004.

117. V. Stankovic, R. Hamzaoui, and Z. Xiong, "Real-time near-optimal protection of embedded data for packet erasure and fading channels," *IEEE Trans. Circuits and Systems for Video Tech.*, vol. 14, pp. 1064-1072, August 2004.

118. Y. Sun, Z. Xiong, and X. Wang, "Iterative decoding of differentially space-time coded multiple descriptions of images," *IEEE Signal Processing Letters*, vol. 11, pp. 686-689, August, 2004.

119. D. Ye, C. Barker, Z. Xiong, and W. Zhu, "Wavelet-based smoothing of VBR video traffic," *IEEE Trans. Multimedia*, vol. 6, pp. 611-623, August 2004.

120. C. Lan, T. Chu, K. Narayanan, and Z. Xiong, "Scalable image and video transmission using irregular repeat accumulate codes with fast algorithm for optimal unequal error protection," *IEEE Trans. Communications*, vol. 52, pp. 1092-1101, July 2004.

121. V. Stankovic, R. Hamzaoui, and Z. Xiong, "Fast forward error protection algorithms for transmission of packetized multimedia bitstreams over varying channels," *IEEE Trans. Multimedia: Special Issue on Streaming Media*, vol. 6, pp. 240-248, April 2004.

122. J. Hua, Z. Liu, Z. Xiong, Q. Wu, and K. Castleman, "Microarray BASICA: Background Adjustment, Segmentation, Image Compression and Analysis of microarray images," *EURASIP Journal on Applied Signal Processing: Special Issue on Genomic Signal Processing*, pp. 92-107, January 2004.

123. V. Stankovic, Y. Charfi, R. Hamzaoui, and Z. Xiong, "Progressive optimal error protection of embedded codes," *IEEE JSAC: Recent Advances in Wireless Multimedia*, vol. 21, pp. 1526-1535, December 2003.

124. Y. Wang, Q. Wu, K. Castleman, and Z. Xiong, "Medical image enhancement using multiscale differential operators," *IEEE Trans. Medical Imaging*, vol. 22, pp. 685-693, May 2003.

125. Z. Xiong, X. Wu, S. Cheng, and J. Hua, "Lossy-to-lossless compression of medical volumetric data using three-dimensional integer wavelet transforms," *IEEE Trans. Medical Imaging: Special Issue on Wavelets in Medical Imaging*, vol. 22, pp. 459-470, March 2003.

126. T. Chu and Z. Xiong, "Combined wavelet video coding and error control for Internet streaming and multicast," *EURASIP JASP: Special Issue on Multimedia Signal Processing*, pp. 66-80, January 2003.

127. A. Liveris, Z. Xiong and C. Georghiades, "Compression of binary sources with side information at the decoder using LDPC codes," *IEEE Communications Letters*, vol. 6, October 2002.

128. J. Xu, Z. Xiong, S. Li, and Y.-Q. Zhang, "Memory-constrained 3-D wavelet transform for video coding without boundary effects," *IEEE Trans. Circuits and Systems for Video Tech.*, vol. 12, pp. 812-818, September 2002.

129. Liveris, Z. Xiong and C. Georghiades, "A distributed source coding technique for correlated images using turbo-codes," *IEEE Communications Letters*, vol. 6, pp. 379-381, September 2002.

130. S. Cheng, Z. Xiong, and X. Wu, "Fast trellis coded color quantization of images," *Real-Time Imaging*, vol. 8, pp. 265-275, August 2002.

131. P. Seigneurbieux and Z. Xiong, "Progressive trellis-coded space-frequency quantization for wavelet image coding," *IEEE Trans. Circuits and Systems for Video Tech.*, vol. 12, pp. 587-591, July 2002.

132. S. Zhao, Z. Xiong, and X. Wang, "Joint error control and power allocation for video transmission over CDMA networks with multiuser detection," *IEEE Trans. Circuits and Systems for Video Tech.: Special Issue on Wireless Video*, vol. 12, pp. 425-437, June 2002.

133. Z. Liu, Z. Xiong, Q. Wu, Y. Wang, and K. Castleman, "Cascaded differential and wavelet compression of chromosome images," *IEEE Trans. Biomedical Engineering*, vol. 49, pp. 372-383, April 2002.

134. Q. Wang, Z. Xiong, F. Wu, and S. Li, "Optimal rate allocation for progressive fine granularity scalable video coding," *IEEE Signal Processing Letters*, vol. 9, pp. 33-39, February 2002.

135. Z. Xiong and H. S. Malvar, "A nonuniform modulated complex lapped transform," *IEEE Signal Processing Letters*, vol. 8, pp. 257-260, September 2001.

136. G. Minami, Z. Xiong, A. Wang, and S. Mehrotra, "3D wavelet coding of video with arbitrary region of support," *IEEE Trans. Circuits and Systems for Video Tech*, vol. 11, pp. 1063-1068, September 2001.

137. M. Fossorier, Z. Xiong, and K. Zeger, "Progressive image compression for a power constrained channel," *IEEE Trans. Communications*, vol. 49, pp. 1301-1306, August 2001.

138. J. Xu, Z. Xiong, S. Li, and Y.-Q. Zhang, "3-D embedded subband coding with optimal truncation (3-D ESCOT)," *Journal of Applied and Computational Harmonic Analysis: Special Issue on Wavelet Applications in Engineering*, vol. 10, pp. 290-315, May 2001.

139. X. Wu, S. Cheng, and Z. Xiong, "On packetization of embedded multimedia bitstreams", *IEEE Trans. Multimedia: Special Issue on Multimedia over IP*, vol. 3, pp. 132-140, March 2001.

140. B.-J. Kim, Z. Xiong, and W. A. Pearlman, "Very low bit rate embedded video coding with 3D SPIHT," *IEEE Trans. Circuits and Systems for Video Tech.*, vol. 10, pp. 1365-1374, December 2000.

141. Z. Xiong, K. Ramchandran, and M. T. Orchard, "Inverse halftoning using wavelets," *IEEE Trans. Image Processing*, vol., 8, pp. 1479-1482, October 1999.

142. Z. Xiong, K. Ramchandran, M. T. Orchard, and Y.-Q. Zhang, "A comparative study of DCT and wavelet based coding," *IEEE Trans. Circuits and Systems for Video Tech.*, vol. 9, pp. 692-695, August 1999.

143. Z. Xiong and X. Wu, "Wavelet image coding using trellis coded space-frequency quantization," *IEEE Signal Processing Letters*, vol. 6, pp. 158-161, July 1999.

144. W. Zhu, Z. Xiong, and Y.-Q. Zhang "Multiresolution watermarking for images and video," *IEEE Trans. on Circuits and Systems for Video Tech.*, vol. 9, pp. 545-550, June 1999.

145. B.-J. Kim, Z. Xiong, W. A. Pearlman, and Y. S. Kim "Progressive video coding for noisy channels," *Journal of Visual Communication and Image Representation*, vol. 10, pp. 173-185, June 1999.

146. Z. Xiong, K. Ramchandran, and M. T. Orchard, "Wavelet packet image coding using space-frequency quantization," *IEEE Trans. Image Processing*, vol. 7, pp. 892-898, June 1998.

147. C. Herley, Z. Xiong, K. Ramchandran, and M. T. Orchard, "Joint space-frequency segmentation using balanced wavelet packets trees for least-cost image representation," *IEEE Trans. Image Processing*, vol. 6, pp. 1213-1230, September 1997.

148. Z. Xiong, K. Ramchandran, and M. T. Orchard, "Space-frequency quantization for wavelet image coding," *IEEE Trans. Image Processing*, vol. 6, pp. 677-693, May 1997.

149. Z. Xiong, M. T. Orchard, and Y.-Q. Zhang, "A deblocking algorithm for JPEG compressed images using overcomplete wavelet representations," *IEEE Trans. Circuits and Systems for Video Tech.*, vol. 7, pp. 433-437, April 1997.

150. Z. Xiong, K. Ramchandran, C. Herley, and M. T. Orchard, "Flexible tree-structured signal expansions using time-varying wavelet packets," *IEEE Trans. Signal Processing*, vol. 45, pp. 333-345, February 1997.

151. Z. Xiong, O. Guleryuz, and M. T. Orchard, "A DCT-based embedded image coder," *IEEE Signal Processing Letters*, vol. 3, pp. 289-290, November 1996.

152. K. Ramchandran, Z. Xiong, K. Asai, and M. Vetterli, "Adaptive transforms for image coding using spatially varying wavelet packets," *IEEE Trans. Image Processing*, vol. 5, pp. 1197-1204, July 1996

153. Z. Xiong, K. Ramchandran, and M. T. Orchard, "Wavelet image coding using space-frequency quantization," *Electronic Imaging Newsletter*, vol. 6, pp. 3-4, January 1996.

**CONFERENCE PAPERS – ACCEPTED/PUBLISHED**

1. A. Ahmadi, A. Host-Madsen, and Z. Xiong, ``Deep reinforcement learning for delay minimization in MEC-THz networks with finite blocklength codes," Proc. Globecom'24, Cape Town, South Africa, Dec. 2024.

2. A. Ahmadi, A. Høst-Madsen, and Z. Xiong, ``Latency and energy minimization in NOMA-assisted MEC network: A federated deep learning approach," Proc. ISCC'24, Paris, France, June 2024.

3. J. Xu, R. Kilfoyle, Z. Xiong, and L. Lu, ``Communication-efficient design of machine learning system for energy demand forecasting of electrical vehicles," Proc. 2023 APSIPA ASC, Taipei, Taiwan, Nov. 2023.

4. Z. Li, R. Kilfoyle, Z. Xiong, and J. Garcia-Frias, ``Non-linear analog coding for image transmission over noisy channels," Proc. Allerton'23, Monticello, IL, September 2023.

5. Y. Han, Z. Xiong, and A. Host-Madsen, ``On energy-delay tradeoff in uncoordinated MAC," Proc. Allerton'23, Monticello, IL, September 2023.

6. J. Xu, Z. Xiong, and S. Bhattacharyya, "PIDNet: A real-time semantic segmentation network inspired by PID controllers," Proc. CVPR'23, Vancouver, Canada, June 2023.

7. D. Xu, R. Hu, Z. Xiong, Z. Wang, L. Luo, and D. Li, ``Trajectory is not enough: Hidden following detection," Proc. ACM MM'21, Chengdu, China, Oct. 2021.

8. P. Pi, Z. Jiang, and Z. Xiong, ``Learning skip map for efficient ultra-high resolution image segmentation," Proc. ICIP'21, Anchorage, AK, Sept 2021.

9. X. Yu, H. Liu, X. Han, Z. Li, Z. Xiong, and S. Cui, "JAFPro: Joint appearance fusion and propagation for human video motion transfer from multiple reference images," Proc. ACM MM'20, Seattle, WA, Oct. 2020.

10. A. Host-Madsen, N. Whitcomb, J. Weldon, and Z. Xiong, "Latency-energy tradeoff with realistic hardware models," Proc. ISITA'20, Kapolei, HI, Oct. 2020.

11. L. Qiu, X. Zhang, Y. Li, G. Li, X. Wu, Z. Xiong, X. Han, S. Cui, "Peeking into occluded joints: A novel framework for crowd pose estimation," Proc. ECCV'20, Glasgow, UK, August 2020.

12. B. Zhang, S. Jin, Y. Xia, Y. Huang, and Z. Xiong, "Attention mechanism enhanced kernel prediction networks for denoising of burst images," Proc. ICASSP'20, Barcelona, Spain, May 2020.

13. Cheng, Y. Xia, Y. Huang, L. Yang, Z. Xiong, and D. Mandic, "Improperness based SINR analysis of GFDM systems under joint Tx and Rx I/Q imbalance," Proc. WCNC'20, Seoul, South Korea, April 2020.

14. L. Wang, Q. Xu, Z. Xiong, Y. Huang, and L. Yang, "A multi-level feature fusion network for real-time semantic segmentation," Proc. WCSP'19, Xi'an, China, Oct. 2019.

15. X. Han, Z. Zhang, D. Du, M. Yang, J. Yu, P. Pan, X. Yang, L. Liu, Z. Xiong, and S. Cui. ``Deep reinforcement learning of volume-guided progressive view inpainting for 3D point scene completion from a single depth image," Proc. CVPR'19, Long Beach, CA, June 2019.

16. Z. Yan, X. Han, C. Wang, Y, Qiu, Z. Xiong, and S. Cui. ``Learning mutually local-global U-Nets for high-resolution retinal lesion segmentation in fundus images," Proc. ISBI'19, Venice, Italy, April 2019.

17. M. Radosavljevic, M. Adamovic, B. Brkljac, Z. Trpovski, Z. Xiong, and D. Vukobratovic, ``Satellite image conpression based on high efficiency video coding standard - An experimental comparison with JPEG-2000, Proc. 2019 Conf on Big Data from Space (BiDS'19) Turning Data into Insights, Munich, Germany, Feb. 2019

18. X Yang, T. Lu, J. Wang, Y. Zhang, Y. Wu, Z. Wang, and Z. Xiong, ``Enhanced discriminative generative adversarial network for face super-resolution," Proc. PCM'18, Hefei, China, Sept. 2018.

19. L. Smith, J. McCormack, and Z. Xiong, ``Augmented reality sandpit simulating ant colonies," Proc. ICME'18, San Diego, CA, July 2018.

20. Wang, L. Yu, S. Xiang, and Z. Xiong, ``Fault-tolerance based block-level bit allocation and adaptive RDO for depth video coding," Proc. MMSP'17, London-Luton, UK, Oct. 2017.

21. T. Lu, Y. Guan, D. Chen, Z. Xiong, and W. He, ``Low-rank constrained collaborative representation for robust face recognition," Proc. MMSP'17, London-Luton, UK, Oct. 2017.

22. T. Lu, L. Pan, J. Wang, Y. Zhang, Z. Wang, and Z. Xiong, ``AWCR: Adaptive and weighted collaborative representations for face super-resolution with context residual-learning," Proc. PCM'17, Harbin, China, Sept. 2017.

23. T. Lu, H. Wang, Z. Xiong, J. Jiang, and Y. Zhang, "Face hallucination using region-based deep convolutional networks," Proc. ICIP'17, Beijing, China, Sept. 2017.

24. M. Radosavljevic, Z. Xiong, L. Lu, D. Hohl, and D. Vukobratovic, "HEVC-based compression of high bit-depth seismic data," Proc. ICIP'17, Beijing, China, Sept. 2017.

25. T. Lu, L. Pan, J. Jiang, Y. Zhang, and Z. Xiong, "DLML: Deep linear mappings learning for face super-resolution with nonlocal patches," Proc. ICME'17, Hong Kong, China, July 2017.

26. T. Lu, L. Pan, H. Wang, Y. Zhang, B. Wang, and Z. Xiong, "Face hallucination using deep collaborative representation for local and non-local patches," Proc. ISCAS'17, Baltimore, MD, May 2017.

27. Y. Liu, Z. Xiong, L. Lu, and D. Hohl, "Fast SNR and rate control for JPEG XR," Proc. ICSPCS'2016, Gold Coast, Australia, Dec. 2016.

28. T. Lu, W. Yang, Y. Zhang, and Z. Xiong, ``Very low-resolution face recognition via semi-coupled locality-constrained representation," Proc. ICPADS'16, Wuhan, China, Dec. 2016.

29. B. Wang, T. Lu, and Z. Xiong, ``Adaptive boosting for image denoising: Beyond low-rank representation and sparse coding," Proc. ICPR'16, Cancun, Mexico, Dec. 2016.

30. IBM Best Student Paper Award, 2016 IEEE International Conference on Pattern Recognition.

31. Y. Guan, T. Lu, Y. Zhang, B. Wang, X. Li, and Z. Xiong, ``Efficient low-rank supported extreme learning machine for robust face recognition," Proc. VCIP'16, Chengdu, China, Nov. 2016.

32. M. Radosavljevic, Z. Xiong, L. Lu, D. Hohl, and D. Vukobratovic, ``High bit-depth image compression with application to seismic data," Proc. VCIP'16, Chengdu, China, Nov. 2016.

33. P. Yuan, C. Ho, C. Chang, J. Li, H. Mai, D. Kim, S. Shen, X. Zhang, X. Zhou, Z. Xiong, J. Gateno, and J. Xia, ``A novel computer-aided surgical simulation (CASS) system to streamline orthognathic surgical planning," Proc. MIAR'16, Bern, Switzerland, Aug. 2016.

34. Y. Xiao, Z. Xiong, D. Niyato, Z. Han, and L. DaSilva, "Full-duplex machine-to-machine communication for wireless-powered internet-of-things," Proc. ICC'16, Kuala Lumpur, Malaysia, May 2016.

35. 2. Y. Lv, L. Wang, and Z. Xiong, "Performance advantage of joint source-channel decoder over iterative receiver under M-ary differential chaotic shift keying systems," Proc. VTC Spring Meeting, Nanjing, China, May 2016.

36. 3. T. Lu, Z. Xiong, Y. Wan, and W. Yang, "Face hallucination via locally-constrained low-rank representation," Proc. ICASSP'16, Shanghai, China, March 2016.

37. Y. Xiao, Z. Xiong, D. Niyato, and Z. Han, "Distortion minimization via adaptive digital and analog transmission for energy harvesting-based wireless sensor networks," Proc. GlobalSIP'15, Orlando, FL, Dec. 2015.

38. Z. Yan, L. Yu, and Z. Xiong, "Texture-free large-area depth recovery for planar surfaces," Proc. IEEE Multimedia Signal Processing Workshop, Xiamen, China, Oct. 2015.

39. L. Yu, H. Li, W. Li, Z. Xiong, and A. Host-Madsen, "On the energy-delay tradeoff in lossy network communications," Proc. ITW'15, Jeju Island, Korea, Oct. 2015.

40. Z. Yan, L. Yu, and Z. Xiong, "Large-area depth recovery for RGB-D camera," Proc. ICIP'15, Quebec City, Canada, Sept. 2015.

41. C. Yao, C. Yang, and Z. Xiong, "Energy-saving resource allocation by exploiting the context information," Proc. 2015 IEEE 25th Intl Symp. on Personal, Indoor and Mobile Radio Communications (PIMRC), Hong Kong, China, August 2015.

42. S. Lee and Z. Xiong, "A real-time face tracking system based on a single PTZ camera," Proc. ChinaSIP'15, Chengdu, China, July 2015.

43. W. Dou, R. Liu, B. Guan, Y. Pan, and Z. Xiong, "A fast depth map coding method based on optimized mode decision," Proc. ChinaSIP'15, Chengdu, China, July 2015.

44. Y. Pan, R. Liu, B. Guan, and Z. Xiong, "An interference reduction method based on reference plans for light-coding depth cameras," Proc. ChinaSIP'15, Chengdu, China, July 2015.

45. N. Jiang, Y. Yang, A. Host-Madsen, and Z. Xiong, "Sending Gaussian multiterminal sources over the Gaussian MAC with bandwidth expansion," Proc. SPAWC'15, Stockholm, Sweden, June 2015.

46. R. Zhang, H. Tan, P. Kachroo, Z. Xiong, and X, Zhou, "Systematic analysis of mycobacterial tuberculosis stimulated CCL2 signaling pathway in monocytes," Proc. ICSEC'15, Doha, Qatar, May 2015.

47. B. Wang, Z. Xiong, D. Zhang, and H. Yu, "Nonlocal image denoising via collaborative spatial-domain LMMSE estimation," Proc. ICIP'14, Paris, France, October 2014.

48. X. Song, Z. Xiong, L. Yang, and Z. Liu, "Depth-based human body enhancement in the infrared video," Proc. ICME'14, Chengdu, China, July 2014.

49. D. Wu, C. Yang, and Z. Xiong, "Achieving the degrees of freedom of 2x2x2 interference network with arbitrary antenna configurations," Proc. ICASSP'14, Florence, Italy, May 2014.

50. N. Jiang, Y. Yang, A. Host-Madsen, and Z. Xiong, "On the minimum energy of sending Gaussian multiterminal sources over the Gaussian MAC", Proc. ISIT'13, Istanbul, Turkey, July 2013.

51. L. Tang, Q. Huang, Z. Wang, and Z. Xiong, "Low-complexity encoding of binary quasi-cyclic codes based on Galois Fourier transform," Proc. ISIT'13, Istanbul, Turkey, July 2013.

52. M. Uppal, K. Qaraqe, and Z. Xiong, "Joint Slepian-Wolf/dirty-paper coding," Proc. ICC'13, Budapest, Hungary, June 2013.

53. D. Wu, C. Yang, Z. Xiong, "Feasibility of interference neutralization in relay-aided MIMO interference broadcast channel with partial connectivity," Proc. ICASSP, Vancouver, Canada, May 2013.

54. Z. Wang, J. Jiang, Z. Xiong, R. Hu, and Z. Shao, "Face hallucination via weighted space representation", Proc. ICASSP, Vancouver, Canada, May 2013.

55. S. Xiang, L. Yu, Q. Liu, and Z. Xiong, "A gradient-based approach for interference cancelation in systems with multiple Kinect cameras," Proc. ISCAS, Beijing, China, May 2013.

56. J. Jiang, R. Hu, Z. Wang, Z. Han, and Z. Xiong, "Support-driven sparse coding for face hallucination," Proc. ISCAS, Beijing, China, May 2013.

57. M. Liao, Y. Zhang, and Z. Xiong "Diversity analysis for space-time-frequency (SFT) coded MIMO system with a general correlation model," Proc. WCNC, Shanghai, China, April 2013.

58. B. Wang, D. Zhang, H. Yu, and Z. Xiong, "Recursive bilateral filter for encoder-integrated video denoising," Proc. VCIP'12, San Diego, Nov. 2012.

59. N. Jiang, Y. Yang, A. Host-Madsen, and Z. Xiong, "Sending two Gaussians over the Gaussian MAC with bandwidth expansion," Proc. ISITA'12, Honolulu, HI, Oct. 2012.

60. H. Deng, L. Yu, and Z. Xiong, "Edge-preserving interpolation for down/up sampling-based depth compression," Proc. ICIP'12, Orlando, FL, Oct. 2012.

61. W. Qiao, B. Liu, Z. Xiong, G. Arce, J. Garcia-Frias, W. Zhu, and Z. Yan, "Block-based variable density compressed imaging sampling," Proc. ICIP'12, Orlando, FL, Oct. 2012.

62. B. Liu, W. Qiao, and Z. Xiong, "Block-based compressed sampling with nonlinear coding for image transmission," Proc. IEEE Multimedia Signal Processing Workshop, Banff, Canada, September 2012.

63. Y. Chang, P. Yuan, T. Kuo, Z. Xiong, J. Gateno, J. Xia, and X. Zhou, "A novel approach based on joint optimization of alignment and statistical surface representation with wavelet transform for CBCT segmentation," Proc. CIBB'12, Houston, TX, July 2012.

64. A. Host-Madsen, N. Jiang, Y. Yang, and Z. Xiong, "Reliable versus unreliable transmission for energy efficient transmission in relay networks," Proc. ISIT'12, Cambridge, MA, July 2012.

65. T. Khan, M. Uppal, A. Host-Madsen, and Z. Xiong, "Rateless coded hybrid amplify/decode-forward cooperation for wireless multicast," Proc. ISIT'12, Cambridge, MA, July 2012.

66. Y. Yang, Z. Xiong, Y. Wu, and P. Zhang, "A density evolution based framework for dirty paper code design using TCQ and multilevel LDPC codes," Proc. ICC'12, Ottawa, Canada, June 2012.

67. J. Wang, C. Zhang, W. Zhu, Z. Zhang, Z. Xiong, and P. Chou, "3D scene reconstruction by multiple structured-light based commodity depth cameras," Proc. ICASSP'12 Special Session on Signal Processing Challenges and Opportunities in Depth Cameras, Kyoto, Japan, March 2012.

68. D. Wu, C. Yang, T. Liu, and Z. Xiong, "Achieving the degrees of freedom of relay-aided interference broadcast channels, Proc. ICASSP'12, Kyoto, Japan, March 2012.

69. Y. Yang and Z. Xiong, "A hybrid random-structured coding scheme for the Gaussian two-terminal source coding problem under a covariance matrix distortion constraint," Proc. ITA'12, San Diego, CA, February 2012.

70. M. Uppal, G. Yue, X. Yan, X. Wang, and Z. Xiong, "A multi-level design for dirty-paper coding with applications to the cognitive radio channel," Proc. Globecom'11, Houston, TX, December 2011.

71. Y. Zhang, Y. Yang and Z. Xiong, "Depth camera assisted multiterminal video coding," Proc. IEEE Multimedia Signal Processing Workshop, Hangzhou, China, October, 2011.

72. N. Jiang, Y. Yang, A. Host-Madsen, and Z. Xiong, "Energy efficient hybrid transmission of correlated sources over the MAC," Proc. Allerton'11, Monticello, IL, September 2009.

73. Y. Yang and Z. Xiong, "Distributed compression of linear functions: Partial sum-rate tightness and gap to optimal sum-rate," Proc. ISIT'11, St. Petersburg, Russia, August 2011.

74. S. Fung, Y. Chang, R. Pino, E. Hui, X. Zhou, M. Alvarado, G. Benndorf, M. Diaz, R. Klucznik, Z. Xiong, S. Wong, and K. Li, "Dynamically collimated c-arm flat panel detector CT imaging for focused region-of-interest reconstruction and radiation dose reduction," Proc. of ASNR 49th Annual Meeting, Seattle, WA, June 2011.

75. Y. Yang and Z. Xiong, "An improved lattice-based scheme for lossy distributed compression of linear functions," Proc. ITA'11, San Diego, CA, February 2011.

76. M. Guo, Z. Xiong, F. Wu, X. Ji, D. Zhao, and W. Gao, "Witsenhausen-Wyner video coding," Proc. PV'10, Hongkong, China, December 2010.

77. J. Xia, Y. Chang, J. Gateno, Z. Xiong, and X. Zhou, "Automated digital dental articulation," Proc. MICCAI'10, Beijing, China, September 2010.

78. Y. Yang, Y. Zhang, and Z. Xiong, "The generalized quadratic Gaussian CEO problem: New cases with tight rate region and applications," Proc. ISIT'10, Austin, TX, June 2010.

79. Y. Yang, Y. Zhang, and Z. Xiong, "On the sum-rate loss of quadratic Gaussian multiterminal source coding," Proc. ISIT'10, Austin, TX, June 2010.

80. M. Uppal, A. Host-Madsen, and Z. Xiong, "Outage capacity of the broadcast channel in the low power regime," Proc. ISIT'10, Austin, TX, June 2010.

81. M. Uppal, G. Yue, X. Wang, and Z. Xiong, "A rateless coded protocol for half-duplex wireless relay channels," Proc. ISIT'10, Austin, TX, June 2010.

82. M. Uppal, G. Yue, Y. Xin, X. Wang, and Z. Xiong, "A dirty-paper coding scheme for the cognitive radio channel," Proc. ICC'10, Cape town, South Africa, May 2010.

83. Y. Yang, Y. Zhang, and Z. Xiong, "A new sufficient condition for sum-rate tightness in quadratic Gaussian multiterminal source coding," Proc. ITA'10, San Diego, CA, February 2010.

84. Y. Yang and Z. Xiong, "On general distributed source coding of correlated Gaussian remote sources," Proc. ITW'10, Cairo, Egypt, January 2010.

85. Z. Xiong, "Video compression based on distributed source coding principles," Proc. 43rd Asilomar Conference on Signals, Systems, and Computers, Pacific Grove, CA, November 2009.

86. Y. Yang and Z. Xiong, "The sum-rate bound for a new class of quadratic Gaussian multiterminal source coding problems," Proc. Allerton'09, Monticello, IL, October 2009.

87. Y. Zhang, Y. Yang, and Z. Xiong, "Three-terminal video coding," Proc. IEEE Multimedia Signal Processing Workshop, Rio de Janeiro, Brazil, October, 2009.

88. M. Uppal, A. Host-Madsen, and Z. Xiong, "Cooperation in the MAC channel using frequency division multiplexing," Proc. ISIT'08, Seoul, Korea, June/July 2009.

89. Y. Zhang, Y. Yang and Z. Xiong, "Code design for quadratic Gaussian multiterminal source coding: The symmetric case," Proc. ISIT'08, Seoul, Korea, June/July 2009.

90. Y. Yang and Z. Xiong, "Distributed source coding without Slepian-Wolf compression," Proc. ISIT'08, Seoul, Korea, June/July 2009.

91. Y. Yang and Z. Xiong, "Distributed source coding without Slepian-Wolf compression," Proc. UCSD Workshop on Information Theory and its Applications, San Diego, CA, February 2009.

92. Z. Liu, M. Uppal, V. Stankovic, and Z. Xiong, "Compress-forward coding with BPSK modulation for the half-duplex Gaussian relay channel," Proc. ISIT'08, Toronto, Canada, July 2008.

93. D. Vukobrativic, V. Stankovic, D. Sejdinovic, L. Stankovic, and Z. Xiong, "Expanding window fountain codes for scalable video multicast," Proc. ICME'08, Hannover, Germany, June 2008.

94. Y. Yang and Z. Xiong, "The supremum sum-rate loss of quadratic Gaussian direct multiterminal source coding," Proc. UCSD Workshop on Information Theory and its Applications, San Diego, CA, January 2008.

95. C. Chen, Q. Wang, Q. Dai, Z. Xiong, and X. Liu, "Wyner-Ziv coding of 3D dynamic meshes," Proc. VCIP'08, San Jose, January 2008.

96. C. Khirallah, V. Stankovic, L. Stankovic, Y. Yang, and Z. Xiong, "Multiterminal video multicast using complete complementary sequences," Proc. Packetvideo Workshop'07, Lausanne, Switzerland, November 2007.

97. C. Khirallah, V. Stankovic, L. Stankovic, Y. Yang, and Z. Xiong, "Distributed video streaming using complete complementary sequences," Proc. PCS'07, Lisbon, Portugal, November 2007.

98. D. Vukobratovic, V. Stankovic, D. Sejdinovic, L. Stankovic, and Z. Xiong, "Scalable data multicast using expanding window Fountain codes," Proc. Allerton'07, Monticello, IL, September 2007.

99. C. Khirallah, V. Stankovic, L. Stankovic, Y. Yang, and Z. Xiong, "Bandwidth optimized wireless distributed streaming from multiple terminals," Proc. Allerton'07, Monticello, IL, September 2007.

100. Y. Yang, V. Stankovic, W. Zhao, and Z. Xiong, "Multiterminal video coding," Proc. ICIP'07: Special session on distributed video coding, San Antonio, TX, September 2007.

101. Y. Yang, V. Stankovic, and Z. Xiong, "Image encryption and data hiding: Duality and code designs," Proc. ITW'07, Lake Tahoe, CA, September 2007.

102. M. Uppal, A. Host-Madsen, and Z. Xiong, "Practical rateless cooperation in multiple access channels using multiplexed Raptor codes," Proc. ISIT'07, Nice, France, June 2007.

103. V. Stankovic, Y. Yang, and Z. Xiong, "Efficient multimedia multicast using distributed source coding," Proc. ICC'07, Glasgow, Scotland, June 2007.

104. P. Bhagawat, W. Wang, M. Uppal, G. Choi, and Z. Xiong, "An FPGA implementation of dirty-paper precoding," Proc. ICC'07, Glasgow, Scotland, June 2007.

105. L. Zou, S. Cheng, Z. Xiong, M. Lu, and K. Castleman, "3D face recognition based on wraped example faces," Proc. ICASSP'07, Honolulu, HI, April 2007.

106. Y. Yang, V. Stankovic, W. Zhao, and Z. Xiong, "Multiterminal video coding," Proc. UCSD Workshop on Information Theory and its Applications, San Diego, CA, January 2007.

107. M. Mazzotti and Z. Xiong, "Effects of noisy side information at the decoder in dirty-paper and dirty-tape coding," Proc. ITW-2006, Chengdu, China, October 2006.

108. V. Stankovic, Y. Yang, and Z. Xiong, "Video multicast over heterogeneous networks based on distributed source coding principles," Proc. ICIP'06: Special Session on In-network Multimedia Processing and Communications, Atlanta, GA, October 2006.

109. M. Uppal, V. Stankovic, and Z. Xiong, "Code designs for MIMO broadcast channels," Proc. ISIT'06, Seattle, WA, July 2006.

110. Q. Xu, J. Hua, Z. Xiong, E. Suh, E. Dougherty, "Conditional confidence intervals for the true classification error", Proc. GENSIPS'06, College Station, TX, May 2006.

111. Q. Xu, J. Hua, Z. Xiong, M. Bittner, and E. Dougherty, "Accuracy of differential expression detection with compressed microarray images," Proc. GENSIPS'06, College Station, TX, May 2006.

112. J. Hua, Y. Balagurunathan, Y. Chen, J. Lowey, M. Bittner, Z. Xiong, E. Suh, and E. Dougherty, "Effect of normalization on microarray-based classification," Proc. GENSIPS'06, College Station, TX, May 2006.

113. M. Uppal, Z. Liu, V. Stankovic, A. Host-Madsen, and Z. Xiong, "Capacity bounds and code designs for cooperative diversity," Proc. UCSD Workshop on Information Theory and its Applications, San Diego, CA, February 2006.

114. Y. Yang, Y. Sun, V. Stankovic, and Z. Xiong, "Image data-hiding based on capacity-approaching dirty-paper coding," Proc. SPIE EI'06: Security, Steganography, and Watermarking of Multimedia Contents VIII, San Jose, CA, January 2006.

115. Y. Sun, A. Liveris, V. Stankovic, and Z. Xiong, "Near-capacity dirty-paper coding based on TCQ and IRA codes," Proc. ISIT'05, Adelaide, Australia, September 2005.

116. Q. Xu, V. Stankovic, A. Liveris, and Z. Xiong, "Distributed joint source-channel coding of video," Proc. ICIP'05: Special Session on Distributed Video Coding, Genova, Italy, September 2005.

117. P. Kota, K. Kannan, Z. Xiong, P. Topiwala, and D. Hench, "Rate-adaptive H.264 Video for Information for Global Reach (IFGR)," Proc. SPIE Annual Meeting, Denver, CO, August 2005.

118. Q. Xu, V. Stankovic, and Z. Xiong, "Layered Wyner-Ziv coding for noisy channels," Proc. VCIP'05, Beijing, China, July 2005.

119. J. Hua, Z. Xiong, J. Lowry, E. Suh, and E. Dougherty, "Optimal number of features as a function of sample size in expression-based classification," Proc. GENSIPS'05, New Port, RI, May 2005.

120. Y. Wu, V. Stankovic, Z. Xiong, and S. Y. Kung, "On practical design for combined Slepian-Wolf and network coding", Proc. NetCod'05, Riva del Garda, Italy, April, 2005.

121. Q. Xu, V. Stankovic, and Z. Xiong, "Distributed joint source-channel coding of video using Raptor codes," Proc. DCC'05, Snowbird, UT, March 2005.

122. Y. Yang, V. Stankovic, Z. Xiong, and W. Zhao, "On multiterminal source code design," Proc. DCC'05, Snowbird, UT, March 2005.

123. Z. Liu, V. Stankovic, and Z. Xiong, "Wyner-Ziv coding for the half-duplex relay channel," Proc. ICASSP'05: Special Session on Distributed Source and Joint Source Channel Coding, Philadelphia, PA, March 2005.

124. J. Garcia-Frias and Z. Xiong, "Distributed source and joint source-channel coding: From theory to practice," Proc. ICASSP'05: Special Session on Distributed Source and Joint Source Channel Coding, Philadelphia, PA, March 2005.

125. Y. Sun, A. Liveris, V. Stankovic, and Z. Xiong, "Near-capacity dirty-paper code design: A source-channel coding approach," Proc. CISS'05, Baltimore, MD, March 2005.

126. Z. Liu, V. Stankovic, and Z. Xiong, "Practical compress-forward code design for the half-duplex relay channel," Proc. CISS'05, Baltimore, MD, March 2005.

127. S. Cheng, V. Stankovic, and Z. Xiong, "Computing the channel capacity and rate-distortion function with two-sided state information," Proc. CISS'05, Baltimore, MD, March 2005.

128. Q. Xu, V. Stankovic, and Z. Xiong, "Wyner-Ziv video compression and fountain codes for receiver-driven layered multicast," Proc. PCS'04, San Francisco, CA, December 2004.

129. Z. Xiong, V. Stankovic, S. Cheng, A. Liveris, and Y. Sun "Source-channel coding for algebraic multiterminal binning," Proc. ITW'04, San Antonio, TX, October 2004 (invited).

130. S. Cheng and Z. Xiong, "Channel symmetry in Slepian-Wolf code design based on LDPC codes with application to the quadratic Gaussian Wyner-Ziv problem," Proc. ITW'04, San Antonio, October 2004.

131. Y. Yang, V. Stankovic, Z. Xiong, and W. Zhao, "Multiterminal source code design based on Slepian-Wolf coded quantization," Proc. Allerton'04, Monticello, IL, September 2004.

132. V. Stankovic, S. Cheng, and Z. Xiong, "On dualities in multiterminal coding problems," Proc. Allerton'04, Monticello, IL, September 2004.

133. L. Zou, M. Lu, and Z. Xiong, "PAGER-M: A novel location-based routing protocol for mobile sensor networks," Proc. BroadWISE'04, San Jose, CA, October 2004.

134. L. Zou, M. Lu, and Z. Xiong, "PAGER: A distributed algorithm for the dead-end problem of location-based routing in sensor networks," Proc. ICCCN'04, Chicago, IL, October 2004.

135. D. Hench, P. Topiwala, and Z. Xiong, "Channel adaptive video compression for unmanned aerial vehicles (UAVs)," Proc. SPIE Annual Meeting, Denver, CO, August 2004.

136. V. Stankovic, A. Liveris, Z. Xiong, and C. Georghiades, "Code design for lossless multiterminal networks," Proc. ISIT'04, Chicago, IL, June 2004.

137. Y. Yang, V. Stankovic, Z. Xiong, and W. Zhao, "Asymmetric code design for remote multiterminal source coding," Proc. DCC'04, Snowbird, UT, March 2004.

138. Z. Liu, S. Cheng, A. Liveris, and Z. Xiong, "Slepian-Wolf coded nested quantization (SWC-NQ) for Wyner-Ziv coding: Performance analysis and code design," Proc. DCC'04, Snowbird, UT, March 2004.

139. S. Cheng and Z. Xiong, "Successive refinement for the Wyner-Ziv problem and layered code design," Proc. DCC'04, Snowbird, UT, March 2004.

140. V. Stankovic, A. Liveris, Z. Xiong, and C. Georghiades, "Design of Slepian-Wolf codes by channel code partitioning," Proc. DCC'04, Snowbird, UT, March 2004.

141. C. Lan, A. Liveris, K. Narayanan, Z. Xiong, and C. Georghiades, "Slepian-Wolf coding of multiple M-ary sources using LDPC codes," Proc. DCC'04, Snowbird, UT, March 2004.

142. V. Stankovic and Z. Xiong, "Packet erasure protection for multicasting," Proc. DCC'04, Snowbird, UT, March 2004.

143. R. Xiong, F. Wu, S. Li, Z. Xiong, and Y.-Q. Zhang, "Exploiting temporal correlation with flexible block-size motion alignment for 3D wavelet coding," Proc. VCIP'04: Special Session on Multimedia Technologies for Embedded Systems, San Jose, CA, January 2004.

144. Q. Xu and Z. Xiong, "Layered Wyner-Ziv video coding," Proc. VCIP'04: Special Session on Multimedia Technologies for Embedded Systems, San Jose, CA, January 2004.

145. Y. Yang, S. Cheng, Z. Xiong, and W. Zhao, "Wyner-Ziv coding based on TCQ and LDPC codes," Proc. 37th Asilomar Conference on Signals, Systems, and Computers: Special Session on Distributed Methods in Image and Video Coding, Pacific Grove, CA, November 2003.

146. C. Lan, K. Narayanan, and Z. Xiong, "Source-optimized irregular repeat accumulate codes with inherent unequal error protection capabilities and their application to progressive image transmission," Proc. 37th Asilomar Conference on Signals, Systems, and Computers, Pacific Grove, CA, November 2003.

147. J. Jiang and Z. Xiong, "Wavelet-based modeling and smoothing for call admission control of VBR video traffic," Proc. 37th Asilomar Conference on Signals, Systems, and Computers, Pacific Grove, CA, November 2003

148. Z. Xiong, A. Liveris, S. Cheng, and Z. Liu, "Nested quantization and Slepian-Wolf coding: A Wyner-Ziv coding paradigm for i.i.d. sources," Proc. IEEE Workshop on Statistical Signal Processing, St. Louis, MO, September 2003.

149. T. Chu and Z. Xiong, "Coding of Gauss-Markov sources with side information at the decoder", Proc. IEEE Workshop on Statistical Signal Processing, St. Louis, MO, September 2003.

150. Y. Sun and Z. Xiong, "Scalable image transmission over space-time coded OFDM systems with adaptive modulation," Proc. IEEE Workshop on Statistical Signal Processing, St. Louis, MO, September 2003.

151. H. Liu, X. Wang, and Z. Xiong, "Iterative receivers for OFDM coded broadband MIMO fading channels," Proc. IEEE Workshop on Statistical Signal Processing, St. Louis, MO, September 2003.

152. C. Lan, A. Liveris, K. Narayanan, Z. Xiong, and C. Georghiades, "Slepian-Wolf coding of three sources using LDPC codes," Proc. Intl. Symp. Turbo Codes and Related Topics, Brest, France, September 2003.

153. V. Stankovic, R. Hamzaoui, and Z. Xiong, "Product code error protection of packetized multimedia bitstreams," Proc. ICIP'03, Barcelona, Spain, September 2003.

154. A. Liveris, Z. Xiong, and C. Georghiades, "Nested convolutional/turbo codes for the binary Wyner-Ziv problem," Proc. ICIP'03: Special Session on Distributed Source Coding, Barcelona, Spain, September 2003.

155. J. Hua, Z. Liu, and Z. Xiong, "Microarray BASICA: Background adjustment, segmentation, image compression and analysis of microarray images," Proc. ICIP'03, Barcelona, Spain, September 2003.

156. Y. Sun, Z. Xiong, and X. Wang, "Iterative decoding of differentially space-time coded multiple descriptions of images," Proc. ICME'03, Baltimore, MD, July 2003.

157. J. Hua and Z. Xiong, "Optimal rate allocation in scalable joint source-channel coding for image transmission over CDMA networks," Proc. ICME'03, Baltimore, MD, July 2003.

158. S. Zhao, Z. Xiong, and X. Wang, "Optimal power allocation for wireless video over CDMA networks," Proc. ICME'03, Baltimore, MD, July 2003.

159. V. Stankovic, R. Hamzaoui, and Z. Xiong, "Fast forward error protection of packetized bitstreams for transmission over varying channels," Proc. ICC'03, Anchorage, AK, May 2003.

160. Z. Liu, M. Zhao, and Z. Xiong, "Optimal error protection for progressive image transmission over finite-state Markov channels," Proc. ICC'03, Anchorage, AK, May 2003.

161. V. Stankovic, R. Hamzaoui, and Z. Xiong, "Real-time video communication over networks and wireless channels," Proc. Packetvideo Workshop'03, Nantes, France, April 2003.

162. A. Liveris, Z. Xiong and C. Georghiades, "Distributed compression of binary sources using conventional parallel and serial concatenated convolutional codes," Proc. DCC'03, Snowbird, UT, March 2003.

163. V. Stankovic, Y. Charfi, R. Hamzaoui, and Z. Xiong, "Real-time unequal error protection for distortion-optimal progressive transmission of images," Proc. WCNC'03, New Orleans, LA, March 2003.

164. A. Liveris, Z. Xiong and C. Georghiades, "Joint source-channel coding of binary sources with side information at the decoder using IRA codes," Proc. IEEE Multimedia Signal Processing Workshop, St. Thomas, US Virgin Islands, December 2002.

165. N. Raja, Z. Xiong, and M. Fossorier, "Combined source-channel coding for a power and bandwidth constrained noisy channel with application to progressive image transmission," Proc. 36th Asilomar Conference on Signals, Systems, and Computers, Pacific Grove, CA, November 2002.

166. A. Liveris, Z. Xiong and C. Georghiades, "Compression of binary sources with side information using LDPC codes," Proc. GlobeCom'02, Taipei, Taiwan, November 2002.

167. Y. Sun, Z. Xiong, and X. Wang, "Scalable image transmission over differentially space-time coded OFDM systems," Proc. GlobeCom'02, Taipei, Taiwan, November 2002.

168. Z. Xiong, Q. Wu, and K. Castleman, "Enhancement, classification and compression of chromosome images," Proc. Workshop on Genomic Signal Processing and Statistics (GENSIPS), Raleigh, NC, October 2002.

169. J. Hua, Z. Xiong, Q. Wu, and K. Castleman, "Lossy-to-lossless compression of DNA microarray images," Proc. Workshop on Genomic Signal Processing and Statistics (GENSIPS), Raleigh, NC, October 2002.

170. V. Stankovic, R. Hamzaoui, and Z. Xiong, "Packet loss protection of embedded data with fast local search," Proc. ICIP'02, Rochester, NY, September 2002.

171. T. Lan, Z. Xiong, and K. Narayanan, "Scalable image transmission using rate-compatible irregular repeat accumulate (IRA) codes," Proc. ICIP'02, Rochester, NY, September 2002.

172. Q. Wu, Z. Liu, Z. Xiong, and K. Castleman "On optimal subspace for appearance-based object recognition," Proc. ICIP'02, Rochester, NY, September 2002.

173. V. Stankovic, R. Hamzaoui, and Z. Xiong, "Joint optimization of packet loss and channel noise protection for scalable multimedia transmission over wireless fading channels," Proc. ICME'02: *Special Session on Rate-distortion Optimized Delivery of Realtime and Streaming Media*, Lausanne, Switzerland, August 2002 (invited).

174. Z. Liu, Q. Wu, Z. Xiong, and K. Castleman "Lossy-to-lossless RIO coding of chromosome images using modified SPIHT and JPEG-2000," Proc. Intl. Symp. Biomedical Imaging, Washington, D.C., July 2002.

175. Y. Sun, S. Zhao, Z. Xiong, and X. Wang, "Error robust video transmission over wireless IP networks with multiuser detection," Proc. ISCAS'02: *Special Session on Multimedia over IP and Wireless Networks*, Scottsdale, AZ, May 2002 (invited).

176. H. Cai, G. Shen, Z. Xiong, S. Li, and B. Zeng, "An optimal packetization scheme for fine granularity scalable video bitstreams," Proc. ISCAS'02, Scottsdale, AZ, May 2002.

177. S. Cheng, H. Yu, and Z. Xiong, "Error concealment of AAC audio using modulo watermarks," Proc. ISCAS'02, Scottsdale, AZ, May 2002.

178. J. Xu, Z. Xiong, and S. Li, "High performance wavelet-based stereo image coding," Proc. ISCAS'02, Scottsdale, AZ, May 2002.

179. R. Hamzaoui, V. Stankovic, and Z. Xiong, "Fast joint source-channel coding algorithms for Internet/wireless multimedia," Proc. IJCNN'2002, Honolulu, HI, May 2002 (invited).

180. S. Cheng, H. Yu, and Z. Xiong, "Enhanced spread spectrum watermarking of ACC audio," Proc. ICASSP'02, Orlando, FL, May 2002.

181. A. Liveris, Z. Xiong, and C. Georghiades, "A distributed source coding technique for highly correlated images using turbo codes," Proc. ICASSP'02, Orlando, FL, May 2002.

182. S. Zhao, Z. Xiong, and X. Wang, "Joint error control and power allocation for video transmission over CDMA networks with multiuser detection," Proc. ICC'02, New York City, NY, April 2002.

183. C. Barker, Z. Xiong, and A. Kuh, "Dynamic programming-based smoothing of VBR video traffic," Proc. Packetvideo Workshop'02: *Special Session on Multimedia over IP and Wireless Networks*, Pittsburgh, PA, April 2002 (invited).

184. R. Hamzaoui, V. Stankovic, and Z. Xiong, "Rate-based versus distortion-based optimal joint source-channel coding," Proc. DCC'02, Snowbird, UT, April 2002.

185. T. Chu, Z. Liu, Z. Xiong, and X. Wu, "Joint UEP and layered source coding with application to transmission of JPEG-2000 coded images," Proc. GlobeCom'01, San Antonio, TX, November 2001.

186. T. Chu and Z. Xiong, "Combined wavelet video coding and error control for Internet streaming and multicast," Proc. GlobeCom'01, San Antonio, TX, November 2001.

187. D. Ye, Z. Xiong, H. Shao, Q. Wu, and W. Zhu, "Wavelet-based smoothing and multiplexing of VBR video traffic," Proc. GlobeCom'01, San Antonio, TX, November 2001.

188. S. Cheng and Z. Xiong, "Image deblocking using the nonuniform modulated complex lapped transform," Proc. ICICS'01, Singapore, October 2001 (invited).

189. J. Zhou, Q. Zhang, Z. Xiong, and W. Zhu, "Error resilient scalable audio coding (ERSAC) for mobile applications," Proc. IEEE Multimedia Signal Processing Workshop, Cannes, France, October 2001.

190. T. Chu, J. Hua, and Z. Xiong, "Packetized wavelet video coding and error control for receiver-driven layered multicast: an integrated approach," Proc. IEEE Multimedia Signal Processing Workshop, Cannes, France, October 2001.

191. J. Hua, Z. Xiong, and X. Wu, "High-performance 3-D embedded wavelet video (EWV) coding," Proc. IEEE Multimedia Signal Processing Workshop, Cannes, France, October 2001.

192. J. Xu, Z. Xiong, Q. Wu, and S. Li, "Compression of M-FISH images using 3-D ESCOT," Proc. ICIP'01, Thessaloniki, Greece, October 2001.

193. Y. Wang, Q. Wu, K. Castleman, and Z. Xiong, "Image enhancement using multiscale oriented wavelets," Proc. ICIP'01, Thessaloniki, Greece, October 2001.

194. P. Seigneurbieux and Z. Xiong, "Progressive trellis-coded space-frequency quantization for wavelet image coding," Proc. ICIP'01, Thessaloniki, Greece, October 2001.

195. Q. Wu and Z. Xiong, "Compression of M-FISH images using 3-D SPIHT," Proc. Symp. on Optical Science and Tech., San Diego, CA, August 2001 (invited).

196. Z. Liu, Q. Wu, Z. Xiong, Y. Wang, and K. Castleman, "Cascaded differential and wavelet compression of chromosome images," Proc. Symp. on Optical Science and Tech., San Diego, CA, August 2001 (invited).

197. A. Scheuble and Z. Xiong, "Scalable audio coding using the nonuniform modulated complex lapped transform," Proc. ICASSP'01, Salt Lake City, UT, May 2001.

198. Y. Wang, Q. Wu, K. Castleman, and Z. Xiong, "Image enhancement using multiscale differential operators," Proc. ICASSP'01, Salt Lake City, UT, May 2001.

199. Q. Wang, F. Wu, S. Li, Z. Xiong, et al, "A new rate allocation scheme for progressive fine granular scalable coding," Proc. ISCAS'01, Sydney, Australia, May 2001.

200. P. Seigneurbieux and Z. Xiong, "A rate-distortion optimized 3-D wavelet video coder," Proc. SPIE AeroSense, Orlando, FL, April 2001.

201. P. Seigneurbieux and Z. Xiong, "Progressive image coding using trellis-coded space-frequency quantization," Proc. SPIE AeroSense, Orlando, FL, April 2001.

202. Q. Wang, Z. Xiong, F. Wu, and S. Li, "Optimal rate allocation for progressive fine granularity scalable video coding," Proc. ITCC'01, Las Vegas, NV, April 2001 (invited).

203. P. Seigneurbieux and Z. Xiong, "3-D wavelet video coding with rate-distortion optimization," Proc. ITCC'01, Las Vegas, NV, April 2001 (invited).

204. Z. Xiong, "The nonuniform modulated complex lapped transform and its application to audio coding," Proc. 35th CISS, Baltimore, MD, March, 2001 (invited).

205. J. Xu, S. Li, Y.-Q. Zhang, and Z. Xiong, "A wavelet video coder using 3D embedded subband coding with optimized truncation (3D ESCOT)," Proc. ISMIP'00, Sydney, Australia, December 2000.

206. J. Xu, S. Li, Z. Xiong, and Y.-Q. Zhang, "Memory-constrained 3D wavelet transforms for video coding without boundary effects,", Proc. ISPACS'00, Honolulu, HI, November 2000.

207. Q. Wu, Z. Xiong, and K. R. Castleman, "Wavelet-based lossy-to-lossless coding of cytogenetic images with arbitrary regions of support," Proc. ISPACS'00, Honolulu, HI, November 2000.

208. J. Xu, S. Li, Z. Xiong, and Y.-Q. Zhang, "On boundary effects in 3-D wavelet video coding," Proc. Symp. on Optical Science and Tech., San Diego, CA, July 2000 (invited).

209. X. Wu, Z. Xiong, W. Zhu, and Y.-Q. Zhang, "Object-based multiresolution watermarking of images and video," Proc. ISCAS'00, Geneva, Switzerland, May 2000.

210. X. Wu and Z. Xiong, "Optimal packetization of embedded bitstreams for minimum distortion," Proc. DCC'00, Snowbird, UT, March 2000.

211. X. Wu and Z. Xiong, "On optimal packetization of embedded bitstreams," Proc. ITCC'00, Las Vegas, NV, March 2000 (invited).

212. G. Minami, Z. Xiong, A. Wang, P. A. Chou, and S. Mehrotra, "3-D wavelet coding of video with arbitrary regions of support," Proc. 33rd Annual Asilomar Conference on Signals, Systems, and Computers, Pacific Grove, CA, October 1999 (invited).

213. S. Cheng, Z. Xiong, and M. Fossorier, "Progressive video compression for a power constrained channel," Proc. 33rd Annual Asilomar Conference on Signals, Systems, and Computers, Pacific Grove, CA, October 1999 (invited).

214. S. Cheng, Z. Xiong, and J. Q. Huang, "Trellis coded color quantization of images," Proc. *ICIP'99*, Kobe, Japan, October 1999.

215. T. Lu, Z. Xiong, D. Yun, "Compression techniques in tele-radiology," Proc. SPIE Annual Meeting, Denver, CO, July 1999.

216. A. Wang, Z. Xiong, P. A. Chou, and S. Mehrotra, "3D wavelet coding of video with global motion compensation," Proc. DCC'99, Snowbird, UT, March 1999.

217. Z. Xiong and X. Wu, "Wavelet image coding using trellis coded space-frequency quantization," Proc. VCIP'99, San Jose, CA, January 1999.

218. Z. Xiong, X. Wu, D. Y. Yun, and W. A. Pearlman, "Lossy to lossless coding of medical volumetric data using three-dimensional integer wavelet packet transforms," Proc. VCIP'99, San Jose, CA, January 1999.

219. Z. Xiong, J. Q. Huang, and X. Wu, "Trellis coded color quantization," Proc. SPIE EI'99 on Color Imaging: Device-Independent Color, Color Hard Copy, and Graphic Arts IV, San Jose, CA, January 1999.

220. Z. Xiong and X. Wu, "Wavelet image coding using trellis coded space-frequency quantization," Proc. IEEE Multimedia Signal Processing Workshop, Los Angeles, CA, December 1998.

221. Z. Xiong, X. Wu, D. Y. Yun, and W. A. Pearlman "Progressive coding of medical volumetric data using three-dimensional integer wavelet packet transform," Proc. IEEE Multimedia Signal Processing Workshop, Los Angeles, CA, December 1998.

222. M. Fossorier, Z. Xiong, and K. Zeger, "Joint source-channel image coding for a power constrained noisy channel," Proc. ICIP'98, Chicago, IL, October 1998.

223. Z. Xiong, B.-J. Kim, and W. A. Pearlman, "Progressive video coding for noisy channels," Proc. ICIP'98, Chicago, IL, October 1998.

224. Z. Xiong, W. Zhu, and Y.-Q. Zhang "Multiresolution watermarking for images and video: a unified approach," Proc. ICIP'98, Chicago, IL, October 1998.

225. Z. Xiong, X. Wu, D. Y. Yun, and W. A. Pearlman, "Progressive coding of medical volumetric data using 3-D integer wavelet packet transform," Proc. Pacific Medical Tech. Symp., Honolulu, HI, August 1998.

226. Z. Xiong, B.-J. Kim, and W. A. Pearlman, "Progressive video coding for noisy channels," Proc. Symp. on Optical Science, Engineering, and Instrumentation, San Diego, CA, July 1998.

227. Z. Xiong, K. Ramchandran, M. T. Orchard, and Y.-Q. Zhang, "A comparative study of DCT and wavelet based coding," Proc. ISCAS'98, Monterey, CA, June 1998.

228. Z. Xiong, B.-J. Kim, and W. A. Pearlman, "Multiresolutional encoding/decoding in embedded image and video coders," Proc. ICASSP'98, Seattle, WA, May 1998.

229. Z. Xiong, B.-J. Kim, and W. A. Pearlman, "Multiresolutional encoding/decoding in embedded image and video coders," Proc. SPIE AeroSense Symp., Orlando, FL, April 1998.

230. Z. Xiong, M. T. Orchard, and K. Ramchandran, "A comparative study of DCT and wavelet based coding," Proc. SPIE Symp. on Optical Science, Engineering, and Instrumentation, San Diego, CA, July 1997.

231. Z. Xiong, T. Chiang, and Y.-Q. Zhang, "Global motion compensation for low bitrate video coding," Proc. IEEE Multimedia Signal Processing Workshop, Princeton, NJ, June 1997.

232. Z. Xiong, M. T. Orchard, and Y.-Q. Zhang, "A simple deblocking algorithm for JPEG compressed images using overcomplete wavelet representations," Proc. ISCAS'97, Hong Kong, June 1997.

233. Z. Xiong, K. Ramchandran, and M. T. Orchard, "Efficient arithmetic coding for wavelet image compression," Proc. VCIP'97, San Jose, CA, February 1997.

234. Z. Xiong, O. Guleryuz, and M. T. Orchard, "Embedded image coding based on DCT," Proc. VCIP'97, San Jose, CA, February 1997.

235. Z. Xiong, M. T. Orchard, and K. Ramchandran, "A wavelet-based approach to inverse halftoning," Proc. SPIE EI'97 on Color Imaging: Device-Independent Color, Color Hard Copy, and Graphic Arts II, San Jose, CA, February 1997.

236. Z. Xiong, M. T. Orchard, and Y.-Q. Zhang, "Deblocking of JPEG compressed images using wavelets," Proc. SPIE EI'97 on Very High Resolution and Quality Imaging II, San Jose, CA, February 1997.

237. Z. Xiong, M. T. Orchard, and K. Ramchandran, "Inverse halftoning using wavelets," Proc. ICIP'96, Lausanne, Switzerland, September 1996.

238. Z. Xiong, K. Ramchandran, and M. T. Orchard, "Space-frequency methods in image compression," Proc. SPIE Annual Meeting, Denver, CO, August 1996.

239. Z. Xiong, K. Ramchandran, and M. T. Orchard, "Wavelet packet image coding using space-frequency quantization," Proc. SPIE Annual Meeting, Denver, CO, August 1996.

240. Z. Xiong, C. Herley, K. Ramchandran, and M. T. Orchard, "Space-frequency quantization for a space-varying wavelet packet image coder," Proc. ICIP'95, Washington, D.C., October 1995.

241. C. Herley, Z. Xiong, K. Ramchandran, and M. T. Orchard, "An efficient algorithm to find a jointly optimal time-frequency segmentation using time-varying filter banks," Proc. ICASSP'95, Detroit, MI, May 1995.

242. C. Herley, Z. Xiong, and K. Ramchandran, "An efficient algorithm to find a jointly optimal time-frequency segmentation using time-varying filter banks," Proc. SPIE Symp. on AeroSense, Orlando, FL, April 1995.

243. Z. Xiong, K. Ramchandran, and M. T. Orchard, "Joint space-frequency segmentation for image coding using time-varying filter banks," Proc. CMIN'95, Beijing, China, March 1995.

244. Z. Xiong, K. Ramchandran, M. T. Orchard, and K. Asai, "Wavelet packets-based image coding using joint space-frequency quantization," Proc. ICIP'94, Austin, TX, November 1994.

245. Z. Xiong, C. Herley, K. Ramchandran, and M. T. Orchard, "Flexible time segmentations for time-varying wavelet packets," Proc. IEEE-SP International Symp. on Time-Frequency and Time-Scale Analysis, Philadelphia, PA, October 1994.

246. Z. Xiong, K. Ramchandran, and M. T. Orchard, "Joint optimization of scalar and tree-structured quantization of wavelet image decompositions," Proc. 27th Annual Asilomar Conference on Signals, Systems, and Computers, Pacific Grove, CA, November 1993 (invited).

247. Z. Xiong, N. P. Galatsanos, and M. T. Orchard, "Marginal analysis prioritization for image compression based on a hierarchical wavelet decomposition," Proc. ICASSP'93, Minneapolis, MN, April 1993.

248. S. N. Efstratiadis, Y. Huang, Z. Xiong, N. P. Galatsanos, and A. K. Katsaggelos, "Motion compensated priority discrete cosine transform coding for image sequences," Proc. VCIP'91, Boston, MA, November 1991.

249. Z. Xiong and D. Cai, "Multi-pitch block partition transform coding for 64kb/s videophone," Proc. PCS'90, Cambridge, MA, March 1990.

**TEACHING**

1. ECEN 215: Principles of Electrical Engineering
2. ECEN 303: Random Signals and Systems
3. ECEN 314: Signals and Systems
4. ECEN 405: Electrical Engineering Design
5. ECEN 444: Digital Signal Processing
6. ECEN 642: Digital Image Processing & Computer Vision
7. ECEN 644: Advanced Digital Signal Processing
8. ECEN 646: Random Processes
9. ECEN 647: Information Theory
10. ECEN 649: Pattern Recognition
11. ECEN 663: Data Compression
12. ECEN 689: Network Information Theory and Coding