# EXHIBIT H

MAY 2 6 2006

# The American Heritage® College Dictionary

FOURTH EDITION



Houghton Mifflin Company
Boston · New York

CC_ALGN_00008129

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2004, 2002 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

ISBN 0-618-45300-8

Visit our website: www.houghtonmifflinbooks.com

The American Heritage college dictionary.-- 4th ed.
   p.cm.
   Based on the fourth ed. of the American Heritage dictionary.
   ISBN 0-618-09848-8 (thumb edge) --
   ISBN 0-618-19604-8 (deluxe binding)
   1. English language--Dictionaries. 2. Americanisms. I Houghton Mifflin Company. II. American Heritage dictionary.

PE1628 .A6227 2002
423--dc21
                                        2001039826

Manufactured in the United States of America

CC_ALGN_00008130

that is opposite or contrary to another. 2. nist. 3. An antonym. ❖ *adv.* In an oppo- . Across from or facing. 2. In a comple- o. [ME < OFr. < Lat. *oppositus*, p. part. of PPOSE.] **—op′po•site•ly** *adv.* **—op′po•**

*ball* The part of the field that is across side of home plate at which the batter a left-handed batter.

person who holds a position in an organ- orresponds to that of a person in another a counterpart.

sh′ən) *n.* **1a.** The act of opposing or re- on of being in conflict; antagonism. **2.** r in contrast with another. **3.** Something e. **4.** often **Opposition** A political party opposed to the group, party, or govern- *onomy* **a.** A configuration in which the ne between the sun and a superior planet ition of the superior planet or the moon *Logic* The relation existing between two dentical subject and predicate but differ- or both. **7.** *Linguistics* Contrast in a lan- nemes or other linguistically important **on•al** *adj.*

ə-zĭsh′ə-nĭst) *n.* A member of an opposi- **st** *adj.*

**-pressed, -press•ing, -press•es 1.** To d unjust use of force or authority. **2.** To *v oppresses the spirit.* **3.** *Obsolete* To over- Lat. *oppressus*, p. part. of *opprimere*, to ıst; see OB– + *premere*, to press.] **—op•**

ən) *n.* **1a.** The act of oppressing; arbi- f power. **b.** The state of being oppressed. resses. **3.** A feeling of being heavily or body.

) *adj.* **1.** Difficult to bear; burdensome: sing power arbitrarily and often unjustly; heavily on the senses or spirit. **—op• pres′sive•ness** *n.*

′brē-əs) *adj.* **1.** Expressing contemptuous usive. **2.** Bringing disgrace; shameful or **•ous•ly** *adv.*

brē-əm) *n.* **1.** Disgrace arising from ex- luct; ignominy. **2.** Scornful reproach or shame or disgrace. [Lat. < *opprobrāre*, to ee OB– + *probrum*, reproach; see **bher-**[1]

: **-pugned, -pugn•ing, -pugns** To op- into question. [ME *oppugnen* < Lat. *op-* against; see OB– + *pugnāre*, to fight with *n.*

tein of the retina, esp. the protein con- at makes up one of the visual pigments. RHODOPSIN.]

resembling a specified thing: *caryopsis.* < *opsis*, sight, appearance. See **ok**ʷ**-** in

. An antibody or other protein in blood a or other foreign cells to become more of phagocytes. [Lat. *opsōnāre*, to buy *in* < *opson*, condiment, delicacy; see **epi** **n′ic** (ŏp-sŏn′ĭk) *adj.*

*tr.v.* **-nized, -niz•ing, -niz•es** To make more susceptible to the action of phago- **′so•ni•za′tion** (-nĭ-zā′shən) *n.*

*biopsy.* [Gk. *-opsiā*, sight, seeing < *opsis.*

**pt•ing, opts** To make a choice or deci- **pt out** *Slang* To choose not to partici- *ter* < OFr. < Lat. *optāre.*]

ptical **3.** optional

*dj.* **1.** Expressing a wish or choice. **2.** to, or being a mood of verbs in some used to express a wish. **b.** Of, relating using a verb in the subjunctive mood to as in *Were it possible, I would do it.* ❖ *n.* mood. **2.** A verb or an expression in the *tif* < OFr. < LLat. *optātīvus* < Lat. *optā-* vish.] **—op′ta•tive•ly** *adv.*

or relating to the eye or vision. **2.** Of or optics or optical equipment. ❖ *n.* **1.** An prisms, or mirrors of an optical instru- *ptique* < Med.Lat. *opticus* < Gk. *optikos* n App.]

**1.** Of or relating to sight; visual. **2.** De- f or relating to optics. **4.** Relating to or *astronomy.* **5.** Using light-sensitive de-

*stry* A property caused by asymmetrical

molecular structure that enables a substance to rotate the plane of incident polarized light.

**optical art** *n.* Op art.

**optical character recognition** *n.* The electronic identification and digital encoding of printed or handwritten characters by means of an optical scanner and specialized software.

**optical disk** or **optical disc** *n.* A plastic-coated disk that stores digital data, such as music or text, as tiny pits etched into the surface and is read with a laser. See Usage Note at **compact disk.**

**optical fiber** *n.* A flexible, optically transparent fiber, usu. glass or plastic, through which light can be transmitted by successive internal reflections.

**optical illusion** *n.* A visually perceived image that is deceptive or misleading.

**optical isomer** *n.* See **enantiomorph.**

**optical scanner** *n.* A device that converts printed images and text into digital information that can be stored as a computer file.

**optic axis** *n.* An optical path through a crystal along which a ray of light can pass without undergoing double refraction.

**optic chiasma** *n.* The partial intersection or crossing of the optic nerve fibers on the underside of the hypothalamus.

**optic disk** *n.* *Anatomy* See **blind spot** 1.

**op•ti•cian** (ŏp-tĭsh′ən) *n.* **1.** One that makes lenses and eyeglasses. **2.** One that sells lenses, eyeglasses, and other optical instruments.

**optic nerve** *n.* Either of the second pair of cranial nerves that carry visual information from the retina to the brain.

**op•tics** (ŏp′tĭks) *n.* (*used with a sing. verb*) The branch of physics that deals with light, vision, and usu. ultraviolet and infrared electromagnetic radiation.

**op•ti•mal** (ŏp′tə-məl) *adj.* Most favorable or desirable; optimum. **—op′ti•mal•ly** *adv.*

**op•ti•mism** (ŏp′tə-mĭz′əm) *n.* **1.** A tendency to expect the best possible outcome or dwell on the most hopeful aspects of a situation. **2.** *Philosophy* **a.** The doctrine, asserted by Leibnitz, that this world is the best of all possible worlds. **b.** The belief that the universe is improving and that good will ultimately triumph over evil. [Fr. *optimisme* < NLat. *optimum*, the greatest good. See OPTIMUM.]

**op•ti•mist** (ŏp′tə-mĭst) *n.* **1.** One who usu. expects a favorable outcome. **2.** A believer in philosophical optimism. **—op′ti•mis′tic** *adj.* **—op′ti•mis′ti•cal•ly** *adv.*

**op•ti•mi•za•tion** (ŏp′tə-mĭ-zā′shən) *n.* The procedure or procedures used to make a system or design most effective or functional, esp. the mathematical techniques involved.

**op•ti•mize** (ŏp′tə-mīz′) *tr.v.* **-mized, -miz•ing, -miz•es 1.** To make most perfect or effective. **2.** *Computer Science* To increase the computing speed and efficiency of (a program), as by rewriting instructions. **3.** To make the most of.

**op•ti•mum** (ŏp′tə-məm) *n., pl.* **-ma** (-mə) or **-mums 1.** The point at which the condition, degree, or amount of something is the most favorable. **2.** *Biology* The most favorable condition for growth and reproduction. ❖ *adj.* Most favorable or advantageous; best. [Lat., neut. sing. of *optimus*, best.]

**op•tion** (ŏp′shən) *n.* **1.** The act of choosing; choice. See Syns at **choice. 2.** The power or freedom to choose. **3a.** The exclusive right, usu. obtained for a fee, to buy or sell something within a specified time at a set price. **b.** The privilege of demanding fulfillment of a contract at a specified time. **c.** A stock option. **d.** The right of the holder of an insurance policy to specify how payments are to be made or credited to the policyholder. **e.** *Baseball* The right of a major-league team to transfer a player to a minor-league team while being able to recall the player within a specified period. **4.** Something chosen or available as a choice. **5.** An item or feature that may be chosen to replace or enhance standard equipment, as in a car. **6.** *Football* An offensive play in which a back can run with the ball or pass. ❖ *tr.v.* **-tioned, -tion•ing, -tions 1.** To acquire or grant an option on. **2.** *Baseball* To transfer (a major-league player) to a minor-league club on option. [Lat. *optiō*, *optiōn-*.]

**op•tion•al** (ŏp′shə-nəl) *adj.* Left to choice; not compulsory or automatic. **—op′tion•al•ly** *adv.*

**op•to•e•lec•tron•ics** (ŏp′tō-ĭ-lĕk′trŏn′ĭks, -ē′lĕk-) *n.* (*used with a sing. verb*) The branch of physics that deals with the interconversion of electricity and light. [Gk. *optos*, visible; see **ok**ʷ**-** in App. + ELECTRONICS.]

**op•tom•e•trist** (ŏp-tŏm′ĭ-trĭst) *n.* A person who is professionally trained and licensed to examine the eyes for visual defects, diagnose problems or impairments, and prescribe corrective lenses or provide other types of treatment.

**op•tom•e•try** (ŏp-tŏm′ĭ-trē) *n.* The practice or profession of an optometrist. [Gk. *optos*, visible; see **ok**ʷ**-** in App. + -METRY.] **—op′to•met′ric** (ŏp′tə-mĕt′rĭk), **op′to•met′ri•cal** *adj.*

**op•u•lence** (ŏp′yə-ləns) also **op•u•len•cy** (-lən-sē) *n.* **1.** Wealth; affluence. **2.** Great abundance; profusion.

**op•u•lent** (ŏp′yə-lənt) *adj.* **1.** Possessing or exhibiting great wealth; affluent. **2.** Characterized by rich abundance; luxuriant. [Lat. *opulentus.*] **—op′u•lent•ly** *adv.*

**o•pun•ti•a** (ō-pŭn′shē-ə, -shə) *n.* Any of various cacti of the genus *Opuntia*, esp. the prickly pear. [Lat. *(herba) Opūntia*, Opuntian (herb), after *Opūs*, *Opūnt-*, Opus, ancient town of E-central Greece < Gk. *Opous*, *Opount-*.]

**o•pus** (ō′pəs) *n., pl.* **o•pe•ra** (ō′pər-ə, ŏp′ər-ə) or **o•pus•es** A creative work, esp. a musical piece numbered by its place in the order of a composer's works. [Lat.]

**o•pus•cule** (ō-pŭs′kyo͞ol) *n.* A small minor work. [Lat. *opusculum*, dim. of *opus*, work. See OPUS.]

**O•pus De•i** (ō′pəs dā′ē, dā′) *n.* A Roman Catholic organization composed of both clergy and lay members and dedicated to fostering Christian principles at all levels of society. [NLat. *Opus Deī*, work of God : Lat. *opus*, work + Lat. *Deī*, genitive of *Deus*, God.]

**or**[1] (ôr; ər *when unstressed*) *conj.* **1a.** Used to indicate an alternative, usu. only before the last term of a series: *this, that, or the other.* **b.** Used to indicate the second of two alternatives, the first being preceded by *either* or *whether: I didn't know whether to laugh or cry.* **c.** *Archaic* Used to indicate the first of two alternatives, with the force of *either* or *whether.* **2.** Used to indicate a synonymous or equivalent expression: *acrophobia, or fear of great heights.* **3.** Used to indicate uncertainty or indefiniteness: *two or three.* [ME < *other*, or (< OE < *oththe*) and < *outher* (< OE *āhwæther*, *āther*; see EITHER).]

**USAGE NOTE** When all the elements in a series connected by *or* are singular, the verb they govern is singular: *Beer, ale, or wine is included in the charge.* When all the elements are plural, the verb is plural. When the elements do not agree in number, some grammarians suggest that the verb should agree in number with the nearest element: *The girls or their brother is coming.* Other grammarians, however, argue that such constructions must be avoided and that substitutes be found in which the problem of agreement does not arise: *Either the girls are coming or their brother is.* See Usage Notes at **and/or, either, neither, nor**[1].

**or**[2] (ôr) *Archaic conj.* Before. Followed by *ever* or *ere: "I doubt he will be dead or ere I come"* (Shakespeare). ❖ *prep.* Before. [ME, var. of *er* < OE *ǣr*, soon, early, and < ON *ār*.]

**or**[3] (ôr) *n.* *Heraldry* Gold, represented in heraldic engraving by a white field with small dots. [ME < OFr. < Lat. *aurum.*]

**OR**[1] (ôr) *n.* A logical operator that returns a true value if one or both operators are true.

**OR**[2] *abbr.* **1.** operating room **2.** operations research **3.** Oregon **4.** owner's risk

**-or**[1] *suff.* One that performs a specified action: *accelerator.* [ME *-or, -our* < OFr. *-eor, -eur* and AN *-our, -ur*, all < Lat. *-or.*]

**-or**[2] *suff.* State; quality; activity: *valor.* [ME *-our* < OFr. *-eur* < Lat. *-or.*]

**o•ra** (ôr′ə, ōr′ə) *n.* Plural of **os**[1].

**or•ach** also **or•ache** (ôr′ĭch, ŏr′-) *n.* Any of various plants of the genus *Atriplex*, esp. *A. hortensis*, having edible spinachlike leaves. [ME *orage*, arage < OFr. *arrache* < VLat. **ātripica* < Lat. *ātriplex*, *ātriplic-* < Gk. *atraphaxus*.]

**or•a•cle** (ôr′ə-kəl, ŏr′-) *n.* **1a.** A shrine consecrated to the worship and consultation of a prophetic deity, as that of Apollo at Delphi. **b.** A person, such as a priestess, through whom a deity is held to respond when consulted. **c.** The response given through such a medium, often an enigmatic statement or allegory. **2a.** A person considered a source of wise counsel or prophetic opinions. **b.** An authoritative or wise statement or prediction. **3.** A command or revelation from God. **4.** In the Bible, the sanctuary of the Temple. [ME < OFr. < Lat. *ōrāculum* < *ōrāre*, to speak.]

**o•rac•u•lar** (ô-răk′yə-lər, ō-răk′-) *adj.* **1.** Of, relating to, or being an oracle. **2a.** Solemnly prophetic. **b.** Enigmatic; obscure. [< Lat. *ōrāculum*, oracle < *ōrāre*, to speak.] **—o•rac′u•lar′i•ty** (-lăr′ĭ-tē) *n.* **—o•rac′u•lar•ly** *adv.*

**O•ra•dea** (ô-räd′yä) A city of NW Romania near the Hungarian border; ceded to Romania by Hungary in 1919 and again after World War II. Pop. 221,559.

**o•ral** (ôr′əl, ōr′-) *adj.* **1.** Spoken rather than written. See Usage Note at **verbal. 2.** Of or relating to the mouth: *oral surgery.* **3.** Used in or taken through the mouth: *an oral vaccine.* **4.** Consisting of or using speech: *oral instruction.* **5.** *Linguistics* Articulated through the mouth only, with the nasal passages closed. **6.** *Psychology* In psychoanalytic theory, of or relating to the first stage of psychosexual development, during which the mouth is the chief focus of exploration and pleasure. ❖ *n.* An academic examination in which questions and answers are spoken rather than written. Often used in the plural. [LLat. *ōrālis* < Lat. *ōs*, *ōr-*, mouth. See **ōs-** in App.] **—o′ral•ly** *adv.*

**O•ral** (ôr′əl) or **U•ralsk** (yo͞o-rälsk′, o͞o-rälsk′) A city of NW Kazakhstan on the Ural R.; founded c. 1622. Pop. 220,000.

**oral contraceptive** *n.* A pill, usu. containing estrogen or progesterone, that inhibits ovulation and prevents conception.

**o•ral-for•mu•la•ic** (ôr′əl-fôr′myə-lā′ĭk, ōr′-) *adj.* Of or relating to poetry in which traditional material is improvised at each performance by using verbal formulas to aid memory.

**oral history** *n.* **1.** Historical information, usu. tape-recorded or videotaped, obtained in interviews with persons having firsthand knowledge. **2.** An audiotape, videotape, or written account of such an interview or interviews.

**oral sex** *n.* Sexual activity involving oral stimulation of one's partner's sex organs.

**O•ran** (ō-răn′, ô-räN′) A city of NW Algeria on the **Gulf of Oran,**

**opuntia**
beavertail cactus
*Opuntia basilaris*

| | | | |
|---|---|---|---|
| ă pat | oi boy | | |
| ā pay | ou out | | |
| âr care | o͝o took | | |
| ä father | o͞o boot | | |
| ĕ pet | ŭ cut | | |
| ē be | ûr urge | | |
| ĭ pit | th thin | | |
| ī pie | *th* this | | |
| îr pier | hw which | | |
| ŏ pot | zh vision | | |
| ō toe | ə about, | | |
| ô paw | item | | |

*Stress marks:*
′ (primary);
′ (secondary), as in
**lexicon** (lĕk′sĭ-kŏn′)

CC_ALGN_00008131