# EXHIBIT I

# Mosby's Dental Dictionary

With 395 illustrations



Mosby
An Affiliate of Elsevier

CC_ALGN_00008132



**Mosby**
*An Affiliate of Elsevier*

11830 Westline Industrial Drive
St. Louis, Missouri 63146

MOSBY'S DENTAL DICTIONARY    ISBN 0-323-02510-2

**Copyright © 2004, Mosby, Inc. All rights reserved.**

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Permissions may be sought directly from Elsevier's Health Sciences Rights Department in Philadelphia, PA, USA: phone: (+1) 215 238 7869, fax: (+1) 215 238 2239, e-mail: healthpermissions@elsevier.com. You may also complete your request on-line via the Elsevier Science homepage (http://www.elsevier.com), by selecting 'Customer Support' and then 'Obtaining Permissions'.

**Library of Congress Cataloging in Publication Data**

Mosby's dental dictionary.
   p. ; cm.
   Includes bibliographical references.
   ISBN 0-323-02510-2
   1. Dentistry—Dictionaries. I. Title: Dental dictionary.
   [DNLM: 1. Dentistry—Dictionary—English. WU 13 M8941 2003]
RK27.M672 2003
617.6'003—dc22
                                                                    2003059395

*Publishing Director:* Linda Duncan
*Executive Editor:* Penny Rudolph
*Senior Developmental Editor:* Jaime Pendill
*Publishing Services Manager:* Linda McKinley
*Senior Project Manager:* Jennifer Furey
*Design Manager:* Gail Morey Hudson

Printed in China

Last digit is the print number:   9  8  7  6  5  4  3

the media of the eye that refract and absorb light.

**optimal** (op'timəl), *adj* the best or most favorable.

**optimism,** *n* the tendency to look on the bright or happy side of everything, to believe that there is good in everything.

**optometry,** *n* the professional discipline devoted to testing the eyes for visual acuity, prescribing corrective lenses, and recommending eye exercises and other health practices to preserve sight.

**Orabase,** *n* the brand name of a topical dental paste containing an adrenocorticoid. The base consists of gelatin, pectin, mineral oil, and sodium carboxymethylcellulose in a hydrocarbon gel. The adrenocorticoid is hydrocortisone acetate. Orabase is used for temporary relief of symptoms associated with oral inflammation and ulcerative lesions.

**oral,** *adj* pertaining to the mouth.

*oral contraceptives, n.pl* trade names: Demulen, Loestrin, Lo/Ovral, Nordett; *drug class:* estrogen/progestin combinations; *action:* prevents ovulation by suppressing follicle-stimulating and luteinizing hormones; *uses:* pregnancy prevention, endometriosis, hypermenorrhea, hypogonadism. Also called *estrogens, mestranol androgens, ethinyl estradiol, levonorgestrel.*

*oral environment, n* See environment, oral.

*oral evacuator, n* a suction apparatus used to remove fluids and debris from an operating field. Also called *vacuum.*

*oral hairy leukoplakia, n* a filamentous, white plaque found on the lateral borders of the tongue that can spread across the entire dorsum of the tongue and onto the buccal mucosa. The Epstein-Barr virus has been identified in biopsy specimens of these lesions. An indicator disease for AIDS. See also leukoplakia.

*oral health diet score, n* a motivational aid to good nutrition. Merit points are earned by an adequate intake of foods from the recommended food groups. Demerits are given for frequent intake of foods high in sugars. The difference is the oral health diet score. The technique is applicable to children with a high incidence of dental caries.

*oral health index, n* a statistical measure that quantifies one or more aspects of a person's or group's oral health status.

*oral hygiene, n* See hygiene, oral.

*oral manifestation, n* the presence of the signs, symptoms, and lesions of a systemic disease in and around the oral cavity.

*oral medicine, n* See medicine, oral.

*oral mucosa, n* See mucosa, oral.

*oral physiology, n* See physiology, oral.

*oral self-examination, n* procedure taught to dental patients in order to look for indications of cancer. The patient monitors the tissues of his or her oral cavity, as well as those of the head and neck, reporting any changes to a qualified dental health care professional.

*oral surgery, n* See surgery, oral.

*oral warts, n.pl* warts caused by human papillomavirus that may be scattered throughout the mouth or localized in one area. They frequently recur. Oral warts are associated with AIDS infection.

**orangewood,** *n* the wood of choice for the working tips of porte polishers, due to its resistance to splitting and its ability to carry polishing agents. See porte polisher.



**Orangewood.** (Rosenstiel/Land/Fujimoto, 2001)