# EXHIBIT J

# Merriam-Webster's Medical Desk Dictionary



MERRIAM-WEBSTER, INCORPORATED, *Publishers*
Springfield, Massachusetts, U.S.A.

CC_ALGN_00008147



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2002 by Merriam-Webster, Incorporated

Philippines Copyright 2002 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's medical desk dictionary
    p. cm.
  ISBN 1-40181-188-4
   1. Medicine—Dictionaries.   I. Merriam-Webster, Inc.

R121.M564 2002
610'.3—dc21
                                      2001058656

Merriam-Webster's Medical Desk Dictionary principal copyright 1986.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

8910XXX060504

and contact lenses — compare OPHTHALMOLOGIST, OPTOMETRIST

**op·ti·cian·ry** \-rē\ *n, pl* **-ries** : the profession or practice of an optician

**op·ti·cist** \'äp-tə-səst\ *n* : a specialist in optics

**optic lobe** *n* : SUPERIOR COLLICULUS

**optic nerve** *n* : either of the pair of sensory nerves that comprise the second pair of cranial nerves, arise from the ventral part of the diencephalon, form an optic chiasma before passing to the eye and spreading over the anterior surface of the retina, and conduct visual stimuli to the brain — called also *second cranial nerve*

**optic neuritis** *n* : inflammation of the optic nerve

**optic papilla** *n* : a slight elevation that is nearly coextensive with the optic disk and is produced by the thick bundles of the fibers of the optic nerve in entering the eyeball

**optic radiation** *n* : any of several neural radiations concerned with the visual function; *esp* : one made up of fibers from the pulvinar and the lateral geniculate body to the cuneus and other parts of the occipital lobe

**op·tics** \'äp-tiks\ *n pl but sing or pl in constr* **1** : a science that deals with the genesis and propagation of light, the changes that it undergoes and produces, and other phenomena closely associated with it  **2** : optical properties

**optic stalk** *n* : the constricted part of the optic vesicle by which it remains continuous with the embryonic forebrain

**optic tectum** *n* : SUPERIOR COLLICULUS

**optic thalamus** *n* : LATERAL GENICULATE BODY

**optic tract** *n* : the portion of each optic nerve between the optic chiasma and the diencephalon proper

**optic vesicle** *n* : an evagination of each lateral wall of the embryonic vertebrate forebrain from which the nervous structures of the eye develop

**op·ti·mal** \'äp-tə-məl\ *adj* : most desirable or satisfactory : OPTIMUM ⟨∼ concentrations of a drug⟩ — **op·ti·mal·i·ty** \‚äp-tə-'mal-ət-ē\ *n, pl* **-ties** — **op·ti·mal·ly** \-mə-lē\ *adv*

**op·ti·mism** \'äp-tə-‚miz-əm\ *n* : an inclination to put the most favorable construction upon actions and events or to anticipate the best possible outcome — **op·ti·mist** \-məst\ *n* — **op·ti·mis·tic** \‚äp-tə-'mis-tik\ *adj*

**op·ti·mum** \'äp-tə-məm\ *n, pl* **-ma** \-mə\ *also* **-mums** **1** : the amount or degree of something that is most favorable to some end; *esp* : the most favorable condition for the growth and reproduction of an organism  **2** : greatest degree attained or attainable under implied or specified conditions — **optimum** *adj*

**op·to·gram** \'äp-tə-‚gram\ *n* : an image of an external object fixed on the retina by the photochemical action of light on the rhodopsin

**op·to·ki·net·ic** \‚äp-tō-kə-'net-ik, -kī-\ *adj* : of, relating to, or involving movements of the eyes ⟨∼ nystagmus⟩

**op·tom·e·ter** \äp-'täm-ət-ər\ *n* : an instrument for measuring the power and range of vision

**op·tom·e·trist** \äp-'täm-ə-trəst\ *n* : a specialist licensed to practice optometry — compare OPHTHALMOLOGIST, OPTICIAN 2

**op·tom·e·try** \-trē\ *n, pl* **-tries** : the health-care profession concerned esp. with examining the eye for defects and faults of refraction, with prescribing corrective lenses or eye exercises, with diagnosing diseases of the eye, and with treating such diseases or referring them for treatment — **op·to·met·ric** \‚äp-tə-'me-trik\ *adj*

**op·to·phone** \'äp-tə-‚fōn\ *n* : an instrument that is designed to enable the blind to read and that scans printed type and translates the light variations into sound variations

**op·to·type** \-‚tīp\ *n* : figures or letters of different sizes used in testing the acuity of vision — usu. used in pl.

**OPV** *abbr* oral polio vaccine

**OR** *abbr* operating room

**ora** *pl of* ²OS

**orad** \'ōr-‚ad, 'òr-\ *adv* : toward the mouth or oral region

**orae serratae** *pl of* ORA SERRATA

**oral** \'ōr-əl, 'òr-, 'är-\ *adj* **1 a** : of, relating to, or involving the mouth : BUCCAL ⟨the ∼ mucous membrane⟩  **b** : given or taken through or by way of the mouth ⟨an ∼ vaccine⟩ ⟨an ∼ suspension of a drug⟩  **c** : acting on the mouth ⟨∼ diseases⟩  **2** : emphasizing lipreading and the development of vocal expression in teaching the deaf — compare MANUAL  **3 a** : of, relating to, or characterized by the first stage of psychosexual development in psychoanalytic theory during which libidinal gratification is derived from intake (as of food), by sucking, and later by biting  **b** : of, relating to, or characterized by personality traits of passive dependence and aggressiveness — compare ANAL 2, GENITAL 3, PHALLIC 2 — **oral·i·ty** \ō-'ral-ət-ē, ò-\ *n, pl* **-ties** — **oral·ly** *adv*

**oral cavity** *n* : the cavity of the mouth; *esp* : the part of the mouth behind the gums and teeth that is bounded above by the hard and soft palates and below by the tongue and by the mucous membrane connecting it with the inner part of the mandible

**oral contraceptive** *n* : BIRTH CONTROL PILL

**oral contraceptive pill** *n* : BIRTH CONTROL PILL

**ora·le** \ō-'rā-lē\ *n* : the point where a line drawn tangent to the inner margin of the sockets of the two middle incisors of the upper jaw and projected onto the hard palate intersects the midsagittal plane

**oral hairy leukoplakia** *n* : HAIRY LEUKOPLAKIA

**oral·ism** \'ōr-ə-‚liz-əm, 'òr-, 'är-\ *n* : advocacy or use of the oral method of teaching the deaf

**oral·ist** \-ləst\ *n* : a person who advocates or uses the oral method of teaching the deaf

**oral membrane** *n* : BUCCOPHARYNGEAL MEMBRANE

**oral·o·gy** \ō-'ral-ə-jē, ò-\ *n, pl* **-gies** : STOMATOLOGY

**oral plate** *n* : BUCCOPHARYNGEAL MEMBRANE

**oral sex** *n* : oral stimulation of the genitals : CUNNILINGUS : FELLATIO

**oral surgeon** *n* : a specialist in oral surgery

**oral surgery** *n* **1** : a branch of dentistry that deals with the diagnosis and treatment of oral conditions requiring surgical intervention  **2** : a branch of surgery that deals with conditions of the jaws and mouth structures requiring surgery

**oral tolerance** *n* : the capacity of the immune system to recognize substances taken in through the digestive system and to weaken or suppress the immune response to them

**oral tol·er·iza·tion** \-‚tä-lə-rə-'zā-shən\ *n* : treatment of an autoimmune disease by feeding to the affected individual the autoantigen inducing the immune response and causing the disease in order to suppress the immune response by invoking oral tolerance

**or·ange** \'är-inj, 'òr-\ *n* **1 a** : a globose berry with a yellowish to reddish orange rind and a sweet edible pulp  **b** : any of various rather small evergreen trees (genus *Citrus*) with ovate unifoliolate leaves, hard yellow wood, fragrant white flowers, and fruits that are oranges  **2** *often cap* : AGENT ORANGE

**orange–flower oil** *n* : NEROLI OIL

**Orange G** *n* : an acid azo dye used chiefly in dyeing wool and leather and as a biological stain

**orange oil** *n* : an essential oil from orange peel or orange flowers: as  **a** : a yellow to deep orange oil obtained from the peel of the sweet fruit of the common cultivated orange (*Citrus sinensis*) and used chiefly as a flavor and perfume — called also *sweet orange oil*  **b** : a similar but bitter pale yellow or yellowish brown oil from the peel of the fruit of the sour orange (*Citrus aurantium*) — called also *bitter orange oil*

**orange stick** *n* : ORANGEWOOD STICK

**orange II** \-'tü\ *n* : an acid azo dye used chiefly in dyeing wool and leather, in making pigments, and as a biological stain

**or·ange·wood stick** \'är-inj-‚wud-‚stik, 'òr-\ *n* : a thin stick like a pencil usu. of orangewood and with pointed and rounded ends for manicuring — called also *orange stick*

**ora ser·ra·ta** \‚ōr-ə-sə-'rät-ə, -'rat-\ *n, pl* **orae ser·ra·tae** \‚ōr-ē-sə-'rät-ē\ : the dentate border of the retina

**or·bic·u·lar** \òr-'bik-yə-lər\ *adj* : encircling a part or opening

**or·bic·u·lar·is** \òr-‚bik-yə-'ler-əs\ *n, pl* **-lar·es** \-(‚)ēz\ : a muscle encircling an orifice