# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | Case No. 6:24-cv-00187-ADA-DTG <br><br> PATENT CASE <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff/Counterclaim-Defendant, Align Technology, Inc.'s ("Align"), Request for Judicial Notice submitted in connection with Align's Motion to Dismiss Defendants'/Counterclaim-Plaintiffs', ClearCorrect Operating, LLC, ClearCorrect Holdings, Inc. and Straumann USA, LLC, Counterclaims. ECF No. 97. Having considered the parties' positions, it is this _____ day of _____, 2024, by the United States District Court for the Western District of Texas, hereby ORDERED that Align's Request is GRANTED. The Court takes judicial notice of Exhibits 1-13 submitted in connection with Align's Motion to Dismiss and will consider

1

those documents in assessing Align's Motion.


DATED:_____                                    _____
                                                        JUDGE DEREK T. GILLILAND
                                                        UNITED STATES MAGISTRATE JUDGE