# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants. | Case No. 6:24-cv-00187-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | |

**JOINT MOTION FOR EXTENSION OF TIME REGARDING CERTAIN CLAIM CONSTRUCTION BRIEFING DEADLINES**

Pursuant to Magistrate Judge Gilliland's December 5, 2022 Standing Order Regarding Motions for Extension of Time, Plaintiff Align Technology, Inc. ("Align") and Defendants and Counterclaim-Plaintiffs ClearCorrect Holdings, Inc. and ClearCorrect Operating, LLC, Counterclaim-Plaintiff Straumann USA, LLC, and Defendant Institut Straumann AG (collectively, "ClearCorrect"), submit this joint motion respectfully requesting an extension of certain claim construction-related deadlines set forth in the Court's Scheduling Order, Dkt. 71. Specifically, the Parties request that, in light of the upcoming Thanksgiving holiday, the Court amend the Scheduling Order as follows:

| Item | Current Date | Parties' Proposed Date |
|---|---|---|
| Plaintiff files Responsive claim construction brief. | 11/21/24 | 11/25/24 |
| Parties to jointly email the law clerks (see OGP at 1) to confirm their Markman date and to notify if any venue or jurisdictional motions remain unripe for resolution | 12/5/24 | 12/9/24 |
| Defendant files Reply claim construction brief. | 12/5/24 | 12/9/24 |
| Plaintiff files a Sur-Reply claim construction brief. | 12/19/24 | 12/23/24 |

The Parties' request will not impact any other event in the Scheduling Order, including the *Markman* hearing date.

Dated: November 14, 2024							Respectfully submitted,


/s/ Forrest McClellen (by permission)			/s/ Marissa A. Lalli
Brian C. Nash (TX Bar No. 24051103)			Melissa R. Smith
Austin M. Schnell (TX Bar No. 24095985)			Texas Bar No. 24001351
MORRISON & FOERSTER LLP				melissa@gillamsmithlaw.com
300 Colorado Street, Suite 1800				GILLAM AND SMITH, LLP
Austin, Texas 78701					303 South Washington Avenue
Telephone: (512) 617-0650				Marshall, TX 75670
Facsimile: (737) 910-0730				(903)934-8450
bnash@mofo.com						Fax: (903)934-9257
aschnell@mofo.com

							James Travis Underwood
Daralyn J. Durie (*pro hac vice*)				Texas Bar No. 24102587
Rich S.J. Hung (*pro hac vice*)				travis@gillamsmithlaw.com
Forrest McClellen (*pro hac vice*)				GILLAM AND SMITH, LLP
Ian Bennett (*pro hac vice*)				102 N. College, Suite 800
Jenny Xin (*pro hac vice*)				Tyler, TX 75702
MORRISON & FOERSTER LLP				(903) 934-8450
425 Market St.						Fax: (903)934-9257
San Francisco, California 94105
Telephone: (415) 268-7000				Joseph J. Mueller
Facsimile: (415) 268-7522				Vinita Ferrera
ddurie@mofo.com						Mark A. Ford
rhung@mofo.com						Marissa A. Lalli
fmcclellen@mofo.com					Harry D. Hanson
ibennett@mofo.com					Holly A. Ovington
jxin@mofo.com						Tyler L. Shearer
							WILMER CUTLER PICKERING
							  HALE AND DORR LLP
Bradley S. Lui (*pro hac vice*)				60 State Street
MORRISON & FOERSTER LLP				Boston, MA 02109
2100 L Street, NW, Suite 900				(617) 526-6000
Washington, DC 20037					joseph.mueller@wilmerhale.com
Telephone: (202) 887-1500				vinita.ferrera@wilmerhale.com
Facsimile: (202) 887-0763				mark.ford@wilmerhale.com
blui@mofo.com						marissa.lalli@wilmerhale.com
							harry.hanson@wilmerhale.com
Amanda A. Potter (*pro hac vice*)				holly.ovington@wilmerhale.com
Malavika M. Fitzgerald (*pro hac vice*)			tyler.shearer@wilmerhale.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019				Omar A. Khan
Telephone: (212) 468-8000				WILMER CUTLER PICKERING
Facsimile: (212) 468-7900				  HALE AND DORR LLP
apotter@mofo.com					250 Greenwich Street

3

mfitzgerald@mofo.com

James M. Pearl (*pro hac vice*)
Emma Farrow (*pro hac vice*)
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
jamespearl@paulhastings.com
emmafarrow@paulhastings.com

Thomas A. Counts (*pro hac vice*)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
tomcounts@paulhastings.com

Michael F. Murray (*pro hac vice*)
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
michaelmurray@paulhastings.com

Adam M. Reich (*pro hac vice*)
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
adamreich@paulhastings.com

*Attorneys for Plaintiff and Counterclaim Defendant Align Technology, Inc.*

New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com

R. Gregory Israelsen
Jonathan P. Knight
Gerard A. Salvatore
Robert B. Stiller
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
greg.israelsen@wilmerhale.com
jonathan.knight@wilmerhale.com
jerry.salvatore@wilmerhale.com
robert.stiller@wilmerhale.com

Hannah Santasawatkul
Texas State Bar No. 24107617
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
(720) 274-3135
hannah.santasawatkul@wilmerhale.com

***Attorneys for Defendants and Counterclaim-Plaintiffs ClearCorrect Operating, LLC ClearCorrect Holdings, Inc.***

***Attorneys for Defendant Institut Straumann AG***

***Attorneys for Counterclaim Plaintiff Straumann USA LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document has been served on all counsel of record via electronic mail on November 14, 2024.

                                            */s/ Melissa R. Smith*
                                              Melissa R. Smith