# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants. | Case No. 6:24-cv-00187-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME REGARDING CERTAIN CLAIM CONSTRUCTION BRIEFING DEADLINES**

Before the Court is Plaintiff Align Technology, Inc. ("Align") and Defendants and Counterclaim-Plaintiffs ClearCorrect Holdings, Inc. and ClearCorrect Operating, LLC, Counterclaim-Plaintiff Straumann USA, LLC, and Defendant Institut Straumann AG (collectively, "ClearCorrect") Joint Motion for Extension of Time Regarding Certain Claim Construction Briefing Deadlines. The Court, having considered the motion, is of the opinion that it should be and is hereby **GRANTED.**

**IT IS ORDERED** that certain claim construction-related deadlines set forth in the Court's Scheduling Order, Dkt. 71, are modified as follows.

| Item | Current Date | New Date |
| --- | --- | --- |
| Plaintiff files Responsive claim construction brief. | 11/21/24 | 11/25/24 |
| Parties to jointly email the law clerks (see OGP at 1) to confirm their Markman date and to notify if any venue or jurisdictional motions remain unripe for resolution | 12/5/24 | 12/9/24 |
| Defendant files Reply claim construction brief. | 12/5/24 | 12/9/24 |
| Plaintiff files a Sur-Reply claim construction brief. | 12/19/24 | 12/23/24 |

SIGNED this _____ day of _____, 2024.

_____
THE HONORABLE UNITED STATES MAGISTRATE
JUDGE DEREK T. GILLILAND