# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants. | Case No. 6:24-cv-00187-ADA-DTG <br><br> PATENT CASE |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
## NOAH B. PINEGAR AS COUNSEL OF RECORD

Before the Court is Align Technology, Inc.'s ("Align") Unopposed Motion to Withdraw Noah B. Pinegar as Counsel of Record. Having fully considered the motion, the Court hereby **GRANTS** Align's motion to withdraw Noah B. Pinegar as counsel of record in the above-captioned matter. Align is, and will continue to be, represented by Paul Hastings LLP and Morrison & Foerster LLP.

**IT IS SO ORDERED.**

DATED: _____

                                                                 THE HONORABLE UNITED STATES
                                                                  MAGISTRATE JUDGE DEREK GILLILAND