# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG,<br><br>Defendants.<br><br>CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Counterclaim-Defendant. | Case No. 6:24-cv-00187-ADA-DTG<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## DECLARATION OF GERARD A. SALVATORE IN SUPPORT OF CLEARCORRECT'S CLAIM CONSTRUCTION REPLY BRIEF

I, Gerard A. Salvatore, hereby declare the following:

1. I am an attorney licensed to practice in the State of New York and Washington D.C., and I am admitted to practice in the U.S. District Court for the Western District of Texas. I am Counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for ClearCorrect Operating, LLC, ClearCorrect Holdings, Inc., Institut Straumann AG, and Straumann USA, LLC (collectively, "ClearCorrect"). I provide this declaration in support of ClearCorrect's Claim Construction Reply Brief.

2. Unless otherwise indicated below, the statements in this declaration are based on my personal knowledge and my review of the documents cited herein. If called to testify as a witness, I could and would competently do so under oath.

3. Attached as **Exhibit W** is a true and correct copy of an excerpted version of Paper 1, Petition for Inter Partes Review of U.S. Patent No. 8,038,444 in IPR2017-01829.

4. Attached as **Exhibit X** is a true and correct copy of Plaintiff Align Technology, Inc.'s First Amended Disclosure of Proposed Constructions & Extrinsic Evidence, dated October 22, 2024.

5. Attached as **Exhibit Y** is a true and correct copy of Shervin Minaee, et al., *Image Segmentation Using Deep Learning: A Survey*, 44 IEEE Transactions on Pattern Analysis and Machine Intelligence, 3523 (2022).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 9, 2024.

*/s/ Gerard A. Salvatore*

Gerard A. Salvatore