# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | | |
|---|---|---|---|
| ALIGN TECHNOLOGY, INC. | § § § | | |
| vs. | § § § | NO: | WA:24-CV-00187-ADA-DTG |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., INSTITUT STRAUMANN AG *Defendant* | § | | |

## ORDER SETTING MARKMAN HEARING AND MOTIONS HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MARKMAN HEARING AND MOTIONS HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Thursday, January 22, 2025 at 02:00 PM (3 hour time block). The Court will hear argument on the following: ECF 96 - Plaintiff's Sealed Motion to Dismiss Defendants' Counterclaims. The hearing is also available for attorneys to appear remotely and a zoom hearing link can be available. Parties are to advise the Court within two (2) business days before the date of the hearing by emailing txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov with how counsel will appear so the Court can make necessary preparations.

**IT IS SO ORDERED** this **17th day of December, 2024**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE