# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants. | Case No. 6:24-cv-00187-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | |

**JOINT MOTION FOR ENTRY OF STIPULATED ESI PROTOCOL**

Plaintiff and Counterclaim-Defendant Align Technology, Inc. and Defendants and Counterclaim-Plaintiffs ClearCorrect Holdings, Inc. and ClearCorrect Operating, LLC, Counterclaim-Plaintiff Straumann USA, LLC, and Defendant Institut Straumann AG jointly move for entry of the attached Stipulated ESI Protocol.

Dated: January 2, 2025                                              Respectfully submitted,


/s/ Rich S.J. Hung                                                  /s/ Mark A. Ford (by permission)
Brian C. Nash (TX Bar No. 24051103)                                 Melissa R. Smith
Austin M. Schnell (TX Bar No. 24095985)                             Texas Bar No. 24001351
MORRISON & FOERSTER LLP                                             melissa@gillamsmithlaw.com
300 Colorado Street, Suite 1800                                     GILLAM AND SMITH, LLP
Austin, Texas 78701                                                 303 South Washington Avenue
Telephone: (512) 617-0650                                           Marshall, TX 75670
Facsimile: (737) 910-0730                                           (903)934-8450
bnash@mofo.com                                                      Fax: (903)934-9257
aschnell@mofo.com

                                                                    James Travis Underwood
Daralyn J. Durie (*pro hac vice*)                                   Texas Bar No. 24102587
Rich S.J. Hung (*pro hac vice*)                                     travis@gillamsmithlaw.com
Forrest McClellen (*pro hac vice*)                                  GILLAM AND SMITH, LLP
Ian Bennett (*pro hac vice*)                                        102 N. College, Suite 800
Jenny Xin (*pro hac vice*)                                          Tyler, TX 75702
MORRISON & FOERSTER LLP                                             (903) 934-8450
425 Market St.                                                      Fax: (903)934-9257
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522                                           Joseph J. Mueller
ddurie@mofo.com                                                     Vinita Ferrera
rhung@mofo.com                                                      Mark A. Ford
fmcclellen@mofo.com                                                 Marissa A. Lalli
ibennett@mofo.com                                                   Harry D. Hanson
jxin@mofo.com                                                       Holly A. Ovington
                                                                    Tyler L. Shearer
                                                                    WILMER CUTLER PICKERING
Bradley S. Lui (*pro hac vice*)                                         HALE AND DORR LLP
MORRISON & FOERSTER LLP                                             60 State Street
2100 L Street, NW, Suite 900                                        Boston, MA 02109
Washington, DC 20037                                                (617) 526-6000
Telephone: (202) 887-1500                                           joseph.mueller@wilmerhale.com
Facsimile: (202) 887-0763                                           vinita.ferrera@wilmerhale.com
blui@mofo.com                                                       mark.ford@wilmerhale.com
                                                                    marissa.lalli@wilmerhale.com
                                                                    harry.hanson@wilmerhale.com
Amanda A. Potter (*pro hac vice*)                                   holly.ovington@wilmerhale.com
Malavika M. Fitzgerald (*pro hac vice*)                             tyler.shearer@wilmerhale.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019                                            Omar A. Khan
Telephone: (212) 468-8000                                           WILMER CUTLER PICKERING
Facsimile: (212) 468-7900                                               HALE AND DORR LLP
apotter@mofo.com                                                    250 Greenwich Street

mfitzgerald@mofo.com

James M. Pearl (*pro hac vice*)
Emma Farrow (*pro hac vice*)
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
jamespearl@paulhastings.com
emmafarrow@paulhastings.com

Thomas A. Counts (*pro hac vice*)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
tomcounts@paulhastings.com

Michael F. Murray (*pro hac vice*)
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
michaelmurray@paulhastings.com

Adam M. Reich (*pro hac vice*)
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
adamreich@paulhastings.com

*Attorneys for Plaintiff and Counterclaim Defendant Align Technology, Inc.*

New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com

R. Gregory Israelsen
Jonathan P. Knight
Gerard A. Salvatore
Robert B. Stiller
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
greg.israelsen@wilmerhale.com
jonathan.knight@wilmerhale.com
jerry.salvatore@wilmerhale.com
robert.stiller@wilmerhale.com

Hannah Santasawatkul
Texas State Bar No. 24107617
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
(720) 274-3135
hannah.santasawatkul@wilmerhale.com

***Attorneys for Defendants and Counterclaim-Plaintiffs ClearCorrect Operating, LLC ClearCorrect Holdings, Inc.***

***Attorneys for Defendant Institut Straumann AG***

***Attorneys for Counterclaim Plaintiff Straumann USA LLC***

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document has been served on all counsel of record via electronic mail on January 2, 2025.

*/s/ Rich S.J. Hung*
Rich S.J. Hung