# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | Case No. 6:24-cv-00187-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF MEDIATION

The parties mediated on January 31, 2025, but did not settle their disputes.

Dated: February 12, 2025                         Respectfully submitted,


                                                 */s/ Rich S.J. Hung*
                                                 Brian C. Nash (TX Bar No. 24051103)
                                                 Austin M. Schnell (TX Bar No. 24095985)
                                                 MORRISON & FOERSTER LLP
                                                 300 Colorado Street, Suite 1800
                                                 Austin, Texas 78701
                                                 Telephone: (512) 617-0650
                                                 Facsimile: (737) 910-0730
                                                 bnash@mofo.com
                                                 aschnell@mofo.com

                                                 Daralyn J. Durie (*pro hac vice*)
                                                 Rich S.J. Hung (*pro hac vice*)
                                                 Forrest McClellen (*pro hac vice*)
                                                 Ian Bennett (*pro hac vice*)
                                                 Jenny Xin (*pro hac vice*)
                                                 MORRISON & FOERSTER LLP
                                                 425 Market St.
                                                 San Francisco, California 94105
                                                 Telephone: (415) 268-7000
                                                 Facsimile: (415) 268-7522
                                                 ddurie@mofo.com
                                                 rhung@mofo.com
                                                 fmcclellen@mofo.com
                                                 ibennett@mofo.com
                                                 jxin@mofo.com

                                                 Bradley S. Lui (*pro hac vice*)
                                                 MORRISON & FOERSTER LLP
                                                 2100 L Street, NW, Suite 900
                                                 Washington, DC 20037
                                                 Telephone: (202) 887-1500
                                                 Facsimile: (202) 887-0763
                                                 blui@mofo.com

                                                 Amanda A. Potter (*pro hac vice*)
                                                 Malavika M. Fitzgerald (*pro hac vice*)
                                                 MORRISON & FOERSTER LLP
                                                 250 West 55th Street
                                                 New York, New York 10019
                                                 Telephone: (212) 468-8000
                                                 Facsimile: (212) 468-7900
                                                 apotter@mofo.com
                                                 mfitzgerald@mofo.com

James M. Pearl (*pro hac vice*)
Emma Farrow (*pro hac vice*)
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
jamespearl@paulhastings.com
emmafarrow@paulhastings.com

Thomas A. Counts (*pro hac vice*)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
tomcounts@paulhastings.com

Michael F. Murray (*pro hac vice*)
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
michaelmurray@paulhastings.com

Adam M. Reich (*pro hac vice*)
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
adamreich@paulhastings.com

*Attorneys for Plaintiff and Counterclaim Defendant Align Technology, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 12, 2025, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

                                                 */s/ Rich S.J. Hung*
                                                 Rich S.J. Hung