# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & INSTITUT STRAUMANN AG, <br><br> Defendants. | Case No. 6:24-cv-00187-ADA-DTG <br><br> PATENT CASE <br><br> **JURY TRIAL DEMANDED** |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW FORREST MCCLELLEN AS COUNSEL OF RECORD

Before the Court is Align Technology, Inc.'s Unopposed Motion to Withdraw Forrest McClellen as Counsel of Record. That motion is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____

                                                                THE HONORABLE UNITED STATES
                                                                MAGISTRATE JUDGE DEREK GILLILAND