**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>CLEARCORRECT OPERATING, LLC,<br>CLEARCORRECT HOLDINGS, INC.,<br>INSTITUT STRAUMANN AG,<br>& STRAUMANN USA, LLC<br><br>        Defendants.<br><br>———————————————<br><br>CLEARCORRECT OPERATING, LLC,<br>CLEARCORRECT HOLDINGS, INC., &<br>STRAUMANN USA, LLC,<br><br>        Counterclaim-Plaintiffs,<br><br>  v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>        Counterclaim-Defendant. | Case No. 6:24-cv-00187-ADA-DTG |

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND THE CASE
SCHEDULE**

Before the Court is the Parties' Stipulated Motion to Amend the Case Schedule. Having considered the Stipulated Motion, it is hereby GRANTED.

The deadlines in the Scheduling Order (Dkt. 132) are hereby modified as follows:

| Current Date | New Date | Item |
|---|---|---|
| 3/17/25 | 4/28/25 | Substantial completion deadline for document production.[1] |
| 4/17/25 | 5/22/25 | Deadline to serve Final Infringement and Invalidity Contentions[2]. After this date, leave of Court is required for any amendment to infringement contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 5/15/25 | 6/16/25 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |

SIGNED this _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties commit to begin rolling productions in good faith and as soon as practicable.

[2] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.