**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **ALIGN TECHNOLOGY, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CLEARCORRECT OPERATING, LLC,<br>CLEARCORRECT HOLDINGS, INC.,<br>INSTITUT STRAUMANN AG, &<br>STRAUMANN USA, LLC**<br><br>Defendants.<br><br>**CLEARCORRECT OPERATING, LLC,<br>CLEARCORRECT HOLDINGS, INC.,<br>& STRAUMANN USA, LLC,**<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>**ALIGN TECHNOLOGY, INC.,**<br><br>Counterclaim-Defendant. | Civil Action No. 6:24-cv-00187-ADA-DTG<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Defendants ClearCorrect Operating, LLC, ClearCorrect Holdings, Inc., Institut Straumann

AG, and Straumann USA, LLC respectfully request that Jonathan P. Knight of Wilmer Cutler

Pickering Hale and Dorr LLP be permitted to withdraw as counsel of record for Defendants. The

granting of this motion imposes no delay and will not affect any deadlines in the case. Further,

the clerk is requested to terminate all CM/ECF notifications as to Jonathan P. Knight for this action.

Counsel for Plaintiff does not object to the filing of this motion.

Dated: March 21, 2025

Respectfully submitted,

/s/ Melissa R. Smith

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM AND SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
(903)934-8450
Fax: (903)934-9257

James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM AND SMITH, LLP
102 N. College, Suite 800
Tyler, TX 75702
(903) 934-8450
Fax: (903)934-9257

Joseph J. Mueller
Vinita Ferrera
Mark A. Ford
Marissa A. Lalli
Holly A. Ovington
Harry Hanson
Tyler L. Shearer
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
joseph.mueller@wilmerhale.com
vinita.ferrera@wilmerhale.com
mark.ford@wilmerhale.com
marissa.lalli@wilmerhale.com
holly.ovington@wilmerhale.com
harry.hanson@wilmerhale.com
tyler.shearer@wilmerhale.com

Omar A. Khan

WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com

Gerard A. Salvatore
Robert B. Stiller
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
jerry.salvatore@wilmerhale.com
robert.stiller@wilmerhale.com

Hannah Santasawatkul
Texas State Bar No. 24107617
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
(720) 274-3135
hannah.santasawatkul@wilmerhale.com

***Attorneys for Defendant***
***Institut Straumann AG***

***Attorneys for Defendants and Counterclaim***
***Plaintiffs***
***ClearCorrect Operating, LLC***
***ClearCorrect Holdings, Inc.***
***Straumann USA LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 21, 2025.

*/s/ Melissa R. Smith*
Melissa R. Smith


## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant conferred with Plaintiff's counsel on March 21, 2025, and Plaintiff does not oppose this motion.

*/s/ Melissa R. Smith*
Melissa R. Smith