IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ALIGN TECHNOLOGY, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., INSTITUT STRAUMANN AG, & STRAUMANN USA, LLC**<br><br>Defendants.<br><br>**CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC,**<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>**ALIGN TECHNOLOGY, INC.,**<br><br>Counterclaim-Defendant. | Civil Action No. 6:24-cv-00187-ADA-DTG<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Before the Court is Defendants ClearCorrect Operating, LLC, ClearCorrect Holdings, Inc., Institut Straumann AG, and Straumann USA, LLC's Unopposed Motion to Withdraw Jonathan P. Knight as Counsel of Record. The Court, having considered same, is of the opinion the motion should be GRANTED.

SIGNED this _____ day of _____, 2025
.

                                    _____
                                    DEREK T. GILLILAND
                                    UNITED STATES MAGISTRATE JUDGE