IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, <br> CLEARCORRECT HOLDINGS, INC., <br> INSTITUT STRAUMANN AG, <br> & STRAUMANN USA, LLC <br><br> Defendants. <br><br> ——————————————————— <br><br> CLEARCORRECT OPERATING, LLC, <br> CLEARCORRECT HOLDINGS, INC., & <br> STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | Case No. 6:24-cv-00187-ADA-DTG |

## ORDER ON DISCOVERY DISPUTE

Before the Court is the February 11, 2025 Discovery Dispute Chart submitted by ClearCorrect regarding whether Align should be required to produce unredacted versions of two previously clawed-back documents. On March 23, 2025, the Court ordered Align to submit the unredacted documents, along with the supporting documents mentioned in the Chart, to Chambers for an *in camera* review.

After considering the arguments of counsel and reviewing the two documents *in camera*, the Court finds that the redactions contain summaries based on legal advice. Therefore, ClearCorrect's requested relief is **DENIED**.

**SIGNED** this 27th day of March, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE