IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, <br> CLEARCORRECT HOLDINGS, INC., <br> INSTITUT STRAUMANN AG, <br> & STRAUMANN USA, LLC <br><br> Defendants. <br><br> ───────────────────────── <br><br> CLEARCORRECT OPERATING, LLC, <br> CLEARCORRECT HOLDINGS, INC., & <br> STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | Case No. 6:24-cv-00187-ADA-DTG |

### ORDER GRANTING MOTION FOR ENTRY OF A STIPULATED DISCOVERY ORDER (ECF NO. 174)

Before the Court is the parties' Joint Motion for Entry of a Stipulated Discovery Order (ECF No. 174). The present joint motion arises from third-party SoftSmile Inc.'s failure to comply with this Court's order to produce responsive documents because it believed those documents were already in the possession of ClearCorrect's arbitration counsel. ECF Nos. 168 at 7 & 174 at 3. The parties jointly requested an order authorizing ClearCorrect's counsel to review and produce those

documents in response to Request Numbers 1, 2, and 3 of Align's subpoena to Softsmile, Inc. ECF No. 174 at 3.

After considering the motion, it is **GRANTED** and ClearCorrect is **ORDERED** to review and produce to Align 1) non-privileged documents responsive to Request Numbers 1, 2, and 3 of Align's Subpoena to SoftSmile, Inc.; and 2) a privilege log for any withheld documents by May 19, 2025.

SIGNED this 7th day of May, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE