# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC. | § § | |
| vs. | § § | NO: WA:24-CV-00187-ADA-DTG |
| CLEARCORRECT OPERATING, LLC, ET AL. | § § | |

## ORDER SETTING DISCOVERY HEARING HELD VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING HELD VIA ZOOM (re Discovery Dispute Charts emailed on 5/2/25 and 5/15/25) on Wednesday, June 04, 2025 at 02:00 PM (1 hour time block) before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 28th day of May, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE