**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | |
| Plaintiff, | |
| v. | |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., INSTITUT STRAUMANN AG, & STRAUMANN USA, LLC | |
| Defendants. | Case No. 6:24-cv-187-ADA-DTG |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| ALIGN TECHNOLOGY, INC., | |
| Counterclaim-Defendant. | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
<u>IN SUPPORT OF THEIR MOTION TO DISMISS UNDER 35 U.S.C. § 101</u>**

Defendants ClearCorrect Operating, LLC, ClearCorrect Holdings, Inc., and Straumann USA LLC (together, "ClearCorrect") respectfully submit this Notice of Supplemental Authority in support of their pending motion to dismiss certain of Plaintiff's asserted patent claims—specifically, claims of U.S. Patent Nos. 8,038,444, 10,456,217, 10,524,879, and 11,369,456 (the "Automated Treatment Planning" patents) and U.S. Patent No. 10,791,936 (the "Composite Image" patent)—because those claims are patent ineligible under 35 U.S.C. § 101. *See* Dkt. 31 at 14-20; Dkt. 74 at 6-10.

On June 12, 2025, the Federal Circuit issued its Opinion in *United Services Automobile Association v. PNC Bank N.A.*, No. 23-1639, which is attached as Exhibit A to this Notice. In the Opinion, the Federal Circuit found a claim to be invalid under § 101 because "the claim [wa]s drafted in a result-oriented fashion, without the requisite specificity needed to provide a nonabstract technological solution." Op. at 8. The court stated that "the claim merely recites a system … without providing *how* the system is configured." *Id.* at 8-9 (emphasis in original).

On June 12, 2025, the Federal Circuit issued its Opinion in *United Services Automobile Association v. PNC Bank N.A.*, No. 23-1778, which is attached as Exhibit B to this Notice. In the Opinion, the Federal Circuit found claims invalid under § 101:

> [T]he claims and the specification are silent as to specific software or technical advances …. There is no elaboration or specificity on how steps like "checking for errors" or "monitoring lighting" are performed—the patents just disclose that these steps happen and discuss them in a results-oriented manner.

Op. at 6.

On April 18, 2025, the Federal Circuit issued its Opinion in *Recentive Analytics, Inc. v. Fox Corp., et al.*, No. 23-2437, which is attached as Exhibit C to this Notice. In the Opinion, the Federal Circuit found claims invalid under § 101. The court explained that "the claimed methods are not rendered patent eligible by the fact that … they perform a task previously undertaken by humans with greater speed and efficiency than could previously be achieved." Op. at 15. "Whether the issue is raised at step one or step two, the increased speed and efficiency resulting from use of computers

(with no improved computer techniques) do not themselves create eligibility." *Id.*

The Federal Circuit's determinations in these opinions reinforce that the claims of the

Automated Treatment Planning patents and the Composite Image patent are ineligible under

35 U.S.C. § 101.

Dated: June 30, 2025                                    Respectfully Submitted,


*/s/ Marissa A. Lalli*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM AND SMITH, LLP
303 South Washington Avenue Marshall,
TX 75670
(903)934-8450
Fax: (903)934-9257

James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM AND SMITH, LLP
102 N. College, Suite 800
Tyler, TX 75702
(903) 934-8450
Fax: (903)934-9257

Joseph J. Mueller
Vinita Ferrera
Mark A. Ford
Marissa A. Lalli
Harry D. Hanson
Holly A. Ovington
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
joseph.mueller@wilmerhale.com
vinita.ferrera@wilmerhale.com
mark.ford@wilmerhale.com
marissa.lalli@wilmerhale.com
harry.hanson@wilmerhale.com
holly.ovington@wilmerhale.com

Omar A. Khan
WILMER CUTLER PICKERING HALE
AND DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com

Todd C. Zubler
R. Gregory Israelsen
Gerard A. Salvatore
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
todd.zubler@wilmerhale.com
greg.israelsen@wilmerhale.com
jerry.salvatore@wilmerhale.com

*Attorneys for Defendants and
Counterclaim-Plaintiffs ClearCorrect
Operating, LLC, ClearCorrect Holdings,
Inc., & Straumann USA LLC*

*Attorneys for Defendant Institut Straumann
AG*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented

to electronic service are being served with a copy of this document via ECF on June 30, 2025.

*/s/ Melissa R. Smith*
Melissa R. Smith
