**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | CASE NO. 6:24-CV-00187-ADA-DTG |
| | § | |
| CLEARCORRECT OPERATING, | § | |
| LLC, et al., | § | |
| | § | |
| *Defendant,* | § | |

**ORDER EXTENDING DEADLINE TO SUBMIT JOINTLY PROPOSED ORDER**

On September 9, 2025, the Court held a sealed discovery hearing and ordered the parties to email a jointly proposed order in Word format to the undersigned's chambers within seven (7) days of the date of the hearing. Dkt. No. 227. The parties have requested a seven (7) day extension of time to submit the jointly proposed order.

The Court **ORDERS** that the parties shall have an additional seven (7) days, until September 23, 2025, to submit the proposed order.

**SIGNED** this 17th day of September, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

 Outlook

---

**RE: Activity in Case 6:24-cv-00187-ADA-DTG Align Technology, Inc. v. ClearCorrect Operating, LLC et al Sealed Proceeding**

---

**From** Hanson, Harry <Harry.Hanson@wilmerhale.com>

**Date** Mon 9/15/2025 4:27 PM

**To** TXWDml_Law Clerks WA Judge Albright & Gilliland
<TXWDml_LawClerks_WA_JudgeAlbright&Gilliland@txwd.uscourts.gov>

**Cc** MoFo_Align_Straumann <MoFo_Align_Straumann@mofo.com>; Align Antitrust
<PHAlignAntitrust@paulhastings.com>; WH ClearCorrect Align Service List
<WHClearCorrectAlignServiceList@wilmerhale.com>; travis@gillamsmithlaw.com
<travis@gillamsmithlaw.com>; melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>

---

**CAUTION - EXTERNAL:**

Dear Law Clerks:

The parties respectfully request a 7-day extension, to September 23, to submit the proposed
order regarding the September 9 discovery hearing.

Thank you,
Harry

**Harry Hanson | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6730 (t)
+1 617 526 5000 (f)
harry.hanson@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you
are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—
and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** TXW_USDC_Notice@txwd.uscourts.gov <TXW_USDC_Notice@txwd.uscourts.gov>
**Sent:** Thursday, September 11, 2025 11:32 AM
**To:** cmecf_notices@txwd.uscourts.gov
**Subject:** Activity in Case 6:24-cv-00187-ADA-DTG Align Technology, Inc. v. ClearCorrect Operating, LLC et al Sealed
Proceeding

**EXTERNAL SENDER**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court [LIVE]**

**Western District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 9/11/2025 at 10:31 AM CDT and filed on 9/9/2025
**Case Name:**	Align Technology, Inc. v. ClearCorrect Operating, LLC et al
**Case Number:**	6:24-cv-00187-ADA-DTG
**Filer:**
**Document Number:** 227

**Docket Text:**
Minute Entry for proceedings held before Judge Derek T. Gilliland: Sealed Proceeding held on 9/9/2025, Discovery Hearing held on 9/9/2025. Case called for a Sealed Discovery Hearing via Zoom. Parties announced ready. Statements arguments of counsel heard. The requested discovery relief was ruled on based on the representations made by the parties during the hearing. Parties are to email a jointly proposed order in word format to the Court's Law Clerk at txwdml_nojudge_chambers_wa_judgegilliland@txwd.uscourts.gov within seven (7) days of the date of this hearing. Written Discovery Order to follow. Hearing concluded. (Court Reporter FTR.) (Minute entry documents are not available electronically.)(nnw)

**6:24-cv-00187-ADA-DTG Notice has been electronically mailed to:**

Adam M. Reich	adamreich@paulhastings.com, heathercopeland@paulhastings.com, hollypeslis@paulhastings.com, melissafailla@paulhastings.com

Amanda Potter	apotter@mofo.com, amanda-potter-9650@ecf.pacerpro.com

Bradley S. Lui	blui@mofo.com, sdombo@mofo.com

Brian Christopher Nash	BNash@mofo.com, brian-nash-6919@ecf.pacerpro.com, ccortes@mofo.com, cgartman@mofo.com, CWoods@mofo.com

Daniel P. Muino	DMuino@mofo.com, dan-muino-2821@ecf.pacerpro.com, TBaum@mofo.com

Daralyn J. Durie	ddurie@mofo.com, daralyn-j-durie-7590@ecf.pacerpro.com

Elizabeth Christine Knuppel	bknuppel@mofo.com, cgartman@mofo.com,

cwoods@mofo.com

Emma C. Farrow    emmafarrow@paulhastings.com

Gerard A. Salvatore    jerry.salvatore@wilmerhale.com, whdocketing@wilmerhale.com

Hannah Santasawatkul    Hannah.Santasawatkul@wilmerhale.com, whdocketing@wilmerhale.com

Harry Hanson    harry.hanson@wilmerhale.com

Holly A. Ovington    holly.ovington@wilmerhale.com

Ian A. Bennett    ibennett@mofo.com, ian-bennett-9395@ecf.pacerpro.com

James M. Pearl    jamespearl@paulhastings.com, caitlindevereaux@paulhastings.com, cindyliu@paulhastings.com, laurieschwartz@paulhastings.com, melicakajeh@paulhastings.com

James Travis Underwood    travis@gillamsmithlaw.com, 4293145420@filings.docketbird.com, 6868477420@filings.docketbird.com, 7882699420@filings.docketbird.com, diana@gillamsmithlaw.com, mckellar@gillamsmithlaw.com, olivia@gillamsmithlaw.com, rosa@gillamsmithlaw.com

Jenny Xin    jxin@mofo.com

Joseph J. Mueller    joseph.mueller@wilmerhale.com, maritsa.medina@wilmerhale.com, WHDocketing@wilmerhale.com

Malavika M. Fitzgerald    mfitzgerald@mofo.com, mika-fitzgerald-8752@ecf.pacerpro.com

Marissa A. Lalli    marissa.lalli@wilmerhale.com

Mark A. Ford    mark.ford@wilmerhale.com

Melissa Richards Smith    melissa@gillamsmithlaw.com, 4178541420@filings.docketbird.com, 4293145420@filings.docketbird.com, 6868477420@filings.docketbird.com, diana@gillamsmithlaw.com, inez@gillamsmithlaw.com, mckellar@gillamsmithlaw.com, olivia@gillamsmithlaw.com, rosa@gillamsmithlaw.com, sara@gillamsmithlaw.com, travis@gillamsmithlaw.com

Michael Murray    michaelmurray@paulhastings.com

Omar Ali Khan    omar.khan@wilmerhale.com

Richard S.J. Hung    rhung@mofo.com, GGerrish@mofo.com, rich-hung-6377@ecf.pacerpro.com

Robert B. Stiller    robert.stiller@wilmerhale.com

Ronald Gregory Israelsen    greg.israelsen@wilmerhale.com

Stephen J. Mcintyre    stephenmcintyre@paulhastings.com

Taylor E. Farias    taylorfarias@paulhastings.com

Thomas A. Counts    tomcounts@paulhastings.com

Todd Zubler    todd.zubler@wilmerhale.com, toddzubler@hotmail.com

Tyler L. Shearer    tyler.shearer@wilmerhale.com

Vi T. Tran    vtran@mofo.com, vi-tran-9784@ecf.pacerpro.com

Vinita Ferrera    vinita.ferrera@wilmerhale.com

**6:24-cv-00187-ADA-DTG Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=9/11/2025] [FileNumber=32946322-0] [0749d7ea0d50489787963bcd2a38de36aad6e8cc24b3c0af7be18c5c28aa103989
1af27917e43ecfad832a2e80cf241f46cbb4bb720bdfe4c22a2b00dd67ebfe]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.