# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | | |
|---|---|---|---|
| ALIGN TECHNOLOGY, INC. | § § | | |
| vs. | § § | NO: | WA:24-CV-00187-ADA-DTG |
| CLEARCORRECT OPERATING, LLC, ET AL.<br>*Defendant* | § § | | |

# ORDER SETTING MOTIONS HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MOTIONS HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco, Texas, on Thursday, October 02, 2025 at 10:00 AM (1 hour time block). The Court will hear argument on the following: ECF 217 - ClearCorrect's Contested Sealed Motion to Amend the Fourth Scheduling Order and ECF 244 Align Technology's Opposed Sealed Motion to Extend the Fourth Scheduling Order.

**IT IS SO ORDERED** this **26th day of September, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE