IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING LLC, CLEARCORRECT HOLDINGS, INC. INSTITUT STRAUMANN AG, & STRAUMANN USA, LLC, <br><br> Defendants. <br><br> CLEARCORRECT OPERATING LLC, CLEARCORRECT HOLDINGS, INC. & STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY INC., <br><br> Counterclaim-Defendant. | Case No. 6:24-CV-00187-ADA-DTG |

## STIPULATION OF PARTIAL DISMISSAL OF CERTAIN CLAIMS, DEFENSES, AND COUNTERCLAIMS

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff Align Technology Inc. ("Plaintiff"), by and through the undersigned counsel, and Defendants ClearCorrect Operating LLC, ClearCorrect Holdings, Inc., Institut Straumann AG, and Straumann USA, LLC (collectively, "Defendants"), by and through the undersigned counsel, hereby stipulate to dismissal of the following claims, defenses, and counterclaims. Each party shall bear its own costs, expenses, and attorneys' fees associated with the litigation of any claims, defenses, or counterclaims dismissed by this Stipulation.

1. All claims, defenses, and counterclaims regarding Count 1 of Plaintiff's Amended Complaint, alleging false advertising under the Lanham Act, are hereby dismissed with prejudice.

2. All claims, defenses, and counterclaims regarding Count 2 of Plaintiff's Amended Complaint, alleging unfair competition, are hereby dismissed with prejudice.

3. All claims, defenses, and counterclaims regarding Count 3 of Plaintiff's Amended Complaint, alleging civil conspiracy, are hereby dismissed with prejudice.

4. All claims, defenses, and counterclaims regarding Count 5 of Defendants' Amended Answer and Counterclaims, alleging false advertising under Lanham Act, are hereby dismissed with prejudice.

5. All claims, defenses, and counterclaims regarding Count 6 Defendants' Amended Answer and Counterclaims, alleging unfair competition under Texas common law, are hereby dismissed with prejudice.

6. All claims, defenses, and counterclaims regarding Count 7 of Defendants' Amended Answer and Counterclaims, alleging Align's breach of the 2019 Settlement based on violating the 2019 Settlement's pre-suit dispute resolution provisions, are hereby dismissed with prejudice.

7. All claims, defenses, and counterclaims regarding Count 8 of Defendants' Amended Answer and Counterclaims, alleging Align's breach of the 2019 Settlement based on violating the 2019 Settlement's confidentiality provisions, are hereby dismissed with prejudice.

8. All claims, defenses, and counterclaims regarding Count 9 of Defendants' Amended Answer and Counterclaims, alleging Align's breach of the 2019

Settlement based on its characterization of ClearCorrect's pre-settlement conduct, are hereby dismissed with prejudice.

Dated: October 16, 2025

/s/ Daniel P. Muino
Brian C. Nash (TX Bar No. 24051103)
Elizabeth C. Knuppel (TX Bar No. 24132929)
Hunter Dorsey Ubersox (*pro hac vice*)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 617-0650
Facsimile: (737) 910-0730
bnash@mofo.com
bknuppel@mofo.com
hubersox@mofo.com

Daralyn J. Durie (*pro hac vice*)
Rich S.J. Hung (*pro hac vice*)
Amanda A. Potter (*pro hac vice*)
Ian Bennett (*pro hac vice*)
Jenny Xin (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market St.
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
ddurie@mofo.com
rhung@mofo.com
apotter@mofo.com
ibennett@mofo.com
jxin@mofo.com

Bradley S. Lui (*pro hac vice*)
Daniel P. Muino (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
blui@mofo.com
DMuino@mofo.com

/s/ Marissa A. Lalli (with permission)
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM AND SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
Fax: (903) 934-9257

James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM AND SMITH, LLP
102 N. College, Suite 800
Tyler, TX 75702
(903) 934-8450
Fax: (903)934-9257

Joseph J. Mueller
Vinita Ferrera
Mark A. Ford
Marissa A. Lalli
Harry D. Hanson
Holly A. Ovington
Tyler L. Shearer
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
joseph.mueller@wilmerhale.com
vinita.ferrera@wilmerhale.com
mark.ford@wilmerhale.com
marissa.lalli@wilmerhale.com
harry.hanson@wilmerhale.com
holly.ovington@wilmerhale.com
tyler.shearer@wilmerhale.com

Emma Farrow (*pro hac vice*)
Taylor Farias (*pro hac vice*)
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile:  (310) 620-5899
taylorfraias@paulhastings.com
emmafarrow@paulhastings.com

Stephen J. McIntyre (*pro hac vice*)
PAUL HASTINGS LLP
515 S. Flower Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 620-5700
Facsimile:  (213) 620-5899
StephenMcIntyre@paulhastings.com

Thomas A. Counts (*pro hac vice*)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone:(415) 856-7000
Facsimile: (415) 856-7100
tomcounts@paulhastings.com

Michael F. Murray (*pro hac vice*)
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
michaelmurray@paulhastings.com

Adam M. Reich (*pro hac vice*)
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
adamreich@paulhastings.com

*Attorneys for Plaintiff and Counterclaim Defendant Align Technology, Inc.*

Omar A. Khan
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com

R. Gregory Israelsen
Gerard A. Salvatore
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
greg.israelsen@wilmerhale.com
jerry.salvatore@wilmerhale.com

Hannah Santasawatkul
Texas State Bar No. 24107617
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
(720) 274-3135
hannah.santasawatkul@wilmerhale.com

*Attorneys for Defendants and Counterclaim-Plaintiffs ClearCorrect Operating, LLC ClearCorrect Holdings, Inc., Straumann USA LLC*

*Attorneys for Defendant Institut Straumann AG*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF Electronic Filing System.

/s/ Daniel P. Muino
Daniel P. Muino