# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **ALIGN TECHNOLOGY, INC.** § | |
| § | |
| vs. § | NO:   WA:24-CV-00187-ADA-DTG |
| § | |
| **CLEARCORRECT OPERATING, LLC,** § | |
| **ET AL.** | |
| *Defendant* | |

## ORDER SETTING DISCOVERY HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for DISCOVERY HEARING HELD IN PERSON (re DD charts emailed on 10/28/25, 10/29/25 and 11/4/25), in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Wednesday, November 12, 2025 at 03:00 PM (1 hour time block).

**IT IS SO ORDERED** this **6th day of November, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE