IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., INSTITUT STRAUMANN AG, & STRAUMANN USA, LLC <br><br> Defendants. <br><hr><br> CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> ALIGN TECHNOLOGY, INC., <br><br> Counterclaim-Defendant. | Case No. 6:24-cv-00187-ADA-DTG |

**SIXTH AMENDED SCHEDULING ORDER**

| DATE | ITEM |
|---|---|
| 12/23/2025 | Close of fact discovery |
| 1/6/2026 | Opening expert reports |
| 2/12/2026 | Rebuttal expert reports |
| 2/12/2026 | Deadline for second M&C to discuss narrowing number of claims asserted and prior art references at issue |
| 3/10/2026 | Close of expert discovery |
| 3/24/2026 | Dispositive motions and *Daubert* motions due<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civilforms/noticeconsent-and-reference-civil-action-magistratejudge. |
| 4/30/2026 | Pretrial disclosures due |
| 5/5/2026 | Objections to pretrial disclosures / rebuttal disclosures due |
| 5/7/2026 | Parties to jointly email clerk to confirm pretrial conference and trial dates |
| 5/14/2026 | Objections to rebuttal disclosures and motions *in limine* due |
| 5/27/2026 | Joint pretrial order and pretrial submissions due; oppositions to motions *in limine* due |
| 5/29/2026 | File notice of request for daily transcript or realtime reporting |
| 6/1/2026 | Deadline to M&C regarding remaining objections and disputes on motions *in limine* |
| 6/3/2026 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |
| 6/4/2026 | Final pretrial conference |
| 6/22/2026 | Jury selection / trial |

3

**SIGNED** this 11th day of December, 2025.

                                                  _____
                                                  DEREK T. GILLILAND
                                                  UNITED STATES MAGISTRATE JUDGE