UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>              Plaintiff,<br><br>  v.<br><br>CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., INSTITUT STRAUMANN AG, & STRAUMANN USA, LLC<br><br>              Defendants | Case No. 6:24-cv-00187-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |
| CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC,<br><br>              Counterclaim-Plaintiffs,<br><br>  v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>             Counterclaim-Defendant. | |

**OPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Pursuant to Magistrate Judge Gilliland's December 5, 2022 Standing Order Regarding Motions for Extension of Time, Defendants and Counterclaim-Plaintiffs ClearCorrect Holdings, Inc. ClearCorrect Operating, LLC, and Straumann USA, LLC, and Defendant Institut Straumann AG (collectively, "ClearCorrect"), respectfully move the Court to extend the deadline for ClearCorrect respond to Plaintiff's Opposed Motion for Leave to Amend the Complaint. ECF No. 301.

Plaintiff filed its Opposed Motion for Leave to Amend the Complaint on Monday, December 8, 2025, without any prior meet-and-confer. ClearCorrect intends to file an opposition to this Motion. The current deadline for ClearCorrect's opposition is Monday, December 15, 2025. ClearCorrect requests a modest one-week extension of time, for a deadline of December 22, 2025.

Good cause exists for an extension. Align amended its complaint on August 29, 2025 to add indirect infringement allegations relating to Zendura FLX under multiple prongs of 35 U.S.C. 271. *See* ECF Nos. 188, 206. Despite having the ability and opportunity to do so, Align *did not plead* infringement under 271(f) at that time. More than three-and-a-half months have now passed, during which substantial and crucial discovery was completed based on the theories pled by Align, including the parties' service of final written discovery requests, production of over 340,000 documents, and nearly 30 depositions to date. Align has never alleged an infringement theory under 271(f), and is now belatedly seeking a second bite at the apple mere weeks before fact discovery closes.

While Align attempts to minimize its request for leave to amend as merely providing a "conforming edit" for purposes of "clarif[ication]," *see* ECF No. 301 at 1-2, that is not the case. Align is seeking leave to add *an entirely new infringement theory* to this litigation. Align's new allegations involve different law and legal standards, different facts, and different damages issues than what is currently at issue in the case. Given the size and complexity of this matter, combined with the importance of this Court's decision on the Motion for Leave to Amend, ClearCorrect should be afforded a meaningful opportunity to respond to Plaintiff's Motion.

The modest extension ClearCorrect seeks to respond to Align's request is particularly important given the stage of the case. The parties are in a critical period of the litigation. Fact discovery is closing in just over one week, and substantial resources are required elsewhere at

this point in the case schedule. For example, the parties took six depositions this week, many of which required counsel to travel. ClearCorrect was also required to meet multiple discovery deadlines this week, such as serving responses to Plaintiff's interrogatories and requests for production. A modest one-week extension is needed to meaningfully address Align's belated and untimely motion that unexpectedly came during one of the busiest stages in this case.

ClearCorrect tried in good faith to reach an agreement with Plaintiff regarding the modest extension ClearCorrect seeks. Align categorically refused an extension. After ignoring two separate requests from ClearCorrect seeking Align's confirmation that it would not oppose ClearCorrect's reasonable request for an extension, Align finally responded—late in the day, and just one business day before ClearCorrect's response is due—that it will oppose any extension for ClearCorrect to respond to Align's motion for leave to amend its pleading. Align's refusal is neither reasonable nor consistent with the parties' practices throughout the case, including, for example, ClearCorrect agreeing to give Align (1) a 16-day extension to file a respond to ClearCorrect's opposition to Align's motion to dismiss (ECF No. 114), and (2) a two-week extension to respond to ClearCorrect's Amended Counterclaims (ECF No. 223). To the extent Align objects to the extension request on the grounds that its reply brief would be due over the holiday period, ClearCorrect does not oppose a reciprocal one (1) week extension for Align's reply brief.

Dated: December 12, 2025                    Respectfully submitted,


/s/ Melissa R. Smith
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM AND SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
(903)934-8450
Fax: (903)934-9257

James Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM AND SMITH, LLP
102 N. College, Suite 800
Tyler, TX 75702
(903) 934-8450
Fax: (903)934-9257

Joseph J. Mueller
Vinita Ferrera
Mark A. Ford
Marissa A. Lalli
Harry D. Hanson
Holly A. Ovington
Tyler L. Shearer
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
joseph.mueller@wilmerhale.com
vinita.ferrera@wilmerhale.com
mark.ford@wilmerhale.com
marissa.lalli@wilmerhale.com
harry.hanson@wilmerhale.com
holly.ovington@wilmerhale.com
tyler.shearer@wilmerhale.com

Omar A. Khan

WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 230-8800
omar.khan@wilmerhale.com

R. Gregory Israelsen
Gerard A. Salvatore
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
greg.israelsen@wilmerhale.com
jerry.salvatore@wilmerhale.com

Hannah Santasawatkul
Texas State Bar No. 24107617
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
(720) 274-3135
hannah.santasawatkul@wilmerhale.com

*Attorneys for Defendants and Counterclaim-Plaintiffs ClearCorrect Operating, LLC ClearCorrect Holdings, Inc.*

*Attorneys for Defendant Institut Straumann AG*

*Attorneys for Counterclaim Plaintiff Straumann USA LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document has been served on all counsel of record via electronic mail on December 12, 2025.

                                                */s/ Melissa R. Smith*
                                                  Melissa R. Smith