**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., INSTITUT STRAUMANN AG,<br><br>& STRAUMANN USA, LLC<br><br>        Defendants.<br><hr>CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., & STRAUMANN USA, LLC,<br><br>        Counterclaim-Plaintiffs,<br><br>  v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>        Counterclaim-Defendant. | Case No. 6:24-cv-00187-ADA-DTG |

**<u>SEVENTH AMENDED SCHEDULING ORDER</u>**

| DATE | ITEM |
|---|---|
| 2/12/2026 | Deadline for second M&C to discuss narrowing number of claims asserted and prior art references at issue |
| 2/17/2026 | Rebuttal expert reports |
| 3/13/2026 | Close of expert discovery |
| 3/24/2026 | Dispositive motions and *Daubert* motions due<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civilforms/noticeconsent-and-reference-civil-action-magistratejudge. |
| 4/30/2026 | Pretrial disclosures due |
| 5/5/2026 | Objections to pretrial disclosures / rebuttal disclosures due |
| 5/7/2026 | Parties to jointly email clerk to confirm pretrial conference and trial dates |
| 5/14/2026 | Objections to rebuttal disclosures and motions *in limine* due |
| 5/27/2026 | Joint pretrial order and pretrial submissions due; oppositions to motions *in limine* due |
| 5/29/2026 | File notice of request for daily transcript or realtime reporting |
| 6/1/2026 | Deadline to M&C regarding remaining objections and disputes on motions *in limine* |
| 6/3/2026 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |
| 6/4/2026 | Final pretrial conference |
| 6/22/2026 | Jury selection / trial |

**SIGNED** this 10th day of February, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

2