**FILED**

May 06, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JGB _____

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

§
§
§
§
§
§

### ORDER REGARDING WACO DIVISION DOCKET

Due to the potential for future conflicts, it is hereby **ORDERED** that the cases listed in the

attached Appendix A are hereby **REASSIGNED** to the docket of United States District Judge

Christopher R. Wolfe**.**

It is further ORDERED that in any case in which deadlines or hearings have been vacated,

the parties are directed to resubmit their previously entered scheduling order as a proposed

scheduling order.

**IT IS SO ORDERED.**

 **SIGNED** this 6th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# APPENDIX A

| 6-20-cv-18 | Jiaxing Super Lighting Electric Appliance, Co., Ltd. et al v. CH Lighting Technology Co., Ltd. et al |
|---|---|
| 6-20-cv-251 | Motion Offense, LLC v. Dropbox, Inc. |
| 6-20-cv-480 | WSOU Investments LLC v. Dell Technologies Inc. et al |
| 6-20-cv-578 | WSOU Investments LLC v. Google LLC |
| 6-20-cv-580 | WSOU Investments LLC v. Google LLC |
| 6-20-cv-584 | WSOU Investments LLC v. Google LLC |
| 6-21-cv-57 | VLSI Technology LLC v. Intel Corporation |
| 6-21-cv-128 | WSOU Investments, LLC v. Cisco Systems, Inc. |
| 6-21-cv-198 | Streamscale, Inc. v. Cloudera, Inc. et al |
| 6-21-cv-299 | VLSI Technology LLC v. Intel Corporation |
| 6-21-cv-399 | Global eTicket Exchange Ltd. v. Ticketmaster L.L.C. et al |
| 6-21-cv-569 | Touchstream Technologies, Inc. v. Google LLC |
| 6-21-cv-727 | The Trustees of Purdue University v. STMicroelectronics International N.V. et al |
| 6-22-cv-31 | Flypsi, Inc. v. Google, LLC |
| 6-22-cv-76 | Marble VOIP Partners LLC v. Microsoft Corporation |
| 6-22-cv-474 | Auto Telematics Ltd. v. United Services Automobile Association |
| 6-22-cv-529 | Silent Communication, LLC v. Lifesize, Inc. |
| 6-22-cv-689 | TRAXCELL TECHNOLOGIES, LLC v. Lyft, Inc. |
| 6-22-cv-690 | TRAXCELL TECHNOLOGIES, LLC v. GRUBHUB, INC. |
| 6-22-cv-997 | Lower48 IP LLC v. Shopify, Inc. |
| 6-22-cv-1162 | ParkerVision, Inc. v. Realtek Semiconductor Corp. |
| 6-23-cv-374 | ParkerVision, Inc. v. Realtek Semiconductor Corp. |
| 6-23-cv-521 | DoDots Licensing Solutions LLC v. Best Buy Stores, L.P. et al |
| 6-24-cv-143 | Proxense, LLC v. Apple, Inc. |
| 6-24-cv-152 | Green Revolution Cooling, Inc. v. Riot Platforms, Inc. |
| 6-24-cv-163 | Cellco Partnership v. TRAXCELL TECHNOLOGIES, LLC et al |
| 6-24-cv-187 | Align Technology, Inc. v. ClearCorrect Operating, LLC et al |
| 6-24-cv-271 | Chamber of Commerce of the United States of America et al v. Occupational Safety and Health Administration et al |

| 6-24-cv-461 | Yuan Mei Corporation v. All Season Power LLC et al |
| --- | --- |
| 6-24-cv-472 | Collabo Innovations, Inc. v. Qualcomm Incorporated et al |
| 6-24-mc-487 | ClearCorrect Holdings, Inc. et al v. Align Technology, Inc. |
| 6-24-cv-563 | Burton v. AMAZON.COM Services, LLC, et al |