**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br>           Plaintiff, <br><br>     v. <br><br> CLEARCORRECT OPERATING, LLC, <br> CLEARCORRECT HOLDINGS, INC., <br> INSTITUT STRAUMANN AG, <br><br> & STRAUMANN USA, LLC <br><br>           Defendants. <br><hr> CLEARCORRECT OPERATING, LLC, <br> CLEARCORRECT HOLDINGS, INC., & <br> STRAUMANN USA, LLC, <br><br>           Counterclaim-Plaintiffs, <br><br>     v. <br><br> ALIGN TECHNOLOGY, INC., <br><br>           Counterclaim-Defendant. | Case No. 6:24-cv-00187-CRW-DTG |

**[PROPOSED] EIGHTH AMENDED**
**SCHEDULING ORDER**

| DATE | ITEM |
|---|---|
| 2/12/2026 | Deadline for second M&C to discuss narrowing number of claims asserted and prior art references at issue |
| 2/17/2026 | Rebuttal expert reports |
| 3/13/2026 | Close of expert discovery |
| 3/24/2026 | Dispositive motions and *Daubert* motions due<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civilforms/noticeconsent-and-reference-civil-action-magistratejudge. |
| 4/30/2026 | Pretrial disclosures due |
| 5/5/2026 | Objections to pretrial disclosures / rebuttal disclosures due |
| 5/7/2026 | Parties to jointly email clerk to confirm pretrial conference and trial dates |
| 5/14/2026 | Objections to rebuttal disclosures and motions *in limine* due |
| 5/27/2026 | Joint pretrial order and pretrial submissions due; oppositions to motions *in limine* due |
| 5/29/2026 | File notice of request for daily transcript or realtime reporting |
| 6/1/2026 | Deadline to M&C regarding remaining objections and disputes on motions *in limine* |
| 6/1/2026 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |
| 6/2/2026[1] | Final pretrial conference |
| 6/22/2026 | Jury selection / trial |

---

[1] The Seventh Amended Scheduling Order had set the final pretrial conference for June 4. The parties had previously requested to move the final pretrial conference to June 2, 2026.

SIGNED this _____ day of _____, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE