**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>CLEARCORRECT OPERATING, LLC,<br>CLEARCORRECT HOLDINGS, INC.,<br>INSTITUT STRAUMANN AG,<br><br>& STRAUMANN USA, LLC<br><br>                    Defendants.<br><hr>CLEARCORRECT OPERATING, LLC,<br>CLEARCORRECT HOLDINGS, INC., &<br>STRAUMANN USA, LLC,<br><br>                    Counterclaim-Plaintiffs,<br><br>          v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>                    Counterclaim-Defendant. | Case No. 6:24-cv-00187-CRW-DTG |

**EIGHTH AMENDED**
**SCHEDULING ORDER**

| DATE | ITEM |
| --- | --- |
| 2/12/2026 | Deadline for second M&C to discuss narrowing number of claims asserted and prior art references at issue |
| 2/17/2026 | Rebuttal expert reports |
| 3/13/2026 | Close of expert discovery |
| 3/24/2026 | Dispositive motions and *Daubert* motions due<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civilforms/noticeconsent-and-reference-civil-action-magistratejudge. |
| 4/30/2026 | Pretrial disclosures due |
| 5/5/2026 | Objections to pretrial disclosures / rebuttal disclosures due |
| 5/7/2026 | Parties to jointly email clerk to confirm pretrial conference and trial dates |
| 5/14/2026 | Objections to rebuttal disclosures and motions *in limine* due |
| 5/27/2026 | Joint pretrial order and pretrial submissions due; oppositions to motions *in limine* due |
| 5/29/2026 | File notice of request for daily transcript or realtime reporting |
| 6/1/2026 | Deadline to M&C regarding remaining objections and disputes on motions *in limine* |
| 6/1/2026 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |
| 6/2/2026[1] | Final pretrial conference |
| 6/22/2026 | Jury selection / trial |

---

[1] The Seventh Amended Scheduling Order had set the final pretrial conference for June 4. The parties had previously requested to move the final pretrial conference to June 2, 2026.

3

**SIGNED** this 18th day of May, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE