**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **ALIGN TECHNOLOGY, INC.,** | § | |
| | § | |
| *Plaintiff and Counterclaim-Defendant,* | § | |
| | § | |
| ***v.*** | § | **CIVIL NO. 6:24-CV-187** |
| | § | |
| **CLEARCORRECT OPERATING, LLC, CLEARCORRECT HOLDINGS, INC., INSTITUT STRAUMANN AG, & STRAUMANN USA, LLC,** | § | |
| | § | |
| *Defendants and Counterclaim-Plaintiffs.* | § | |

**ORDER ADOPTING MAGISTRATE
<u>JUDGE'S REPORT AND RECOMMENDATION</u>**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland regarding Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 231) and Plaintiff's Motion to Dismiss Defendants' First Amended Counterclaims (Dkt. No. 251). Dkt. No. 427. The report recommends that Defendants' Motion to Dismiss (Dkt. No. 231) and Plaintiff's Motion to Dismiss (Dkt. No. 251) be **DENIED AS MOOT**. The Report and Recommendation was filed May 26, 2026. This Court hereby adopts Judge Gilliland's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); FED. R. CIV. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*,

1

677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Because the parties have not filed timely objections, the Court has reviewed Judge Gilliland's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland, Dkt. No. 427, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 231) is **DENIED AS MOOT.**

**IT IS FINALLY ORDERED** that Plaintiff's Motion to Dismiss Defendants' First Amended Counterclaims (Dkt. No. 251) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

**SIGNED** on June 18, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE